1  Tino X. Do, Esq. (SBN 221346)
   SALTZMAN & JOHNSON LAW CORPORATION
2  5100-B1 Clayton Road, Ste 373
   Concord, CA 94521
3  Telephone: (510) 906-4710
   Email: tdo@sjlawcorp.com
4
   Attorneys for Plaintiffs, Operating Engineers'
5  Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; ET AL. | Case No. 4:23-cv-06267-LB |
|---|---|
| Plaintiffs, | **SUMMONS RETURNED EXECUTED** |
| v. | |
| PIPE-NET, INC., a California Corporation; and ALBERT GONZALES, an individual, | |
| Defendants. | |

//
//
//
//
//
//
//
//
//
//
//
//

1

**SUMMONS RETURNED EXECUTED**
**Case No. 4:23-cv-06267-LB**

| Attorney or Party without Attorney: <br> TINO X. DO, ESQ. (SBN 221346) <br> SALTZMAN & JOHNSON LAW CORPORATION <br> 5100-B1 CLAYTON ROAD, SUITE 373 <br> CONCORD, CA 94521 <br> *Telephone No:* 510-906-4710 <br><br> *Attorney For:* Plaintiffs | *Ref. No. or File No.:* <br> OE3CL-PIPENET | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.
*Defendant:* PIPE-NET, INC., a California Corporation, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-06267-LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; NOTICE CASE ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER; CONSENT TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR MAGISTRATE JUDGE LAUREL BEELER

3. a. Party served:   ALBERT GONZALES, an individual

4. Address where the party was served:   7821 MILLER AVENUE, GILROY, CA 95020

5. I served the party:
   a. **by substituted service.**   On: Sun, Jan 07 2024 at: 11:47 AM by leaving the copies with or in the presence of:
   Alexander Soto, Co-Tenant .

   (1)  [X]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [ ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [X]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF SERVICE**

10186876
*(6055538)*
Page 1 of 2

| Attorney or Party without Attorney: <br> TINO X. DO, ESQ. (SBN 221346) <br> SALTZMAN & JOHNSON LAW CORPORATION <br> 5100-B1 CLAYTON ROAD, SUITE 373 <br> CONCORD, CA 94521 <br>    *Telephone No:* 510-906-4710 <br><br>    *Attorney For:* Plaintiffs | *Ref. No. or File No.:* <br> OE3CL-PIPENET | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |||
| *Plaintiff:*   OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. <br> *Defendant:*   PIPE-NET, INC., a California Corporation, et al. |||

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-06267-LB |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Ellenor Rios (PS0984, Santa Clara)        d. *The Fee* for Service was:    192.57
   b. FIRST LEGAL                                       e. I am: A Registered California Process Server
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

 

01/08/2024
      (Date)                                      (Signature)



| Attorney or Party without Attorney: <br> TINO X. DO, ESQ. (SBN 221346) <br> SALTZMAN & JOHNSON LAW CORPORATION <br> 5100-B1 CLAYTON ROAD, SUITE 373 <br> CONCORD, CA 94521 <br> Telephone No: 510-906-4710 <br><br> Attorney For: Plaintiffs | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: <br> OE3CL-PIPENET | |
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. <br> Defendant: PIPE-NET, INC., a California Corporation, et al. | | |

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-06267-LB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; NOTICE CASE ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER; CONSENT TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR MAGISTRATE JUDGE LAUREL BEELER

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Jan 8, 2024
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: ALBERT GONZALES, an individual
   　　　　　7821 MILLER AVENUE, GILROY, CA 95020

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Jan 8, 2024 *in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. FIRST LEGAL
   　200 WEBSTER STREET, SUITE 201
   　OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 192.57
   e. I am: a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

01/08/2024　　　　　　　　　　　　　　　_(Signature)_
(Date)



Judicial Council Form　　　　PROOF OF SERVICE　　　　10186876
Rule 2.150.(a)&(b) Rev January 1, 2007　　　BY MAIL　　　　(6055538)

| Attorney or Party without Attorney:<br>TINO X. DO (SBN 221346)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>5100-B1 CLAYTON ROAD, SUITE 373<br>CONCORD, CA 94521<br>  Telephone No: 510-906-4710<br>  Attorney For: Plaintiffs | Ref. No. or File No.:<br>OE3CL-PIPENET | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br>Defendant: PIPE-NET, INC., a California Corporation, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-06267-LB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CIVIL COVER SHEET; COMPLAINT; CONSENT TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR MAGISTRATE JUDGE LAUREL BEELER

3. a. Party served: PIPE-NET, INC., a California Corporation
   b. Person served: ALBERT GONZALEZ, OFFICER, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 7821 MILLER AVENUE, GILROY, CA 95020

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 24 2024 (2) at: 12:43 PM

6. **Person Who Served Papers:**
   a. Ellenor Rios (PS0984, Santa Clara)     d. **The Fee** for Service was: 192.57
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

01/24/2024
(Date)                                   (Signature)



PROOF OF SERVICE

10283163
(6060398)