1  Tino X. Do, Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
2  5100-B1 Clayton Road, Ste 373
Concord, CA 94521
3  Telephone: (510) 906-4710
Email: tdo@sjlawcorp.com
4
Attorneys for Plaintiffs, Operating Engineers'
5  Health and Welfare Trust Fund for Northern California, et al.

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  OPERATING ENGINEERS' HEALTH AND          Case No. 4:23-cv-06267-LB
    WELFARE TRUST FUND FOR NORTHERN
11  CALIFORNIA; ET AL.                       **DECLARATION OF SONYA
                                             BROWN IN SUPPORT OF
12              Plaintiffs,                   MOTION FOR DEFAULT
                                             JUDGMENT**
13       v.
                                             Date:      June 6, 2024
14  PIPE-NET, INC., a California Corporation; and   Time:      9:30 a.m.
    ALBERT GONZALES, an individual,          Location:  Courtroom B – 15th Floor
15                                                      450 Golden Gate Ave.
                Defendants.                            San Francisco, CA 94102
16                                           Judge:     Hon. Magistrate Judge
                                                        Laurel Beeler
17

18       I, Sonya Brown, declare as follows:

19       1.      I am the Fringe Benefit Director for the Operating Engineers Local Union No. 3 Trust

20  Funds. I supervise the Fringe Benefit Office, including the Fringe Benefit Collection Office (hereinafter

21  "Collections Office") for the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds"). The

22  Collections Office oversees payment of employer contributions pursuant to the Collective Bargaining

23  Agreements and Trust Agreements establishing the Trust Funds, and collects delinquencies owed by

24  signatory employers in conjunction with Legal Counsel.

25       2.      My duties include reviewing internal accounting reports regarding delinquent

26  contributions owed by employers under the terms of their Collective Bargaining Agreements. In the

27  course of my duties as Fringe Benefits Director, I became familiar with the account of Pipe-Net, Inc.  I

28
                                          1
    **DECLARATION OF SONYA BROWN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
    **Case No. 4:23-cv-06267-LB**

therefore have personal knowledge of the matters stated herein and could competently testify to them if called upon to do so at trial.

3.    According to my records, on or about July 14, 1999, Defendant Albert Gonzales on behalf of Pipe-Net, Inc., entered into a Collective Bargaining Agreement titled "Independent Northern California Construction Agreement" (the "Independent Agreement") with the Operating Engineers Local No. 3 of the International Union of Operating Engineers, AFL-CIO (the "Union"). Under the terms of the Independent Agreement, if the individual employer is a corporation, its principal shareholder(s) personally guarantee all payment of wages, fringe benefit contributions, liquidated damages, interest, and collections costs, including but not limited to, attorneys' fees and auditor/accountant fees.  [Attached hereto as *Exhibit A* and incorporated herein by reference is a true and correct copy of the Independent Agreement.]

4.    Pursuant to the terms of the Independent Agreement, the Individual Employer agrees to be bound to the terms and conditions of future Master Agreements and any amendment(s) thereto; provided, however, that in the event either party desires to terminate this Agreement, they may provide written notice during the period of sixty (60) to ninety (90) days prior to the termination date of the Master Agreement by either the Union or the Employer. (*Id*.) According to my records, no such notice was given by either party and therefore Pipe-Net, Inc. remains bound to the terms of the Independent and Master Agreements.

5.    The Independent Agreement incorporates the terms and conditions of the <u>current</u> Master Agreement between the Union and the Signatory Association ("Master Agreement"). [*See* **Exhibit A**, Section 2.] [Attached hereto as **Exhibit B** and incorporated herein by reference is a true and correct copy of the 2016-2020 Master Agreement ("2016-2020 Master Agreement").] [Attached hereto as **Exhibit C** and incorporated herein by reference is a true and correct copy of the 2020-2023 Master Agreement ("2020-2023 Master Agreement"), which is the current Master Agreement.] The 2016-2020 Master Agreement and the 2020-2023 Master Agreement are referred to collectively herein as the "Master Agreements."

6.    The Master Agreements require Pipe-Net, Inc. to make contributions to Plaintiffs' Trust

**DECLARATION OF SONYA BROWN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

Funds based on the hours worked by Defendants' employees. [*See* **Exhibit B**, Section 12.00.00 – 12.14.00; **Exhibit C**, Section 12.00.00 – 12.14.00.]

7.    The Master Agreements incorporate the terms of the Trust Agreements establishing the various Plaintiff Trust Funds (the "Trust Agreements"), which also require Pipe-Net, Inc. to pay fringe benefit contributions to Plaintiffs and enumerates the procedures if they fail to do so. [**Exhibit B**, Section 12.01.03; **Exhibit C**, Section 12.01.03.] Plaintiffs are third party beneficiaries of the Master Agreements. [See **Exhibit D** attached hereto and incorporated herein by reference which is a true and correct copy of the relevant sections of the Pension Trust Fund for Operating Engineers Trust Agreement (other Trust Agreements contain similar provisions)].

8.    The Master Agreements, as well as the Trust Agreements provide that all benefit contributions are due on or before the fifteenth (15th) day of the month following the month in which hours were worked and are delinquent if not received by the twenty-fifth (25th) day of that month. If contributions are delinquent, the Master Agreements and Trust Agreements mandate that Pipe-Net, Inc. pays interest and liquidated damages on the delinquent contributions. [*See* **Exhibit B**, Section 12.01.02; 12.13.01-12.13.02; **Exhibit C**, Section 12.01.02; 12.13.01-12.13.02; **Exhibit D**, Section 1(A)(2)-(4), p. 1- 2.]

9.    Pursuant to the terms of the Master Agreements, as well as the Trust Agreements, prior to litigation liquidated damages are calculated at ten percent (10%) of the delinquent contributions. However, once a lawsuit has been filed, the Master Agreements and Trust Agreements provide that liquidated damages are calculated at twenty percent (20%). [*See* **Exhibit B**, Section 12.13.01; **Exhibit C**, Section 12.13.01; **Exhibit D**, Section 1(A)(3)(b), p. 2.] Pursuant to the Master and Trust Agreements, interest accrues on the delinquent unpaid contributions at ten percent (10%) per annum calculated from the day contributions are considered delinquent until paid. [*See* **Exhibit B**, Section 12.13.02; **Exhibit C**, Section 12.13.02; **Exhibit D**, Section 1(A)(3)(b), p. 2.)]

10.    The Master Agreements provide for reimbursement of attorneys' fees and costs, audit fees, and all other expenses incurred in connection with the collection of delinquent contributions. [*See* **Exhibit B**, Section 12.13.06; **Exhibit C**, Section 12.13.06] The Trust Funds have incurred attorneys'

**DECLARATION OF SONYA BROWN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

1    fees and costs that are detailed in the accompanying Declaration of Tino X. Do, filed concurrently

2    herewith in support of Plaintiffs' Motion for Default Judgment.

3         11.    The Trust Funds' Benefit Administration computer system records the amounts self-

4    reported due in fringe benefit contributions by employers such as Pipe-Net, Inc. as well as the date that

5    payments are received and automatically calculates 10% interest and 10% liquidated damages on fringe

6    benefit contributions that are reported but not paid, as well as contributions that are paid late. When

7    fringe benefit contributions are outstanding and a lawsuit has been filed to collect delinquent

8    contributions, Counsel for the Trust Funds calculates liquidated damages at 20% pursuant to the terms of

9    the Independent and Master Agreements, as well as the terms of the Trust Agreements detailed above.

10   [**Exhibit D**, Section 1(A)(3), p. 2; *See also* Declaration of Tino X. Do.]

11        12.    According to my records, Defendant has failed to pay the full contribution balance owed

12   for the month of November 2023. In addition to the principal contribution balance due, 20% liquidated

13   damages and 10% interest have therefore accrued on Defendant's unpaid November 2023 contribution

14   balance.

15        13.    Furthermore, according to my records, Defendants has failed to pay contributions owed

16   for the months of December 2023, January 2024 and February 2024. In addition to the principal

17   contributions due, 20% liquidated damages and 10% interest have therefore accrued on Defendants'

18   unpaid December 2023, January 2024 and February 2024 contribution balances.

19        14.    Defendant paid its September 2023 and October 2023 contributions late, after the filing

20   of the lawsuit, and therefore 20% liquidated damages and 10% interest per annum were incurred on

21   those late paid amounts as set forth in more detail below.

22        15.    In addition, Defendant paid its March 2023 through August 2023 contributions, prior to

23   the filing of the lawsuit, and therefore 10% liquidated damages and 10% interest per annum were

24   incurred thereon as set forth in more detail below.  Defendant has paid the interest amounts arising from

25   the late-paid months of March 2023 through July 2023.

26        16.    According to my records, Pipe-Net, Inc. is currently indebted to the Plaintiffs Trust Funds

27   for the following <u>known amounts due</u> through April 22, 2024, as follows:

28

**DECLARATION OF SONYA BROWN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

| Work Month | Late Paid Contributions | Contribution Balance | 20% Liquidated Damages | 10% Interest (through date of payment or 4/22/24) | Subtotals |
|---|---|---|---|---|---|
| Sep-2023 | $9,977.86 | $0.00 | $1,995.57 | $154.62 | $2,150.19 |
| Oct-2023 | $8,281.93 | $0.00 | $1,656.39 | $70.38 | $1,726.77 |
| Nov-2023 | $2,272.10 | $5,367.73 | $1,527.97 | $149.16 | $7,044.86 |
| Dec-2023 | $0.00 | $4,643.20 | $928.64 | $86.51 | $5,658.35 |
| Jan-2024 | $0.00 | $3,424.72 | $684.94 | $34.71 | $4,144.37 |
| Feb-2024 | $0.00 | $2,897.84 | $579.57 | $6.35 | $3,483.76 |
| **Subtotals:** | | $16,333.49 | $7,378.08 | $501.73 | $24,208.30 |
| **Subtotal (Contributions, LDs and Interest on Late Paid and Current Contribution Balances Post Litigation:** | | | | | **$24,208.30** |
| 10% Liquidated Damages on Prior Late-Paid Contributions (3/23 – 8/23): | | | | | $5,843.87 |
| 10% Interest on Prior Late-Paid Contributions (8/23): | | | | | $25.21 |
| **Subtotal (LDs and Interest on Paid Late Contributions Prior to Litigation):** | | | | | **$5,869.08** |
| **TOTAL:** | | | | | **$30,077.38** |

17.    Amounts owed by Defendants, consisting of attorneys' fees and costs incurred as a result of the necessary involvement of legal counsel are detailed in the Declaration of Tino X. Do filed concurrently.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true of my own knowledge and if called upon I could and would testify competently thereto.

Executed this 23rd day of April 2024 at Sacramento, California.

_Sonya Brown_
Sonya Brown

**DECLARATION OF SONYA BROWN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**



**RECEIVED**

**JUL 1 6 1999**

**CONTRACTS**

# INDEPENDENT

## Northern California Construction Agreement

Account No.

A 761537

Contractor's License No.

Operating Engineers Local Union No. 3 proposes the following collective bargaining agreement to:

Pipe-Net Inc.

| Individual Employer (Company Name) | | | | |
|---|---|---|---|---|
| 7821 Miller Ave, Gilroy, CA 95020 | | | 408/847-8470 | |
| Address | City | State | Zip | Telephone Number |

### SECTION NO. 1 — DEFINITIONS, COVERAGE, RECOGNITION

1. *Union.* The term "Union" as used herein shall mean OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO.

2. *Employee.* The term "Employee" as used herein shall mean any person, without regard to race, color, religion, sex, age, national origin, handicap or disability;

(a) whose work for an Individual Employer in the area covered by this Agreement falls within the recognized jurisdiction of the Union, or

(b) who operates, monitors and controls, maintains, repairs, modifies, assembles, erects, services or each or all of them, power-operated equipment, of the type or kind of power-operated equipment used in the performance of work referred to in (a) above, regardless of whether such power-operated equipment is mechanically, electrically or electronically, hydraulically, automatically or remotely controlled, and

(c) who assists or helps in the operation, maintenance, repairing or assembling, erecting or servicing of such power-operated equipment of the type or kind of equipment used in the performance of work referred to in (a) above, and who qualifies to register in a Job Placement Center, provided that the foregoing shall not apply to superintendents, assistant superintendents, general foremen, foremen, timekeepers, messenger boys, guards, confidential employees, office help, inspectors, and person specifically excluded elsewhere in this Agreement.

3. This Agreement shall cover and apply to all activities of the Individual Employer in the area covered by this Agreement falling within the Union's recognized jurisdiction, including, but not limited by inference or otherwise, to building construction, demolition, site clearing, pipelines, oil or gas refineries (excluding the falling and removal of merchantable timber by the purchaser of the merchantable timber), work covered by Section 13.00.00, Steel Fabricators and Erectors, which work and equipment shall be covered by Section 13.00.00, Steel Fabricators and Erectors, and work covered by Section 14.00.00, Piledriving, which work and equipment shall be covered by Section 14.00.00, Piledriving. It shall also apply to all maintenance, modification and repair work and facilities, on-site or off-site, of the Individual Employer in the area covered by this Agreement, except an off-site repair or maintenance facility with respect to which the Individual Employer is in a bona fide collective bargaining relationship with a labor organization covering such Individual Employer's off-site maintenance and repair facility at the time the Individual Employer becomes a party to, or covered by, this Agreement.

4. This Agreement shall cover and apply to all Employees.

5. *Coverage.* This Agreement shall cover and apply to Northern California, which term means that portion of the State of California above the northerly boundary of Kern County, the northerly boundary of San Luis Obispo County, and the westerly boundaries of Inyo and Mono Counties.

6. Because employees in the construction industry frequently work for many different Individual Employers in the course of any given twelve-month-period, and because of the broad community of interest which this cross-flow of employees creates, particularly through the operation of the Job Placement Regulations, the Union, the Individual Employer and all Individual Employers bound by terms and provisions of this Agreement recognize that all Employees who perform work historically, or which may hereafter come, within the Union's jurisdiction are members of a single industry-wide multi-employer unit of Employees.

7. If the Individual Employer forms or participates in a corporation, association, partnership, joint venture or firm for the purpose of performing work covered by this Agreement and which is controlled directly or indirectly by the Individual Employer, the Individual Employer shall notify the Union in writing the day following the formation or participation of the name and address of such entity. If the Individual Employer fails to give such notification it will pay into the Operating Engineers' Pension Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that it would have paid if it had performed the work, plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages.

8. The parties hereby waive any right that they may have to repudiate this Agreement during the term of the Agreement or during the term of any extension, modification or amendment to this Agreement.

9. Based on a sufficient showing of interest, the Individual Employer recognizes and acknowledges OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO, as the exclusive Section 9(a) collective bargaining representative of all Employees covered by this Agreement.

10. If the Individual Employer sells or transfers any or all of its assets, stock and/or operations, it will pay all fringe benefits including contributions, liquidated damages, interest and collection costs, including, but not limited to, attorney's fees and auditor/accountant fees it owes prior to the sale or transfer. If the Individual Employer sells or transfers any or all of its assets, stock, and/or operations, it will provide as a

term of the sale or transfer that the buyer or transferee shall recognize the Union as the Employees' bargaining agent and will assume this Agreement.

11. The Individual Employer will execute a promissory note which shall name as the beneficiaries, the Trust Funds and Fringe Benefit Plans provided for in the Master Agreement if it files a bankruptcy petition (any chapter) or if any of its creditors file and involuntary bankruptcy petition (any chapter). The promissory note shall provide for the full payment of fringe benefits, including contributions, liquidated damages, interest and collection costs including, but not limited to, attorney's fees and auditor/accountant fees.

12. If the Individual Employer is a corporation, it's principal shareholder(s) personally guarantee all payment of wages and fringe benefits, including fringe benefit contributions, liquidated damages, interest and collection costs, including, but not limited to, attorney's fees and auditor/accountant fees.

### SECTION NO. 2 — MASTER AGREEMENTS INCORPORATED

All of the provisions of the current Master Agreement between the Union and the Associated General Contractors of California, Inc. ("AGC"), including the Job Placement Regulations and any amendment or amendments thereto excluding 02.08.04, 02.08.05, 18.03.04, 26.01.00, 26.01.01 and 26.03.00, which are specifically excluded from this Agreement, are incorporated herein as if set forth in full herein. Provided, however, that with respect to 19.00.00 of the Master Agreement, any decision under 19.00.00 involving the meaning of the Agreement resulting in the amendment of that Agreement, shall control, and shall be given full effect under this Agreement.

### SECTION NO. 3 — DISPUTES

Settlement of any dispute under this Agreement shall be in accordance with Grievance/Arbitration Section of the current Master Agreement unless the Union elects to engage in economic action, in which case, the Grievance/Arbitration section shall not be effective as to the specific dispute. The Union may not engage in economic action over disputes concerning any subcontracting provision of the Master Agreement. If the Union does invoke the dispute resolution procedure set forth in the Master Agreement, the Individual Employer may arrange for its own Board of Adjustment panel or may use the State Board provided for in the Grievance/Arbitration Section of the Master Agreement.

### SECTION NO. 4 — INFORMATION

For the information and convenience of the parties, the substance of certain provisions of the Master Agreement incorporated by reference are reproduced as an Appendix which is attached hereto.

### SECTION NO. 5 — EFFECTIVE AND TERMINATION DATES

This Agreement shall, if a renewal Agreement, be retroactive to the effective date of the current Master Agreement, and if not a renewal Agreement, shall be effective the day following the signing of this Agreement. The Individual Employer agrees to be bound to the wages, hours and all other terms and conditions of future Master Agreements and any amendment(s) thereto; provided, however, that in the event either party desires to terminate this Agreement, they may do so during the period of sixty (60) to ninety (90) days prior to the expiration of any Master Agreement.

Receipt of copies of the current Master Agreement and amendments to date, and of the other agreements incorporated by reference therein, is hereby acknowledged by the Individual Employer by acceptance of this Agreement.

**OPERATING ENGINEERS LOCAL UNION NO. 3**
**of the International Union of Operating Engineers, AFL-CIO**
/s/ Jerry Bennett, President
/s/ Robert L. Wise, Recording-Corresponding Secretary
/s/ Donald R. Doser, Business Manager

/s/ Business Representative: _____

DO #90                                    Agent No. 9734

If this proposed Agreement is satisfactory, please sign accepting the same at the place provided below:

Accepted this 14th day of July 1999

_____
Individual Employer's Name and Title

05/25/99- tyr
oe-iu-3-afl-cio (3)

**EXHIBIT A**

**TO:**
**OPERATING ENGINEERS LOCAL UNION NO. 3**
**1620 South Loop Road, Alameda, CA 94502**

RE: Order to Bill Employer Account for Negotiated Trusts

*You are instructed to bill the following Employer as specified below for payments due the Trust Funds under the provisions of the Collective Bargaining Agreement:*

Company Name: _____Pipe-Net Inc._____

Responsible Officer, Partner, etc.: ____Albert Gonzales, Pres. & Robert Stribling____

Location: _____Gilroy, CA_____

Address (for billing): ____7821 Miller Ave_____

City, State, Zip: _____Gilroy, CA  95020_____

No. of Engineers PRESENTLY employed (do not include owner): _____1_____

Commence billing for work performed: ___7-01-99___

This Contract is NEW ☒        Or a Renewal ☐

☐ Individual      ☐ Partnership        ☒ Corporation
                  ☐ California         x☐ California
                  ☐ Other              ☐ Foreign

Certified  ☐ MBE ☐ DBE ☐ WBE ☐ DVBE
          ☐ Yes, I am an Owner-Operator

The Individual Employer shall have the option of paying the contribution rate required under Section 12.08.00, Contract Administration Fund, to the Associated General Contractors of California, Inc., the Association of Engineering Construction Employers or the Engineering & Utility Contractors Association. This Fund shall be utilized by the Employer(s) to process grievances on behalf of Individual Employers. If the Individual Employer does not wish to utilize either of their services in the processing of grievances, the contribution rate shall be paid into the Pensioned Health and Welfare Trust Fund.

***12.08.00  Contract Administration Fund***                    *Indicate your choice*

AGC ☐
AECE ☐
EUCA ☐
Pensioned Health & Welfare ☐

**EXHIBIT A**

En-tête

RECEIVED
JUL 1 6 1999
CONTRACTS





**State of California**
**CONTRACTORS STATE LICENSE BOARD**
**ACTIVE LICENSE**

License Number **761537**                        Entity **INDIV**

Business Name **ROBERT EUGENE STRIBLING**

Classification(s) **A**

Expiration Date **04/30/2001**



Any change of business address/name must be reported to the Registrar within 90 days.

This license is not transferrable, and shall be returned to the Registrar
upon demand when suspended,revoked or invalidated for any reason.
This pocket card is valid through the expiration date only.

If found, drop in any mailbox.
Postage guaranteed by:
Contractors State License Board
P.O. Box 26000
Sacramento, CA 95826

Licensee Signature

# EXHIBIT A

# INTERIM LABOR AGREEMENT

The parties to this INTERIM LABOR AGREEMENT, are the EMPLOYER, PIPENET INC., and the UNION, Operating Engineers Local Union No. 3. EMPLOYER and UNION are presently signatory to and bound by a collective bargaining agreement, specifically, the current 2006-2010 Operating Engineers Local 3 Master Construction Agreement for Northern California, hereafter referred to as the "Master Agreement". EMPLOYER became bound to the Master Agreement as an Independent Employer by signing the INDEPENDENT Northern California Construction Agreement. UNION will soon commence formal negotiations for a new Master Agreement to replace the one due to expire midnight June 30, 2010.

For Employers who terminated the INDEPENDENT Northern California Construction Agreement on a timely basis, or in the event the Master Agreement is not extended or renewed as amended effective July 1, 2010, there will be no labor agreement between EMPLOYER and UNION under which UNION can man and dispatch workers to EMPLOYER'S jobs.

By virtue of the midnight June 30, 2010 expiration of the Master Agreement, unless extended or renewed, the parties desire to enter into this INTERIM LABOR AGREEMENT, so that EMPLOYER can continue to operate as a union signatory employer during the interim between the expiration of the Master Agreement and the effective date of a new or replacement Master Agreement negotiated by UNION with the Associated General Contractors of California, Inc., hereafter referred to as "AGC").

THEREFORE, the parties agree to enter into this INTERIM LABOR AGREEMENT, to cover the wages, hours, terms, and all other conditions of employment for its Employees so they can continue to perform covered work as defined in the current Master Agreement between the parties during this interim period. For this purpose, the parties agree as follows:

1.  EMPLOYER agrees to be bound to this INTERIM LABOR AGREEMENT during the period of time between the expiration of the MASTER AGREEMENT on June 30, 2010 and the effective date of the new MASTER AGREEMENT negotiated by UNION.

2.  EMPLOYER agrees to be bound to all of the terms and conditions of the current 2006-2010 MASTER AGREEMENT, including the Job Placement Regulations, during the term of this INTERIM LABOR AGREEMENT.

3.  Once a new MASTER AGREEMENT is negotiated by UNION to replace the current MASTER AGREEMENT, EMPLOYER agrees to be bound to the new MASTER AGREEMENT, including any retroactive effective date.

1

Interim Agreement (Short Form)
April 19, 2010-RJ/sac

**EXHIBIT A**

4. Disputes regarding the meaning or interpretation of any provision of this INTERIM LABOR AGREEMENT shall be resolved according to the grievance and arbitration provisions of the current MASTER AGREEMENT.

5. If a new MASTER AGREEMENT has not been negotiated by UNION to replace this INTERIM LABOR AGREEMENT by June 30, 2011, then the parties will meet and negotiate a successor collective bargaining agreement and this INTERIM LABOR AGREEMENT will terminate effective June 30, 2011.

*IN WITNESS WHEREOF*, the parties hereto set their hands and seals by their respective officers duly authorized to do so this ___29___ day of ____June____, 2010.

**EMPLOYER:**

**PIPENET INC.**

_____
Signature

_AUBERT GONZALES_
Print Name

_Pres._     _June 29 10_
Print Title        Date

_____
Signature

**UNION:**

**OPERATING    ENGINEERS    LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO**

_____
President

_____
Recording-Corresponding Secretary

_____
Business Manager

_____ 9/27
District Representative

_____ 6/25
Business Representative

CONTRACT

JUL 0 2 2010

2

Interim Agreement (Short Form)
April 19, 2010-RJ/sac

EXHIBIT A

# 2016- 2020

# MASTER AGREEMENT

## For NORTHERN CALIFORNIA
## Between

## OPERATING ENGINEERS LOCAL UNION NO. 3
## of the International Union of Operating Engineers, AFL-CIO

## And

## UNITED CONTRACTORS
## ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.
## INDUSTRIAL CONTRACTORS, UMIC, INC.
## NORTHERN ALLIANCE OF ENGINEERING CONTRACTORS

# Exhibit B

2016- 2020

**MASTER AGREEMENT**

**FOR**

**NORTHERN CALIFORNIA**

Between

**SIGNATORY ASSOCIATIONS**

And

**LOCAL UNION NO. 3**

**of the International Union**

**of Operating Engineers, AFL-CIO**

***THIS AGREEMENT,*** made and entered into this 1st day of July, 2016, by and between the SIGNATORY ASSOCIATIONS ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union").

**01.00.00    *EMPLOYEES, CLASSIFICATIONS, MANNING, AND WAGE RATES***

**01.01.00**    On all work covered by this Agreement (Section 02.05.00) when performed, and in all instances in which equipment used in the performance of work covered by this Agreement is operated, regardless of when the work was bid or let, such work shall be performed and such equipment shall be operated by Employees obtained in accordance with Section 04.00.00 and the Job Placement Regulations of this Agreement and they and each of them shall be employed in the classifications and at the wage scales as follows, including such additions as may be made in accordance with Section 20.00.00.

**01.01.01**    Notwithstanding any provisions of this Section 01.00.00 relating to manning, any piece of equipment involved in excavation for which no Employee is setting line or grade, or performing work which historically has been performed by Assistant to Engineers, an Assistant Engineer shall not be required. If assistance is necessary, such assistance shall be performed by an Assistant to Engineer. In the event a violation is alleged, and a dispute exists which cannot be resolved between the Employer and the Union, any Individual Employer found to be in violation of this Section 01.01.01 by a Board of Adjustment shall forfeit the application of this Section on all said Individual Employer's jobs or projects for the period of time and in the manner prescribed hereunder:

(1)    *First (1st) Violation:* Said Section shall not apply for a period of three (3) consecutive months from the date said Individual Employer is found in violation by said Board of Adjustment and manning all Individual Employer's jobs or projects shall be in accordance with the requirements of Section 01.03.00 Classifications, Manning and Rates;

(2)    *Second (2nd) Violation:* Same application as in (1) above for a period of six (6) consecutive months;

(3)    *Third (3rd) Violation:* Same application as in (1) and (2) above for the duration of the Agreement.

*NOTE:* This Section shall not apply to any traditional crane work and any manning requirements on crane work shall be in accordance with Section 01.03.01.

**01.02.00**    *Area Definitions.* Section 24.00.00 provides a description of Areas 1 and 2 based upon Township and Range Lines. The Area 2 wage, as set forth in Section 01.03.00, shall be paid in all areas of Northern California not included in Area 1.

**01.02.01**    If all compensable time is spent by any Employee in Area 1, he/she shall be paid the Area 1 rate.

**01.02.02**    If two (2) or more hours of compensable time (straight or overtime) on any shift are spent by an Employee in Area 2, he/she shall be paid the Area 2 rate for the entire day.

**01.02.03**    The Employees employed by an Individual Employer in a permanent yard or shop or plant and Employees employed by an Individual Employer on residential construction projects (not camps), subdivisions,

I

**Exhibit B**

buildings of three (3) stories or less including utilities and site work related to these buildings, streets, roadways and utilities which are a part of a residential construction project located within Area 2 shall be paid the Area 1 wage rate.

**01.02.04**    If all Employees on a job or project are transported by the Employer from a permanent plant, yard or shop located in Area 1 to work in Area 2 and transported back to the same permanent yard or shop in Area 1, all on the same day, on the Employer's behalf, said Employees shall be paid the Area 1 wage rate.

**01.03.00    *Classifications, Manning and Rates.***

*NOTE:* The manning of Compressors, Generators, Welding Machines, Pumps or any combination thereof shall be in accordance with Section 07.05.00 of this Agreement.

**CLASSIFICATIONS:**

### CURRENT STRAIGHT-TIME HOURLY
### WAGE RATES —EFFECTIVE DATES

*Asterisk denotes that the Union may allocate the increases in 2016, 2017, 2018 and 2019 to wages and/or fringe benefits. See Section 01.05.01.

**GROUP 1 (4 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $42.67  |          |          |          |
| Area 2 | $44.67  |          |          |          |

2415  1. Drill Equipment, weight over 200,000 pounds (Assistant to Engineer or Mechanic/Welder required)

3491  2. Operator of Helicopter (when used in erection work)

3685  3. Hydraulic Excavator 7 cu. yds. and over (Assistant to Engineer required)

5951  4. Power Shovels, over 7 cu. yds. (Assistant to Engineer required)

**GROUP 2 (7 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $41.14  |          |          |          |
| Area 2 | $43.14  |          |          |          |

1131  1. Certified Chief of Party (when requested by Individual Employer)

3551  2. Highline Cableway

3695  3. Hydraulic Excavator 3-1/2 cu. yds. up to 7 cu. yds. (Assistant to Engineer required)

0672  4. Licensed Construction Work Boat Operator, On Site**

4780  5. Microtunneling Machine

5801  6. Power Blade Operator (finish)

5921  7. Power Shovels, over 1 cu. yd. and up to and including 7 cu. yds. m.r.c. (Assistant to Engineer required)

**Provided: If the Individual Employer has an existing collective bargaining relationship with another union, or employs a subcontractor who has a collective bargaining relationship with another union, the provisions of this Agreement shall not apply. However, the loading, unloading and related on-site construction work of barges, dredges, trucks or other motorized water equipment shall be performed by employees covered by this Agreement.

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

**GROUP 3 (19classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $39.66   |          |          |          |
| Area 2 | $41.66   |          |          |          |

0201  1. Asphalt Milling Machine
0371  2. Cable Backhoe (Assistant to Engineer required)
1301  3. Chief of Party
1381  4. Combination Backhoe and Loader over 3/4 cu. yds.
1861  5. Continuous Flight Tie Back Machine (Assistant to Engineer or Mechanic/Welder required)
1905  6. Crane Mounted Continuous Flight Tie Back Machine, Tonnage to apply (Assistant to Engineer or Mechanic/Welder required)
1915  7. Crane Mounted Drill Attachments, Tonnage to apply (Assistant to Engineer or Mechanic/Welder required)
2145  8. Dozer, Slope Board
2427  9.Drill Equipment weight over 100,000 pounds up to and including 200,000 pounds (Assistant to Engineer or Mechanic/Welder required)
3171  10. Gradall (Assistant to Engineer required)
3705  11. Hydraulic Excavator up to 3-1/2 cu. yds. (Assistant to Engineer required)
4211  12. Loader 4 cu. yds. and over
4384  13 Long Reach Excavator
5061  14. Multiple Engine Scrapers (when used as push pull)
5891  15. Power Shovels, up to and including 1 cu. yd. (Assistant to Engineer required)
6011  16. Pre-Stress Wire Wrapping machine
7081  17. Side Boom Cat, 572 or larger
7925  18. Track Loader 4 cu. yds. and over
8961  19. Wheel Excavator (up to and including 750 cu. yds. per hour) (Assistant to Engineer required)

**GROUP 4 (34 classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $38.28   |          |          |          |
| Area 2 | $40.28   |          |          |          |

0191  1. Asphalt Plant Engineer/Boxman
1241  2. Chicago Boom
1341  3. Combination Backhoe and Loader up to and including 3/4 cu. yds.
1601  4. Concrete Batch Plants (wet or dry)
2361  5. Dozer and/or Push Cat
2428  6. Drill Equipment, weight over 50,000 pounds up to and including 100,000 pounds (Assistant to Engineer or Mechanic/Welder required)
2751  7. Pull-Type Elevating Loader
3221  8. Gradesetter, Grade Checker (GPS, mechanical or otherwise)
3261  9. Grooving and Grinding Machine

3


**Exhibit B**

**GROUP 4 (continued)**

|        | 7/1/16*   | 6/26/17*  | 6/25/18*  | 6/24/19*  |
|--------|-----------|-----------|-----------|-----------|
|        | $2.70     | $2.35     | $2.35     | $2.35     |
| Area 1 | $38.28    |           |           |           |
| Area 2 | $40.28    |           |           |           |

3301 10. Heading Shield Operator
3305 11. Heavy Duty Drilling Equipment, Hughes, LDH, Watson 3000 or similar (Assistant to Engineer or Mechanic/Welder required)
3401 12. Heavy Duty Repairman and/or Welder
4041 13. Lime Spreader
4151 14. Loader under 4 cu. yds.
4391 15. Lubrication and Service Engineer (mobile and grease rack)
4691 16. Mechanical Finishers or Spreader Machine (asphalt, Barber-Greene, Material Transfer Vehicle and similar) (Screedman required)
4771 17. Miller Formless M-9000 Slope Paver or similar (Gradesetter required) (any additional assistance required on this equipment shall be performed by an Assistant to Engineer)
5771 18. Portable Crushing and Screening plants (Assistant to Engineer required)
5821 19. Power Blade Support
6381 20. Roller Operator, Asphalt
6471 21. Rubber-Tired Scraper, self-loading (paddlewheels, etc.)
6481 22. Rubber-Tired Earthmoving Equipment (Scrapers)
7211 23. Slip Form Paver (concrete) (one [1] Operator and two [2] Screedmen required)
7435 24. Small Tractor with Drag
7461 25. Soil Stabilizer (P&H or equal)
7506 26. Spider Plow and Spider Puller (properly manned by two [2] operators)
7841 27. Timber Skidder
8538 28. Tubex Pile Rig (any assistance required shall be an Operating Engineer)
7915 29. Track Loader up to 4 yards
7931 30. Tractor Drawn Scraper
8121 31. Tractor, Compressor Drill Combination (Assistant to Engineer required)
0674 32. Unlicensed Construction Work Boat Operator, On Site**
8881 33. Welder
9051 34. Woods-Mixer (and other similar Pugmill equipment)

**Provided: If the Individual Employer has an existing collective bargaining relationship with another union, or employs a subcontractor who has a collective bargaining relationship with another union, the provisions of this Agreement shall not apply. However, the loading, unloading and related on-site construction work of barges, dredges, trucks or other motorized water equipment shall be performed by employees covered by this Agreement.

**GROUP 5 (21 classifications)**

|        | 7/1/16*   | 6/26/17*  | 6/25/18*  | 6/24/19*  |
|--------|-----------|-----------|-----------|-----------|
|        | $2.70     | $2.35     | $2.35     | $2.35     |
| Area 1 | $37.01    |           |           |           |
| Area 2 | $39.01    |           |           |           |

1121 1. Cast-in-Place Pipe Laying Machine
1451 2. Combination Slusher and Motor Operator
1611 3. Concrete Conveyor or Concrete Pump, Truck or Equipment mounted
1621 4. Concrete Conveyor, Building site

4

**Exhibit B**

**GROUP 5 (continued)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $37.01  |          |          |          |
| Area 2 | $39.01  |          |          |          |

1781  5. Concrete Pump or Pumpcrete Guns
2362  6. Doms Stoneslinger (material conveyor attached to truck)
2405  7. Drilling Equipment, Watson 2000, Texoma 700 or similar (Assistant to Engineer or Mechanic/Welder required)
2431  8. Drilling and Boring Machinery, Horizontal (not to apply to waterliners, wagon drills or jackhammers) (Assistant to Engineer or Mechanic/Welder required)
2471  9. Concrete Mixers/all
3761 10. Instrumentman
4571 11. Man and/or Material Hoist
4631 12. Mechanical Finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types)
4641 13. Mechanical Burm, Curb and/or Curb and Gutter Machine, Concrete or Asphalt
4751 14. Mine or Shaft Hoist
5741 15. Portable Crushers
5861 16. Power Jumbo Operator (setting slip-forms, etc., in tunnels)
6811 17. Screedman (automatic or manual)
7011 18. Self Propelled Compactor with Dozer
8055 19. Tractor with boom, D6 or smaller
8391 20. Trenching Machine, maximum digging capacity over 5 ft. depth (Assistant to Engineer required)
8831 21. Vermeer T-600B Rock Cutter or similar

**GROUP 6 (31 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $35.69  |          |          |          |
| Area 2 | $37.69  |          |          |          |

0161  1. Armor-Coater (or similar)
0391  2. Ballast Jack Tamper
0791  3. Boom-Type Backfilling Machine
0881  4. Asst. Plant Engineer
0941  5. Bridge and/or Gantry Crane
1181  6. Chemical Grouting Machine, truck mounted
1321  7. Chip Spreading Machine Operator
4970  8. Concrete Barrier Moving Machine (properly manned by two [2] operators)
1841  9. Concrete Saws (self-propelled unit on streets, highways, airports, and canals)
2111 10. Deck Engineer
2415 11. Drilling Equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c. Any assistance required will be performed by an Employee covered by this Agreement
2461 12. Drill Doctor
2429 13. Drill Equipment, weight 25,000 pounds and up to and including 50,000 pounds (Any assistant needed shall be performed by an Employee covered by this Agreement)
3089 14. Geothermal Drills
3511 15. Helicopter Radioman
3711 16. Hydro-Hammer or similar

5

**Exhibit B**

**GROUP 6 (continued)**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $35.69  |         |         |         |
| Area 2 | $37.69  |         |         |         |

4061 17. Line Master
4073 18. Skidsteer Loader, Bobcat larger than 743 series or similar (with attachments)
4271 19. Locomotive (Assistant to Engineer when required)
4431 20. Rotating Extendable Forklift, Lull Hi-Lift or similar
5195 21. Assistant to Engineer, Truck Mounted Equipment (Class I Driver's License Required)
5531 22. Pavement Breaker, Truck Mounted, with compressor combination (Assistant to Engineer Driver when required)
5571 23. Paving Fabric Installation and/or Laying Machine
5621 24. Pipe Bending Machine (pipelines only)
5681 25. Pipe Wrapping Machine (Tractor propelled and supported)
5736 26. Shoulder Backing Machine or similar [with attachments]
6791 27. Screedman, (except asphaltic concrete paving)
6844 28. Self Loading Chipper
7001 29. Self Propelled Pipeline Wrapping Machine
7501 30. Soils & Materials Tester
7941 31. Tractor

**GROUP 7 (29 classifications)**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $34.55  |         |         |         |
| Area 2 | $36.55  |         |         |         |

0401  1. Ballast Regulator
1091  2. Cary Lift or similar
1421  3. Combination Slurry Mixer and/or Cleaner
1422  4. Coolant/Slurry Tanker Operator (when hooked to Grooving/Grinding Machine) (Class "A" Tanker endorsement required)
2430  5. Drill Equipment, weight from 1,000 pounds to 25,000 pounds (Any assistant needed shall be performed by an Employee covered by this Agreement)
2435  6. Drilling Equipment, 20 ft. and under m.r.c.
2893  7. Fireman Hot Plant
3241  8. Grouting Machine Operator
3611  9. Highline Cableway Signalman
3941 10. Stationary Belt Loader (Kolman or similar)
4031 11. Lift Slab Machine (Vagtborg and similar types)
4451 12. Maginnes Internal Full Slab Vibrator
4541 13. Material Hoist (1 Drum)
4721 14. Mechanical Trench Shield
5383 15. Partsman (heavy duty repair shop parts room)
5501 16. Pavement Breaker with or without Compressor Combination
5651 17. Pipe Cleaning Machine (tractor propelled and supported)
5781 18. Post Driver
6311 19. Rodman Chainman

6

**GROUP 7 (continued)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $34.55  |          |          |          |
| Area 2 | $36.55  |          |          |          |

6341 20. Roller (except Asphalt), Chip Seal
6851 21. Self Propelled Automatically Applied Concrete Curing Machine (on streets, highways, airports and canals)
6911 22. Self Propelled Compactor (without dozer)
7123 23. Signalman

7241 24. Slip-Form Pumps (lifting device for concrete forms)
7821 25. Tie Spacer
8371 26. Trenching Machine (maximum digging capacity up to and including 5 ft. depth)
8511 27. Truck Type Loader
8771 28. Water Well Driller
8868 29. Super Sucker Vacuum Truck qualified operator runs all (except on National Pipeline work, they will be paid
         Group 1 rate)

**GROUP 8 (32 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $33.41  |          |          |          |
| Area 2 | $35.41  |          |          |          |

0621  1. Bit Sharpener
0681  2. Assistant to Engineer Boiler Tender
0853  3. Box Operator**
0913  4. Brakeman**
1391  5. Combination Mixer and Compressor (shotcrete/gunite)
1481  6. Compressor Operator
2153  7. Deckhand**
2863  8. Fireman**
2991  9. Mast Type Forklift
3131 10. Generators
3243 11. Gunite/Shotcrete Equipment Operator
3373 12. Heavy Duty Repairman Helper**
3701 13. Hydraulic Monitor
3821 14. Ken Seal Machine (or similar)
4901 15. Mixermobile
5161 16. Operating Engineer in lieu of an Assistant to Engineer
5173 17. Assistant to Engineer**
6041 18. Pump Operator
6131 19. Refrigeration Plant
6241 20. Reservoir-Debris Tug (Self-Propelled Floating)
6401 21. Ross Carrier (Construction site)
6451 22. Rotomist Operator
6831 23. Self Propelled Tape Machine
7031 24. Shuttlecar

7

**Exhibit B**

**GROUP 8 (continued)**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|------------------|-------------------|-------------------|-------------------|
| Area 1 | $33.41           |                   |                   |                   |
| Area 2 | $35.41           |                   |                   |                   |

7041 25. Self Propelled Power Sweeper Operator (includes Vacuum Sweeper)
7271 26. Slusher Operator
7611 27. Surface Heater
7673 28. Switchman**
7763 29. Tar Pot Fireman**
8541 30. Tugger Hoist, Single Drum
8841 31. Vacuum Cooling Plant
8921 32. Welding Machine (powered other than by electricity)

**Assistant to Engineer classifications

**GROUP 8A (5 classifications)**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|------------------|-------------------|-------------------|-------------------|
| Area 1 | $31.20           |                   |                   |                   |
| Area 2 | $33.20           |                   |                   |                   |

01601. Articulated Dump Trucks/Off Road Haul Trucks  (except when work is assigned to the Teamsters)
2581  2. Elevator Operator
4071  3. Skidsteer Loader, Bobcat 743 series or smaller and similar (without attachments)
4795  4. Mini Excavator under 25 H.P. (Backhoe-Trencher)
8513  5. Tub Grinder Wood Chipper

*Special Single Shift and Second Shift Wage Rates*
(Refer to Sections 06.04.03 and 06.05.00)

|         | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---------|------------------|-------------------|-------------------|-------------------|
| **Group 1** |              |                   |                   |                   |
| Area 1  | $47.00           |                   |                   |                   |
| Area 2  | $49.00           |                   |                   |                   |
| **Group 2** |              |                   |                   |                   |
| Area 1  | $45.27           |                   |                   |                   |
| Area 2  | $47.27           |                   |                   |                   |
| **Group 3** |              |                   |                   |                   |
| Area 1  | $43.61           |                   |                   |                   |
| Area 2  | $45.61           |                   |                   |                   |
| **Group 4** |              |                   |                   |                   |
| Area 1  | $42.05           |                   |                   |                   |
| Area 2  | $44.05           |                   |                   |                   |
| **Group 5** |              |                   |                   |                   |
| Area 1  | $40.63           |                   |                   |                   |
| Area 2  | $42.63           |                   |                   |                   |

8

**Exhibit B**

| | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Group 6 | | | | |
| Area 1 | $39.13 | | | |
| Area 2 | $41.13 | | | |
| Group 7 | | | | |
| Area 1 | $37.85 | | | |
| Area 2 | $39.85 | | | |
| Group 8 | | | | |
| Area 1 | $36.58 | | | |
| Area 2 | $38.58 | | | |
| Group 8A | | | | |
| Area 1 | $34.07 | | | |
| Area 2 | $36.07 | | | |

*01.03.01    All Cranes and Attachments.* The straight-time hourly wage rate of Employees on cranes or equipment and attachments (including jib and/or leads) shall be as follows:

**Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

**GROUP 1 (3 classifications ±*)**

| | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $44.30 | | | |
| Area 2 | $46.30 | | | |

2000  1.Cranes over 350 tons [Assistant to Engineer required]
2108  2. Derrick over 350 tons
6916  3. Self Propelled Boom Type Lifting Devices over 350 tons
±*The above classifications are all paid seventy-five ($.75) cents per hour above Group 1-A

**GROUP 1-A (5 classifications)**

| | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $43.55 | | | |
| Area 2 | $45.55 | | | |

1335  1. Clamshells and Draglines over 7 cu. yds.
1951  2. Cranes over 100 tons
2105  3. Derrick, over 100 tons
2115  4.  Derrick Barge Pedestal mounted over 100 tons
6915  5. Self Propelled Boom Type Lifting Device over 100 tons

9

**GROUP 2-A (6 classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $41.79   |          |          |          |
| Area 2 | $43.79   |          |          |          |

1325   1. Clamshells and Draglines over 1 cu. yd. up to and including 7 cu. yds.
1981   2. Cranes over 45 tons up to and including 100 tons
2125   3. Derrick Barge 100 tons and under
4918   4. Mobile Self-Erecting Tower Crane (Potain) over three (3) stories
6901   5.  Self-Propelled Boom Type Lifting Device over 45 tons
8721   6. Tower Cranes

**GROUP 3-A (4 classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $40.05   |          |          |          |
| Area 2 | $42.05   |          |          |          |

1315   1. Clamshells and Draglines up to and including 1cu. yd.
1961   2. Cranes 45 tons and under
4919   3.  Mobile Self-Erecting Tower Crane (Potain) three (3) stories and under
6881   4.  Self Propelled Boom Type Lifting Device 45 tons and under

**GROUP 4-A (3 Classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $37.01   |          |          |          |
| Area 2 | $39.01   |          |          |          |

0775   1. Boom Truck or dual-purpose A-Frame Truck, Non-Rotating, Over 15 tons
0776   2. Truck-Mounted Rotating Telescopic Boom Type Lifting Device, Manitex or similar (Boom Truck), under 15 tons.
7817   3. Truck-Mounted Rotating Telescopic Boom Type Lifting Device, Manitex or Similar (Boom Truck), over 15 tons.

**GROUP 5-A (3 Classifications)**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $46.52   |          |          |          |
| Area 2 | $48.52   |          |          |          |

2921   1. Foreman and Shifters, (non-working) 7 Employees and over**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $45.52   |          |          |          |
| Area 2 | $47.52   |          |          |          |

2931   2. Foreman (working) under 7 Employees**

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

|          | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|----------|------------------|-------------------|-------------------|-------------------|
| Area 1   | $46.52           |                   |                   |                   |
| Area 2   | $48.52           |                   |                   |                   |

3341    3. Master Mechanic, over 5 Employees**
**At the discretion of the Employer

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

### 5183** - Truck Crane Assistant to Engineer

| Group 1 | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---------|------------------|-------------------|-------------------|-------------------|
| Area 1  | $37.33           |                   |                   |                   |
| Area 2  | $39.33           |                   |                   |                   |

| Group 1-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|-------------------|-------------------|-------------------|
| Area 1    | $36.58           |                   |                   |                   |
| Area 2    | $38.58           |                   |                   |                   |

### 5183** - Truck Crane Assistant to Engineer

| Group 2-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|-------------------|-------------------|-------------------|
| Area 1    | $36.32           |                   |                   |                   |
| Area 2    | $38.32           |                   |                   |                   |

| Group 3-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|-------------------|-------------------|-------------------|
| Area 1    | $36.08           |                   |                   |                   |
| Area 2    | $38.08           |                   |                   |                   |

### 5183**- Hydraulic

| GROUP 3-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|-------------------|-------------------|-------------------|
| Area 1    | $35.69           |                   |                   |                   |
| Area 2    | $37.69           |                   |                   |                   |

### 5173** - Assistant to Engineer

| Group 1 | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---------|------------------|-------------------|-------------------|-------------------|
| Area 1  | $35.04           |                   |                   |                   |
| Area 2  | $37.04           |                   |                   |                   |

| GROUP 1-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|-------------------|-------------------|-------------------|
| Area 1    | $34.29           |                   |                   |                   |
| Area 2    | $36.29           |                   |                   |                   |

11

**Exhibit B**

| GROUP 2-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $34.08  |          |          |          |
| Area 2    | $36.08  |          |          |          |

| GROUP 3-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $33.80  |          |          |          |
| Area 2    | $35.80  |          |          |          |

*All Cranes and Attachments, Special Single Shift and Second Shift Wage Rates*

| GROUP 1 | 7/1/16 ±* | 6/26/17* | 6/25/18* | 6/24/19* |
|---------|-----------|----------|----------|----------|
|         | $2.70     | $2.35    | $2.35    | $2.35    |
| Area 1  | $48.73    |          |          |          |
| Area 2  | $50.73    |          |          |          |

±*The above classifications are all paid seventy-five ($.75) cents per hour above Group 1-A

| GROUP 1-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $47.98  |          |          |          |
| Area 2    | $49.98  |          |          |          |

| GROUP 2-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $45.99  |          |          |          |
| Area 2    | $47.99  |          |          |          |

| GROUP 3-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $44.03  |          |          |          |
| Area 2    | $46.03  |          |          |          |

| GROUP 4-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $40.63  |          |          |          |
| Area 2    | $42.63  |          |          |          |

**GROUP 5-A (3 Classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $51.07  |          |          |          |
| Area 2 | $53.07  |          |          |          |

2921   1. Foreman and Shifters, (non-working) 7 Employees and over**

May 23, 2016-sac
Master Construction Agreement

**Exhibit B**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|------------------|------------------|------------------|------------------|
| Area 1 | $50.07           |                  |                  |                  |
| Area 2 | $52.07           |                  |                  |                  |

2931  2. Foreman (working), under 7 Employees**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|------------------|------------------|------------------|------------------|
| Area 1 | $51.07           |                  |                  |                  |
| Area 2 | $53.07           |                  |                  |                  |

3341  3. Master Mechanic, over 5 Employees**

**At the discretion of the Employer

*5183**- Truck Crane Assistant to Engineer*

| GROUP 1 | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---------|------------------|------------------|------------------|------------------|
| Area 1  | $40.90           |                  |                  |                  |
| Area 2  | $42.90           |                  |                  |                  |

| GROUP 1-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|------------------|------------------|------------------|
| Area 1    | $40.15           |                  |                  |                  |
| Area 2    | $42.15           |                  |                  |                  |

| GROUP 2-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|------------------|------------------|------------------|
| Area 1    | $39.86           |                  |                  |                  |
| Area 2    | $41.86           |                  |                  |                  |

| GROUP 3-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|------------------|------------------|------------------|
| Area 1    | $39.59           |                  |                  |                  |
| Area 2    | $41.59           |                  |                  |                  |

*5183**- Hydraulic*

| GROUP 3-A | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|------------------|------------------|------------------|------------------|
| Area 1    | $39.13           |                  |                  |                  |
| Area 2    | $41.13           |                  |                  |                  |

*5173**- Assistant to Engineer*

| GROUP 1 | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---------|------------------|------------------|------------------|------------------|
| Area 1  | $38.31           |                  |                  |                  |
| Area 2  | $40.31           |                  |                  |                  |

13

May 23, 2016-sac
Master Construction Agreement

**Exhibit B**

| GROUP 1-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $37.56  |          |          |          |
| Area 2    | $39.56  |          |          |          |
| GROUP 2-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $37.33  |          |          |          |
| Area 2    | $39.33  |          |          |          |
| GROUP 3-A | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1    | $37.02  |          |          |          |
| Area 2    | $39.02  |          |          |          |

### 01.03.02    Classifications and Rates for Steel Erectors and Fabricators

*NOTE:* The manning of Compressors, Generators, Welding Machines, Pumps or any combination thereof shall be in accordance with Section 07.05.00 of this Agreement.

\*\*Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

**GROUP A-1 (3 classifications) ±**

| 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---------|----------|----------|----------|
| $2.70   | $2.35    | $2.35    | $2.35    |
| $45.27  |          |          |          |

2000   1 .Cranes over 350 tons [Assistant to Engineer required]
2108   2. Derrick over 350 tons
6916   3. Self Propelled Boom Type Lifting Devices over 350 tons
±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**GROUP 1 (3 classifications)**

| 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---------|----------|----------|----------|
| $2.70   | $2.35    | $2.35    | $2.35    |
| $44.52  |          |          |          |

1951   1. Cranes over 100 tons (Assistant to Engineer required)
2105   2.   Derrick over 100 tons
6915   3.   Self Propelled Boom Type Lifting Devices over 100 tons

**GROUP 2 (4 classifications)**

| 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---------|----------|----------|----------|
| $2.70   | $2.35    | $2.35    | $2.35    |
| $42.75  |          |          |          |

1981   1. Cranes over 45 tons up to and including 100 tons
2261   2.   Derrick, 100 tons and under
6901   3.   Self Propelled Boom Type Lifting Device, over 45 tons

14

**Exhibit B**

**GROUP 2 (continued)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
|  | $42.75 |  |  |  |

8721  4.  Tower Crane

**GROUP 3 (2 classifications)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
|  | $41.27 |  |  |  |

1961  1.  Cranes, 45 tons and under (Assistant to Engineer required)
6881  2.  Self Propelled Boom Type Lifting Device, 45 tons and under

**GROUP 4 (3 classifications)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
|  | $39.25 |  |  |  |

1241  1. Chicago Boom
2941  2.  Forklift, 10 tons and over
3401  3.  Heavy Duty Repairman/Welder

**GROUP 5 (1 classification)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
|  | $37.95 |  |  |  |

0701  1. Boom Cat

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

*5183**- Truck Crane Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $37.95 |  |  |  |
| GROUP 1 | $37.20 |  |  |  |
| GROUP 2 | $36.98 |  |  |  |
| GROUP 3 | $36.71 |  |  |  |

*5183**- Hydraulic*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP 3 | $36.32 |  |  |  |

*5173** - Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $35.72 |  |  |  |
| GROUP 1 | $34.97 |  |  |  |
| GROUP 2 | $34.70 |  |  |  |
| GROUP 3 | $34.48 |  |  |  |

15

**Exhibit B**

**Steel Erectors and Fabricators, Special Single Shift and Second Shift Wage Rates**

|  | 7/1/16*± | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $49.82 |  |  |  |
| GROUP 1 | $49.07 |  |  |  |
| GROUP 2 | $47.09 |  |  |  |
| GROUP 3 | $45.41 |  |  |  |
| GROUP 4 | $43.15 |  |  |  |
| GROUP 5 | $41.68 |  |  |  |

±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**5183**- Truck Crane Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $41.59 |  |  |  |
| GROUP 1 | $40.84 |  |  |  |
| GROUP 2 | $40.59 |  |  |  |
| GROUP 3 | $40.29 |  |  |  |

**5183** - Hydraulic*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP 3 | $39.86 |  |  |  |

**5173**- Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $39.07 |  |  |  |
| GROUP 1 | $38.32 |  |  |  |
| GROUP 2 | $38.04 |  |  |  |
| GROUP 3 | $37.78 |  |  |  |

**01.03.03    *Classifications and Rates for Piledrivers***

**Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

**GROUP A-1 (3 classifications) ±***

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $44.64 |  |  |  |

2000  1.Cranes over 350 tons [Assistant to Engineer required]

2108  2.Derrick over 350 tons

6916  3.Self Propelled Boom Type Lifting Devices over 350 tons

±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

May 23, 2016-sac
Master Construction Agreement

**Exhibit B**

**Group 1 (4 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $43.89  |          |          |          |

2115  1.  Derrick Barge Pedestal mounted over 100 tons (or Assistant Operator in lieu of Assistant to Engineer required)

5951  2.  Clamshells over 7 cu. yds.

6915  3.  Self Propelled Boom Type Lifting Device over 100 tons

8425  4.  Truck Crane or Crawler, land or barge mounted over 100 tons (or Assistant Operator in lieu of Assistant to Engineer required)

**Group 2 (5 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $42.07  |          |          |          |

2155  1.  Derrick Barge Pedestal mounted 45 tons up to and including 100 tons (or Assistant Operator in lieu of Assistant to Engineer required)

3103  2.  Fundex F-12 Hydraulic Pile Rig (and similar)

5921  3.  Clamshells up to and including 7 cu. yds.

6901  4.  Self Propelled Boom Type Lifting Device over 45 tons

8455  5.  Truck Crane or Crawler, land or barge mounted, over 45 tons up to and including 100 tons (or Assistant Operator in lieu of Assistant to Engineer required)

**Group 3 (4 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $40.39  |          |          |          |

2135  1.  Derrick Barge Pedestal mounted under 45 tons (or Assistant Operator in lieu of Assistant to Engineer required)

6881  2.  Self Propelled Boom Type Lifting Device 45 tons and under

7171  3.  Skid/Scow Piledriver, any tonnage (Any assistance required shall be by an Employee covered by this Agreement)

8445  4.  Truck Crane or Crawler, land or barge mounted 45 tons and under (or Assistant Operator in lieu of Assistant to Engineer required)

**Group 4 (3 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $38.62  |          |          |          |

0221  1.  Assistant Operator in lieu of

2941  2.  Forklift, 10 tons and over

3401  3.  Heavy Duty Repairman/Welder

# Exhibit B

**Group 5 (0 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $37.32  |          |          |          |

No current classification (subject to Section 20.00.00)

**Group 6 (1 classification)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $35.98  |          |          |          |

2111   1. Deck Engineer

**Group 7 (0 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $34.89  |          |          |          |

No current classification (subject to Section 20.00.00)

**Group 8 (2 classifications)**

|        | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|---------|----------|----------|----------|
|        | $2.70   | $2.35    | $2.35    | $2.35    |
| Area 1 | $33.75  |          |          |          |

2153   1. Deckhand
2863   2.  Fireman

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

*5183** - Truck Crane Assistant to Engineer*

|           | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| GROUP A-1 | $37.66  |          |          |          |
| GROUP 1   | $36.91  |          |          |          |
| GROUP 2   | $36.66  |          |          |          |
| GROUP 3   | $36.37  |          |          |          |

*5173** - Assistant to Engineer*

|           | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|-----------|---------|----------|----------|----------|
|           | $2.70   | $2.35    | $2.35    | $2.35    |
| GROUP A-1 | $35.38  |          |          |          |
| GROUP 1   | $34.63  |          |          |          |
| GROUP 2   | $34.36  |          |          |          |
| GROUP 3   | $34.14  |          |          |          |

*01.03.04*    On Crawler Crane or Derrick Barge Piledriving operations when an Assistant Operator is used in lieu of an Assistant to Engineer, the second Operator can operate Forklifts or Deck Engines in conjunction with Piledriving operations.

18

**Exhibit B**

*01.03.05*    When a stationary Truck or stationary Crawler Crane is working in conjunction with another Truck or Crawler Crane driving pile, only one or Assistant Operator is required.

*Piledrivers, Special Single Shift and Second Shift Wage Rates*

|  | 7/1/16±* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $49.11 | | | |
| GROUP 1 | $48.36 | | | |
| GROUP 2 | $46.31 | | | |
| GROUP 3 | $44.43 | | | |
| GROUP 4 | $42.43 | | | |
| GROUP 5 | $40.97 | | | |
| GROUP 6 | $39.46 | | | |
| GROUP 7 | $38.23 | | | |
| GROUP 8 | $36.96 | | | |

±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

*5183**- Truck Crane Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $41.26 | | | |
| GROUP 1 | $40.51 | | | |
| GROUP 2 | $40.24 | | | |
| GROUP 3 | $39.91 | | | |

*5173** - Assistant to Engineer*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| GROUP A-1 | $38.69 | | | |
| GROUP 1 | $37.94 | | | |
| GROUP 2 | $37.64 | | | |
| GROUP 3 | $37.40 | | | |

*01.03.06 Tunnel/Underground Classifications and Wage Rates.* The straight-time hourly wage rate of Employees working underground and/or within shafts, stopes and raises shall be as follows:

**GROUP 1-A (1 classification) – Underground Rate**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $41.14 | | | |
| Area 2 | $43.14 | | | |

8603   1. Tunnel Bore Machine Operator - 20′ diameter or more.

**GROUP 1 (7 classifications) – Underground Rate**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $38.67 | | | |
| Area 2 | $40.67 | | | |

3301   1. Heading Shield Operator
3401   2.  Heavy Duty Repairman/Welder

19

**Exhibit B**

**GROUP 1 (continued) – Underground Rate**

|  | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $38.67 | | | |
| Area 2 | $40.67 | | | |

| 5111 | 3. | Mucking Machine (rubber tired, rail or track type) |
|---|---|---|
| 6125 | 4. | Raised Bore Operator** (tunnels) |
| 6210 | 5. | Road Header Operator on Tunnels 10 feet diameter or larger |
| 8601 | 6. | Tunnel Mole Bore Operator** |
| 8602 | 7. | Tunnel Boring Machine Operator 10 feet up to 20 feet |

**GROUP 2 (3 classifications) – Underground Rate**

|  | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $37.41 | | | |
| Area 2 | $39.41 | | | |

| 1451 | 1. | Combination Slusher and Motor Operator |
|---|---|---|
| 1781 | 2. | Concrete Pump or Pumpcrete Guns |
| 5861 | 3. | Power Jumbo Operator |

**GROUP 3 (2 classifications) – Underground Rate**

|  | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $36.08 | | | |
| Area 2 | $38.08 | | | |

| 2461 | 1. | Drill Doctor |
|---|---|---|
| 4751 | 2. | Mine or Shaft Hoist |

**GROUP 4 (3 classifications) – Underground Rate**

|  | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $34.94 | | | |
| Area 2 | $36.94 | | | |

| 1421 | 1. | Combination Slurry Mixer Cleaner |
|---|---|---|
| 3241 | 2. | Grouting Machine Operator |
| 4931 | 3. | Motorman |

**GROUP 5 (7 classifications) – Underground Rate**

|  | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $33.80 | | | |
| Area 2 | $35.80 | | | |

| 0621 | 1. | Bit Sharpener |
|---|---|---|
| 0913 | 2. | Brakeman |
| 1391 | 3. | Combination Mixer and Compressor (Gunite) |
| 1481 | 4. | Compressor Operator |
| 5173 | 5. | Assistant to Engineer** |
| 6041 | 6. | Pump Operator |

20

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

7271   7.  Slusher Operator

** Classification

**GROUP 1 –A (1 classification) –** *Shafts, Stopes and Raises*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $41.24 |  |  |  |
| Area 2 | $43.24 |  |  |  |

8603   1.  Tunnel Bore Machine Operator - 20′ diameter or more.

**GROUP 1 (7 classifications) –** *Shafts, Stopes and Raises*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $38.77 |  |  |  |
| Area 2 | $40.77 |  |  |  |

3301   1. Heading Shield Operator
3401   2.  Heavy Duty Repairman/Welder
5111   3.  Mucking Machine (rubber tired, rail or track type)
6125   4.  Raised Bore Operator** (tunnels)
6210   5.  Road Header Operator on Tunnels 10 feet diameter or larger

**GROUP 1 (7 classifications) –** *Shafts, Stopes and Raises Continued*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $38.77 |  |  |  |
| Area 2 | $40.77 |  |  |  |

8601   6.  Tunnel Mole Bore Operator**
8602   7.  Tunnel Boring Machine Operator 10 feet up to 20 feet

**Any assistance in the operation, if needed, shall be by an Employee covered by this Agreement.

**GROUP 2 (3 classifications) -** *Shafts, Stopes and Raises*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $37.51 |  |  |  |
| Area 2 | $39.51 |  |  |  |

1451   1.  Combination Slusher and Motor Operator
1781   2.  Concrete Pump or Pumpcrete Guns
5861   3.  Power Jumbo Operator

**GROUP 3 (2 classifications) -** *Shafts, Stopes and Raises*

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $36.18 |  |  |  |
| Area 2 | $38.18 |  |  |  |

2461   1.  Drill Doctor
4751   2.  Mine or Shaft Hoist

21

# Exhibit B

**GROUP 4 (3 classifications) -*Shafts, Stopes and Raises***

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $35.04   |          |          |          |
| Area 2 | $37.04   |          |          |          |

| 1421 | 1. | Combination Slurry Mixer Cleaner |
| 3241 | 2. | Grouting Machine Operator |
| 4931 | 3. | Motorman |

**GROUP 5 (7 classifications) -*Shafts, Stopes and Raise***

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $33.90   |          |          |          |
| Area 2 | $35.90   |          |          |          |

| 0621 | 1. | Bit Sharpener |
| 0913 | 2. | Brakeman |
| 1391 | 3. | Combination Mixer and Compressor (Gunite) |
| 1481 | 4. | Compressor Operator |
| 5173 | 5. | Assistant to Engineer** |
| 6041 | 6. | Pump Operator |
| 7271 | 7. | Slusher Operator |

** Classification

Tunnel/Underground, Special Single Shift and Second Shift Wage Rates

**GROUP 1-A (1 classification) – Underground Rate**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $45.27   |          |          |          |
| Area 2 | $47.27   |          |          |          |

**GROUP 1 (7 classifications) – Underground Rate**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $42.48   |          |          |          |
| Area 2 | $44.48   |          |          |          |

**GROUP 2 (3 classifications) – Underground Rate**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $41.07   |          |          |          |
| Area 2 | $43.07   |          |          |          |

**GROUP 3 (2 classifications) – Underground Rate**

|        | 7/1/16*  | 6/26/17* | 6/25/18* | 6/24/19* |
|--------|----------|----------|----------|----------|
|        | $2.70    | $2.35    | $2.35    | $2.35    |
| Area 1 | $39.59   |          |          |          |
| Area 2 | $41.59   |          |          |          |

22

# Exhibit B

**GROUP 4 (3 classifications) – Underground Rate**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $38.29  |         |         |         |
| Area 2 | $40.29  |         |         |         |

**GROUP 5 (7 classifications) – Underground Rate**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $37.02  |         |         |         |
| Area 2 | $39.02  |         |         |         |

**GROUP 1-A (1 classification) – *Shafts, Stopes and Raises***

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $45.38  |         |         |         |
| Area 2 | $47.38  |         |         |         |

**GROUP 1 (7 classifications) – *Shafts, Stopes and Raises***

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $42.59  |         |         |         |
| Area 2 | $44.59  |         |         |         |

**GROUP 2 (3 classifications) - *Shafts, Stopes and Raises***

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $41.18  |         |         |         |
| Area 2 | $43.18  |         |         |         |

**GROUP 3 (2 classifications) – *Shafts, Stopes and Raises***

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $39.70  |         |         |         |
| Area 2 | $41.70  |         |         |         |

**GROUP 4 (3 classifications) -Shafts, Stopes and Raises**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $38.40  |         |         |         |
| Area 2 | $40.40  |         |         |         |

**GROUP 5 (7 classifications) – Shafts, Stopes and Raises**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|---------|---------|---------|---------|
| Area 1 | $37.13  |         |         |         |
| Area 2 | $39.13  |         |         |         |

** Classification

23

May 23, 2016-sac
Master Construction Agreement

# Exhibit B

**01.03.07**    *Toxic Waste (HAZMAT).* A subcommittee shall be formed to discuss requirements applicable to Employees working on HAZMAT projects and to negotiate working rules and wage rates which recognize the special conditions and problems which exist when working with toxic waste.

**01.04.00**    *FOREMEN — Wage Rates.*

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $42.67 |        |        |        |
| Area 2 | $44.67 |        |        |        |

2921 1. Foreman and Shifters, over 7 Employees

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $41.14 |        |        |        |
| Area 2 | $43.14 |        |        |        |

2931 1. Foreman (Working), under 7 Employees

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $42.67 |        |        |        |
| Area 2 | $44.67 |        |        |        |

3341      1. Master Mechanic, over 5 Employees

**Foreman, Special Single Shift and Second Shift Wage Rates**

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $47.00 |        |        |        |
| Area 2 | $49.00 |        |        |        |

2921 1. Foreman and Shifters, over 7 Employees

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $45.27 |        |        |        |
| Area 2 | $47.27 |        |        |        |

2931 1. Foreman (Working), under 7 Employees

|        | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|--------|--------|--------|--------|--------|
| Area 1 | $47.00 |        |        |        |
| Area 2 | $49.00 |        |        |        |

3341 1. Master Mechanic, over 5 Employees

**01.05.00**    *Working Suspended.* The straight-time hourly wage rate of Employees required to work suspended by ropes or cables or performing work on a Yo-Yo Cat shall be according to the following schedule, and added to the straight-time hourly wage rates set out in 01.00.00, and such increase in the straight-time hourly wage rate shall apply for the full shift and all overtime work.

PER HOUR
$.60

**01.05.01**    *To be allocated by the Union; the allocation shall become effective forty-five (45) days after receipt of written notice by the Employer, but in no event earlier than July 1, 2016, June 26, 2017, June 25, 2018 and June 24, 2019.

*Note: Notwithstanding the above increases, increases to other fringe benefits shall also be applicable during the term of this Agreement as defined in Section 12.05.00.

**01.06.00**    If the Individual Employer maintains, rents, leases or otherwise contracts out or arranges for a camp in Area 2, the Individual Employer agrees that the charge to the Employees covered by this Agreement for suitable room and board, shall not exceed the differential between the Area 1 and Area 2 wage rates for eight (8) straight-time hours, five (5) days a week, Monday through Friday. When Employees work Saturdays and/or Sundays the same provisions which apply Monday through Friday, shall apply to Saturdays and/or Sundays.

**01.06.01**    If an Individual Employer provides trailer space for a job or project, an appropriate charge for such space shall be negotiated between the Union and the Individual Employer prior to the commencement of said job or project.

**01.07.00**    Whenever the bid specifications of an Owner awarding the work or an Awarding Agency require the Individual Employer to provide a drug-free workplace, such requirements shall apply to that job or project.

**01.08.00    Market/Geographic Area Committee. (Private Work - Not to Exceed $1,000,000).** The parties to this Agreement recognize the constantly changing nature of the industry with respect to certain private market and/or geographic areas and the necessity of Individual Employers maintaining competitive positions in those markets or geographic areas to protect and assure the continued work opportunities of the affected Employees covered by this Agreement. Therefore, and notwithstanding Section 25.03.00, the parties hereby establish a Market/Geographic Area Committee composed of three (3) representatives of the Employer, three (3) representatives of the Union, and three (3) Employee representatives performing work in an affected geographic area. In any particular geographic area, a defined market area committee of three (3) Employees may be established by the Union. The Committee comprising three (3) Union representatives and three (3) Employer representatives in conjunction with the local Employee market committee shall evaluate either market or geographic requests for changes or modifications believed necessary to meet market or geographic area competition and determine if adequate economic justification is present to support such a change or modification. The Employees serving on the Committees shall be selected by the Employees (members) in the market or geographic area on a rotating basis depending on the particular market or geographic area where evaluation of the area, changes and/or modification may be necessary. In the event a market area extends beyond the boundaries of more than one of the Union's Districts, there shall be at least one (1) Employee from each District where the market area exists serving on the Committee with the Employer representatives and Union representatives. The Committees shall review requests for changes in any of the terms and conditions of the Master Agreement which cover an area limited to particular private, market or geographic areas and believed necessary to preserve and protect work opportunities for affected Employees and Individual Employers covered by the Agreement. The Committee, upon an affirmative unit vote, is authorized to approve such changes (including the monetary size of the project to which they may apply) as it determines to be in the best interest of the affected Employees and the parties to this Agreement and may modify the Agreement accordingly; provided, however, if in any particular market area, a determination is made by the Committee that a market area has been substantially lost or rapidly being lost to non-union employers, an addendum, not to exceed $1,000,000 (unless the Committee agrees otherwise) shall be placed in effect covering that market which shall apply for the duration of the Agreement; it is further provided that in the month of January of each contract year, the Committee shall meet and review each market addendum, and if the Individual Employers have recovered sixty percent (60%) or more of the market, the Committee shall determine if the applicable addendum shall continue to apply, be terminated or otherwise modified. Provided further, any job or project covered by an addendum shall remain covered until job/project completion. The Committee may also consider requests for multi-craft project agreements regardless of dollar amount initiated through the National Heavy and Highway Committee and/or the National Building and Construction Trades Department.

25

**02.00.00   GENERAL PROVISIONS —DEFINITIONS**

**02.01.00   *Employer.*** The term "Employer" as used herein shall mean the Signatory Associations, (UCON, AGC, NAEC, UMIC, INC., ACE and CEA), and all other Signatory Employers.

**02.02.00   *Individual Employer.*** The term "Individual Employer" shall mean only those persons or entities who have authorized the Signatory Associations (Employer) to represent said Individual Employer with respect to collective bargaining with the Union. A list of said Individual Employers has been furnished to the Union at the commencement of negotiations, and the Employer shall furnish the Union with monthly reports of any additions or deletions to the list including contact information  of Individual Employers represented by the Employer. In the event the Individual Employer shall terminate association representation, the Signatory Employer Association shall provide the Union notice within thirty [30] days and also inform the Individual Employer, in writing with a copy to the Union, of their ongoing signatory obligation.

**02.02.01   *Additional Individual Employer.*** Provided that a person or entity is not then engaged in a currently existing labor dispute with the Union arising out of a failure to comply with the wages, hours, rates of pay or other conditions of employment required by the Union in the territorial jurisdiction of the Union where the dispute exists, such person or entity may become an Individual Employer covered by this Agreement upon authorizing the Employer to represent said person or entity with respect to collective bargaining and labor relations with the Union.

**02.02.02**   In the event an Individual Employer desires to be represented by another and different Association, he shall give the Union fifteen (15) days' notice in writing of the name of the employer association under a collective bargaining agreement with the Union that will represent the notifying Individual Employer; provided, however, that once an employer association represents an Individual Employer under Section 18.00.00 for a particular grievance, no other Employer association shall represent that Individual Employer for that grievance. Once signatory through any association Master Labor Agreement, an Individual Employer will remain bound to a Master Labor Agreement through the term of the agreement as outlined in Section 25.03.00.

**02.02.03**   The Employer shall be the sole judge of the qualifications for membership of any person or entity applying for membership therein.

**02.03.00   *Union.*** The term "Union" as used herein shall mean OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO.

**02.04.00   *Employee.*** The term "Employee" as used herein shall mean any person, without regard to race, color, religion, sex, age, national origin, handicap or disability (as provided for in the Americans With Disabilities Act of 1990), and shall include those persons covered by the Vietnam Era Veterans Readjustment Assistance Act of 1972:

(a)   whose work for an Individual Employer in the area covered by this Agreement falls within the recognized jurisdiction of the Union, or

(b)   who operates, monitors and controls, maintains, repairs, modifies, assembles, erects, services each or all of them, power-operated equipment of the type or kind of power-operated equipment used in the performance of work referred to in (a) above, regardless of whether such power-operated equipment is mechanically, electrically or electronically, hydraulically, automatically or remotely controlled, and

(c)   who assists or helps in the operation, maintenance, repairing or assembling, erecting or servicing of such power-operated equipment of the type or kind of equipment used in the performance of work referred to in (a) above, and who qualifies to register in a Job Placement Center, provided that the foregoing shall not apply to superintendents, assistant superintendents, general foremen, foremen, timekeepers, messengers, guards, confidential employees, office help, inspectors, and persons specifically excluded elsewhere in this Agreement.

# Exhibit B

**02.05.00**   *Unit Work.* This Agreement shall cover and apply to all activities of the Individual Employer in the area covered by this Agreement falling within the recognized jurisdiction of the Union, including, but not limited by inference or otherwise, to building construction, demolition, site clearing, geothermal drilling, pipelines, oil or gas refineries (excluding the falling and removal of merchantable timber by the purchaser of merchantable timber), work covered by Section 13.00.00, Steel Fabricators and Erectors, which work and equipment shall be covered by Section 13.00.00, Steel Fabricators and Erectors, and work covered by Section 14.00.00, Piledriving, which work and equipment shall be covered by Section 14.00.00, Piledriving. It shall also apply to all maintenance, modification and repair work and facilities, on-site or off-site, of an Individual Employer in the area covered by this Agreement, except an off-site repair or maintenance facility with respect to which the Individual Employer is in a bona fide collective bargaining relationship with a labor organization covering such Individual Employer's off-site maintenance and repair facility at the time the Individual Employer becomes a party to, or covered by, this Agreement. This Agreement shall also apply to the operation, modification, maintenance, and repair of equipment covered by this Agreement (including the additions under provision for Additional Work or Classifications, Section 20.00.00) established for the production of borrow, rip-rap, rock, sand, gravel, aggregates of all kinds, concrete (excluding cement), asphalt or macadam or other road-surfacing materials (excluding oil) by an Individual Employer or his subcontractor which is to be incorporated into a specific job(s) or project(s) of the Individual Employer so long as such material is actually being produced or delivered to such job or project; such work will be considered on-site.

**02.06.00**   This Agreement shall cover and apply to all Employees.

**02.07.00**   *Coverage.* This Agreement shall cover and apply to Northern California, which term means that portion of the State of California above the northerly boundary of Kern County, the northerly boundary of San Luis Obispo County and the westerly boundaries of Inyo and Mono Counties.

**02.08.00**   *Bargaining Representatives.*

**02.08.01**   The Union hereby recognizes and acknowledges that Employer is the collective bargaining representative of the Individual Employers authorizing the Employer to represent said person or entity with respect to collective bargaining and labor relations with the Union.

**02.08.02**   This Agreement shall bind each and every Individual Employer as set forth in Section 02.02.00 who has authorized the Employer to represent it with the same force and effect as if the Agreement were entered into by each such Individual Employer. Except as provided in Section 02.02.02, each such Individual Employer shall be and continue to remain bound to this Agreement for and during the term of this Agreement irrespective of whether such Individual Employer shall withdraw its authorization, resign, or be expelled from the Employer prior to the expiration date of this Agreement. However, any Individual Employer who is no longer a member of the Employer shall not be represented by the Employer and shall not be covered by the provisions of Section 18.00.00 (Settlement of Disputes).

**02.08.03**   The Employer and each Individual Employer covered hereby recognizes and acknowledges OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO, as the exclusive collective bargaining representative of all Employees covered by this Agreement. The Employer, on its own behalf and on each Individual Employer's behalf, acknowledges that it and they have collective bargaining relationships with the Union within the meaning of Section 9 of the National Labor Relations Act.

**02.08.04**   *Project Labor Agreements.* The Union will notify the Employer before it or its agents engage in negotiations for a project labor agreement with an employer, construction manager, public agency or private owner.

**02.08.05**   *Uniform Notification Provisions.* The "NOTICE" requirements of this Agreement shall be satisfied if the following requirements are met:

    a)    delivery by Certified Mail, E-mail or FAX to the Employer and/or to the Union;

    b)    sent within the specified time limits; and

c)    Proof of Service is provided, when required.

**03.00.00    ADMINISTRATIVE PROVISIONS**

**03.01.00    Pre-Job Conferences.** The Individual Employer or an Employer shall notify the Union at least one (1) week prior to the commencement of work by an Employee or Employees covered by this Agreement on all jobs or projects where the estimated or agreed price to be paid to the Individual Employer is $3,000,000 or more. If the Individual Employer conducts a Pre-Job Conference with any other basic craft for a job or project of less than $3,000,000, it will notify the Union and the Union may participate in the Pre-Job Conference.

**03.01.01**    Upon request of the Union, a Pre-Job Conference shall be held. The location shall be at the option of the Employer or Individual Employer. In the event a Pre-Job Conference is not held within two (2) weeks after a written request to the Individual Employer from the Union, Section 18.03.00 shall not be in effect until such Pre-Job Conference is held.

**03.01.02**    All understandings reached at such Pre-Job Conference shall be reduced to writing in a Pre-Job Conference Report and signed by the Individual Employer or Employer and the Union. Such understandings shall be within the scope and terms of this Agreement. For Keymen, refer to 04.08.02 of the Job Placement Regulations.

**03.02.00    Records and Requests.** Each Individual Employer shall provide a proper means for registering time, working time and quitting time of its Employees and Owner-Operators. In the event of a specific dispute regarding time, wages or fringe benefit payments of its Employees, or over any matter pertaining to an Owner-Operator, upon written request by the Union, delivered to the Employer and the Individual Employer, the Individual Employer's records relating to said dispute regarding time, wages and fringe benefit payments of its Employees, regardless of classification, or a dispute regarding Owner-Operators, and the Individual Employer's records relating to said dispute shall promptly be accessible to a Business Representative, auditor or other official of the Union during working hours.

**03.02.01**    In the event the Employer disputes the relevance of the records regarding a specific dispute referred to in 03.02.00 above, said dispute shall be subject to the provisions of Section 18.00.00.

**03.02.02**    In the event an Individual Employer fails or refuses to confirm an audit appointment within fourteen (14) days following demand or fails or refuses to submit to an audit within thirty (30) days upon demand, the Union shall not be bound by the provisions of Section 18.00.00 and shall be free to withdraw any or all of the Employees of such Individual Employer and such withdrawal shall not be a violation of this Agreement. Provided, however, the Union shall not withdraw Employees for forty-eight (48) hours after written notification to the Employer of the failure to confirm an audit appointment or the failure to submit to an audit whichever the case shall be, and the Individual Employer shall bear the expenses incurred by the auditor for such forty-eight (48) hour delay.

**03.02.03**    Upon written request of the Union, the Individual Employer shall notify the Union of his intent to perform work on Saturday, Sunday, or a holiday, of the location of job and the number of Employees he intends to employ.

**03.03.00    Employee Termination.** The Individual Employer shall notify the Job Placement Center on a form supplied by the Job Placement Center of the names of all Employees who have quit or who have been terminated during the week. (Termination shall mean severance of employment and not temporary layoff.) Such form is to be mailed to the Job Placement Center servicing the job or project not later than Monday of the week following the week of such severance of employment. The Union shall notify the Employer in writing each time any Individual Employer fails to make such report. Any Individual Employer failing to make such report three (3) times in one (1) calendar year shall for such failure to report pay one hundred dollars ($100) into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund and one hundred dollars ($100) for each additional failure. In the event an Employee is terminated, the Individual Employer shall indicate on the discharge slip the reasons for discharge, i.e., reduction in force, not qualified, termination of job, etc.

**03.03.01    Employee Transfer.** No Employee may be transferred from an Individual Employer's payroll to another Individual Employer's payroll, except in accordance with the Job Placement Regulations.

28

# Exhibit B

**03.04.00   *Conflicting Contracts.*** Any oral or written agreements between any Employer, any Signatory Association, or any Individual Employer, and an Employee which conflicts, or is inconsistent with this Agreement or any supplemental Agreement hereto, or which disestablishes, or tends to disestablish the relationship of Employer, Individual Employer, and Employee, or which reestablishes an employment relationship other than that of Employee, shall forthwith terminate.

**03.04.01**   No oral or written agreement which conflicts or is inconsistent with this Agreement, or any supplemental Agreements hereto, shall hereafter be entered into by an Individual Employer.

**03.04.02**   No Employee shall be asked to sign any form relating to his medical history unless required by law or Governmental regulation. This Section shall continue to be applicable until such time as the parties to this Agreement mutually develop and agree to implement an acceptable program.

**03.05.00   *General Savings Clause.*** It is not the intent of either party hereto to violate any laws, rulings, or regulations of any Governmental authority or agency. The parties hereto agree that in the event that any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings, or regulations, nevertheless the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement. The parties agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter, within thirty (30) days of written notice by either party, into lawful negotiations concerning the substance thereof.

**03.06.00   *Favorable Legislation.*** In the event legislation covering hours of labor, overtime or other conditions of employment applicable to any work covered by this Agreement is enacted, then and in that event, effective on the effective date of such legislation, such more favorable provisions shall be added to this Agreement and this Agreement modified to conform herewith, applicable to all work covered by this Agreement bid or let on or after the date such provision is added to this Agreement.

**03.06.01   *Federal Emergency Energy Conservation Plan.*** In the event that a compressed workweek measure under the Federal Emergency Energy Conservation Plan or under any other Federal successor plan is adopted during the term of the Agreement which requires a deviation in terms of starting time or length of the regular shift, the parties agree to negotiate a modification of this Agreement.

**03.06.02   *Favored Nations Clause.*** The wage rates, working conditions, and hours of employment and other conditions of employment herein provided have been negotiated by the Union with the Employer. The Union will give the Employer a copy of all Agreements it enters into with any Employer which covers on-site work covered by this Agreement which has terms and conditions which are different from this Agreement. An Individual Employer engaging in on-site work of the same type as that covered by such Agreement may, upon written notice to the Union, become a party to such Agreement.

**03.06. 03   *Other Agreements or Conditions More Favorable:*** Effective July 1, 2010, in the event that the Union, which is signatory hereto, enters into any other Master Construction Labor Agreement covering the forty-six (46) Northern California counties for on-site work covered by this Agreement with other Individual Employers or Employer Associations, which shall have terms or conditions more favorable to such Individual Employers or Employer Associations and the Members thereof than this Agreement, then such more favorable provision(s) shall immediately become part of and apply to this Agreement while the remainder of the Agreement shall remain in full force and effect.

**03.06. 04**   This Section shall only be applicable to the Northern California Master Construction Agreement between the Union and the Employer (Association) and/or Individual Employers. This shall not apply to Project Labor Agreements.

**03.07.00   *Liability of the Parties.*** It is mutually understood that neither the Employer, any Individual Employer, nor the Union shall be liable for damages caused by the acts or conduct of any individual or groups of individuals who are acting or conducting themselves in violation of the terms of this Agreement without authority of the respective party,

29

provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer or the Union, as the case may be.

**03.07.01**    In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, the Employer, or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

**03.07.02**    In the event the Union, or the Employer, the Individual Employer, or either of them, as the case may be, after notice of such violation, do not promptly take such affirmative action as is within their power to correct and to terminate such violation, then 03.07.00 shall be of no force and effect.

**04.00.00    EMPLOYMENT**

**04.01.00    *Hiring.*** All hiring shall be subject to and in accordance with the Job Placement Regulations of this Agreement, which are contained in a separate Addendum ("Addendum E"). Any changes to the Job Placement Regulations must be approved and ratified by the bargaining parties.

**04.01.01**    It shall be the responsibility of the Individual Employer, when ordering Employees or applicants, to give the Union all the pertinent information regarding each Employee's or applicant's employment, which shall include the classification of work and classification number when available under which the Employee or applicant for employment will be dispatched. Any applicant for employment so dispatched who does not possess the qualifications to perform the work for which he is dispatched shall not be eligible for show-up pay.

**04.02.00    *Union Security.*** All Employees covered by this Agreement employed at the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within eight (8) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

**04.02.01**    All Employees covered by this Agreement not employed on the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within thirty-one (31) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

**04.02.02**    The Union recognizes its obligations and therefore assumes full responsibility to every Employee discharged for failing to comply with the provisions of 04.02.00 and 04.02.01 last above set out, as a result of a written request from the Union to the Individual Employer of the Employee.

**04.02.03**    Any Employee discharged for failing to comply with the provisions of 04.02.00 and 04.02.01 above, as the case may be, while actively employed shall, before registering in a Job Placement Center for dispatch under this Master Agreement, tender to the Union his initiation or reinstatement fee and current quarterly dues in the form and manner regularly required by the Union, and the Union shall issue a receipt therefore. Upon presentation of such receipt to the Job Placement Center as evidence of such tender, the Employee shall be permitted to register as if he had never been discharged for such non-payment.

**04.03.00    *Discharge of Employee.*** No Employee shall be discharged or discriminated against for activity in or representation of the Union. The Union shall be the sole judge of the qualifications of its members.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**04.03.01**    The Individual Employer shall be the judge of the qualifications of all of his Employees and may on such grounds discharge any of them.

**04.03.02**    No Employee shall be discharged without "just cause". In the event of discharge without "just cause", the Employee may be reinstated with payment of wages and fringe benefits for time lost. Disputes concerning the existence of "just cause" shall be determined under the grievance procedures provided for in Section 18.00.00. Employees discharged for "just cause" shall be paid only for actual time worked. An Employee who is terminated by an Individual Employer for discrimination based on race, sex or other basis prohibited by employment discrimination laws, including race or sexual harassment, may not register with the Job Placement Center for fifteen (15) days following the date the Employee is terminated for a first offense and may not register with the Job Placement Center for thirty (30) days following the date the Employee is terminated for any subsequent offense. If the Union files a grievance on such an Employee's behalf, the parties shall expedite the grievance/arbitration procedure. The Board of Adjustment shall issue a bench decision in all such discharge cases. If the Union files a grievance, the fifteen (15) day and thirty (30) day restrictions will not begin until the date the grievance procedure is exhausted as provided herein.

The parties may initiate mediation for any dispute concerning the "No Discrimination/No Harassment" provisions of this Agreement. If they do, the grievance procedure will be held in abeyance during the mediation.

**04.03.03**    No Employee covered hereby may be discharged for refusing to cross a lawful primary picket line established by a Local Union of an International Union affiliated with the Local Building Trades Council that covers the geographical area of the picket line, Building and Construction Trades Department of the AFL-CIO or a Local Union thereof or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America or a Local Union thereof; provided, however, if the picketing or picket line is disapproved by the Unions affiliated with the Heavy and Highway Committee including the District Council of Ironworkers, International Association of Bridge, Structural and Ornamental Iron Workers and Piledrivers, Bridge Wharf and Dock Builders, the Union shall not recognize it. The Heavy and Highway Committee shall approve or disapprove the picket or picketing within twenty-four (24) hours of notification by the Individual Employer, during which period of the time, the Employees covered by this Agreement shall continue to work. This provision shall not apply to a jurisdictional picket line. However, an Employee of an Individual Employer who refuses to report to the job or project of an Individual Employer and perform his/her work for the Individual Employer when directed to do so by the Union under the provisions of 03.07.01 may be discharged by his Individual Employer. Such discharged Employee may register in any Job Placement Center, but he/she shall be ineligible for dispatch until the sixtieth (60th) day after the date of his/her discharge.

**04.04.00**    *Owner-Operator.* Whenever "Owner-Operator" is used in this Section, it means Operating Engineer Equipment Operator-Employee only and does not apply to a Heavy Duty Repairman/Welder or a Lubrication and Service Engineer or equipment (generators, welding machines, fixed drills, lathes, pickup trucks, grease trucks, lube trucks or trucks and trailers) used by them or either of them and necessary or advisable for the performance of any work of a Heavy Duty Repairman/Welder or Lubrication and Service Engineer. With respect to the classifications and equipment above excluded from this Owner-Operator clause, no such equipment shall be used on any job or project if such equipment is owned, rented, or leased by the Employee using such equipment or by a member of his immediate family.

**04.04.01**    This Section shall only apply to an Owner-Operator who has legal or equitable title to his or her equipment and who personally operates that equipment in the performance of his or her work.

**04.04.02**    This Section shall not apply to any other form of business entity, partnerships, limited partnerships, corporations, joint ventures, etc.

**04.04.03**    Any other business entity shall be subject to Section 05.00.00 *APPLICATION TO SUBCONTRACTORS*.

**04.04.04**    Any Owner-Operator who is a member of the Union in good standing and who possesses a valid contractor's license shall have the option of electing, in writing, not to be placed on the Individual Employer's payroll. If the Owner-

31

Operator elects not to go on the payroll, the Individual Employer shall pay into the Pensioned Health and Welfare and Affirmative Action Trust Funds at the required contribution rates. The Individual Employer shall notify the Union of the option selected. Each of the Funds agrees to defend the legality of this Subsection in any action to which it is a party. Each of the parties to this Agreement specifically agrees to join in the defense of any action brought by any person or entity claiming that this Subsection is unlawful.

**04.04.05**    Any Owner-Operator who is not a member in good standing of the Union shall be on the payroll of the Individual Employer with full fringes being paid from the first (1st) day of employment.

**04.04.06**    The Individual Employer may not circumvent the provisions of this Section by utilizing Section 05.00.00, *APPLICATION TO SUBCONTRACTORS,* to subcontract to operators of individually-owned and manned pieces of equipment. In the event that occurs, the Individual Employer shall be liable for full fringes plus twenty-five percent (25%).

**04.04.07**    Owner-Operators shall not be subject to the provisions of Sections 04.06.00 through 04.12.00 or be considered an Employee for the purposes of 04.10.24[ii] of the Job Placement Regulations of this Agreement, provided the Job Placement Center servicing the job or project shall be notified of the name, address and Social Security Number of the Owner-Operator within twenty-four (24) hours after the Owner-Operator reports for work regardless of how long he works.

**04.04.08**    In the event an Individual Employer has failed to notify the Job Placement Center servicing the job or project of the name, address and Social Security Number of the Owner-Operator within twenty-four (24) hours after the Owner-Operator has reported for work to said Individual Employer, and said Individual Employer is subsequently found by audit or otherwise to have violated any of the Owner-Operator provisions of Section 04.00.00 resulting in the failure to pay wages and/or fringes under this Agreement, such Individual Employer's liability under Section 18.04.00 shall be for the payment of an amount equal to the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%). Such liability shall be for not more than the sixty (60)-day period prior to written notification by the Union to the Individual Employer and Employer not-withstanding any other provision of said Section 18.04.00. Provided, however, if said Individual Employer can establish from records maintained in the normal course of business that the Job Placement Center has received the required twenty-four (24)-hour notice and is subsequently found to be in violation, the Individual Employer's liability for payment under Section 18.04.00 shall be limited to fringe benefits only for not more than the sixty (60)-day period prior to written notification by the Union to the Individual Employer and the Employer. Of the liquidated damages provided for in this Section, an amount equal to the amount of the fringe benefits, if any, that should have been paid but were not, shall be credited to the Owner-Operator; the balance shall be paid into the Operating Engineers' Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund.

**04.04.09**    The Individual Employer who utilizes an Owner-Operator shall provide, upon the request of any authorized agent of the Union, copies or original records made reflecting the hours worked, equipment used, and payments made by the Individual Employer to the Owner-Operator and on the Owner-Operator's behalf.

**04.04.10**    The Individual Employer expressly reserves the right to control the details of the manner, time and means by which the Owner-Operator performs his/her services, as well as the ends to be accomplished, and shall be the sole judge of the capability of the Owner-Operator's equipment to perform the work required to be performed, and may, if the Individual Employer determined that the Owner-Operator's equipment is not capable of performing the work required to be performed, terminate such Owner-Operator's services. Failure to work the day or half-day out as directed shall terminate the Owner-Operator's employment, and he shall be paid only for actual time worked prior to such failure. The Individual Employer shall not pay for time spent by the Owner-Operator in repairing, servicing or maintaining his equipment after termination of employment, or before or after his shift, as the case may be.

**04.04.11**    Any Owner-Operator who employs Operating Engineers under a subcontract with an Individual Employer signatory to a collective bargaining agreement with the Union shall comply with the terms of Section 05.00.00.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**04.04.12** If an Owner-Operator who meets the criteria set forth in 04.04.04 above elects not to go on the payroll of the Individual Employer, the parties agree that the Owner-Operator shall be compensated in an amount equal to the total hourly compensation rate that would have been paid an Employee of the Individual Employer performing similar work plus a reasonable rate for rental of the Owner-Operator's equipment. For the purpose of this provision, the total hourly compensation rate referenced above shall include the applicable wage rate plus the amount that would have been contributed on an Employee's behalf to the Pension Trust Fund, Health and Welfare Trust Fund and Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund.

**04.04.13** Any Owner-Operator who has elected to go on the payroll of the Individual Employer shall be governed by the terms of this Agreement as written, and each such Owner-Operator must specifically waive any claim of exemption from any provision of said Agreement based upon an assertion of independent contractor status. Any Owner-Operator member who elects to not go on the payroll must waive any claim of Employee status and rights under 29 United States Code 157.

**04.04.14** Compensation for the equipment shall be by check for the full amount due, less any agreed advances. A statement of any charges by the Individual Employer shall be issued at the same time.

**04.04.15** The Owner-Operator shall provide and have sole responsibility for fuel, oil, grease, tires, tubes, repairs, and any other items necessary to operate his equipment. He/she shall have complete freedom to purchase any such items at any place where efficient service and satisfactory products can be obtained at the most favorable prices.

**04.04.16** There shall be no interest or handling charge on earned money advanced prior to the regular payday.

**04.04.17** The provisions of this Section have been negotiated and agreed upon by and between the parties for the objects and purposes expressed in 04.04.19. The parties have not undertaken to negotiate for the Owner-Operator-Employees any profit whatsoever for the leasing and rental of the equipment they operate. On the contrary, compensation for the equipment shall be set by agreement between the Individual Employer and the Owner-Operator at a level which will not circumvent or defeat the payment of wages and fringe benefit payments and conditions of any Employee covered by this Agreement.

**04.04.18** There shall be no reductions by reason of the signing of this Agreement where the present basis of payment is more favorable to the Owner-Operator than the basis provided for herein.

**04.04.19** It is further mutually understood and agreed that the intent of this Section is to assure the payment of wages, subsistence and fringe benefit payments and the observance of the conditions provided in this Agreement, and to prohibit the making and carrying out of any plan, scheme or device to circumvent or defeat the payment of wages, subsistence and fringe benefit payments and the observance of the conditions provided in this Master Agreement.

**04.04.20** It is further agreed that the Individual Employer will not devise or put into operation any scheme, whether herein enumerated or not, to defeat the terms of this Section of this Agreement, nor shall any Owner-Operator's arrangement with an Individual Employer be entered into for the purpose of depriving any other Employee of employment. In the event that the Individual Employer has available equipment on the job during the period of the repair of the Owner-Operator's equipment, and for a period not to exceed two (2) shifts and so long as no other Employee is laid off to provide work for such equipment, an Owner-Operator may be assigned to operate equipment not furnished by him, but except under such circumstances the Owner-Operator shall be exclusively assigned to the equipment furnished by him.

**04.04.21** Reckoning of time on an Owner-Operator's last day of employment shall be as follows: All time worked during the first (1st) four (4) hours shall be reckoned by the half-shift. All time worked beyond the first four (4) consecutive hours shall be reckoned by the hour.

**04.04.22** Notwithstanding any other provision of this Agreement, an Owner-Operator who has worked as an employee (or as an Employee) shall be subject to 04.02.00 after seven (7) days' employment by the Employer and/or

33

one (1) or more Individual Employers. No Owner-Operator shall have any right to enforce this Agreement by grievance, arbitration or otherwise until he has been placed on the payroll of an Individual Employer as an Employee.

### 05.00.00   APPLICATION TO SUBCONTRACTORS

**05.01.00**     The purpose and intent of this Section is to preserve and protect employment opportunities and terms and conditions of employment of all Employees covered by this Agreement to the maximum extent permitted by law.

**05.02.00**     No on-site work covered by this Agreement which historically has been performed by the Individual Employer, or by the industry if the Individual Employer has no such history, on the site of a job or project shall be performed off the site of a job or project.

**05.03.00     Definition of Subcontractor.** A Subcontractor is defined as any person (other than an Employee covered by this Agreement or an individual Owner-Operator [unless Owner-Operator is employing Employees]), firm or corporation who agrees orally or in writing, to perform, or who in fact performs for, or on behalf of, an Individual Employer, any part or portion of the work covered by this Agreement as defined in Section 02.05.00.

**05.04.00     On-Site Work.** With respect to on-site work covered by this Agreement, that is, work done or to be done at the site of the construction, alteration, painting or repair of a building, structure or other work:

**05.04.01**     The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any Subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any on-site work covered by this Agreement, and said Subcontractor with respect to such on-site work shall be considered the same as an Individual Employer covered hereby.

**05.04.02**     That if an Individual Employer shall subcontract on-site work as herein defined in Section 02.05.00, such Subcontractor  shall state in writing that such Subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement in the performance of his/her subcontract and agrees to execute a subcontracting terms and conditions Agreement as provided in Attachment "A" of this Agreement.

**05.04.03**     Subsections 05.04.01 and 05.04.02 shall not apply to Subcontractors who perform landscape work, wood fencing, wood retaining walls, slurry seal, striping, hydro seeders, straw blowing, silt fencing and/or hay baling if the Non-Signatory Subcontractor who performs such work submits a bid which is more than twenty percent (20%) lower than a signatory Subcontractor's bid or no Signatory Subcontractor submits a bid.  This provision is applicable only if the Individual Employer solicits bids from Signatory Subcontractors.

**05.05.00**     Regardless of anything in this Agreement to the contrary, no on-site work covered by this Agreement of a Heavy Duty Repairman or a Lubrication or Service Engineer or an Employee who operates or maintains the following equipment — generators or welding machines or uses in the performance of his work fixed drills, lathes, pickup trucks, grease trucks, lube trucks and trailers or any or all of them — will be subcontracted to any person or Individual if such person or individual performs any such work.

**05.06.00**     The Individual Employer shall provide a list of Subcontractors who will perform unit work under this Agreement as set forth in Section 02.05.00 where the subcontract amount is over $25,000. Notice at a pre-job conference will satisfy the requirements of this Section. Furthermore, the Individual Employer shall provide written notice prior to the commencement of work by the Subcontractor of any such subcontract entered into subsequent to a pre-job conference with a Subcontractor who will perform unit work under this Agreement as set forth in Section 02.05.00. Any Individual Employer who has given such notice and requires the subcontractor to agree to comply with and observe the provisions of Subsection 05.04.00 hereof with respect to the jobsite work shall not be liable for any delinquency by such Subcontractor in the payment of any wages, fringe benefits or contributions provided herein except as hereinafter provided.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

*05.06.01*     In the event the Union questions compliance by a Subcontractor with the provisions of this Section, the Union shall so notify the Employer, the Individual Employer and Subcontractor in writing, and the Subcontractor shall furnish to the Union within fifteen (15) days, a written itemized record of all pertinent information. Additionally, where itemized payroll records are required for submission to public contractor agencies on behalf of Subcontractors, the Subcontractors shall furnish copies of such submission to the Union upon written request. If the Subcontractor refuses, the Individual Employer shall cause the Subcontractor to supply the information. The provisions of this Section shall not be applicable if the Subcontractor is an Individual Employer signatory to this Agreement.

*05.06.02*     If any Subcontractor shall become delinquent in the payment or meeting of the obligations set forth in 05.00.00, the Union shall promptly give written notice thereof to the Individual Employer and Subcontractor specifying the nature and amount of such delinquency as nearly as can be ascertained. If such notice is given, the Individual Employer shall withhold the amount claimed to be delinquent out of any sums due and owing by the Individual Employer to such Subcontractor and shall pay and satisfy therefrom the amount of such delinquency by such subcontractor. Any dispute as to the existence or amount of such delinquency shall be settled as provided in Section 18.00.00 hereof and if the Subcontractor is found in violation, the Individual Employer shall be obligated to pay the amount determined to be due, including liquidated damages as described above, out of the money so withheld from the Subcontractor, into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

*05.06.03*     The Individual Employer shall not be liable for any such delinquency when in compliance with Section 05.04.02.

*05.07.00*     Unless a Subcontractor is an Individual Employer signatory to this Agreement, the subcontracting Terms and Conditions Agreement required by 05.04.02 shall not cover any other jobs or projects of the Subcontractor, and the application of the subcontracting Terms and Conditions Agreement to the Subcontractor pursuant to these provisions shall terminate contemporaneously with the termination of such subcontract with the Individual Employer.

*05.08.00*     In the event bid specifications contain MBE/DBE/WBE/DVBE requirements, upon request, the Union will meet with the Individual Employer with the primary intent of assisting the Individual Employer in fulfilling the legal requirements of said bid specifications.

*06.00.00*     **WORKING RULES**     .

*06.01.00*     Five consecutive days of eight (8) consecutive hours (exclusive of meal period) for single or first shift Employees, and seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for second shift Employees, and seven (7) consecutive hours (exclusive of meal period) for third shift Employees, Monday through Friday inclusive, shall constitute a week's work.

*06.01.01*     *Four (4) by Ten (10) Workweek.* To the extent permitted by law, an Individual Employer, may establish a four (4) by ten (10) hour workweek, Monday through Friday, provided all other crafts employed by the Individual Employer on the job are performing work on the same basis. It is further provided, however, that the normal workweek under this provision shall be Monday through Thursday, unless bid specifications require otherwise, and any modification of said Monday through Thursday workweek is established prior to starting the job or project. In the event that work cannot be performed Monday through Friday because of inclement weather shut down, a holiday or major mechanical breakdown or shortage of materials beyond the control of the Individual Employer, Friday or Saturday may be scheduled as a workday and Employees paid at the applicable straight-time rate. Overtime shall be paid as provided in this Agreement except that overtime shall be paid for all work performed over ten (10) hours or before a shift begins. The overtime provisions of this Agreement applicable to Saturdays, Sundays and holidays shall apply to this Section. On shift work, i.e.; a two (2)-shift operation, the provisions of this Agreement applicable to shift work shall apply consistent with the ten (10)-hour day.

35

***Plants and Shops.*** To the extent permitted by law, a four (4) by ten (10) hour workweek may apply to plants or shops, Monday through Friday upon mutual agreement of a majority of Employees at each plant or shop, the Individual Employer and the Union.

The workweek may commence on Monday and Tuesday unless otherwise agreed to by the Employees, the Individual Employer and the Union. Any four (4) by ten (10) hour workweek established shall be four (4) consecutive days.

**06.01.02    *Monday through Saturday.*** To the extent permitted by law, Saturday work may be performed at straight-time rates in the event of time lost during the workweek due to one or more of the following conditions: inclement weather, major mechanical breakdown or shortage of materials beyond the control of the Individual Employer, provided the total straight-time hours worked by any Employee in any one (1) week including Saturday make-up work, shall not exceed forty (40) hours. Saturday make-up work shall be performed on a voluntary basis only, and no Employee shall be discharged or otherwise disciplined for his/her refusal to perform such work.

**06.01.03**    The above Section shall not apply when working in conjunction with and/or in support of another craft employed by the Individual Employer and receiving overtime for Saturday work. Where such other craft is receiving overtime, the Employees covered by this Agreement shall be compensated on the same basis.

**06.02.00**    Not less than one-half (1/2) of a shift or a full shift from May1st through October 31st and not less than one-half (1/2) of a shift, three-quarters (3/4) of a shift or a full shift from November 1st through April 30th at the applicable rate shall be paid for the work performed on any one (1) shift subject to Section 06.22.00 of this Section. However, on the first (1st) day of employment; on jobs of less than one (1) day's duration; on the last day of the job; and on any day that the work on a job or project is suspended on account of weather conditions, by written order of the Contracting Authority, or by any Governmental agency having the authority to suspend the work, by the unavailability of fuel, power or water, and on days on which there is a major mechanical breakdown (i.e., Employees directly affected by such breakdown), not less than four (4) hours at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

**06.03.00    *Reckoning of Time.*** Straight-time hours of employment shall be reckoned by the half (1/2) shift and the full shift from May 1st through October 31st and by the half (1/2) shift, three-quarters (3/4) shift and the full shift from November 1st through April 30th except as otherwise provided in Section 06.02.00 above. Overtime hours of employment before and after a shift shall be reckoned by the hour and half-hour at the applicable overtime rate. Overtime on Saturdays, Sundays or holidays shall be reckoned as provided in Section 06.22.00. If an Employee quits work on his/her own, he/she shall be paid only for actual time worked.

**06.03.01**    Provided, however, in cases of emergency, Employees called out to work "the second half of the shift" during the normal straight-time hours shall receive not less than four (4) hours at the applicable overtime rate.

**06.03.02**    Employees who work on a chip seal job shall be paid not less than four (4) hours at the applicable rate. Work performed in excess of four (4) hours up to a full shift shall be reckoned by the hour.

**06.04.00**    On a single shift, eight (8) consecutive hours or ten (10) consecutive hours (exclusive of meal period) shall constitute a shift's work; the regular starting times of the single shift shall be between 5:00 a.m. and 10:00 a.m. An earlier or later starting time may be established by agreement between the Union and the Individual Employer. The Individual Employer may, by mutual agreement with the Union, stagger individual crews starting times at the Employee's regular rate of pay within the regular established starting times of this Section. There shall be no more than two (2) staggered start times on any Project and no more than one (1) hour between the staggered start times. The Individual Employer shall not engage in any scheme, device or subterfuge to circumvent Sections 06.04.01 and/or 06.14.01, including, but not limited to changing Employees from one piece of equipment to another, or from one assignment to another, moving equipment and/or Employees from one work site to another, or using a different piece of equipment to perform the work.

36

***06.04.01***    The Heavy Duty Repairman and/or Welder performing a particular heavy duty repair assignment shall be given the first choice to perform the assignment before or after the shift.

***06.04.02    Paving, Soil Stabilization or Pipelaying Crews only.*** The regular starting times of the single shift shall be between 5:00 a.m. and 10:00 a.m.

***06.04.03    Special Single Shift.*** When the Individual Employer produces evidence in writing to the Union of a bona fide job requirement for a public agency or a public utility which certifies that some or all of the work can only be done other than during the normal shift hours, and notifies the Union during the pre-job conference or by FAX, E-MAIL, or certified mail at least three (3) days before the start of such special shift (except in the case of emergency), the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift) (exclusive of meal period), Monday through Friday.

Such shift shall be in accordance with the provisions of Section 06.02.00.

1.   Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that working conditions would be unsafe for Employees, or counter-productive to the performance of work, the special single shift may commence on Sunday with double (2) time to be paid from 8:00 p.m. Saturday up to and including 8:00 p.m. Sunday and the applicable straight-time rate paid from 8:00 p.m. Sunday until completion of the eight(8)-hour special single shift. If Sunday is the first day of the workweek as provided herein, all hours worked between 8:00 p.m. Friday and 8:00 p.m. Saturday shall be paid at time and one-half (1-1/2).

2.   Flexible starting times shall be permitted for crews on a special single shift whenever an Operating Engineer Foreman is employed on the special single shift.

***06.04.04***    Employee's straight-time rate shall be the applicable wage rate set forth in 01.03.00, 01.03.01, 01.03.02, 01.03.03, 01.03.06 and 01.04.00 for Special Single Shift work.

***06.04.05***    For the purposes of this Section Saturday shall begin at the close of the regularly established shift on Friday.

***06.04.06    Special Service and Maintenance Shift.*** Upon written notice to the Union, an Individual Employer may initiate a special service and maintenance shift (not to include heavy duty repair) other than during the normal shift hours. The Employees' straight-time wage rate for all work on such special service and maintenance shift shall be the applicable wage rate set forth in Group 4 of this Agreement. For the purpose of this Section, changing filters and belts and making minor adjustments are not considered to be heavy duty repair.

Once an Individual Employer has established a starting time for a special service and maintenance shift, it shall not be changed except by mutual consent of the Union and the Individual Employer.

***06.05.00***    When two (2) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the first shift, for which eight (8) hours shall be paid; and eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the second (2) shift, for which eight (8) hours shall be paid, at the Second Shift Wage Rates set forth in Section 01.03.00. Such shifts shall run consecutively. The straight-time hours for the second shift shall commence not later than three (3) hours after the end of work (either straight time or regularly scheduled overtime) on the first shift. On two-shift operations, the first shift shall have regular starting time not earlier than 6:00 a.m., and not later than 8:00 a.m. Once such two-shift operation and starting time have been established, they shall not be terminated other than on a Friday (except upon completion of the job), provided that the starting times may be changed by mutual consent. Shift hours and the applicable straight-time or overtime rate shall be paid whenever shifts are worked under the above conditions including Saturdays, Sundays and holidays.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

*NOTE:* A wage rate by Group is established for second (2nd) shift. Second Shift Wage Rates for Groups 1–8A, Steel Erection and Piledriving are set forth in Sections 01.03.00, 01.03.01, 01.03.02, 01.03.06 and 01.04.00 and will be paid on the basis of eight (8) hours' work for eight (8) hours' pay.

***06.06.00*** When three (3) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), the first shift of the day shall work eight (8) consecutive hours (exclusive of meal period), for which eight (8) hours shall be paid. The second shift shall work seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid, and the third shift shall work seven (7) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid. Such shifts shall run consecutively. The straight-time hours for the third shift shall commence not earlier than the end of work and not later than one (1) hour after the end of work (either straight time or regularly scheduled overtime) on the second shift. On three-shift operations, the first shift of the day and of the workweek shall start at 8:00 a.m. Monday, and such workweek shall end with the closing of the third or graveyard shift Friday or at 8:00 a.m. Saturday, whichever is earlier, and 8:00 a.m. Monday shall be compensated for at the applicable overtime rate.

Once established, shift rate shall apply on all work thereafter, including Saturdays, Sundays and holidays. Once such three-shift operations have been established they shall not be terminated other than on a Friday (except upon completion of the job).

***06.07.00*** On a single- and two-shift operation, Saturday shall be the twenty-four-hour period commencing at 12:00 midnight Friday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Saturday shall run from the close of Friday's third or graveyard shift to 8:00 a.m. Sunday.

***06.07.01*** On a single- and two-shift operation, Sunday shall be the twenty-four-hour period commencing at 12:00 midnight Saturday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Sunday shall run from 8:00 a.m. Sunday to 8:00 a.m. Monday.

***06.07.02*** The straight-time starting time for Employees on each shift shall be the same for all Employees employed on that shift.

***06.08.00*** On "multiple-shift operations" (a two[2]- and/or three[3]- shift job), in addition to the two and/or three shifts, a single shift of eight (8) consecutive hours (exclusive of meal period) may be established, provided it is for five (5) or more consecutive days and has its own Operating Engineer Foreman where required, or if a Foreman is not required, is under separate supervision and further provided that on a two- or three-shift job such single shift is not related to and is not in conjunction with the work on the two- or three-shift operation. The regular starting time of such single shift shall be between 6:00 a.m. and 8:00 a.m.; provided, however, once such starting time has been established on a job or project, it shall not be changed except by mutual consent of the Union and the Individual Employer.

***06.09.00*** In the case of a multiple-shift operation, in no event shall the number of Employees on a second (2nd) or third (3rd) shift exceed the number of Employees on the first (1st) shift by more than fifty percent (50%). The foregoing may be modified by mutual agreement of the Union and an Individual Employer.

***06.10.00*** On multiple-shift operations, no shift shall work more than ten (10) hours, except in the event of an on-the-job emergency.

***06.11.00*** No single-shift Employee shall relieve a multiple-shift Employee, and no multiple-shift Employee shall relieve a single-shift Employee.

***06.12.00*** In the case of a multiple-shift operation, the Individual Employer will endeavor to fairly distribute overtime work on Saturdays, Sundays or holidays.

***06.13.00*** For the purposes of establishing shift operations, the Employees of the Individual Employer and the Employees of any Subcontractor or other Individual Employer shall be considered separately.

38

# Exhibit B

***06.14.00*** No Employee shall work more than one (1) shift at straight time in any consecutive twenty-four (24) hours. No arrangement of shifts shall be permitted that prevents any Employee from securing eight (8) consecutive hours of rest in any consecutive twenty-four (24) hours. Such twenty-four (24) hours shall be computed from the start of the Employee's assigned shift.

***06.14.01*** Where there is equipment to be operated on a single-shift operation before the single shift begins or after it ends, or on a Saturday, a Sunday or a holiday, the Operating Engineer who regularly operates the particular piece of equipment shall be given first choice to perform the work, for not to exceed twelve (12) hours except in an emergency, and if an Assistant to Engineer is required, the Assistant to Engineer who is regularly assigned to the particular piece of equipment shall be given first choice to perform the work.

***06.15.00*** Where in any locality existing traffic conditions, weather conditions or power availability render it desirable to start the day shift at an earlier or later hour, such starting time may be set by mutual written agreement of the Individual Employer and the Union. Such different starting time may not be terminated except on a Friday or upon completion of the job.

***06.16.00*** If a breakdown occurs on equipment operated by Employees covered by this Agreement, it shall be in the discretion of the Individual Employer whether the Operator and his Assistant to Engineer or other Employees shall make the repairs including routine maintenance.

***06.17.00*** The recognized established practice regarding the starting and warming up of equipment by Employees under this Agreement shall not be changed.

***06.18.00*** No Employee shall be required to work alone during the hours of darkness when performing maintenance work on equipment. This provision shall not apply to Employees servicing and/or starting equipment one (1) hour prior to the start of a shift.

***06.19.00*** ***Meal Period.*** There shall be a regularly scheduled meal period. The meal period shall be one-half (1/2) hour and shall be scheduled to begin not more than one-half (1/2) hour before and completed not later than one (1) hour after the mid-point of the regularly scheduled hours of work for each Employee's shift. The meal period for Mechanics, Service and Lubricating Engineers, may be scheduled to permit work at the applicable straight-time rate during the regularly scheduled meal period

***06.19.01*** If the Individual Employer requires the Employee to perform any work included in Section 02.04.00 of this Agreement through his/her scheduled meal period, the Employee shall be paid at the applicable overtime rate for such meal period and shall be afforded an opportunity to eat on the Individual Employer's time.

***06.19.02*** ***Second (2nd) Meal Period.*** No Employee shall be required to work continuously for more than ten (10) hours per workday without the Individual Employer providing the Employee with an uninterrupted second (2nd) thirty (30) minute meal period.

***06.19.03*** However, if an Employee works over ten (10) hours, the Individual Employer and Employee may mutually agree to waive the Employee's entitled second (2nd) meal period so long as the first meal period was taken and the Employee works not more than a total of twelve (12) hours.

***06.19.04*** Should any provision of California State Labor Code Section 512 be amended during the term of this Agreement, the parties agree to meet to address those changes in accordance with Section 03.05.00 (General Savings Clause) of this Agreement.

***06.19.05*** All disputes concerning meals and/or rest periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within

# Exhibit B

fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

**06.20.00    *Foremen and Shifters.*** No foremen or shifters shall be allowed to perform any work covered by this Agreement or operate any equipment covered by this Agreement, except as provided in the Special Provisions Concerning Foremen Other Than General Foremen, Section 21.00.00.

**06.21.00    *Show-Up Time.*** When an Employee reports on his/her shift, or when dispatched and he/she reports at the agreed time and designated place and there is no work covered by Section 02.04.00 provided for him/her by the Individual Employer, he/she shall be paid two (2) hours at the rate applicable to his/her classification at the straight-time hourly or overtime rate applicable on that day as show-up time; if the Employee is requested to stand by, and does so, and is given no work, he/she shall be paid four (4) hours' pay at the rate applying to the job or unless such Employee or applicant reported in a condition unfit to perform his/her work or unless such applicant was rejected by the Individual Employer in accordance with the provisions of the Job Placement Regulations of this Agreement, Section 04.10.39. Provided, however, if his work is suspended on account of weather conditions, the Employee shall be entitled to show-up time only if he/she remains on the jobsite for two (2) hours pending abatement of such weather, unless sent home earlier by the Individual Employer. If his/her work is started, in lieu of show-up time, the Employee shall be compensated as provided in 06.02.00 and 06.03.00 of this Section. If an Employee's work is to be suspended for any reason, the Employee shall be notified at least two (2) hours before being required to report on his shift. The Employee shall keep the Individual Employer advised at all times of his/her correct address and telephone number. When the Employee has no telephone, or when the Employee cannot be reached at the number furnished to the Individual Employer, he/she shall not be entitled to show-up time in the event he/she reports on a day of inclement weather unless he has previously called the Individual Employer at the time and place designated in a notice posted on the job. The provisions of this Section shall apply also when the Employee is working under Section 13.00.00 and 14.00.00 of this Agreement. The Individual Employer and the Union may mutually agree to other and additional means of notification of Employees.

**06.22.00**    Whenever an Employee is called out to work or employed on a Saturday, Sunday or a holiday, he/she shall be paid at least four (4) hours at the applicable overtime rate unless the overtime work immediately precedes his/her regular shift and he works or is paid for the first half of his regular shift, in which case he shall be paid for the overtime actually worked by the hour and half-hour. All time worked beyond the first four (4) consecutive hours on Saturday, Sunday and holidays shall be reckoned by the hour at the applicable overtime rate. On a two-shift or three-shift job if Employees are called out to work or employed on the first shift on a Saturday, Sunday or holiday, the above shall apply but if any Employees are called out or employed to work on a second or third shift on Saturday, Sunday or holiday all shift work Employees called out or employed shall be compensated in accordance with either Section 06.05.00 or 06.06.00, as the case may be.

**06.23.00**    In the event an Employee has completed his/her regular shift and returned to his residence, and is called back to perform his/her overtime work, such Employee shall be paid at least two (2) hours at the applicable overtime rate. In the event an Employee has not worked his/her scheduled shift and is called out to perform overtime work, such Employee shall be paid at least four (4) hours at the applicable overtime rate.

**06.24.00**    The holidays referred to in this Agreement are as follows: New Year's Day (January 1), President's Day (3rd Monday in February), Memorial Day (last Monday in May), Independence Day (July 4), Labor Day (1st Monday in September), Thanksgiving Day (4th Thursday in November), the day after Thanksgiving Day (4th Friday in November), and Christmas Day (December 25). Holidays falling on Sunday shall be observed on the following Monday. Martin Luther King Day shall become a recognized holiday when and if the five basic crafts adopt it as a holiday.

**06.25.00    *Overtime on All Work Covered By This Agreement in Areas 1 and 2.*** The applicable overtime rates shall apply for the shift, work covered by 02.04.00, equipment, area, location and classification on Saturdays, Sundays and holidays and all time before a shift begins and after it ends.

May 23, 2016-sac
Master Construction Agreement

# Exhibit B

**06.25.01**   *Overtime Areas 1 and 2 (all forty-six [46] Counties).* One and one-half (1-1/2) times the applicable straight-time hourly rate shall be paid for all work performed before a shift begins and after it ends and for all work performed on Saturdays. Double (2) the straight-time hourly rate shall be paid for all work on Sundays and holidays.

**06.25.02**   Assistants to Engineers shall be paid at the applicable overtime rate when required to "grease" or "fire up" prior to the start of the shift or after the shift has ended.

**06.25.03**   *Tide Work.* Except as provided for in Section 14.02.06, an Individual Employer who is performing tide work shall establish a starting time for the project between 5:00 a.m. and 10:00 a.m. which corresponds to the tide on the first day of the project. All hours worked before or after the shift as established herein shall be paid at the special single shift rates set forth in 01.03.00, 01.03.01, 01.03.02, 01.03.03, 01.03.04 and 01.04.00.When an Employee is called out to work tide work, the minimum pay for such work shall be eight (8) hours at straight time as provided herein including fringe benefits. Each hour worked on Saturday shall be paid at time and one half (1-1/2) and each hour worked on Sundays and holidays shall be paid at double time. When an Employee is called out to work on Saturdays, Sundays or holidays, the applicable overtime rate shall be paid for each hour worked, and the minimum pay shall be six (6) hours at the overtime rate.

**06.26.00**   *No Restrictions on Production.* Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs or practices shall be permitted that limit production or increase the time required to do any work.

**06.27.00**   *Rest Periods.* As provided by the State of California Industrial Welfare Commission Order No. 16-2001 covering Construction operations, Employees are authorized and shall be permitted to take a total of ten (10) minutes during each four (4) hour segment of their assigned work shift for a rest period.

**06.27.01**   There shall be no formal organized rest periods during working hours and as far as practicable the break will be taken as near to the middle of each four (4) work segment as possible. Rest periods shall be scheduled in a manner so as not to interfere with workflow or continuous operations and Employees shall coordinate the timing of each ten (10) minute rest break with their supervisors and fellow employees to assure the continuity of work. Employees shall be required to remain in their respective work area, or to take their rest period in a specific area designated by the Individual Employer.

**06.27.02**   It is understood that the Employee will take his appropriate rest period unless the Individual Employer specifically directs the Employee not to take this rest break due to operational requirements. Employees are required to notify their supervisor whenever they are unable to take their state-mandated rest periods.

**06.27.03**   If an Individual Employer fails to authorize and permit an Employee to take daily rest periods as provided herein, the Employee shall be paid a penalty wage payment equal to one (1) hour at his/her applicable hourly wage rate excluding fringe benefits for missed rest periods that day regardless of the number of missed rest periods.

**06.27.04**   All disputes concerning meals and/or rest periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

### 06.28.00  HEAT ILLNESS COOL-DOWN RECOVERY PERIOD

**06.28.01**   A heat illness preventative cool-down recovery period shall be made available for employees working in high heat conditions in order to prevent heat illness in accordance with CAL OSHA requirements and Individual Employer standards.

**06.28.02**   If the Employee is not provided a cool-down recovery period by the Individual Employer, Employee must report it immediately to the Individual Employers onsite Supervisor and in no event no later than the end of the shift.

May 23, 2016-sac
Master Construction Agreement

# Exhibit B

**06.28.03** If an Individual Employer fails to provide an Employee a recovery period in accordance with state requirements, the Employee shall be paid a penalty wage payment equal to one (1) hour at his/her applicable hourly wage rate excluding fringe benefits for missed recovery period that day regardless of the number of missed periods.

**06.28.04** All disputes concerning recovery periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

### 07.00.00    MANNING

**07.01.00**    The manning of equipment shall be in accordance with the provisions of Section 01.00.00 and this Section 07.00.00. In addition to the manning provisions therein contained, when an Engineer requires assistance in addition to any that must be provided for, he/she shall be assisted by an Employee covered by this Agreement (Assistant to Engineer, Deckhand or Registered Apprentice). (Refer to Section 07.10.00.)

**07.01.01**    Only an Employee covered by this Agreement shall start and warm up equipment and the recognized established practice regarding the classification of Employee used in the starting and warming up of equipment shall not be changed.

**07.01.02**    Assistant to Engineer when assigned to equipment shall be under the direct supervision of the Operator at all times.

**07.02.00**    *Asphalt Plant Crew.* It is agreed that the Asphalt Plant Crew shall consist of a Plant Engineer and two (2) additional Employees. The Plant Engineer shall be in charge of the entire plant. In the case of an automatic asphalt plant, the asphalt plant minimum crew shall consist of a Plant Engineer and Boxman. It is further provided that if any additional assistance is required in the asphalt plant crew, such assistance shall be performed by an Employee covered by this Agreement.

**07.03.00**    *Change Rule.* An Employee may be changed between classifications and pieces of equipment provided any piece of equipment the Employee leaves is not operated except by an Employee covered by this Agreement. However, an Employee who is transferred to another piece of equipment and who is not qualified to operate that piece of equipment, shall not be discharged or laid off, but shall be returned to the equipment to which he/she was originally dispatched.

**07.03.01**    The Individual Employer shall not assign an Assistant to Engineer to perform the work of an Operating Engineer. The Individual Employer may assign an Operating Engineer to perform the work of an Assistant to Engineer; provided, not currently on the payroll of the Individual Employer shall be laid off or terminated as a result of such an assignment. The foregoing shall not preclude transfers for brief emergency or relief periods, provided a replacement has been requested from the Job Placement Center serving the job or project.

**07.03.02**    On building jobs, the Assistant to Engineer may for four (4) hours or less, operate the following equipment: (1) Forklift, (2) Small Rubber-Tired Tractor, (3) Bobcat. Should any assistance be required, it shall be an Employee covered by this Agreement.

**07.04.00**    *Signals.* The necessity for the use of an Employee to give signals to Employees covered by this Agreement shall be determined by the Individual Employer. When used, he shall be an Assistant to Engineer, or a Registered Apprentice. (Refer to Section 07.10.00.)

**07.05.00**    Whenever a person starts, stops or operates pumps over 750 GPM (except automatic electric pumps), compressors over 210 CFM (except automatic electric compressors), welding machines, or generators over 150 KW, he shall be an Employee covered by this Agreement. Any servicing and maintenance of the above equipment regardless of size, including automatic electric pumps and automatic electric compressors, shall be performed by an Employee covered by this Agreement.

42

**07.05.01**    *Generators.* Generator/Welder House: one (1) Engineer required.

**07.05.02**    *Compressors.* On compressor houses, manifold compressors or large single unit compressors (750 CFM or more) in the same location: one (1) Engineer required.

**07.06.00**    On any job or project where an Employee is utilized to operate a Forklift (Group 8), or an Individual Employer employs a Heavy Duty Repairman, such Employee(s) may be utilized in lieu of one of the Employees otherwise required by Sections 07.05.00, 07.05.01 Generators and 07.05.02 Compressors. This Section 07.06.00 shall not apply to the required manning on Compressor Houses.

**07.07.00**    *Field Survey Work.* The classifications herein referred to shall apply only to Employees covered hereby, regularly employed in field survey work, excluding Individual Employer, executive, administrative or supervisory personnel, professional or office engineer personnel, draftsmen, estimators, timekeepers, messengers, guards, clerical help or field office help, and excluding the use of survey instruments normally used by any other employees in the performance of their duties.

**07.07.01**    Field survey work shall be that work performed by such Employees in connection with the establishment of control points governing construction operations when performed by the Individual Employer on any type of home, office or commercial building construction. "Control points governing construction operations" shall be defined as such vertical and horizontal controls as must be established in connection with site preparation work before actual construction can get underway.

On commercial, office, or multi-storied buildings, site preparation work in connection with the establishment of control points governing construction operations on locations and elevations of fills, excavations, piles, caisson, and utilities shall be considered to be field survey work.

**07.07.02**    On all types of heavy, highway and engineering construction, when the Individual Employer is required by Contracting Authority to furnish his own field survey service or when the Individual Employer at his/her own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications set forth in Section 01.00.00.

**07.07.03**    For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

**07.07.04**    The Union will cooperate with the Individual Employer in the placing of student engineering trainees, so long as it does not materially affect the normal employment of regular Employees.

**07.07.05**    When an Instrument Man is required by the Individual Employer to work from drawings, plans or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.

**07.07.06**    A party consisting of three (3) or more Employees shall include a Chief of Party.

**07.07.07**    On a large project using several small parties and having a Chief of Party on the jobsite and in charge of the small parties, each small party shall have an Instrument Man or Chief of Party as one of the members of the small party.

**07.08.00**    *Warranty.* The maintenance and repair of equipment done at the site of construction, alteration, painting, repair or demolition of a building, structure or other work shall be performed exclusively by an Employee, or by employees covered by a collective bargaining agreement with the Union; provided, however, that if the Individual Employer has a written contract of warranty covering the equipment, work covered by such warranty may be performed at the jobsite for not more than six (6) months from purchase in the case of new equipment, or not more than thirty (30) days from purchase in the case of used equipment by persons not covered by this Agreement who are eligible to register as Class A Operating Engineers, or Class A Assistant to Engineer, under the Job Placement Regulations of this Agreement, and further provided that for non-warranty work or for work performed after the aforementioned six (6) months and thirty-day time periods all maintenance and repair work will be performed under the terms and conditions

of this Agreement, except that in the event of a factory modification to be performed on the jobsite, one factory representative shall be excluded from the foregoing.

**07.08.01**    When an Individual Employer, at his/her discretion, wishes to utilize Employees covered by this Agreement to perform Soils and Materials Testing, such Employee shall be employed in accordance with the applicable classification set forth in Section 01.03.00.

**07.09.00    *Journeyman Training.*** Employees who have been, while unemployed under this Agreement, continuously registered in a California Job Placement Center or other approved Job Placement Center during the previous calendar year (registration during the calendar week following termination shall not break continuous registration) and have not refused three (3) or more dispatches during the previous calendar year and are at the time of application for training registered in a California Job Placement Center:

Training shall take place at an approved training center and such training shall be under the direction of the Operating Engineers Joint Apprenticeship Committee.

Room and board Monday through Friday, except on designated holidays as determined by the Joint Apprenticeship Committee while at the training center and the cost of training shall be paid by the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

**07.09.01**    Training shall terminate:

(1)  On Friday following the Employee's attaining two hundred forty (240) hours of training, except that the Employee may be allowed to train eighty (80) additional hours on the approval of the Joint Apprenticeship Committee.

(2)  A shutdown of all or part of the operations of the training center affecting the Employee's training.

(3)  Dispatch by a Job Placement Center to employment under a Collective Bargaining Agreement with the Union.

(4)  In the case of a termination under 2 or 3 above, the Employee shall be eligible for further training subject to 1 above.

**07.09.02**    This training program shall be open at such time as the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees so determine.

**07.09.03**    Employees applying for training shall be eligible for training on a first come-first trained basis to the extent of the funds made available by the Affirmative Action Trust and that the training facilities are available.

**07.09.04**    Employees requesting training must be current on dues, have worked a minimum of three hundred and fifty (350) hours for a contributing Employer during the current or previous year, pass a substance abuse test, cannot be on the good standing fund and shall request training through the Operating Engineers Local 3 JATC.

**07.09.05**    The Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees are specifically authorized to modify 07.09.00 through 07.09.04.

**07.10.00    *Registered Apprentices.*** The wages, rates of pay, hours of labor and the other conditions of employment of Registered Apprentices shall be and are governed entirely by the terms and conditions of this Agreement except as modified in 07.10.01 through and including 07.10.13.

**07.10.01**    The education, training and disciplining of Registered Apprentices shall be governed by the appropriate Joint Apprenticeship Committee and Standards:

(1)  Operating Engineers Apprenticeship Committee for the 46 Counties of Northern California;

(2)  Northern California Surveyors Joint Apprenticeship Committee.

44

**07.10.02    *Apprentice Wage Rates.*** The straight-time hourly rate of Operating Engineers Registered Apprentices in the Operating Engineers Apprenticeship Program shall receive the following percentage of the Group 4 rate set forth in Section 01.03.00:

1st Period Apprentice — 55%
2nd Period Apprentice — 60%
3rd Period Apprentice — 65%
4th Period Apprentice — 70%
5th Period Apprentice — 85%

The Apprentice wage rate to be calculated at 55% of the Group 4 wage rate shall apply to the eight hundred eighty [880] hours of on-the-job training described below (1st Period).

*1st Period.* The 1st Period for the Construction Branches shall consist of twelve hundred (1,200) hours. Three hundred twenty [320] hours   of orientation training at a designated training center in the following: Apprenticeship orientation, safety, grade setting, lubrication, general maintenance, and introduction to the following categories: track-type equipment, rubber tire-type equipment, hoisting-type equipment and stationary-type equipment.

Eight hundred eighty (880)   ) hours of the 1st Period will be on-the-job training, employed by a participating or contributing Employer.

*1st Period Surveyors.* One thousand (1,000) hours of the 1st Period will be on-the-job training, employed by a participating or contributing Employer.

The straight-time hourly rate of Surveyors Apprentices shall be:

1st Period— 60% of Chainman-Rodman

2nd Period — 70% of Chainman-Rodman

3rd Period— 80% of Chainman-Rodman

4th Period— 90% of Chainman-Rodman

5th Period— 100% of the wage rate applicable to the classification covering the type of work being performed.

6th Period— 100% of the wage rate applicable to the classification covering the type of work being performed.

7th Period— 100% of the wage rate applicable to the classification covering the type of work being performed.

8th Period— 100% of the wage rate applicable to the classification covering the type of work being performed.

**07.10.03** Applicants selected for Apprenticeship by the Joint Apprenticeship Committee may request evaluation by the appropriate Joint Apprenticeship Committee to receive credit which may be applicable for past experience.

 The Joint Apprenticeship Committee may determine through evaluation whether the Apprentice shall be a First through Fifth Period Apprentice and shall be paid the appropriate percentage as set forth in Section 07.10.12."

Surveyor Apprentices shall be evaluated and receive the wage scale of the proper wage schedule as determined by the application of the proper percentage of the appropriate classification for the period of training and the work performed, all as determined by the NCS-JAC.

**07.10.04** Apprentice manning shall be in conformance with the schedule as set forth in this Agreement.

**A.** ***PRIVATE WORK***: A qualified Individual  Employer shall employ one (1) Apprentice when at least nine (9) Journeymen are regularly employed. Individual Employers may utilize a one to one (1:1) Apprentice to Journeyman ratio up to a maximum of four [4] Apprentices. After nine [9] Journeymen, Individual Employer may employ one [1] Apprentice for each additional two [2] Journeymen Employees hired.  The following exempt Employees will not be considered Journeyman Operating Engineers in determining the number of Journeyman Operating Engineers employed for the purposes of this paragraph.

Exempt Employees include:

45

1.   Foremen not operating equipment or working with the tools of the trade and/or Superintendent
2.   Assistant Engineers
3.   Preferred List Journeymen
4.   Journeymen working outside the 46 Counties
5.   Employees not Journeymen Operating Engineers (i.e. office employees)
6.   Apprentices
7.   Journeymen not performing covered work (i.e. training, supplemental related training, Estimators, Exempt Code 7)
8.   Owner-Operators

Notwithstanding the other provisions of this paragraph, the Individual Employer shall comply with the California Labor Code when performing publicly-funded work.

**B.**    *PUBLIC WORKS*: On public works projects, the Individual Employer agrees to comply with the State law for apprenticeship manning requirements as provided by the Division of Apprenticeship Standards.

*Ratio 1:1 Public Works*: A qualified Individual Employer may employ one (1) Apprentice when at least one    (1) Journeyman is regularly employed. When four (4) Journeymen Operators are employed on a Project for a particular Individual Employer, the next Employee hired to perform Operators work, must be an Apprentice and this ratio will be continued for every four (4) additional Operators being employed on the Project. If the Union is unable to fill the Apprentice dispatch request and the Individual Employer has made a written dispatch request for an Apprentice on a Project, the Individual Employer shall be relieved of this ratio obligation, until an Apprentice becomes available for dispatch.

**C.**    The Joint Apprenticeship Committee    established    by    the    parties to this Agreement shall have the responsibility for establishing a referral procedure for Apprentices  in conformance with the training standards.  The Union shall dispatch all Apprentices in accordance with the procedure established by the Joint Apprenticeship Committee. The cost of dispatching Apprentices shall be borne entirely by the Joint Apprenticeship Trust.

***07.10.05***    ***Apprentice Manning Non-Compliance.***  In the event a Union Representative or Apprentice Coordinator of the Union determines that an Individual Employer currently has no Registered Apprentice(s) employed or less than the number required, the Union Representative or Apprentice Coordinator shall notify the Employer and the Individual Employer in writing of the non-compliance and indicate that the Union has apprentices available for dispatch. The Individual Employer will have ten (10) working days to comply after receipt of notice if the Union has apprentices available for dispatch.  The Union Representative or Apprentice Coordinator shall meet with the Individual Employer during the ten (10) working day period.  Failure to comply within ten (10) working days shall subject the Individual Employer to a penalty of four hundred dollars ($400) per work day (from the date written notice was received) for each day of non-compliance, up to a maximum of ten (10) days. Penalties shall be paid to the Operating Engineers' Affirmative Action Trust Fund.

***07.10.06***    ***Apprentice Manning Oversight Panel.***  The parties recognize that some Individual Employers may not be able to provide safe, meaningful training for Apprentices.  Further, there may be violations or disputes under these provisions that will require review and action.  Therefore, an Apprentice Manning Oversight Panel is established for the purpose of considering the following:

1)    If safe apprentice training is not available
2)    If meaningful apprentice training is not available
3)    Deviations from these apprentice manning provisions
4)    Interpretations of these apprentice provisions
5)    Individual Employer compliance
6)    Individual Employer extensions

7)    Categorical work-style exemptions (i.e. sweepers, grinders, pumpers, etc.)

The Apprentice Manning Oversight Panel shall consist of two (2) representatives of the Union and two (2) representatives of the Employer. A minimum of one (1) Employer representative shall serve on any issue relating to one of its Individual Employers. The Apprentice Manning Oversight Panel shall be empowered with the same powers of resolution provided to a panel convened for grievances with a specific and exclusive focus on apprenticeship manning and dispatch. No employment related matters for individual Employees may be presented to the Oversight Panel. If the Oversight Panel is unable to resolve questions of interpretation or issues other than safe meaningful training, said matters shall be subject to Section 18.00.00 "Grievance Procedure." The provisions of this paragraph shall apply to all Employers. All decisions of the Apprentice Manning Oversight Panel shall be in writing and distributed to all Individual Employers.

*07.10.07*    When such Registered Apprentice completes the total apprenticeship training, such Registered Apprentice may return as a Journeyman to any Individual Employer for whom he/she has previously worked if the Individual Employer so requests him/her and if no Journeyman is laid off or replaced by the employment of such Employee. The employment of the Journeyman as outlined above shall be in compliance with the Job Placement Regulations.

*07.10.08*    A Registered Apprentice may be assigned (subject to the control of the Joint Apprenticeship Committee) to operate equipment or perform work covered by this Agreement, provided that the Registered Apprentice is under the supervision of a Journeyman. The utilization of Registered Apprentices to operate equipment or perform work shall be in accordance with approved Apprenticeship Standards.

*07.10.09*    In the event there are no Assistant to Engineers or Preferred Classification Employees registered or available for work in an Assistant to Engineer classification, a Registered Apprentice shall be dispatched in lieu thereof. However, when so employed, the Registered Apprentice shall receive the applicable Registered Apprentice rate or the applicable Assistant to Engineer rate, whichever is greater; provided, however, a Registered Apprentice being utilized as an Assistant to Engineer is subject to the provisions set forth in Section 04.10.06(b) of the Job Placement Regulations.

*07.10.10*    *Selection Procedures.* All Apprentice applicants entering the Apprenticeship Program shall be subject to the Selection Procedures in the Apprenticeship Standards of the Joint Apprenticeship Committee for Operating Engineers for the 46 Northern Counties in California.

*07.10.11*    *Orientation Training.* All Apprentices entering the Apprenticeship program shall receive orientation training at a designated training center pursuant to a curriculum developed by the Joint Apprenticeship Committee. Such participation in the Orientation Training shall be at the discretion of the Joint Apprenticeship Committee.

*07.10.12*    The Apprentice manning requirements set forth in 07.10.04 are not mandatory when they apply to permanent plants producing rock, sand and aggregates of all kinds, concrete (excluding cement), asphalt and macadam where such plants are in competition with like plants not covered by the Master Agreement.

*07.10.13.*    1.    An Individual Employer, who has employed an apprentice for at least six months during the apprentice's fourth period, shall receive apprentice manning credit for all of the Employee's work for the Individual Employer as a journeyperson during the twelve (12) months immediately following the date the Employee obtains journeyperson status.

2.    An Individual Employer shall receive apprentice manning credit for each hour of an apprentice's Supplemental Related Training ("SRT") increment if the Individual Employer employs the apprentice during three (3) of the six (6) months immediately following the apprentice's SRT increment.

3.    All work of an Advanced Apprentice will count as apprentice manning credit for the Individual Employer's apprentice manning obligations under the applicable provisions of this Agreement.

47

**08.00.00    SUPPLEMENTARY WORKING CONDITIONS**

**08.01.00    Tools.** The Individual Employer shall provide on each jobsite a secure place where his Heavy Duty Repairman may keep his tools. If all or any part of a Heavy Duty Repairman's kit of working tools is lost by reason of the failure of the Individual Employer to provide such a secure place, or by fire, flood, or theft involving forcible entry while in the secure place designated by the Individual Employer, the Individual Employer shall reimburse such Heavy Duty Repairman for any such loss from a minimum of one hundred dollars ($100.00) to a maximum of twenty-five thousand dollars ($25,000.00). In order to obtain the benefits of this paragraph, a Heavy Duty Repairman must provide the Individual Employer with an inventory of his/her tools at the time he commences work and updated inventory whenever the Heavy Duty Repairman acquires additional tools.

**08.01.01**    Heavy Duty Repairmen shall furnish their own hand tools, but special tools shall be furnished by the Individual Employer as needed, such as: pin presses, spanner wrenches, air or electric wrenches, testing and measuring devices other than a hand rule, gear and bearing pullers, electric drills, reamers, taps and dies, oxy-acetylene hoses, gauges, torches and tips, torque wrenches, twenty-four-inch (24") pipe wrenches or socket wrenches, and sockets requiring over three-quarter-inch (3/4") drive, box-end wrenches over 1" and open-end wrenches over 1". Heavy Duty Repairmen and/or the Registered Apprentices shall be entitled to a tool pick-up time before the end of each shift, which shall not be less than five (5) minutes or more than fifteen (15) minutes.

**08.02.00    Transportation.** No Employee covered by this Agreement shall, as a condition of employment, furnish transportation within the jobsite or between jobsites, or from yard to jobsite for transportation of Employees or tools or equipment or for any other purpose.

**08.02.01**    When the Individual Employer transports Employees from yard to jobsite, or within jobsite, or to power lines or pipelines, he/she shall provide safe and suitable transportation.

**08.02.02**    When the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, or no parking facilities are provided within a five-minute walk from where the Employees' work is being performed, the Individual Employer shall transport the Employees to and from where the Employees' work is to be performed, and such transport shall be one-half on the Individual Employer's time and one-half on the Employees' time.

**08.02.03**    Where free parking is not available, parking places or parking facilities will be provided by the Individual Employer for the Employees at no cost to the Employees. If the Employee must pay for parking the Individual Employer shall reimburse the Employee for each parking expenditure; provided, however, the Individual Employer may require the submission of dated and signed receipts. Such receipts may be turned in weekly or on termination of employment whichever is sooner.

**08.02.04**    The transportation, by means of its own power, of equipment and the loading and unloading of equipment of the type or kind operated by Employees covered by this Agreement shall be performed by Employees covered by this Agreement.

**08.03.00    Facilities.** The Individual Employer agrees to furnish suitable shelter and protection to protect the Employees from falling material and from the elements (including, but not limited to, dust, heat, rain and cold).

**08.03.01**    On all jobs, clean drinking facilities and cool water shall be provided the Employees by the Individual Employer.

**08.03.02**    Suitable, adequate and sanitary toilet facilities shall be provided on all jobs.

**08.04.00    Employee Bonds.** No Employee shall be required by Employer or any Individual Employer to deposit a cash bond with the Employer or the Individual Employer or any other person. In the event that a surety bond is so required, the Employer or the Individual Employer shall pay the premium upon said bond.

48

May 23, 2016-sac
Master Construction Agreement

# Exhibit B

**09.00.00    SERVICING OTHER CRAFTS**

**09.01.00**    Employees on a particular project and assigned to work with a craft or crafts temporarily shall not be entitled to any of the conditions of the craft or crafts. "Temporarily" shall be interpreted as meaning any work performed in a single day of four (4) hours or less.

**09.02.00**    When Employees covered by this Agreement are employed on a job or project where another craft or crafts work a shorter day or shorter week, such Employees affected shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

**09.03.00**    When Employees perform work covered by this Agreement in support of another craft that receives over-time for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

**09.04.00**    Combination mixer and compressor operator on gunite work shall be classed as servicing a Specialty craft or crafts.

**10.00.00    ADDITIONAL RESPONSIBILITY**

**10.01.00    Working Leadman.** When an Individual Employer employs more than one (1) Heavy Duty Repairman and less than five (5) Heavy Duty Repairmen on any shift, and if a Heavy Duty Master Mechanic or Heavy Duty Repairman Foreman is not employed on such shift, then in lieu of such supervision one (1) Heavy Duty Repairman shall be a working Leadman and his straight-time hourly wage rate shall be that of Group 4, set out in Section 01.03.00 plus fifty cents ($.50) per hour.

**10.02.00    Payment of Wages.** Each Employee shall be paid his/her wages in full each week promptly after the close of his shift on payday and on the jobsite. The wages of Employees, who are terminated, shall be due and payable in full at the time of termination. Employees quitting or resigning shall be paid in accordance with the laws of the State of California. Accompanying each payment of wages shall be a separate statement identifying the Individual Employer, and showing the total earnings, the amount of each deduction, the purpose thereof and net earnings.

**10.02.01**    Habitual violations of this Section will subject the Individual Employer to penalties as may be determined by the Board of Adjustment.

**10.03.00    Work at More Than One Rate.** If more than one (1) straight-time hourly rate is applicable to the work performed by an Employee during his/her regular shift or on overtime, his pay shall be computed at the highest straight-time hourly rate, or overtime as the case may be, applicable to the work, equipment, area, location and classification for the full shift and for all the overtime due in any workday, Saturday, Sunday or holiday, provided, however, that the Employee works a minimum of two (2) hours at the higher straight-time hourly rate of pay.

**10.03.01**    No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another employer association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of the execution of this Agreement.

**10.03.02**    No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another Employer Association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of such Association becoming an Employer or his/her Employer becoming an Individual Employer and the Employee becoming an Employee hereunder.

**11.00.00    SUBSISTENCE AND TRAVEL, RENTED EQUIPMENT**

**11.01.00**    On any job, location or project located more than thirty-five (35) miles from the permanent yard of the Individual Employer, Operating Engineers employed by an Individual Employer who is regularly engaged in the business of renting hoisting equipment (except cranes), gradalls, truck-mounted pavement breakers, or truck-mounted earth augers, on a fully operated basis, shall receive in addition to their regular and overtime wages a daily subsistence as follows:

Effective June 16, 1998— $20.00

**11.01.01**    Any crane rental work to be performed on a fully operated basis shall be performed under the wage rates, fringe benefit rates and all other terms and conditions of the existing Master Agreement for Equipment Rental.

**11.01.02**    Within thirty (30) days of the execution of this Agreement, any such Individual Employer having more than one (1) yard shall notify the Union, in writing, of the location of his permanent yard, or permanent yards. Such locations can be changed once each year by giving written notice to the Union. Such payments for subsistence shall be excluded from the wages of the Employee for the purpose of the Fair Labor Standards Act.

**11.01.03**    No subsistence shall be paid on any job when the Employee's time starts and ends at the Individual Employer's permanent yard without any break in compensable hours except for meal periods.

**11.02.00**    On jobs on which an Employee does not receive subsistence, the understanding of the undersigned parties is as follows:

**11.02.01**    An Employee shall not receive travel time or travel expense except under 11.03.00 and 11.04.00 below.

**11.03.00**    *Travel Expense.* Where the Employee is transported on the Individual Employer's equipment, travel expense shall not be due.

**11.03.01**    Travel expense will be paid when moving cranes from yard to job, job to yard and job to job when crane is not returned to its original starting point at the end of the day, and when the Employee receives travel time under 11.04.00.

**11.03.02**    Travel expense, when due an Employee furnishing his own transportation shall be paid at the rate of twenty-five cents ($.25) per mile and the Individual Employer shall also pay bridge, ferry or toll fares involved; provided that no Employee shall be required to furnish the means of transportation as a condition of employment.

**11.04.00**    *Travel Time.* On any day on which an Employee is required to report to the yard, the Employee's time will start at the yard. On any day on which the Individual Employer requires an Employee to return to the yard and when, absent a pre-arrangement to cover transportation under 11.03.01, an Employee is required to report to the yard on that date, an Employee's time will end at the yard.

**12.00.00    FRINGE BENEFITS**

**12.01.00**    *General Provisions.* The Individual Employer will make the following payments for each hour worked or paid each Employee by an Individual Employer covered by this Agreement. Such payments shall be paid by each Individual Employer by the due date specified in Section 12.01.02.

**12.01.01**    *Determination of Delinquencies.* Any Individual Employer shall be considered delinquent if late payment or underpayment occurs whether because it (a) fails to submit a contribution report form with the full contribution by the delinquent date specified in Section 12.01.02, or (b) fails to submit contributions on behalf of all employees for whom contributions are required under its contribution agreement, or (c) fails to properly compute the contributions according to the applicable contributions formula, or (d) otherwise fails to meet its obligations to the Trust Funds.

**12.01.02**    *Due Date and Delinquent Date.* The due date for Individual Employer contributions is the 15th day of the month immediately following the month for which work was performed or paid. The delinquent date is the 26th day of

50

the month immediately following the month for which work was performed or paid for unpaid contributions not received by the 25th day of the month.

**12.01.03      Place and Manner of Payment.**  All Individual Employer payments shall be made in Alameda, California, or such other location as may be designated by the Trust Funds.  All such payments shall be made in the manner provided by the applicable Trust Agreement creating a Trust Fund, or if not a Trust Fund, in the manner provided for in this Agreement.  Each Individual Employer is bound by all the terms and conditions of each Trust Fund's Trust Agreement and any amendment thereto whether adopted before or after this Agreement, all of which documents are incorporated herein by reference.

**12.01.04      Examination of Records.**  The Union or the Trust Funds, or their agents or accountants may require the Individual Employer to submit to them for examination, any information relevant to the administration of the Trust Funds, to confirm the Individual Employer's reporting compliance, and the Individual Employer must submit such information pursuant to the terms of the Trust Agreements incorporated herein.  If more than minor underpayments are found due on audit, the Individual Employer shall reimburse the Trust Funds, upon demand of the Trust Funds, the costs of said examination in addition to any other obligations it may have hereunder.   Minor underpayments shall be defined as 10% of the proper contributions for the period tested

**12.02.00      Health and Welfare and Sick Benefits.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

$11.24 per hour – Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour – Effective 6/25/18

$.* per hour – Effective 6/24/19

*To be allocated by the Union.

Two cents ($.02) per hour of the Health and Welfare contribution   shall be paid to Addiction Recovery Program, Inc. ("ARP").  This payment shall be in addition to money the Health and Welfare Fund currently provides ARP.

**12.02.01      If** a National Health Act or State Health Care Act is enacted, the parties shall meet to eliminate any duplicate benefits and duplicate cost to the Individual Employer. If the Individual Employer's total benefit cost for providing Health and Welfare benefits to Employees is reduced because of a change in the law, the Union shall allocate the savings portion of the hourly Operating Engineers' Health & Welfare Fund contribution rate, as determined by the Board of Trustees, to the Operating Engineers' Pension Trust Fund for purposes of funding any liabilities.

**12.03.00      Pensioned Health and Welfare.** Each Individual Employer covered by this Agreement shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

$2.39 per hour – Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour – Effective 6/25/18

$.* per hour – Effective 6/24/19

*To be allocated by the Union.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**12.04.00    Pension.** To fund the Pension Plan for the Pension Trust Fund for Operating Engineers, each Individual Employer covered by this Agreement shall pay into the Pension Trust Fund for Operating Engineers, according to the following schedule:

$10.78 per hour – Effective 6/29/15

**Preferred Schedule of the Rehabilitation Plan: $.63 cents per hour/each year**

$10.78 per hour – Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour – Effective 6/25/18

$.* per hour – Effective 6/24/19

The parties agree that sufficient contributions will be made available from these increases to the Pension Fund to support any Rehabilitation/Funding Improvement schedule adopted by the Pension Board of Trustees pursuant to the Pension Protection Act of 2006 and the Union will select an option (Schedule) in the Pension's Rehabilitation Plan or Funding Improvement Plan, whichever is applicable. Additional monies required for such Rehabilitation Plan/Funding Improvement Schedule shall be allocated from existing negotiated increases, wages and/or fringe benefits.

*2016, 2017, 2018 and 2019 Pending annual review by the Plan's Actuaries & Trustees

**12.04.01**    Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule for Apprentices:

1st thru 5th Period

$9.18 per hour – Effective 6/29/15

**Preferred Schedule of the Rehabilitation Plan: $.63 cents per hour/each year**

$9.18 per hour – Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour – Effective 6/25/18

$.* per hour – Effective 6/24/19

*2016, 2017, 2018 and 2019 Pending annual review by the Plan's Actuaries & Trustees

**12.04.02**    The Pension Plan is and has been a defined benefit pension plan.

**12.04.03    Pension Funding Protection**

(a) When the Pension Plan first becomes one hundred and twenty percent (120%) or more funded (as determined by the Plan's actuary using such actuarial assumptions and methods for valuation of both Plan assets and liabilities which in the aggregate represent the actuary's best estimate of the Plan's funded status,) the parties agree that non-benefit contribution amounts allocated under the Pension Plan's Funding Improvement Plan or Rehabilitation Plan (*i.e.* monies in excess of the seven dollars ($7.00) per hour Journeyman rate and the five dollars and forty cents ($5.40) per hour Apprentice rate and referred to herein as "excess monies") shall be reallocated to the Annuity Fund as of a date determined by the Board of Trustees if permitted under Federal Law in effect at that time.

(b) In the event that the Pension Plan subsequently becomes less than one hundred twenty percent (120%) funded, the parties agree that the amount of excess monies previously allocated to the Annuity Fund will be reallocated

52

back to the Pension Plan going forward in such amounts and as of a date as determined necessary by the actuary and approved by the Pension Plan's Board of Trustees, until such time as the Pension Plan again becomes one hundred twenty per cent (120%) or more funded, in which case the provisions of subparagraph (a) shall be applied again.

**12.05.00    *Affirmative Action Training Fund.*** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund according to the following schedule:

$.77  per hour – Effective 7/1/16

$.*  per hour – Effective 6/26/17

$.*  per hour – Effective 6/25/18

$.*  per hour – Effective 6/24/19

*To be allocated by the Union.

In addition to the above, the Individual Employer shall pay one dollar ($1.00) per hour for each hour worked or paid each Registered Apprentice into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

**12.06.00    *Vacation, Holiday and Sick Pay.*** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation, Holiday and Sick Pay Trust Fund according to the following schedule:

$4.51 per hour – Effective 7/1/16

$2.85 per hour [Vacation Pay] – Effective 6/29/15

$.50 cents per hour [Sick Pay] – Effective 7/1/16

$1.11 per hour [Supplemental Dues] – Effective 7/1/16

$.05 cents per hour [Administrative Fee, this amount is not taxable to the Employees] – Effective 7/1/16

$.*  per hour – Effective 6/26/17

$.*  per hour – Effective 6/25/18

$*  per hour – Effective 6/24/19

*To be allocated by the Union.

**Registered Apprentices.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation, Holiday and Sick Pay Trust Fund for Apprentices according to the following schedule:

$4.01 - per hour – Effective 7/1/16

$2.35 per hour [Vacation Pay] – Effective 7/1/16

$.50 cents per hour [Sick Pay] – Effective 7/1/16

$1.11 per hour [Supplemental Dues] – Effective 7/1/16

$.05 cents per hour [Administrative Fee, this amount is not taxable to the Employees] – Effective 7/1/16

$.*  per hour – Effective 6/26/17

$.*  per hour – Effective 6/25/18

$.*  per hour – Effective 6/24/19

*To be allocated by the Union.

**12.06.01** Effective July 1, 2016, the Union grants Individual Employers a waiver under the Healthy Workplaces, Healthy Families Act of 2014 (AB 1522). In return for said waiver, Individual Employers shall remit to Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund a one-time additional contribution of fifty cents [$.50] per hour worked identified as the contribution for Sick Pay. No additional fringe benefits are due for any sick, vacation, or holiday pay. Employees may use these monies for paid sick leave purposes.

Any disputes concerning the validity of the waiver granted under the Healthy Families Act of 2014 are subject to Section 18.00.00 Grievance Procedure. If the California legislature amends the Healthy Workplaces, Healthy Families Act of 2014, then Union and Employer agree to meet and confer to negotiate any required conformance to the amended law.

**12.06.02 *Paid Sick Leave Waivers.*** The bargaining parties also expressly agree, to the fullest extent permitted by law, to waive any paid sick leave provisions of the following local paid sick leave ordinances: San Francisco (Administrative Code Section 12W), Oakland (Municipal Code Section 592 et.seq.), Emeryville (Municipal Code Title 5, Chapter 37). In addition, to the fullest extent permitted by law, this waiver shall apply to any other Federal, State, City, County or other local ordinance requiring mandatory Paid Sick Leave that may be adopted during the term of this agreement.

**12.06.03** In addition, if any Federal, State, City, County or other local ordinance requiring mandatory compensated time off other than Paid Sick Leave is enacted during the term of this Agreement; then the Union and the Employer agree to meet and confer within thirty (30) business days.

**12.06.04**    The parties agree that the payments provided in this Section are in lieu of the Employee's actually taking a vacation, holiday or sick leave. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation or sick leave payment shall be made on the basis of a premium rate of time and one-half or double time.

**12.06.05** *Deduction of Taxes.* All taxes due from each Employee including taxes due by reason of payments for Vacation, Holiday and Sick Pay shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable for Vacation, Holiday and Sick Pay shall be separately noted on the Employee's paycheck.

**12.06.06**    The Administration Fee per hour shall be paid by each Individual Employer. It shall not be taxable to the Employee.

**12.06.07**    *IUOE/PAC* The Employees may voluntarily authorize in writing that a portion of said payments be made to the Political Action Committees established by Operating Engineers Local 3 and/or by the International Union of Operating Engineers.

**12.07.00    *Annuity Fund.*** To fund the Operating Engineers Annuity Plan, each Individual Employer covered by this Agreement shall pay into the Pension Trust Fund for Operating Engineers, according to the following schedule:

> $ .40 per hour – Effective 7/1/16
> $.* per hour – Effective 6/26/17
> $.* per hour – Effective 6/25/18
> $.* per hour – Effective 6/24/19

*To be allocated by the Union.

**12.07.01**    The Annuity Plan is and has been a defined contribution pension plan.

**12.08.00    Contract Administration Fund.** Each Individual Employer covered by this Agreement shall pay into the Contract Administration Fund according to the following schedule:

**United Contractors (UCON)**
$.10 per hour - Effective July 1, 2013 *
**Independent Short Form Employers**
$.04 per hour - Effective July 1, 2013
**AGC**
$.09 per hour -Effective July 1, 2013

**UMIC, INC.**
$.07 per hour - Effective July 1, 2013
**ACE**
$.09 per hour - Effective July 1, 2013
**CEA**
$.10 per hour - Effective July 1, 2013
**NAEC**
$.08 per hour – Effective July 1, 2013*

*Individual Employers who are Members of the Association shall make the payments set forth in Section 12.08.00 directly to the Association through its monthly billings.

All payments required pursuant to this section shall not be deemed wages due to the Employees with respect to whose work such contributions and payments are made.

**12.08.01**    Such monies provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 18.00.00, for the industry.

**12.08.02  Industry Labor Management Committee.** The parties agree to form a Labor-Management Committee to provide a forum to discuss issues of mutual interest and concern. The Committee shall meet no less than semi-annually during the term of this Agreement. The formation of the Committee and the holding of its meetings are not intended to open the Contract for negotiations or to supplant the Grievance and Arbitration Procedures. Each party will provide the other with an agenda of the items to be discussed and no party will be required to discuss any matter that has not been the subject of advanced notice. All expenses of the Committee, where undertaken jointly, shall be borne equally.

**12.09.00    Industry Stabilization Fund.** Each Individual Employer covered by this Agreement shall pay into the Industry Stabilization Fund according to the following schedule:

$.06 per hour - Effective June 29, 1998

**12.09.01**    Such monies shall be utilized to enhance the enforcement of prevailing wage laws through The Foundation for Fair Contracting within the geographic area covered by this Agreement.

**12.10.00    Job Placement Center and Market Area Committee Administration Market Preservation Fund.** Each Individual Employer covered by this Agreement shall pay into the Job Placement Center and Market Area Committee Administration Market Preservation Fund according to the following schedule:

$.11 per hour - Effective June 24, 2002

**12.11.00    Business Development Funds.** Each Individual Employer covered by this Agreement shall pay into the Business Development Trust Fund(s) according to the following schedule:

### United Contractors (UCON)

California Alliance for Jobs –$.07 per hour Effective July 1, 2013

### AGC

California Alliance for Jobs – $.05 per hour Effective July 1, 2013
Construction Industry Force Account Committee – $.02 per hour Effective July 1, 2013

### NAEC

California Alliance for Jobs – $.08 per hour Effective July 1, 2013

### UMIC, INC.

California Alliance for Jobs – $.07 per hour Effective July 1, 2013
Construction Industry Force Account Committee – $.02 per hour Effective July 1, 2013

### Independent Short Form Employers

California Alliance for Jobs – $.10 per hour Effective July 1, 2013
Construction Industry Force Account Committee – $.02 per hour Effective July 1, 2013

### ACE

California Alliance for Jobs – $.06 per hour Effective July 1, 2013
Construction Industry Force Account Committee – $.01 per hour Effective July 1, 2013

### CEA

Business Development Fund - $.06 per hour Effective July 1, 2010

**12.11.01**    Such monies shall be utilized to maintain and increase signatory contractors' market share and to develop new markets.

**12.11.02    Heavy & Highway Committee.** Only those contributing Associations shall participate on the Heavy and Highway Committee. The Individual Employer shall contribute to the Heavy and Highway Committee according to the following schedule:

### AGC

$.01 per hour - Effective January 1, 2001

### ACE

$.01 per hour - Effective January 1, 2001

### CEA

$.01 per hour - Effective July 1, 2010

### Independent Short Form Employers

$.01 per hour - Effective January 1, 2001

### UMIC, INC.

$.01 per hour - Effective January 1, 2001

**12.12.00    Supplemental Dues.** Effective for all work performed on and after July 1, 2016, it is agreed that upon written authorization, provided by the Union, or Union's designee, as required by law, the amount designated by the Union shall be deducted from the Vacation, Holiday and Sick Pay of each Employee and remitted directly to the Union. The amount

56

# Exhibit B

of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly. Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union. The Union shall pay into the Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund an administration fee for the remittance of Supplemental Dues to the Union.

*12.12.01* The Union shall exonerate, reimburse and hold harmless the Employer, each Individual Employer, and their respective officers, directors, agents, and employees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the payment, receipt or a distribution of the amounts designated by the Union.

### 12.12.02  Operating Engineers Retiree Supplemental Benefit Plan

*12.12.03* It is understood and agreed to by the Employers and the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers that a new joint labor-management trust fund will be established during the term of the current Master Labor Agreement for purposes of providing eligible retirees with supplemental benefit checks only, which shall not be associated with or be a basis of funding for the Pension or Health and Welfare Plans.

*12.12.04* It is also further understood and agreed by the parties that this Plan is an Employee welfare benefit plan and that this Plan will be funded out of the Union membership's designated wage allocation as determined by the Union. It is the intent of the parties that the maximum total funding for this plan shall not exceed fifteen cents ($.15) per year during the term of this Agreement or any future agreement, unless expressly agreed to by the parties in writing.

*12.12.05* It is also agreed to by the parties that no monies shall be allocated to this newly established fund until such time as the pension fund reaches a ninety percent (90%) funded level, which has been verified by the Pension Fund actuary.

*12.13.00*  *Delinquencies.* Insofar as payments by Individual Employers into the Trust Funds are concerned, time is of the essence. The parties recognize and acknowledge that the regular and prompt payment of amounts due to the Trust Funds by Individual Employers is essential to the efficient and fair administration of the Trust Funds and the maintenance of plan benefits, and that the Boards of Trustees of the Trust Funds have established a reasonable, diligent, and systematic collection process. If Individual Employers do not make timely payments, the Trust Funds lose the investment return they should have received, and incur additional administrative expense in the form of letters, telephone calls, and other collection expenses. In addition, the Trust Funds incur additional management expense by reason of time necessary to oversee the collection process by the Board of Trustees, Executive Director, and others. The Trust Funds are also delayed or prevented from processing claims by employees for benefits under the plan. The Trust Funds' collection expenses, and inability to pay benefits constitute damages arising from an Individual Employer's default in making payments, and these damages cannot be allowed to deplete the contributions promptly paid by other Individual Employers.

*12.13.01*  *Liquidated Damages.* It would be extremely difficult and impractical to fix the actual expense and damage to the Funds for each Individual Employer's default. Therefore, the amount of liquidated damages to the Trust Funds resulting from any Individual Employer's default, over and above attorneys' fees, audit fees and interest for delinquent contributions, shall be 10% of the unpaid contributions as of the delinquent date. However, if a lawsuit to collect delinquent contributions has been filed, the amount of liquidated damages on the unpaid contributions shall be increased to an amount equal to the greater of 20% of the unpaid contributions, or interest on the amount of the unpaid contributions from the delinquent date until the dates they are paid in full, at the rate referred to in Section 12.13.02 below.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**12.13.02    *Interest.*** Unpaid contributions shall accrue late interest charges from the delinquent date until paid, at the rate of 10% per year simple interest beginning on the delinquent date. The Boards of Trustees of the Trust Funds may from time to time establish such other rates as they deem appropriate, in accordance with the Trust Agreements.

**12.13.03    *Installments.*** In addition, if a delinquent Individual Employer agrees to pay its delinquency in installments and fails to make such payments in the amount and at the time and place agreed, it is agreed that the amount of damage to each Trust Fund resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust Fund, the sum of the unpaid installment due and unpaid to each such Trust Fund, for each such failure to pay in full within the time provided, which amount shall become due and payable to each such Trust Fund in Alameda, California, or at the place and time otherwise directed by the Trust Funds. The unpaid installment shall bear interest at the rate of ten percent (10%) per annum until paid.

**12.13.04    *Special Rules for Repeated Delinquencies.*** The Trust Funds may, in the event of repeated delinquencies by the same Individual Employer, make special rules applicable to the due date of said Individual Employer's contributions and may require the Individual Employer to post a bond or other security against further delinquencies; or to increase an existing bond or security for that purpose.

**12.13.05    *Settlements.*** Liquidated damages and late interest charges on unpaid contributions may be waived or compromised under appropriate circumstances pursuant to the delinquency collection procedures established for the Trust Funds.

**12.13.06    *Collection Expenses.*** If any Individual Employer defaults in the making of such payments and if either the Union, the Trust Funds or the Plan, or any of them, consults or causes to be consulted legal counsel with respect thereto, or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Employer who is in default all reasonable expenses incurred by the Union and the Trust Funds in the collection of same, including but not limited to, reasonable attorneys' fees, auditors' and accountants' fees, court costs and all other reasonable expenses incurred in connection with such suit or claim including any appellate proceedings therein.

**12.13.07    *Special Rules.*** When a contributing Individual Employer has been assessed liquidated damages and interest for a period of two (2) late months during any twelve (12) consecutive month period, upon the occurrence of the second (2nd) assessment, and subject to subsection (e) below, the Individual Employer will promptly be notified (with copies to the Local Union and the Employer) that if said Individual Employer becomes delinquent again and is assessed liquidated damages and interest during any of the succeeding twelve (12)-month period, he/she will be subject to the following rules:

(a) The Individual Employer shall be audited in order to determine compliance with the provisions of this Section 12.00.00 and/or the Trust Fund Documents.

(b) The Individual Employer shall be required to provide the Trust Funds with a cash deposit or bond equal to the sum of the three (3) highest months' contributions made in the immediate preceding twelve (12)-month period, or such lesser sum as the Delinquency Committee deems appropriate.

(c) The Individual Employer's due and delinquent date shall be the 15th day of the month.

(d) Once these special rules have been applied to an Individual Employer, they shall remain in effect for at least twelve (12) months. At the end of this period, the Individual Employer may petition the Board to terminate these special rules and release the cash deposit or bond; this may be allowed only if the Individual Employer has been current in his/her reports and contributions for each and every month during the preceding twelve (12) -month period and the Board is otherwise satisfied that there will be no further delinquencies.

(e) The foregoing rules shall not actually be applied to any Individual Employer until the Delinquency Committee has been advised at a meeting that they have become applicable (or will become applicable if another delinquency occurs).

The Delinquency Committee may then, upon its own motion or upon the Individual Employer's request, waive any of the above rules, in whole or in part, for reasonable cause. If the Delinquency Committee has been so advised and has not waived these rules or any of them, the rules will be applied by the Trust Funds.

**12.13.08   *California Law.*** The parties recognize and agree:

(a) that the references to fringe benefits in Sections 7071.5 and 7071.11 of the California Business and Professions Code include payments for fringe benefits and vacation, holiday and sick pay as described in this Agreement and Trust Agreements creating each Trust;

(b) that said payments are for the benefit of the Employees of each Individual Employer covered by this Agreement, and that the failure of an Individual Employer to make said payments, in the manner and at the time prescribed, causes damage to all Employees, including the Employees of the Individual Employer in default, in the amount of the unpaid fringe benefits and vacation, holiday sick pay as well as the liquidated damages established herein, interest, and any attorneys' and accountants' fees which the Union, the Trusts, or the Plan, or any of them, may incur with respect to said default;

(c) that the Union, the Trusts or the Plan, or any of them, may bring a claim or legal action against the Individual Employer's license bond on behalf of an Employee or Employees covered by this Agreement.

**12.14.00   *Security for Payments.*** Each Individual Employer delinquent one (1) or more months in making the payments set forth in Section 12.00.00 shall be notified of such delinquency in writing by the Fund Manager of the Trust Funds. Copies of such notices shall be sent to the Employer and to the Union.

**12.14.01   *Notice.*** Each such delinquent Individual Employer shall within five (5) days of the receipt of such written notice pay the delinquent amount in full or make other suitable arrangements acceptable to the Delinquency Committee of the Trust Funds for payment. Such amounts owing are to be determined by the Fund Manager of the various Funds. The Fund Manager shall notify the Employer of any such arrangements which may be made by the Delinquency Committee with the Individual Employer.

**12.14.02   *Failure to Pay.*** If an Individual Employer fails to pay the delinquencies as determined by the Fund Manager in the time provided in 12.14.01, or fails to make other suitable arrangements for payment acceptable to the Trust Funds, it shall not be a violation of this Agreement so long as such delinquency continues, for the Union to withdraw the Employees who are subject hereto from the performance of any work for such Individual Employer and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any Employees of any Individual Employer shall be withdrawn pursuant to any similar clause in any agreement between the Individual Employer and any other labor organization, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

**12.14.03   *Withdrawn Employees.*** Any Employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

**13.00.00   *STEEL FABRICATING AND ERECTING WORK***

Manning under this Section 13.00.00 shall be as provided in Section 07.00.00, "MANNING," except tank erection work or structural steel work which shall be manned as provided in this Section 13.00.00 and 01.03.02. Employees performing work in classifications not set forth in Section 01.03.02 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the main body of this Agreement excluding this Section 13.00.00.

59

**13.01.00**    Only Employees manning hoisting equipment working four (4) hours or more in support of a crew or crews consisting of four (4) men/women or more of the crafts listed below shall be covered by and under this Section 13.00.00:

(1) International Association of Bridge, Structural and Ornamental Iron Workers Union,

(2) International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths and Helpers,

(3) United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada,

(4) International Brotherhood of Electrical Workers.

**13.01.01**    This Section 13.00.00 shall cover all work of the Individual Employer in the geographical area as described in 02.07.00 of this Agreement and the classifications set forth in this Section and any new classifications added under Section 20.00.00 of this Agreement in Northern California. If Individual Employers perform work covered by this Section 13.00.00 in the State of Hawaii, such work shall be covered by this Section.

**13.01.02**    The provisions of this Section 13.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision shall control.

**13.02.00    *Coverage.*** This Section 13.00.00 shall cover and apply only to hoisting work performed and power-operated equipment customarily operated by the Union in conjunction with the crews of the International Association of Bridge, Structural and Ornamental Iron Workers Union, with the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths and Helpers; or with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, or with the International Brotherhood of Electrical Workers.

**13.03.00    *Wages and Classifications.*** Employees performing work covered by this Section 13.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.02 including such additions as may be made in accordance with Section 20.00.00 of this Agreement.

**13.04.00    *Fringe Benefits.*** Fringe benefits applicable to Employees working under the provisions of this Section shall be the same as those set forth in Section 12.00.00 of this Agreement.

**13.05.00    *Working Rules.*** Except as provided hereunder, the Working Rules applicable to this Section 13.00.00 shall be in accordance with Section 06.00.00 of this Agreement.

**13.05.01    *Reckoning of Time.*** The straight-time of an Employee shall be reckoned by the shift in the following instances:

(1) During the Employee's first (1st) calendar week of employment.

(2) During the week the work covered by this Agreement is completed. A break in such work of five (5) or more days excluding Saturdays, Sundays or holidays, shall be considered the same as a completion of such work.

(3) If work is shut down by the Contracting Authority; by any Governmental agency having authority to suspend the work; by lack of fuel, power or water, or by reason of strike or if the crew they are servicing does not appear for work when work is available and such fact or facts is or are confirmed by the Contracting Authority in writing.

**13.05.02**    Employee(s) manning hoisting equipment, including Forklifts and Ross Carriers under the terms of this Section shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which forty (40) hours shall be paid, except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. This guarantee shall not apply to re-bar work or on jobs under fifty (50) tons. In any week in which an overtime holiday falls, the straight time shall be

60

reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less excluding Saturdays, Sundays or holidays, shall not result in an Employee being returned to a first week of employment status.

**13.05.03**   The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m. at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

**13.05.04**   When there is a single welding machine on the job and no Hoisting Engineer is employed, no Engineer shall be required to maintain and service such single welding machine. When there is a single welding machine on the job and a Hoisting Engineer is employed, such Engineer shall receive one (1) hour additional at the applicable overtime rate of pay for servicing and maintaining such welding machine, provided such servicing work is performed outside the regular shift.

**13.05.05**   When the number of Operating Engineers (excluding Assistant to Engineers) employed by the Individual Employer on a job or project exceeds ten (10), an Operating Engineer Master Mechanic, who may operate equipment in emergencies, shall be employed.

**13.05.06**   On structural steel or tank erection, an Operating Engineer shall operate, maintain and service gasoline- or diesel-driven welding machines when the welding is being performed by another craft being supported by the Union.

**13.05.07**   On all types of construction, when Individual Employer is required by Contracting Authority to furnish his own field survey or when Individual Employer at his own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications herein mentioned.

**13.05.08**   When an Instrument Man is required by the Individual Employer to work from drawings, plans, or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.

**13.05.09**   For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

**13.05.10**   *Overtime.* Employees employed on all work performed under this Section 13.00.00 shall receive time and one-half (1-1/2) for the first two (2) hours over eight (8) up to and including ten (10) hours, Monday through Friday, and time and one-half (1-1/2) for the first eight (8) hours on Saturdays (except where the Operating Engineer is servicing a craft receiving double [2] time, then the Operating Engineer shall receive double [2] time). Double (2) time shall be paid for all hours over ten (10) Monday through Friday, and over eight (8) hours on Saturdays, Sundays and holidays shall be double (2) time.

**13.05.11**   When Employees covered by this Section are employed to service another craft or crafts that work a shorter day or shorter week, such Employees shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

**13.05.12**   When Employees perform work covered by this Section in support of another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

**13.06.00**   *Subsistence, Travel Time, Travel Expenses.* Employees covered by this Section 13.00.00 shall be compensated at the rate of twenty dollars ($20.00) per each workday as subsistence pay (in addition to their regular compensation) when employed on any job more than thirty-five (35) road miles by the shortest normally traveled route from the Employee's "basing point". The Employee's "basing point" shall be the Job Placement Center (i.e., which has historically been servicing the area where the job or project is located), provided that when an Employee is transferred to a job or project his "basing point" shall be the permanent yard or shop of the Individual Employer to which such Employee is regularly assigned, and provided further that when an Employee is terminated or quits from the employ of the Individual Employer and is rehired by letter in accordance with the Job Placement Regulations of this Agreement,

61

within thirty (30) working days by the Individual Employer at another job or project, then the permanent yard or shop of the Individual Employer to which such Employee was regularly assigned when he was terminated or quit shall be considered such Employee's "basing point". Such compensation shall be paid for the duration of the job.

**13.06.01**    Within thirty (30) days of the execution of this Agreement any Individual Employer having more than one (1) yard or shop within the area covered by this Section shall notify the Union in writing of which locations are to be deemed "permanent" under the foregoing, and similarly, upon establishing his first such yard or shop. Such locations can be changed once each year by giving written notice to the Union.

**13.06.02**    It is understood that a day is a working day if the Employee is required by the Individual Employer to report to the jobsite and is prevented from working due to conditions beyond said Individual Employer's control. (Example: rainy days, or days when steel is not available, etc.)

**13.06.03**    On Saturday, Sunday and holidays, when work is not performed on these days, no such expenses will be paid, except as provided in 13.06.02.

**13.06.04**    When a job is of one (1) day's duration and the Employee is paid (or furnished) transportation and is paid his total travel time to and from the yard or shop and the job he shall not, in addition, be paid subsistence.

**13.06.05**    *Travel Time.* On jobs not subject to 13.06.00, an Employee shall not receive travel time unless he is engaged in equipment transportation. On such jobs, unless transportation is made available to the Employee or the Employee is paid travel expense for the first and last day, an Employee's time shall begin and end at the yard or shop.

**13.06.06**    On jobs subject to 13.06.00, travel time, at the rate of thirty-five (35) miles per hour from the first day of employment there, and for returning from the job on the day employment there terminates, provided that all travel time, except equipment transportation, which by the direction of the Individual Employer is performed during overtime hours, shall be computed at straight time.

**13.06.07**    *Travel Expense.* Where the Employee is transported to and/or from the job on equipment furnished by the Individual Employer, travel expense shall not be due.

**13.06.08**    On jobs subject to 13.06.00, Employees shall be paid travel expense from the yard or shop to job and return on the first and last days of employment there, respectively in accordance with the current IRS rate per mile, and the Individual Employer shall also pay any bridge, ferry or toll fares involved.

**13.06.09**    *Payment of Subsistence, Travel Time and Travel Expense.* An Employee shall be paid (when due under 13.06.00 of this Section 13.00.00) subsistence, travel time, and transportation expense on each separate job; provided that, in the cases of Employees who are "transferred" or "terminated or quit and rehired" by letter in accordance with the Job Placement Regulations of this Agreement, within thirty (30) working days by the Individual Employer at another job or project, the distances applicable in the case of travel time and travel expense shall be those from the last job to the next (rather than between yard or shop and job).

**13.06.10**    Travel time and travel pay shall be due "going and returning" only in the case of Employees who work to the completion of the job or who are terminated by the Individual Employer. An Employee who quits the job prior to its completion shall be due neither travel time nor travel expense for "returning".

**13.06.11**    Subsistence, travel time, and travel expense (when due under 13.06.00) shall be paid by separate check, weekly, and the Employee shall be furnished with a sufficient statement thereof.

### 14.00.00    PILEDRIVING

**14.01.00**    Employees working in conjunction with a crew (a crew shall consist of four [4] workers of whom one [1] shall be a Foreman) of Piledrivers and four (4) hours or more on any shift shall be covered by and under the provisions of Section 14.00.00. In addition, if any crew in any Agreement the Employer is a party to, or becomes a party to, is reduced below four (4) workers, this Section 14.00.00 shall also apply.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**14.01.01**    The provisions of this Section 14.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.

**14.01.02**    **Work Covered.** The operation, repair and maintenance of engines and machinery and the operation of deck engines in connection with piledrivers and derrick barges engaged in the following work shall be performed by Employees working under this Agreement:

(1) The driving by steam, electric, hydraulic, drop hammer, bodine hammer, or any other device used, staying, capping, pulling and cutting off of all pre-cast concrete piles, pile jackets, composite piles, cast-in-place piles, and any and all pre-cast structural shapes and units, the setting of which is performed with power equipment or piledriving and setting equipment.

(2) The placing, framing, driving (by steam, hydraulic, electric, drop hammer, bodine hammer or any other device used), fastening, capping and pulling of piling of every kind.

(3) The construction of wharves, decks, trestles, viaducts, bridges and similar structures, up to and including the decks thereof. The construction of substructures of underpasses, subways, overhead crossings, pre-cast bulkheads, and other similar structures where piledriving or other derrick equipment or other power-operated equipment customarily operated by the Union is used. The building of ferry slips, cofferdams, open cribs, caissons, dry docks and marine railways and in the construction and erection of towers, bunkers and other similar structures necessary for the completion of the above-mentioned projects.

(4) The moving and placing of heavy machinery, boilers, tanks, guns and similar masses when and where hoisting and portable equipment is used. This work shall be done, when necessary and expedient, in conjunction with machinery mechanics from other crafts.

(5) The wrecking and dismantling of all structures covered by (1) through (4).

**14.01.03**    **Wages and Classifications.** Employees performing work covered by this Section 14.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.03 including such additions as may be made in accordance with Section 20.00.00 of this Agreement. Employees performing operation, maintenance and repair of equipment not set forth by classification in Section 01.03.03 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the applicable Sections outside of this Section 14.00.00.

**14.01.04**    **Fringe Benefits.** Benefits applicable to Employees working under the provisions of this Section 14.00.00 shall be the same as those set forth in Section 12.00.00 of this Agreement.

**14.02.00**    **Working Rules.** Except as provided hereunder the Working Rules applicable to this Section 14.00.00 shall be in accordance with Section 06.00.00 of the main body of the Agreement.

**14.02.01**    **Minimum Hours.**

(1) The straight time of an Employee shall be reckoned by the shift in the following instances:

    (a) During the Employee's first (1st) calendar week of employment
    (b) During the week the job is completed
    (c) If an Employee quits or is discharged for cause
    (d) If work is shut down by written order of the Contracting Authority
    (e) If work is shut down by lack of materials

(2) In the event there is a major mechanical breakdown (i.e., Employees directly affected by such breakdown), Employees shall be paid not less than four (4) hours at the applicable rate for work performed and any time thereafter shall be reckoned by the hour.

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

**14.02.02**   Employees working with piledriving crews and Employees working as Heavy Duty Repairmen working on maintenance and/or repair of piledriving equipment shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which forty (40) hours shall be paid except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. In any week in which an overtime holiday falls, the straight time shall be reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less shall not result in an Employee being returned to a first week of employment status.

**14.02.03**   An Employee whose time is reckoned under this Section 14.02.00 who is late for work, or who is absent from work, shall have his straight time reduced by the hours he is late or absent.

**14.02.04**   *Report Pay.* Where an Employee during his first (1st) and last week of employment reports for work on his shift or at the time he is requested to report, and there is no work provided by the Individual Employer, he shall be paid two (2) hours' show-up time, at the rate applicable on that date; however, he shall be required to remain on the jobsite for two (2) hours pending abatement of inclement weather unless sent home earlier by the Individual Employer. In the event that work is started, time shall be reckoned as provided in 14.02.01 of this Section. If work is to be suspended for any reason the Employee shall be notified at least two (2) hours before being required to report to work. The Employee shall keep the Individual Employer advised at all times of his correct address and telephone number.

**14.02.05**   The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m., Standard Time, at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

**14.02.06**   *Tide Work.* When an Employee or Employees are called out to work tide work, the minimum pay for such work shall be eight (8) hours at regular straight- time. In computing time to be paid for under this provision, each hour worked before 8:00 a.m. or after 4:30 p.m. shall be considered as being two (2) straight-time hours and each one-half (1/2) hour shall be considered as being one (1) straight-time hour; each hour worked between 8:00 a.m. and 4:30 p.m. shall be considered as being one (1) straight-time hour. The foregoing shall not apply to time worked on Saturdays, Sundays, or holidays. In the event an Employee or Employees are called out to work tide work on Saturdays, Sundays, or holidays, the overtime rate (double straight -time) shall be paid for each hour worked, and the minimum pay shall be six (6) hours at said overtime rate.

**14.02.07**   *Overtime.* Employees employed on all work performed under this Section 14.00.00 shall receive double (2) the applicable straight-time rate for all work performed before a shift begins and after it ends, and on Saturdays, Sundays and holidays, except that time and one-half (1-1/2) shall be paid for the first two (2) hours of overtime on a regular workday, regardless of whether such overtime is worked before or after the regular work hours.

Repair, maintenance and start-up time before a shift begins and after the shift ends and on Saturdays shall be one and one-half (1-1/2) times the applicable straight-time rate. Sundays and holidays shall be double (2) the straight-time rate.

*NOTE:* If at any time during the life of this Agreement, the overtime provisions in the Master Labor Agreement between UCON, AGC, NAEC, UMIC, INC., CEA and ACE, and all other Signatory Employers and Piledrivers Local Union No. 34 are modified with respect to this Section or Section 14.02.06 to provide for a different rate of overtime, then this Section and/or Section 14.02.06 shall be modified accordingly.

**14.02.08**   On off-shore work, all time spent in travel from shore shall be portal to portal and compensated at an amount equal to the straight-time rate.

**14.03.00**   *Subsistence, Travel Time, Travel Expenses.* Subsistence, travel time, and travel expenses shall be paid in accordance with applicable Section of the Master Labor Agreement between UCON, AGC, NAEC, UMIC, INC., CEA and

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

ACE, and all other Signatory Employers and the Piledrivers, Divers, Carpenters, Bridge, Wharf and Dock Builders, Local No. 34. In the event the Employer is unable to reach a new agreement or is no longer bound to an agreement with Local No. 34, subsistence, travel time and travel expenses shall be paid in accordance with the agreement between the Piledriving Contractors Association and Local No. 34.

**15.00.00    SPECIAL WORKING RULES AND CONDITIONS FOR WORKING UNDERGROUND**

**15.01.00**    The provisions of this Section with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.

**15.02.00    Underground Rate.** Wage rates for Underground Work shall be in accordance with Section 01.03.06.

**15.02.01**    The underground straight-time hourly wage rate shall apply for the full shift and overtime of any Employee performing work underground.

**15.02.02    Tunnel Shift Work.** Second (2nd) or Special Single Shift shall be paid in accordance with Section 01.03.06. When three (3) shifts are employed for five (5) or more consecutive days (or less by mutual written agreement), seven and one-half (7-1/2) consecutive hours, exclusive of meal period, shall constitute a shift's work for which eight (8) hours shall be paid for all shifts.

**15.03.00**    These Special Working Rules and Conditions cover all work and equipment involved in the excavation and initial lining, if applicable, below the surface of the earth except open ditches, excavations and jacking operations under highways, railroads, embankments, etc., but not limited to tunnels, shafts, tunnel shafts, adits, raises, subways, chambers and underground installations including but not limited to power houses, storage facilities, offices, control centers or surge chambers including the lining of same which fall within the jurisdiction of the Union or require the operation of equipment of the kind or type covered by this Agreement. Where open cutwork is covered over or decked, regardless of the material or materials used, and men are required to work under such cover, they shall work and be paid in accordance with the terms and conditions of this Section for all excavation work.

**15.03.01**    For the purposes of this Section 15.00.00, tunnels, raises and shafts shall be defined as follows:

*Tunnel.* An underground excavation (lined or unlined) whose length exceeds its width the inclination of the grade from the excavation shall be no greater than $20^0$ from the horizontal; should the inclination of grade from the horizontal exceed $20^0$, the excavation heretofore defined shall constitute a raise.

*Shaft.* An excavation (lined or unlined) made from the surface of the earth, generally vertical in nature, but may decline up to $75^0$ from the vertical, and whose depth is greater than 15 feet and its largest horizontal dimension. For the purposes of this Section an underground silo shall be defined the same as a shaft.

**15.03.02    Tunnel Survey Work.** Subject to the provisions of Apprentice Manning beginning at Section 07.10.00, all tunnel survey work, including the use of Laser Beams, is work covered by this Agreement.

**15.04.00    Compensation for Travel Underground.** The Individual Employer shall pay Employees covered by this Agreement working underground on a portal-to-portal basis as follows: The hours of employment of such Employees shall commence at the portal of the underground work at which he is directed by the Individual Employer to report for work on his shift and shall end at such portal, except as provided in 15.05.01.

**15.05.00    Change House.** The Individual Employer shall establish and maintain a change house within a reasonable distance of each portal of the underground work. It shall be equipped with showers, toilet facilities, lockers and heating and drying facilities in accordance with the number of men in each crew. Each change house shall be constructed to provide that all clothing will dry between shifts. The Individual Employer will reimburse Employees for clothing or personal belongings in an amount up to one hundred fifty dollars ($150.00) in the event the change house is destroyed by fire, provided a claim form is filed as required by the applicable insurance company. This shall not apply to short dry tunnels, such as under highways or railroad embankments.

65

**15.05.01**    If the change house is located more than one thousand two hundred fifty (1,250) walkable feet from a portal, then the time of work shall start and end for pay purposes at the change house. This shall not affect the well-established practice of Employees who are required to report before their regular starting time to fire up, grease, or maintain equipment, or are required to report early or remain after their regular shift. These Employees shall be paid at the applicable overtime rate which shall be reckoned by the hour and the half-hour.

**15.06.00    Special Clothing.** The Individual Employer shall furnish rubber clothing, boots, safety hats, or any other special gear required at no expense to the Employees. Such equipment shall be returned to the Employer in the same condition subject to reasonable wear and tear.

**15.07.00    Minimum Crews.** It is understood that there are various types and sizes of moles and mining machines which may necessitate increasing or decreasing the crew size, in which event the Individual Employer and the Union shall agree at the Pre-Job Conference upon the crew size to perform the operation and repair of said equipment. If the Individual Employer and the Union are unable to agree upon the crew size, the matter shall be referred for resolution in accordance with the provisions of Section 18.00.00 of this Agreement.

**15.08.00    Tunnel Safety.** In the event the Individual Employer requests a variance from the Tunnel Safety Order, other than electrical and/or diesel, such requests will be mailed to the Union at the same time such written request is mailed to the Division of Industrial Safety.

**15.08.01    Manhaul Vehicles for Underground Work.** Manhaul vehicles used for personnel transport, but not designed for this purpose, shall be provided with safe seating and side and end protection to prevent falls. Convenient means of mounting and dismounting the vehicles shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the operator shall be installed.

**16.00.00    SAFETY**

**16.01.00    No Limitation of Production.** Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs, or practices shall be permitted that limit production or increase the time required to do any work.

**16.02.00    Cooperation.** The Union shall cooperate with the Individual Employer in the carrying out of all such Individual Employer's safety measures and practices for accident prevention not in conflict with the provisions of this Agreement, and in carrying out and adhering to all of the applicable State and Federal safety laws. Any Employee may be discharged for knowingly failing to perform work in conformance with the Employer's Safety Code or as required by the State or Federal Safety Orders or other applicable statutes. The safety standards and rules contained herein are minimum standards and are not intended to imply that the Union objects to the establishment and imposition by the Individual Employer of additional or more stringent safety rules to protect the health and safety of the Employees. It shall be the exclusive responsibility of the Individual Employer to insure compliance with safety standards and rules.

Nothing in this Agreement is intended to make the Union liable to anyone in the event that injury or accident occurs.

**16.02.01**    Employees shall perform their duties in each operation in such a manner as to promote efficient operation of each particular duty and of any job as a whole, not in conflict with the provisions of this Agreement.

**16.02.02    Addiction Recovery and Substance Abuse Policy.** The Union, the Employer and Individual Employers have established a joint program which shall enable all parties to deal with drug and/or alcohol abuse problems from both a safety and productivity enhancement point of view as well as recognizing the individual rights and wellbeing of each Employee. Said policy and program is set forth in Addendum C attached hereto and made a part hereof. The implementation of this policy is not mandatory by any Individual Employer, but once implemented, the program shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

**16.03.00    Unsafe Conditions.** It is further agreed by both parties that too great an emphasis cannot be laid upon the need of safe working conditions. The Individual Employers will provide and Employees shall use the provided health and

66

**Exhibit B**

safety equipment. Employees shall return the equipment to the Individual Employer upon termination of its use on the project. No Employee shall be required to work on, with, or about an unsafe piece of equipment or under an unsafe condition.

**16.03.01**    No set of health or safety regulations, however, can comprehensibly cover all possible unsafe practices of working; therefore, the Union and the Individual Employer undertake to promote in every way possible the realization of the responsibility of the Employees and the Individual Employer with regard to preventing accidents to himself or to his fellow Employees. No Employee shall be discharged for refusing to work on or about equipment or a condition that is unsafe. Any Employee discharged for refusal to work under the above conditions shall be made whole by the Employer for lost wages and benefits.

**16.04.00**    *Union Notification.* In the event there is a serious injury to an Employee the Union Representative or the Job Placement Center servicing the project shall be notified. The Union Representative servicing the project shall furnish the Individual Employer with his home telephone number.

**16.05.00**    *Notices.* The Individual Employer must post the name and address of its doctor and of the Workers' Compensation Insurance carrier on the jobsite.

**17.00.00**    *JOB STEWARDS*

**17.01.00**    *Number of Job Stewards.* The Union may select an Employee on each shift in operation on a job or project to serve as Job Steward. Where the size of the project makes it appropriate, the Union may appoint additional Job Stewards.

**17.02.00**    *Performance of Duties.* In addition to his regularly assigned work the Job Steward shall be permitted to perform, during working hours, the duties set forth in 17.05.00. The Union agrees that such duties shall be performed as expeditiously as possible and the Individual Employers agree to allow Job Stewards a reasonable amount of time for the performance of such duties.

**17.03.00**    *Notification of Appointment and Termination.* The Union shall notify the Individual Employer, or his representative, in writing, of the appointment of Job Steward, and the Individual Employer shall notify the Union of his termination.

**17.04.00**    *Notification Prior to Layoff.* The Individual Employer shall notify the Job Placement Center servicing the job or project at least two (2) workdays prior to an intended layoff of a Job Steward. This provision shall not apply to discharges for "just cause" which will be subject to Sections 04.03.00—04.03.02.

**17.05.00**    *Duties.* The Job Steward shall be limited to and shall not exceed the following duties and activities:

**17.05.01**    Check the dispatch of each Employee dispatched under the terms of this Agreement to his Individual Employer before such Employee commences work, or as soon thereafter as practical.

**17.05.02**    Report to his/her Business Representative all violations of this Agreement.

**17.05.03**    Report to his/her Business Representative any Employee covered by this Agreement, who during his shift, leaves the jobsite without giving the Individual Employer and the Job Steward prior notice.

**17.06.00**    *Prohibitions.* The Job Steward shall not:

**17.06.01**    Stop the Individual Employer's work, for any reason.

**17.06.02**    Tell any Employee covered by this Agreement that he cannot work on the job.

**17.07.00**    *Dismissal.* Infraction of either of the two (2) rules set forth in 17.06.00 shall be cause for immediate dismissal of the Job Steward without any prior notice.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**17.08.00    *Reduction in Force.*** In a classification in which there is a Job Steward wherein the Job Steward's abilities are equal to the other Employees', and except as otherwise provided above, the Job Steward shall be the last to be selected for a reduction in force.

**17.09.00    *Business Representative.*** A Business Representative(s) of the Union shall be permitted on all jobs, but shall not interfere with the work.

**17.09.01**    Provision shall be made by the Individual Employer for the admission of such Business Representative(s) to the jobsite of the Individual Employer at all times and places where work is being performed by the Individual Employer or by any subcontractor of any tier of the Individual Employer.

**17.09.02**    The Business Representative(s) so admitted shall concern themselves only with work, equipment and Employees covered by this Agreement.

**18.00.00    GRIEVANCE PROCEDURE**

**18.01.00**    No dispute, complaint or grievance concerning the interpretation, application, or compliance with any provision or provisions of Sections 12.00.00, 19.00.00, or 20.00.00 of this Agreement is subject to the provisions of this Section 18.00.00.

**18.02.00**    All other disputes, complaints and grievances concerning the interpretation, application, or compliance with any provision or provisions of this Agreement are subject to the following procedure:

**18.02.01**    In the event that a complaint or dispute arises on a job, it shall be first reported to the authorized Union Representative and the Individual Employer who shall then attempt to adjust said complaint or dispute at the jobsite level.

**18.02.02**    If said complaint or dispute is not satisfactorily adjusted by the authorized Union Representative and the Individual Employer or his/her representative at the jobsite level, either party may request a Board of Adjustment to be convened and the matter shall be submitted, in writing, to the Employer or the Union for the settlement of such grievance.

**18.02.03**    The written grievance notice shall specify, if known, the date(s) of the alleged violation(s), the nature of the alleged violation(s), the specific provision(s) of the Agreement applicable to the complaint or dispute, and the remedy sought by the grieving party.

**18.02.04    *Grievance Timeliness.*** No complaint, dispute, or grievance, shall be recognized unless called to the attention of the Employer by the Union, or the attention of the Union by the Employer, in writing, within fifteen (15) business days (excluding weekends and holidays) after the date the last alleged violation was committed. This time limit may be extended by written mutual agreement of the Employer or Individual Employer and the Union.

**18.02.05**    In the event the grievance involves the issue of a subcontractor's alleged violation and where the subcontractor is signatory directly to this Agreement as an Individual Employer, the grievance shall be filed against said subcontractor and said grievance shall be processed to its final conclusion through these procedures.

**18.02.06    *Board of Adjustment.*** The Board of Adjustment shall be composed of two (2) panel members named by the Union, two (2) panel members named by the Employer, and the permanent Impartial Arbitrator, Anne Andrews Ellis.

**18.02.07**    In the event the permanent Impartial Arbitrator is unable to serve at a scheduled Board, one of the following shall serve as an alternate Impartial Arbitrator, if available: 1) Mark Joseph Divelbiss, 2) Alexander Cohn, 3) Matthew Goldberg, 4) Luella Nelson. These alternates shall be contacted in numbered order until one is available.

**18.02.08    *Arbitration.*** The Employer, Individual Employer, or Union may timely notify, in writing within a minimum of fourteen (14) calendar days of the Board of Adjustment hearing, the other and elect to utilize an attorney for

representation for the alleged complaint, dispute or grievance, in which case the matter shall proceed directly to Arbitration (instead of a Board of Adjustment).

**18.02.09**   The Impartial Arbitrator will be selected pursuant to the provisions of Section 18.02.06 and 18.02.07. The scheduling of the Arbitration hearing shall not exceed ninety (90) calendar days, or unless mutually agreed upon by the parties, from the date of the notice of the dispute or grievance.

**18.02.10**   The expenses of the Arbitration hearing, including the Impartial Arbitrator and the cost of a court reporter, shall be borne equally by the Employer or Individual Employer and the Union.  A copy of the court reporter transcripts shall be paid by the requesting party.

**18.02.11**   Upon mutual agreement between the Employer or Individual Employer and the Union, the parties may elect to convene a Board of Adjustment without the permanent Impartial Arbitrator.  This Board of Adjustment shall be convened within thirty (30) calendar days from the date of the grievance notice.  If the panel members at the Board of Adjustment, within twenty-four (24) hours after such meeting, cannot agree on any matter referred to it, the matter shall then proceed to Arbitration.  The parties thereof within three (3) days shall choose an Impartial Arbitrator who shall have no business or financial connection with either party.  In the event the parties are unable unanimously to agree upon the identity of said Impartial Arbitrator within said three-day period, the permanent Impartial Arbitrator or alternate as provided in Section 18.02.06 and 18.02.07 shall be selected as provided therein. The matter shall then proceed to arbitration with all due expedition.

**18.02.12**   Decisions of the Board of Adjustment or Impartial Arbitrator shall be within the scope and terms of this Agreement, and shall be final and binding upon all parties hereto. The Board of Adjustment or Impartial Arbitrator shall only have jurisdiction and authority to determine the meaning, application of, or compliance with the provisions of this Agreement and shall not have jurisdiction or authority to add to or detract from, amend, modify or alter in any way the provisions of this Agreement or its intent.

**18.02.13**   Arbitrability or preliminary matters relative to the complaint, dispute, or grievance and/or proceedings shall be subject to the decision of the Board of Adjustment or Impartial Arbitrator, which shall be final and binding on the matter.

**18.02.14**   The Employer, the Individual Employer and the Union shall be subject to the written *Joint Rules of Procedure for Northern California* for the Board of Adjustment and Arbitration adopted by the Employer and the Union, incorporated by reference herein, and which may be amended at any time by mutual agreement between the Employer and the Union.

**18.03.00**   *No Cessation of Work.*

**18.03.01**   With respect to any dispute, complaint or grievance arising under the terms and conditions of this Agreement, which is subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations 04.10.43, of this Agreement, the Employer and Individual Employer agree that they and each of them will not authorize any lockout, slowdown or stoppage of work and the Union will not authorize any strike, slowdown or stoppage of work.

**18.03.02**   The foregoing no-strike, no-lockout provision of 18.03.01 shall apply and shall only be of force and effect with respect to or concerning a dispute, complaint or grievance subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations 04.10.43 of this Agreement. With respect to any disputes, complaints or grievances not subject to arbitration under the provisions of 18.00.00, 19.00.00 and Job Placement Regulations 04.10.43 of this Agreement, the Union is hereby specifically authorized to withdraw any or all of the Employees of such Individual Employer subject to this Agreement from work covered by this Agreement for such Individual Employer and such

withdrawal shall not, so long as such dispute shall continue, be a violation of this Agreement or any clause, sentence, paragraph or section of this Agreement.

**18.03.03**   Any Employees withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work, provided, however, nothing in 18.03.00 shall in any way modify or affect the Union's obligation or the provisions of any Trust Agreement or amendment thereof referred to in 12.00.00 of this Agreement.

**18.03.04**   If and when the Union has any dispute, complaint or grievance with an Individual Employer concerning any manning provision of Section 07.00.00 or any hiring provision of Section 04.00.00, including the Job Placement Regulations, the Union shall not exercise its rights to withdraw Employees under Section 18.03.03 for seventy-two (72) hours after receipt by the Employer of written notice by the Union of the dispute, complaint or grievance.

**18.03.05**   If the Union has exercised its right to withdraw Employees because of a dispute, complaint or grievance with an Individual Employer concerning a manning violation then the Individual Employer shall have a right to follow the procedures set out in 18.02.00. In the event the Individual Employer mans the equipment as requested by the Union or decides to leave the equipment down, and the Board of Adjustment determines there was no manning violation by the Individual Employer, the Union shall not be liable for costs or loss incurred by manning the equipment or leaving it down.

**18.03.06**   The decision of the Board of Adjustment with respect to the manning of any classification shall control the manning of that classification thereafter and the Union shall not withdraw Employees unless an Individual Employer fails to man the classification in accordance with the decision of the Board of Adjustment. After fifteen (15) days subsequent to such decision of the Board of Adjustment, if an Individual Employer does not man a classification in accordance with the decision of the Board of Adjustment, the Union shall not be bound by Section 18.03.04 with respect to such classification and Individual Employer.

**18.03.07**   Regardless of any provision of Section 18.00.00 to the contrary, the right of withdrawal will not be exercised only to harass an Individual Employer.

**18.04.00**   *Manning and Hiring Violations.* An Individual Employer who has violated any of the manning provisions of Section 07.00.00 or the hiring provisions of Section 04.00.00 of this Agreement shall pay into the Operating Engineers Pensioned Health and Welfare Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages for the damages suffered by the Union. Such payments shall be for not more than ten (10) days of said violation prior to the notification of the Employer, as provided in Section 18.03.04.

**18.04.01**   In the event there is a dispute between the Employer and the Union over the amount due, said dispute will be settled in accordance with the provisions set forth in 18.02.00 and work shall continue in accordance with the provisions of Section 18.03.01.

**18.04.02**   If the Individual Employer fails to make any payments determined to be owing pursuant to this Section, the Union shall have the right to withdraw Employees in accordance with 18.03.02 and 18.03.03 until such payment is made.

**19.00.00**   *JURISDICTIONAL DISPUTES*

**19.01.00**   There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other union affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes will be settled by the Unions themselves, and if not settled then it shall be submitted to the International Presidents of the Unions involved in the dispute for determination and if not settled, the parties hereto agree that the dispute shall be submitted to the Arbitration Panel set forth in the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry or its successor acceptable

70

to the Building and Construction Trades Department of the AFL-CIO and the International Union of Operating Engineers. The Employer, the Individual Employer and the Union shall be and are bound by the Arbitration Panel's determination, decision and/or award and the misassignment if any is found shall be promptly corrected by the Individual Employer unless the other union shall refuse to abide by the determination and decision in which case the Union shall be and is authorized to proceed to enforce the decision by any lawful means in which case the work shall proceed as originally assigned by the Individual Employer until such decision is made. In the event an Individual Employer shall misassign the work after notice of the decision, he shall be subject to such penalty as shall be determined by the Board of Adjustment.

*NOTE:* If the International Presidents cannot resolve the dispute, it is submitted to arbitration through the aforesaid Plan, provided such Plan for the Settlement of Jurisdictional Disputes is subscribed to by the disputing parties. Such arbitrator's decision is final and enforceable in court.

### 20.00.00    ADDITIONAL WORK OR CLASSIFICATIONS

**20.01.00**    *New Equipment.* This Agreement contemplates that as and when equipment and other means and methods of operating equipment not presently in use in the area covered by this Agreement is or are about to be introduced on a jobsite, the Employer and the Union shall upon written request by either party meet within ten (10) working days to negotiate an appropriate rate, classification and working rule for the equipment's operation and for the other means or methods of operating equipment not presently in use.

**20.02.00**    *Committee.* Such rate, classification and working rule shall be established at a job conference ten (10) days prior to the time the equipment or means or methods of operating equipment not presently in use are introduced on a jobsite, and if it is not settled at such a conference, the matter may be referred to a standing committee consisting of three (3) representatives each of the Union and the Employer established by the Union and the Employer to conduct such negotiations.

**20.02.01**    Such committee will meet within ten (10) days after written request of the Individual Employer intending to operate such equipment or use such means or methods of operating equipment not presently in use accompanied by photograph and pertinent catalog or other data on the equipment or means or methods of operating equipment not presently in use and agree to a straight-time hourly wage rate for each classification required and working rule within fifteen (15) days from the date of notice unless the parties mutually agree to extend the time, which rate and classification and working rule shall be added to and become a part of Section 01.00.00, as of the date of the initial introduction of the equipment or such means or methods of operating equipment not presently in use on a jobsite.

**20.02.02**    Until such rate or rates, classification or classifications and working rule is established, the Individual Employer may operate the equipment or use such means or methods of operating equipment not presently in use at a temporary rate or rates, classification or classifications and working rule for thirty (30) calendar days only from the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite, provided that such thirty (30) calendar-day period may be extended by mutual agreement of the committee provided in 20.02.00. The permanent rate, classification and working rule, when established, will be paid retroactively to the date of the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite.

**20.02.03**    The foregoing shall also apply when work under air pressure is undertaken or when nuclear devices, Laser Beams or other devices for field surveying or to move earth not specifically covered in Section 01.00.00 are used, or to be used.

### 21.00.00    SPECIAL PROVISIONS CONCERNING FOREMEN OTHER THAN GENERAL FOREMEN

**21.01.00**    *General Provisions.* The provisions of this Section 21.00.00, to the extent they differ from any specific provision of other Sections of this Agreement, shall supersede such provision and this Section 21.00.00, as to such provision, shall control.

**21.02.00**   *Classified as Supervisors.* Foremen shall not be subject to the Job Placement Regulations of this Agreement except where such Foremen are employed to operate equipment (other than in an on-the-job emergency).

**21.03.00**   *Foremen and Shifters.* The Individual Employer shall have the right to determine the number of Foremen and Shifters, with the following exceptions:

**21.03.01**   When the Individual Employer employs nine (9) or more Journeymen/Apprentice Operating Engineers on a spread to operate individually-manned pieces of earthmoving equipment, or individually-manned pieces of equipment directly supplemental thereto, or any combination thereof on any shift, he/she shall designate a Foreman or Shifter to supervise them.

**21.03.02**   When five (5) or more Journeymen/Apprentice Operators are employed by an Individual Employer to operate individually manned pieces of earthmoving equipment, or individually manned pieces of equipment directly supplemental thereto or any combination thereof on overtime, the Foreman or Shifter who is in charge of supervising the operation of the equipment during the straight-time hours shall be afforded the opportunity to work overtime including Saturdays, Sundays, and holidays.

**21.03.03**   When individually manned units of earthmoving equipment, which are being operated under this Agreement, are being supervised, the immediate supervision shall be done by a Foreman or Shifter pursuant to this Agreement.

**21.03.04**   When an Individual Employer employs ten (10) or more Journeyman/Apprentice Operating Engineers for work performed under a National Maintenance or a Refinery Project he shall designate a Foreman or Shifter covered by this Agreement to supervise them.

**21.04.00**   *Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty).* The Individual Employer shall have the right to determine the number of Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty), with the following exceptions:

**21.04.01**   When the Individual Employer is employing five (5) or more Heavy Duty Repairmen, he/she shall employ a Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) to supervise them.

**21.04.02**   When five (5) or more Heavy Duty Repairmen are performing work on an overtime basis, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) who is in charge of the preceding straight-time work shall be afforded the opportunity to work overtime including Saturdays, Sundays and holidays.

**21.04.03**   No Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) shall work with the tools, except when required in the supervision of his work, and except in an on-the-job emergency, provided, however, in the event a regular Heavy Duty Repairman is absent, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) may work with the tools, provided in such case that prior to such work the appropriate Job Placement Center of the Union has been requested to dispatch a replacement.

**21.05.00**   *Fringe Benefits.* The Individual Employer shall abide by Section 12.00.00 with respect to Foremen, Shifters, Heavy Duty Repairman Foremen, and Master Mechanics (Heavy Duty) in the same manner as applied to all Employees covered by this Agreement.

**21.06.00**   *Union Security.* When the Individual Employer uses Foremen and Master Mechanics (Heavy Duty), they shall be required to be members of the Union.

### 22.00.00   *SPECIAL PROVISIONS COVERING SUPERVISORY PERSONNEL ABOVE THE RANK OF FOREMAN*

**22.01.00**   *Fringe Benefits.* The Individual Employers may cover their supervisory personnel above the rank of Foremen in the Operating Engineers' Health and Welfare Trust Fund for Northern California, Pensioned Operating Engineers' Health and Welfare Fund and Pension Trust Fund for Operating Engineers by paying into the above Trusts set forth in the Master Agreement monthly on the basis of 168 hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such Employee in a month; provided, however, once the

May 23, 2016-sac
Master Construction Agreement
## Exhibit B

Individual Employer makes one (1) payment on behalf of such Employee, it shall continue to make such payment so long as the Employee is in its employ during the life of the Agreement, above the rank of Foreman. The Employee must be a member of the Union in good standing and must maintain membership in the Union in good standing for the life of this Agreement. An Individual Employer may elect not to make payments to the Health and Welfare Trust on behalf of such supervisory personnel if the Individual Employer provides the Employees with health care benefits through another source. If an Individual Employer does not make payments to the Health and Welfare Trust Fund on such an Employee's behalf, it may not do so for the duration of this Agreement.

**23.00.00    MAP DESCRIPTION FOR AREAS 1 AND 2**

**23.01.00**    The following is a description based upon township and range lines of Areas 1 and 2.

**23.02.00**    Area 1 is all of Northern California within the following lines:

1.    Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S, of the Mount Diablo Base and Meridian,
2.    Thence Easterly along the Southerly line of Township 19S, to the Northwest corner of Township 20S, Range 6E,
3.    Thence Southerly to the Southwest corner of Township 20S, Range 6E,
4.    Thence Easterly to the Northwest corner of Township 21S, Range 7E,
5.    Thence Southerly to the Southwest corner of Township 21S, Range 7E,
6.    Thence Easterly to the Northwest corner of Township 22S, Range 9E,
7.    Thence Southerly to the Southwest corner of Township 22S, Range 9E,
8.    Thence Easterly to the Northwest corner of Township 23S, Range 10E,
9.    Thence Southerly to the Southwest corner of Township 24S, Range 10E,
10.   Thence Easterly to the Southwest corner of Township 24S, Range 31E,
11.   Thence Northerly to the Northeast corner of Township 20S, Range 31E,
12.   Thence Westerly to the Southeast corner of Township 19S, Range 29E,
13.   Thence Northerly to the Northeast corner of Township 17S, Range 29E,
14.   Thence Westerly to the Southeast corner of Township 16S, Range 28E,
15.   Thence Northerly to the Northeast corner of Township 13S, Range 28E,
16.   Thence Westerly to the Southeast corner of Township 12S, Range 27E,
17.   Thence Northerly to the Northeast corner of Township 12S, Range 27E,
18.   Thence Westerly to the Southeast corner of Township 11S, Range 26E,
19.   Thence Northerly to the Northeast corner of Township 11S, Range 26E,
20.   Thence Westerly to the Southeast corner of Township 10S, Range 25E,
21.   Thence Northerly to the Northeast corner of Township 9S, Range 25E,
22.   Thence Westerly to the Southeast corner of Township 8S, Range 24E,
23.   Thence Northerly to the Northeast corner of Township 8S, Range 24E,
24.   Thence Westerly to the Southeast corner of Township 7S, Range 23E,
25.   Thence Northerly to the Northeast corner of Township 6S, Range 23E,
26.   Thence Westerly to the Southeast corner of Township 5S, Range 20E,
27.   Thence Northerly to the Northeast corner of Township 5S, Range 20E,
28.   Thence Westerly to the Southeast corner of Township 4S, Range 19E,
29.   Thence Northerly to the Northeast corner of Township 1S, Range 19E,
30.   Thence Westerly to the Southeast corner of Township 1N, Range 18E,
31.   Thence Northerly to the Northeast corner of Township 3N, Range 18E,
32.   Thence Westerly to the Southeast corner of Township 4N, Range 17E,
33.   Thence Northerly to the Northeast corner of Township 4N, Range 17E,
34.   Thence Westerly to the Southeast corner of Township 5N, Range 15E,

# Exhibit B

35. Thence Northerly to the Northeast corner of Township 5N, Range 15E,
36. Thence Westerly to the Southeast corner of Township 6N, Range 14E,
37. Thence Northerly to the Northeast corner of Township 10N, Range 14E,
38. Thence Easterly along the Southern line of Township 11N, to the California/Nevada State Border,
39. Thence Northerly along the California/Nevada State Border to the Northerly line of Township 17N,
40. Thence Westerly to the Southeast corner of Township 18N, Range 10E,
41. Thence Northerly to the Northeast corner of Township 20N, Range 10E,
42. Thence Westerly to the Southeast corner of Township 21N, Range 9E,
43. Thence Northerly to the Northeast corner of Township 21N, Range 9E,
44. Thence Westerly to the Southeast corner of Township 22N, Range 8E,
45. Thence Northerly to the Northeast corner of Township 22N, Range 8E,
46. Thence Westerly to the Northwest corner of Township 22N, Range 8E,
47. Thence Northerly to the Southwest corner of Township 27N, Range 8E,
48. Thence Easterly to the Southeast corner of Township 27N, Range 8E,
49. Thence Northerly to the Northeast corner of Township 28N, Range 8E,
50. Thence Westerly to the Southeast corner of Township 29N, Range 6E,
51. Thence Northerly to the Northeast corner of Township 32N, Range 6E,
52. Thence Westerly to the Northwest corner of Township 32N, Range 6E,
53. Thence Northerly to the Northeast corner of Township 35N, Range 5E,
54. Thence Westerly to the Southeast corner of Township 36N, Range 3E,
55. Thence Northerly to the Northeast corner of Township 36N, Range 3E,
56. Thence Westerly to the Southeast corner of Township 37N, Range 1W,
57. Thence Northerly to the Northeast corner of Township 38N, Range 1W,
58. Thence Westerly to the Southeast corner of Township 39N, Range 2W,
59. Thence Northerly to the Northeast corner of Township 40N, Range 2W,
60. Thence Westerly to the Southeast corner of Township 41N, Range 4W,
61. Thence Northerly to the Northeast corner of Township 42N, Range 4W,
62. Thence Westerly to the Southeast corner of Township 43N, Range 5W,
63. Thence Northerly to the California/Oregon State Border,
64. Thence Westerly along the California/Oregon State Border to the Westerly Boundary of Township Range 8W,
65. Thence Southerly to the Southwest corner of Township 43N, Range 8W,
66. Thence Easterly to the Southeast corner of Township 43N, Range 8W,
67. Thence Southerly to the Southwest corner of Township 42N, Range 7W,
68. Thence Easterly to the Southeast corner of Township 42N, Range 7W,
69. Thence Southerly to the Southwest corner of Township 41N, Range 6W,
70. Thence Easterly to the Northwest corner of Township 40N, Range 5W,
71. Thence Southerly to the Southwest corner of Township 38N, Range 5W,
72. Thence Westerly to the Northwest corner of Township 37N, Range 6W,
73. Thence Southerly to the Southwest corner of Township 35N, Range 6W,
74. Thence Westerly to the Northwest corner of Township 34N, Range 10W,
75. Thence Southerly to the Southwest corner of Township 31N, Range 10W,
76. Thence Easterly to the Northwest corner of Township 30N, Range 9W,
77. Thence Southerly to the Southwest corner of Township 30N, Range 9W,
78. Thence Easterly to the Northwest corner of Township 29N, Range 8W,
79. Thence Southerly to the Southwest corner of Township 23N, Range 8W,
80. Thence Easterly to the Northwest corner of Township 22N, Range 6W,
81. Thence Southerly to the Southwest corner of Township 16N, Range 6W,
82. Thence Westerly to the Southeast corner of Township 16N, Range 9W,

74

# Exhibit B

83.  Thence Northerly to the Northeast corner of Township 16N, Range 9W,
84.  Thence Westerly to the Southeast corner of Township 17N, Range 12W,
85.  Thence Northerly to the Northeast corner of Township 18N, Range 12W,
86.  Thence Westerly to the Northwest corner of Township 18N, Range 15W,
87.  Thence Southerly to the Southwest corner of Township 14N, Range 15W,
88.  Thence Easterly to the Northwest corner of Township 13N, Range 14W,
89.  Thence Southerly to the Southwest corner of Township 13N, Range 14W,
90.  Thence Easterly to the Northwest corner of Township 12N, Range 13W,
91.  Thence Southerly to the Southwest corner of Township 12N, Range 13W,
92.  Thence Easterly to the Northwest corner to Township 11N, Range 12W,
93.  Thence Southerly into the Pacific Ocean, and,
94.  Commencing in the Pacific Ocean on the extension of the Humboldt Base Line,
95.  Thence Easterly to the Northwest corner of Township 1S, Range 2E,
96.  Thence Southerly to the Southwest corner of Township 2S, Range 2E,
97.  Thence Easterly to the Northwest corner of Township 3S, Range 3E,
98.  Thence Southerly to the Southwest corner of Township 5S, Range 3E,
99.  Thence Easterly to the Southeast corner of Township 5S, Range 4E,
100. Thence Northerly to the Northeast corner of Township 4S, Range 4E,
101. Thence Westerly to the Southeast corner of Township 3S, Range 3E,
102. Thence Northerly to the Northeast corner of Township 5N, Range 3E,
103. Thence Easterly to the Southeast corner of Township 6N, Range 5E,
104. Thence Northerly to the Northeast corner of Township 7N, Range 5E,
105. Thence Westerly to the Southeast corner to Township 8N, Range 3E,
106. Thence Northerly to the Northeast corner of Township 9N, Range 3E,
107. Thence Westerly to the Southeast corner of Township 10N, Range 1E,
108. Thence Northerly to the Northeast corner of Township 13N, Range 1E,
109. Thence Westerly into the Pacific Ocean,excluding that portion of Northern California contained within the following lines:
110. Commencing at the Southwest corner of Township 12N, Range 11E, of the Mount Diablo Base and Meridian,
111. Thence Easterly to the Southeast corner of Township 12N, Range 16E,
112. Thence Northerly to the Northeast corner of Township 12N, Range 16E,
113. Thence Westerly to the Southeast corner of Township 13N, Range 15E,
114. Thence Northerly to the Northeast corner of Township 13N, Range 15E,
115. Thence Westerly to the Southeast corner of Township 14N, Range 14E,
116. Thence Northerly to the Northeast corner of Township 16N, Range 14E,
117. Thence Westerly to the Northwest corner of Township 16N, Range 12E,
118. Thence Southerly to the Southwest corner of Township 16N, Range 12E,
119. Thence Westerly to the Northwest corner of Township 15N, Range 11E,
120. Thence Southerly to the point of beginning at the Southwest corner of Township 12N, Range 11E.

**23.03.00**   Area 2 shall be all areas not part of Area 1 described above.
**24.00.00**   *CHANGES*

**24.01.00**   It is hereby understood and agreed that no settlement of any dispute as to the interpretation of this Agreement or the interpretation of any word, phrase, clause, sentence, paragraph or section thereof other than as may be determined through Section 18.00.00, Grievance Procedure, shall be of any force or effect unless and until it is (a) reduced to writing; (b) signed by the Business Manager of the Union; and (c) the Secretary of the Employer representing the Individual Employer.

75

# Exhibit B

**25.00.00    TERM OF AGREEMENT**

**25.01.00Employer's Membership.** This Agreement is made for and on behalf of and shall be binding upon the Employer, any Association of Employers signatory hereto, and the Individual Employers as defined in 02.02.00.

**25.01.01**      The Employer and each Association of Employers signatory hereto represents that upon the date of the execution of this Agreement the Employer or Association of Employers signatory hereto, as the case may be, represents its members, Individual Employers as defined in 02.02.00, and that said Individual Employers have duly authorized it to make this contract for and on their behalf as parties hereto.

**25.02.00    Agreement Binding Upon Parties.** This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.

**25.03.00    Effective and Termination Dates.** This Agreement shall be effective July 1, 2016, and shall remain in effect through June 30, 2020, and if the written notice provided by Section 8(d) of the National Labor Relations Act as Amended is not given by either the Union or the Employer to the other, it shall continue indefinitely; provided however, this Agreement may be terminated at any time after June 30, 2020, by either the Union or the Employer giving to the other the written notice provided by Section 8(d) of the Act in which event this Agreement shall terminate at the end of the sixtieth (60th) calendar day after receipt of such notice. Regardless of when terminated, the Union and Employer will negotiate exclusively with each other during the last sixty (60) days of the Agreement.

May 23, 2016-sac
Master Construction Agreement

**Exhibit B**

*IN WITNESS WHEREOF,* the parties hereto have hereunto executed this Agreement as of the date hereof by their respective representatives duly authorized to do so this ⌐31⌐ day of MAY , 2016.

**FOR THE EMPLOYER:**                              **FOR THE UNION:**

UNITED CONTRACTORS ("UCON")                        OPERATING ENGINEERS LOCAL UNION NO. 3 of the
                                                   International Union of Operating Engineers, AFL-CIO

_____

Steve Clark, UCON Craft Committee                  Dan Reding
                                                   President

_____May 31, 2016_____
Date                                               James K. Sullivan
                                                   Recording-Corresponding Secretary

_____

Rich Gates, UCON Craft Committee                   Russell E. Burns
                                                   Business Manager

_____May 31, 2016_____
Date                                               Steve Ingersoll
                                                   Vice President

_____

Mark Breslin, UCON CEO                             Justin Diston
                                                   Financial Secretary

_____May 31, 2016_____
Date                                               Dave Harrison
                                                   Treasurer

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

## ATTACHMENT "A"
## SUBCONTRACTING TERMS AND CONDITIONS AGREEMENT

**THIS AGREEMENT**, made and entered into this _____ day of _____ 20___, by and between _____ ("Subcontractor") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union"), covering subcontracted work for _____ ("SIGNATORYEMPLOYER") on the

_____ (Project) located at _____ (Project Address).

For this Project only, the Subcontractor hereby agrees to be bound by the wage rates, fringe benefit rates, hours and all other terms and conditions of employment contained in the current Master Construction Agreement for Northern California between the OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO and THE SIGNATORY ASSOCIATIONS, and any successor agreements thereto which may be in effect during the Project, except for those modifications as outlined below. All references in the Master Agreement to either "Employer" or "Individual Employer" shall, include to mean the Subcontractor.

Upon submission of this Agreement, a trust fund account shall be established for the duration of this Project and the Subcontractor shall be notified of the account number by the Trust Fund office.

This Agreement shall terminate upon notice to the Union of the completion of the Subcontractors' work at the above-mentioned Project. Upon completion of the Project, the Subcontractor shall notify the Union of the completion date.

The undersigned representative has been authorized to bind the Subcontractor to this Agreement, this day _____ of _____ 20___.

AUTHORIZED BY:

Signature: _____ Print Name: _____

Print Title: _____ CA License #:_____

Subcontractor Name: _____

Address: _____ City/Zip: _____

Phone: _____ Fax: _____ Email: _____

FOR OFFICIAL USE ONLY:
Billing Account#_____ Commence Billing: _____

| Original: | Operating Engineers Local Union 3<br>1620 South Loop Road<br>Alameda, CA 94502 | Copy: | Signatory Employer<br>Subcontractor |
|---|---|---|---|

78

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

ADDENDUM "A"

RESIDENTIAL CONSTRUCTION
AND
BUILDING CONSTRUCTION

**SECTION 1**    *Coverage*

**Section 1.1**    This Addendum shall apply to Residential Construction and Building Construction work as defined below which is performed in the Counties listed below.

**Section 1.2**    All terms and conditions of the Master Agreement shall apply to such work except for those provisions which are specifically modified or superseded by this Addendum.  The Master Agreement will apply in its entirety to all work not covered by this Addendum.

**SECTION 2**    *Definition of Type of Work*

**SECTION 3**    *Wages and Fringe Benefits* **Section 2.1** *Residential Construction:*   Town or row houses;  apartment buildings (4 stories or less); single family houses; mobile home developments; multi-family houses; and student housing.

**Section 2.2**    *Building Construction:* Alterations and additions to non-residential buildings; apartment buildings (5 stories and above); arenas (enclosed); auditoriums; automobile parking garages; banks and financial buildings; barracks; churches; hospitals; hotels; industrial buildings; institutional buildings; libraries; mausoleums; motels; museums; nursing and convalescent facilities; office buildings; out-patient clinics; passenger and freight terminal buildings; police stations; post offices; city halls; civic centers; commercial buildings; court houses; detention facilities; dormitories; farm buildings; fire stations; power plants; prefabricated buildings; remodeling buildings; renovating buildings; repairing buildings; restaurants; schools; service stations; shopping centers; stores; subway stations; theaters; and warehouses.  Buildings which are part of a water treatment or sewage treatment plant are not covered by this Addendum, they are "Heavy" work.

| | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
| **Group 1 (4 classifications)** | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $41.25 | | | |
| Area 2 | $43.25 | | | |
| **Group 2 (7 classifications)** | | | | |
| Area 1 | $39.80 | | | |
| Area 2 | $41.80 | | | |
| **Group 3 (19 classifications** | | | | |
| Area 1 | $38.40 | | | |
| Area 2 | $40.40 | | | |
| **Group 4 (34 classifications)** | | | | |
| Area 1 | $37.07 | | | |
| Area 2 | $39.07 | | | |
| **Group 5 (21 classifications** | | | | |
| Area 1 | $35.86 | | | |
| Area 2 | $37.86 | | | |

79

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

| Group 6 (30 classifications) | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|---|---|---|---|---|
| Area 1 | $34.59 | | | |
| Area 2 | $36.59 | | | |
| **Group 7 (28 classifications)** | | | | |
| Area 1 | $33.50 | | | |
| Area 2 | $35.50 | | | |
| **Group 8 (32 classifications)** | | | | |
| Area 1 | $32.42 | | | |
| Area 2 | $34.42 | | | |
| **Group 8A (5 classifications)** | | | | |
| Area 1 | $30.30 | | | |
| Area 2 | $32.30 | | | |
| **Foreman and Shifters, Over 7 Employees** | | | | |
| Area 1 | $41.25 | | | |
| Area 2 | $43.25 | | | |
| **Foreman (Working), Under 7 Employees** | | | | |
| Area 1 | $39.80 | | | |
| Area 2 | $41.80 | | | |
| **Master Mechanic, Over 5 Employees** | | | | |
| Area 1 | $41.25 | | | |
| Area 2 | $43.25 | | | |

**Special Single Shift and Second Shift Wage Rates**

**Group 1**
| | |
|---|---|
| Area 1 | $45.40 |
| Area 2 | $47.40 |

**Group 2**
| | |
|---|---|
| Area 1 | $43.76 |
| Area 2 | $45.76 |

**Group 3**
| | |
|---|---|
| Area 1 | $42.20 |
| Area 2 | $44.20 |

**Group 4**
| | |
|---|---|
| Area 1 | $40.68 |
| Area 2 | $42.68 |

**Group 5**
| | |
|---|---|
| Area 1 | $39.33 |
| Area 2 | $41.33 |

**Group 6**
| | |
|---|---|
| Area 1 | $37.89 |
| Area 2 | $39.89 |

**Group 7**
| | |
|---|---|
| Area 1 | $36.68 |
| Area 2 | $38.68 |

80

# Exhibit B

| Group 8 | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
| | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $35.47 | | | |
| Area 2 | $37.47 | | | |
| **Group 8A** | | | | |
| Area 1 | $33.08 | | | |
| Area 2 | $35.08 | | | |

**Foreman and Shifters, Over 7 Employees**

| | | | | |
|---|---|---|---|---|
| Area 1 | $45.40 | | | |
| Area 2 | $47.40 | | | |

**Foreman (Working), Under 7 Employees**

| | | | | |
|---|---|---|---|---|
| Area 1 | $43.76 | | | |
| Area 2 | $45.76 | | | |

**Master Mechanic, Over 5 Employees**

| | | | | |
|---|---|---|---|---|
| Area 1 | $45.40 | | | |
| Area 2 | $47.40 | | | |

**All Cranes and Attachments (Same Manning as Master Agreement)**

| Group 1 (3 classifications) | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
| | $2.70 | $2.35 | $2.35 | $2.35 |
| Area 1 | $42.85 | | | |
| Area 2 | $44.85 | | | |
| **Group 1-A (5 classifications)** | | | | |
| Area 1 | $42.10 | | | |
| Area 2 | $44.10 | | | |
| **Group 2-A (6 classifications)** | | | | |
| Area 1 | $40.41 | | | |
| Area 2 | $42.41 | | | |
| **Group 3-A (4 classifications** | | | | |
| Area 1 | $38.77 | | | |
| Area 2 | $40.77 | | | |
| **Group 4-A (3 classifications)** | | | | |
| Area 1 | $35.86 | | | |
| Area 2 | $37.86 | | | |
| **Group 5-A (3 Classifications)** | | | | |
| Area 1 | $45.04 | | | |
| Area 2 | $47.04 | | | |

2921 1. Foreman and Shifters, (non-working) 7 Employees and over**

| | | | | |
|---|---|---|---|---|
| Area 1 | $44.04 | | | |
| Area 2 | $46.04 | | | |

81

**All Cranes & Attachments (continued)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |

2931 2. Foreman (working), under 7 Employees **

|  |  |
|---|---|
| Area 1 | $45.04 |
| Area 2 | $47.04 |

3341   3. Master Mechanic, over 5 Employees**

**At the discretion of the Employer

**5183** Truck Crane Assistant to Engineer**

**Group 1**

| Area 1 | $36.19 |
|---|---|
| **Area 2** | **$38.19** |

**Group 1-A**

| Area 1 | $35.44 |
|---|---|
| Area 2 | $37.44 |

**Group 2-A**

| Area 1 | $35.20 |
|---|---|
| Area 2 | $37.20 |

**Group 3-A**

| Area 1 | $34.96 |
|---|---|
| Area 2 | $36.96 |

**5183** Hydraulic**
**Group 3-A**

| Area 1 | $34.59 |
|---|---|
| Area 2 | $36.59 |

**5173**   Assistant to Engineer**

**Group 1**

| Area 1 | $34.02 |
|---|---|
| Area 2 | $36.02 |

**Group 1-A**

| Area 1 | $33.27 |
|---|---|
| Area 2 | $35.27 |

**Group 2-A**

| Area 1 | $33.05 |
|---|---|
| Area 2 | $35.05 |

**Group 3-A**

| Area 1 | $32.80 |
|---|---|
| Area 2 | $34.80 |

82

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**All Cranes and Attachments, Special Single Shift and Second Shift Wage Rates**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| **Group 1** | | | | |
| Area 1 | $47.11 | | | |
| Area 2 | $49.11 | | | |
| **Group 1-A** | | | | |
| Area 1 | $46.36 | | | |
| Area 2 | $48.36 | | | |
| **Group 2-A** | | | | |
| Area 1 | $44.45 | | | |
| Area 2 | $46.45 | | | |
| **Group 3-A** | | | | |
| Area 1 | $42.59 | | | |
| Area 2 | $44.59 | | | |
| **Group 4-A** | | | | |
| Area 1 | $39.33 | | | |
| Area 2 | $41.33 | | | |
| | | | | |
| **Group 5-A Foreman** | | | | |
| Area 1 | $47.41 | | | |
| Area 2 | $49.41 | | | |

2921 1. Foreman and Shifters, (non-working) 7 Employees and over**

| | | | | |
|---|---|---|---|---|
| Area 1 | $46.41 | | | |
| Area 2 | $48.41 | | | |

2931 2. Foreman (working), under 7 Employees**

| | | | | |
|---|---|---|---|---|
| Area 1 | $47.41 | | | |
| Area 2 | $49.41 | | | |

3341   3. Master Mechanic, over 5 Employees**

**At the discretion of the Employer

**5183** Truck Crane Assistant to Engineer

| | | | | |
|---|---|---|---|---|
| **Group 1** | | | | |
| **Area 1** | $39.62 | | | |
| **Area 2** | $41.62 | | | |
| **Group 1-A** | | | | |
| Area 1 | $38.87 | | | |
| Area 2 | $40.87 | | | |
| **Group 2-A** | | | | |
| Area 1 | $38.60 | | | |
| Area 2 | $40.60 | | | |
| **Group 3-A** | | | | |
| Area 1 | $38.33 | | | |
| Area 2 | $40.33 | | | |

83

| 5183** Hydraulic | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
| | $2.70 | $2.35 | $2.35 | $2.35 |
| **Group 3-A** | | | | |
| Area 1 | $37.89 | | | |
| Area 2 | $39.89 | | | |
| **5173** Assistant to Engineer** | | | | |
| **Group 1** | | | | |
| **Area 1** | $37.16 | | | |
| **Area 2** | $39.16 | | | |
| **Group 1-A** | | | | |
| Area 1 | $36.41 | | | |
| Area 2 | $38.41 | | | |
| **Group 2-A** | | | | |
| Area 1 | $36.17 | | | |
| Area 2 | $38.17 | | | |
| **Group 3-A** | | | | |
| Area 1 | $35.89 | | | |
| Area 2 | $37.89 | | | |

Classifications and Rates for Steel Erectors and Fabricators

(Same Manning as Master Agreement)

| | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
| | $2.70 | $2.35 | $2.35 | $2.35 |
| **Group A-1 (3 classifications)** | $43.79 | | | |
| **Group 1 (3 classifications)** | $43.04 | | | |
| **Group 2 (4 classifications)** | $41.33 | | | |
| **Group 3 (2 classifications)** | $39.94 | | | |
| **Group 4 (3 classifications)** | $38.01 | | | |
| **Group 5 (1 classification)** | $36.76 | | | |

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

**5183** Truck Crane Assistant to Engineer**
| Group A-1 | $36.80 |
|---|---|
| **Group 1** | $36.05 |
| **Group 2** | $35.83 |
| **Group 3** | $35.58 |
| **5183** Hydraulic** | |
| **Group 3** | $35.20 |
| **5173** Assistant to Engineer** | |
| **Group A-1** | $34.66 |
| **Group 1** | $33.91 |
| **Group 2** | $33.66 |
| **Group 3** | $33.43 |

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**Steel Erectors and Fabricators, Special Single Shift and Second Shift Wage Rates**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Group A-1 | $48.16 | | | |
| Group 1 | $47.41 | | | |

**Steel Erectors and Fabricators, Special Single Shift and Second Shift Wage Rates**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Group 2 | $45.49 | | | |
| Group 3 | $43.91 | | | |
| Group 4 | $41.76 | | | |
| Group 5 | $40.34 | | | |

**5183** Truck Crane Assistant to Engineer**

| Group A-1 | $40.30 |
|---|---|
| Group 1 | $39.55 |
| Group 2 | $39.29 |
| Group 3 | $39.01 |

**5183** Hydraulic**

| Group 3 | $38.60 |
|---|---|

**5173** Assistant to Engineer**

| Group A-1 | $37.88 |
|---|---|
| Group 1 | $37.13 |
| Group 2 | $36.86 |
| Group 3 | $36.58 |

**Classifications and Rates for Piledrivers (Same Manning as Master Agreement)**

|  | 7/1/16* | 6/26/17* | 6/25/18* | 6/24/19* |
|---|---|---|---|---|
|  | $2.70 | $2.35 | $2.35 | $2.35 |
| Group A-1 (3 classifications) | $43.16 | | | |
| Group 1 (4 classifications) | $42.41 | | | |
| Group 2 (5 classifications) | $40.70 | | | |
| Group 3 (4 classifications) | $39.09 | | | |
| Group 4 (3 classifications) | $37.39 | | | |
| Group 5 (0 classifications) | $36.14 | | | |
| Group 6 (1 classification) | $34.89 | | | |
| Group 7 (0 classifications) | $33.83 | | | |
| Group 8 (2 classifications) | $32.75 | | | |

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

**5183\*\* Truck Crane Assistant to Engineer**

|           | 7/1/16*<br>$2.70 | 6/26/17*<br>$2.35 | 6/25/18*<br>$2.35 | 6/24/19*<br>$2.35 |
|-----------|---------|---------|---------|---------|
| Group A-1 | $36.51  |         |         |         |
| Group 1   | $35.76  |         |         |         |
| Group 2   | $35.53  |         |         |         |
| Group 3   | $35.26  |         |         |         |

**5173\*\* Assistant to Engineer**

| Group A-1 | $34.34 |
|-----------|--------|
| Group 1   | $33.59 |
| Group 2   | $33.34 |
| Group 3   | $33.11 |

**Piledrivers, Special Single Shift and Second Shift Wage Rates**

| Group A-1 | $47.45 |
|-----------|--------|
| Group 1   | $46.70 |
| Group 2   | $44.76 |
| Group 3   | $42.97 |
| Group 4   | $41.04 |
| Group 5   | $39.65 |
| Group 6   | $38.23 |
| Group 7   | $37.04 |
| Group 8   | $35.84 |

**5183\*\* Truck Crane Assistant to Engineer**

| Group A-1 | $39.97 |
|-----------|--------|
| Group 1   | $39.22 |
| Group 2   | $38.97 |
| Group 3   | $38.66 |

**5173\*\* Assistant to Engineer**

| Group A-1 | $37.53 |
|-----------|--------|
| Group 1   | $36.78 |
| Group 2   | $36.50 |
| Group 3   | $36.23 |

## SECTION 3    *Fringe Benefits*

*Fringe Benefit Rates.* The fringe benefit rates set forth in the Master Agreement, Sections 12.02.00 through 12.12.12,shall apply to all work covered by this Addendum.

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

**SECTION 4**     *Addendum Counties*

**Section 4.1**     This Addendum shall apply to covered work as defined in Section 2 which is performed in the Counties listed below:

Alpine; Amador; Butte; Calaveras; Colusa; Del Norte; El Dorado; Fresno; Glenn; Humboldt; Kings; Lake; Lassen; Madera; Mariposa; Mendocino; Merced; Modoc; Monterey; Napa; Nevada; Placer; Plumas; Sacramento; San Benito; San Joaquin; Santa Cruz; Shasta; Sierra; Siskiyou; Stanislaus; Sonoma; Sutter; Tehama; Trinity; Tulare; Tuolumne; Yuba; and Yolo.

**SECTION 5**     *Work Rules*

These work rules will apply to all building construction work, parking lots, and driveways covered by the Master Agreement in all counties covered by the Master Agreement on jobs on which the value of the work covered by the Master Agreement for the entire project is less than $3,000,000.00. The Individual Employer shall not engage in or enter into any scheme, plan or device with the Contracting Authority or Developer to job split or split contracts with the intent of pricing a specific job or project under $3,000,000.00. The Individual Employer shall provide the Union with documentation to establish that the value of a job is under $3,000,000.00.

**Section 5.1**     Straight time hours shall be reckoned by the half (1/2) shift, three quarters (3/4) of a shift and by the full shift.

**Section 5.2**     An Employee who works at more than one rate on the same day shall be paid at the highest rate for all hours worked if the Employee works at the highest rate for at least one half of the Employee's straight- time hours worked that day. If the Employee works at the highest rate for less than one half of the Employee's straight-time hours that day, the Employee shall be paid for actual time worked at each rate.

**Section 5.3**     So long as the Individual Employer properly mans a job, it may make full utilization of Employees by assigning them work other than work defined in Section 02.05.00 of the Master Agreement.

**Section 5.4**     The regular work day shall be eight (8) consecutive hours or ten (10) consecutive hours (exclusive of a meal period) which shall constitute a regular shift's work. The regular starting time of a single shift shall be between 5:00 a.m. and 10:00 a.m. The parties may establish different starting times.

**Section 5.5**     Forty (40) hours of work, Monday through Friday, shall constitute the regular workweek.

**Section 5.6**     All work performed in excess of forty (40) hours in any one (1) week and all hours worked on Saturday shall be paid for at the overtime rate of time and one-half (1-1/2). All work performed on Sunday and holidays shall be paid at double time.

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

## ADDENDUM "B"
## RETIREE WORK PROVISIONS

Recognizing that retired Employees may from time to time wish to return to work on a temporary basis, the Employer and the Union have agreed that said Retiree may return to work on the following basis:

(2) Retiree is age 62 years or over.

(3) Does not replace any Employee currently on the payroll of the Individual Employer.

(4) Is requested to work during the months of April through November of any calendar year.

(5) There is less than fifteen percent (15%) registered on the out-of-work list in their Job Placement Center servicing the job or project to which the Employee is to be dispatched.

(6) Retiree is not eligible to register or work in a Preferred Classification.

(6) A Journeyman shall not be employed as an Assistant to Engineer.

*(7) PENSIONED HEALTH AND WELFARE.* Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers' Pensioned Health and Welfare Trust Fund according to the following schedule:

Effective July 1, 2016 – The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on July 1, 2016, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues.

Effective June 26, 2017 – The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 26, 2017, less the amount paid to the Sick, Vacation and Holiday Pay and the Supplemental Dues.

Effective June 25, 2018 – The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 25, 2018, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues.

Effective on June 24, 2019–The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 24, 2019, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues.

*(8) VACATION, HOLIDAY AND SICK PAY.* Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers Vacation, Holiday and Sick Pay according to the following schedule:

Effective July 1, 2016 – the amount provided for in Section 12.06.00

*(9) SUPPLEMENTAL DUES.* (See Section 12.12.00)

Effective July 1, 2016– the amount provided for in Section 12.12.00

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

## ADDENDUM "C"

## JOINT LABOR MANAGEMENT

## SUBSTANCE ABUSE POLICY

### I. INTRODUCTION

The Union and the Employer establish this Policy in order to provide the Individual Employer with a comprehensive substance abuse program, to provide Employees who abuse and/or are addicted to drugs, including alcohol, a means to receive treatment for their abuse and/or addiction, and to provide for a safe workplace. An Individual Employer is not obligated by this Agreement to have a substance abuse policy. Implementation of this Policy is not mandatory by any Individual Employer, but this Policy is the only policy the Individual Employer may implement for Employees. Once implemented, the Policy shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

An Individual Employer which is regulated by the United States Department of Transportation ("DOT") Code of Federal Regulation CFR 382 and 49 may elect not to implement the testing provisions of this Policy for its Employees who are not regulated by DOT.

### II. NOTICE

A.    An Individual Employer must give written notice to the Union that it is implementing this Policy. The notice must be delivered in person, by certified mail or by FAX before it implements the Policy. A DOT regulated Individual Employer shall specifically notify the Union whether it is implementing the testing provisions of this Policy for its Employees who are not subject to DOT regulations. The notice shall be delivered to the Union at the following address:

> Operating Engineers Local Union No. 3
> 1620 South Loop Road
> Alameda, CA94502
> (FAX: [510] 748-7401)

B.    The Individual Employer may not implement this Policy unless it subjects all management and supervisory employees to the same type of testing which is provided herein.

C.    An Individual Employer who has implemented this Policy shall advise the Union dispatchers with whom it places an order for Employees that it intends to drug test dispatched Employees. A test result shall not be set aside because an Individual Employer does not give such notice.

D.    An Individual Employer who implements this Policy shall provide written notice of this Policy to all Employees including those dispatched to it by the Union and shall provide each Employee with a copy of the Policy.

E.    Failure to give a form of notice as set forth in this section shall make any drug testing engaged in by the Individual Employer a violation of the Master Agreement and no results of any such test shall be relied upon to deny employment or pay or to discipline any Employee.

### III. PURPOSE OF POLICY

A.    The Individual Employer and the Union are committed to providing a safe and productive work environment for Employees. The Employer, Individual Employer and the Union recognize the valuable resource we have in our Employees and recognize that the state of an Employee's health affects attitude, effort, and job performance. The parties recognize that substance abuse is a behavioral, medical and social problem that causes decreased efficiency and increased risk of accidents and of injury.

89

The Individual Employer and the Union therefore adopts this Policy. The intent of the Policy is threefold:

1. To maintain a safe, drug and alcohol free workplace;

2. To maintain our work force at its maximum effectiveness; and

3. To provide confidential referral to the Addiction Recovery Program ("ARP") and to provide confidential treatment to those Employees who recognize they have a substance abuse problem and voluntarily seek treatment for it.

B.  In order to achieve these purposes, it is our primary goal to identify those Employees and refer them to professional counseling, and treatment *before* job performance has become a disciplinary problem. Employees are urged to use the services available through ARP. ARP will assist them and refer them to the appropriate treatment program.

1. Treatment for substance abuse and chemical dependency is provided under the Health and Welfare Plan, up to the limits described in the plans.

2. An Employee shall be granted necessary leave of absence for treatment ARP recommends contingent upon signing a return-to-work agreement as provided for in Section XI.

## IV. EDUCATION PROGRAM

The Individual Employer will implement a comprehensive drug awareness and education program which shall be in conformance with the DOT regulations. The program shall include educating Employees and management/supervisory personnel about substance abuse and chemical dependency, the adverse effect they have on Employees and the Individual Employer, and the treatment available to Employees who abuse substances and/or are chemically dependent, and the penalties that may be imposed upon Employees who violate this Policy. The Individual Employer shall consult with ARP before it implements this policy so that ARP can provide education to the Individual Employer and its Employees. ARP shall continue to provide an educational program for the Individual Employer for their Employees and shall, to the maximum extent possible, train the Employees of Individual Employer who implement this Policy.

## V. CONFIDENTIALITY

The Individual Employer will abide by all applicable State and Federal laws and regulations regarding confidentiality of medical records in any matter related to this Policy. The Individual Employer shall designate one of its management, supervisory or confidential employees to be its custodian of records and contact person for all matters related to this Policy. All such records shall be kept in a locked file which shall be labeled "confidential." Employee records related to this Policy shall not be kept in the Employee's personnel file.

All information from an Employee's drug and alcohol test is confidential for purposes other than determining whether this Policy has been violated. Disclosure of test results to any other person, agency, or organization is prohibited unless written authorization is obtained from the Employee. The results of a positive drug test shall not be released until the results are confirmed. Every effort will be made to insure that all Employee issues related to this Policy will be discussed in private and actions taken will not be made known to anyone other than those directly involved in taking the action, or who are required to be involved in the disciplinary procedure.

## VI. TESTING

Testing for the presence of alcohol or controlled substances and/or their by-products in one's body may only be performed under the conditions set forth herein. All testing shall be done in accordance with the standards

90

established by the Substance Abuse and Mental Health Services Administration ("SAMHSA"), any successor agency, or any other agency of the federal government which has responsibility for establishing standards for drug testing. All such agencies shall be collectively referred to as "SAMHSA."

*Chain of Custody.* All SAMHSA standards for Chain of Custody will be adhered to. A specimen for which the SAMHSA standards are not complied with shall not be considered for any purpose under this Policy.

*Laboratories.* All laboratories which perform tests under this Policy shall be SAMHSA certified.

*Testing Procedures and Protocols.* All SAMHSA standards for testing standards and protocols shall be followed. All specimens which are determined to be positive by the SAMHSA approved screening test shall be subject to a SAMHSA certified confirmatory test (gas chromatography/mass spectrometry).

*Second Test.* The laboratory shall save a sufficient portion of each specimen in a manner approved by SAMHSA so that an Employee may have a second test performed. Immediately after the specimen is collected, it will be labeled and then initialed by the Employee and a witness. If the sample must be collected at a site other than the drug and/or alcohol testing laboratory, the specimen shall then be placed in a transportation container. The container shall be sealed in the Employee's presence and the Employee shall be asked to initial or sign the container. The container shall be sent to the designated testing laboratory on that day or the earliest business day by the fastest available method. Any Employee whose specimen is tested positive and who challenges a test result may have the second portion of the sample tested at his/her expense and at a laboratory agreed upon by the Employee and the MRO so long as that laboratory is SAMHSA certified and has been or is approved by the parties and the Employee requests the second test within seventy-two (72) hours of notice of a positive result. If the second test is negative, the Employee will be considered to have been tested negative.

*Cut-Off Levels.* SAMHSA standards for cut-off levels will be complied with when applicable. The cut-off levels for both the screening and confirmatory tests shall be per Federal standards as determined by the U. S. Department of Health and Human Services ("DHHS").Only tests which are positive pursuant to the SAMHSA standards shall be reported to the Medical Review Officer as positive. A .04 blood/alcohol level or above shall be considered to be positive.

*Medical Review Officer.* A Medical Review Officer ("MRO") shall verify all positive test results. The MRO must be a licensed physician. The MRO shall be a member of the American Society of Addictive Medicine ("ASAM") if available. If no ASAM members are available, the MRO shall be certified by the Medical Review Officers' Certification Council. The Union shall approve all MRO's. Upon verification of a positive test result, the MRO shall refer the affected Employee to ARP for assessment and referral to treatment, if appropriate.

*Consent Form.* Any Employee directed to submit to a test in accordance with this Policy will sign a consent and release form, a copy of which is attached hereto (Form "A"). The consent and release form will only authorize (1) the facility where the specimen is collected to collect the specimen, (2) the laboratory which performs the test to perform the test and to provide the results to the MRO, and, if negative, to the Individual Employer, and (3) the MRO to verify tests and report to the Individual Employer whether the test is positive or negative. The consent and release form shall notify the Employee that he/she may have a Union representative present if available.

The Employee may be disciplined if he/she refuses to sign the authorization if the Individual Employer has advised the Employee (1) he/she must sign it or he/she will be disciplined up to and including termination, (2) the release is limited as provided herein, (3) the Employee has a right to consult with a Union representative before signing the release and before submitting to the test. An Employee who believes the Individual Employer is improperly directing him/her to submit to a test may file a grievance under the Master Agreement. The test results will be disregarded if the Board of Adjustment or Arbitrator determines the Individual Employer was not authorized by this Policy to direct the Employee to submit to the test.

91

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

*Substances to be Tested For.* A specimen may be tested for alcohol, cannabinoids (THC), barbiturates, opiates, cocaine, phencyclidines (PCP), amphetamines, and methaqualone or the by-products of these substances. A specimen shall not be tested for anything else. If DOT revises its list of substances for which it requires Individual Employer to test, this Section will be revised to include those substances. The laboratory will report positive test results to the MRO. The MRO will verify whether the test is positive or negative. The MRO shall report to the Individual Employer whether the Employee tested positive or negative for one of these substances. The MRO will not identify the substance(s) for which the Employee tested positive unless specifically required to do so by DOT regulations.

*Urine, Blood, or Breath Test.* The Individual Employer may direct the Employee to submit to a urine test or at the Employee's request, a blood test for alcohol and/or other drugs, or a breath test for alcohol. An Employee who is unable to provide a urine sample within one (1) hour of being directed to do so, will submit to a blood test.

*Notification to Employer of Test Results.* The laboratory shall report negative test results to the Individual Employer. The laboratory will report positive test results to the MRO. The MRO will verify whether the test was positive or negative and will report the final results to the Individual Employer.

### VII. TYPES OF PERMISSIVE TESTING

A.   TIME OF DISPATCH TESTING

An Individual Employer may require an Employee to be tested for the presence in the Employee's body of one of the drugs or by-products thereof set forth above at the time the Employee is dispatched (on one of the first three (3) days of employment). It must test all Employees at the time they are dispatched if it tests any Employee. The Individual Employer shall put the Employee to work or pay the Employee pending the test results unless the Employee has been dispatched to a DOT regulated assignment and the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations or if it has probable cause to believe the Employee is impaired, intoxicated, or under the influence of a drug. The standards for probable cause are set forth below in Section B. If the Individual Employer does not allow an Employee to work pending the test results because it believes it has probable cause, it shall make the Employee whole for all lost wages and benefits if the Employee tests negative. Employees who test positive will be referred to ARP. The Individual Employer shall not be obligated to employ any such Employee after ARP releases the Employee to return to work but may employ such Employee under the terms of a return-to-work agreement. An Employee who refuses to submit to a drug/alcohol test when dispatched shall not be paid show-up time.

An Individual Employer may test Employees who are recalled from layoff as provided for in the Job Placement Regulations who have not worked for thirty (30) days. If the Individual Employer tests any Employee who is recalled, it must test all such Employees. An Individual Employer may test all Employees at the time they are dispatched under this Section except for those who are recalled.

*Time of Dispatch Screening by the Job Placement Center:* The parties shall establish a joint committee to determine whether there is a feasible means by which the Job Placement Centers can conduct the drug/alcohol screen before dispatching an Employee so that only Employees with a negative test will be referred.

B.   PROBABLE CAUSE TESTING

An Individual Employer may require an Employee to submit to a drug test as provided for in this Policy if it has probable cause that the Employee is impaired, intoxicated, and/or under the influence of a drug. Probable cause must be based on a trained Management Representative's (preferably not in the bargaining unit) objective observations and must be based upon abnormal coordination, appearance, behavior, absenteeism, speech or odor. The indicators shall be recognized and accepted symptoms of intoxication or impairment caused by drugs or alcohol and shall be indicators not reasonably explained as resulting from causes other than

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

the use of such controlled substance and/or alcohol (such as, but not by way of limitation, fatigue, lack of sleep, side effects of proper use of prescription drugs, reaction to noxious fumes or smoke, etc.). Probable cause may not be established, and thus not a basis for testing, if it is based solely on the observations and reports of third parties. The trained Management Representative's observations and conclusions must be confirmed by another trained Management Representative. The grounds for probable cause must be documented by the use of an Incident Report Form (see Form "B" attached). The Management Representative shall give the Employee a completed copy of this Incident Report Form and shall give the Union Representative, if present, a copy of the Incident Report Form before the Employee is required to be tested. After being given a copy of the Incident Report Form, the Employee shall be allowed enough time to read the entire document and to understand the reasons for the test.

The Management Representative also shall provide the Employee with an opportunity to give an explanation of his/her condition, such as reaction to a prescribed drug, fatigue, lack of sleep, exposure to noxious fumes, reaction to over-the-counter medication or illness. If available, the Union Representative shall be present during such explanation and shall be entitled to confer with the Employee before the explanation is required. If the Management Representative(s), after observing the Employee, and hearing any explanation, concludes that there is in fact probable cause to believe that the Employee is under the influence of or impaired by, drugs or alcohol, the Employee may be ordered to submit to a drug test.

The Individual Employer shall advise the Employee of his/her right to consult with a Union Representative (including a Steward) and allow the Employee to consult with a Union Representative before the Employee submits to the test, if the Union Representative is available.

Employees required to submit to a test under Section B will be paid for all time related to the test including the time the Employee is transported to and from the collection site, all time spent at the collection site, and all time involved completing the consent and release form if the test results are negative.

C.  ACCIDENT TESTING

An Individual Employer shall require Employees who are directly, or indirectly, involved in work-related accidents involving property damage or bodily injury that requires medical care or work-related accidents which would likely result in property damage or bodily injury be subject to a test as provided herein. The innocent victims of an accident will not be subject to a test unless probable cause exists. The Individual Employer shall complete an Incident Report Form (see Form B attached) whenever it tests an Employee under this Section.

D.  UNANNOUNCED RANDOM TESTING

An Individual Employer may initiate unannounced random testing, a selection process where affected Employees are selected for testing and each Employee has an equal chance of being selected for testing. If an Individual Employer initiates such testing, all Employees shall be subjected to such testing. The Individual Employer may establish two random testing pools; one for DOT regulated Employees and one for all others. An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to Employees that Employees will be subject to random testing. The Individual Employer shall give thirty (30) days' notice to the Union and Employees prior to implementing a random drug testing program.

E.  DOT REGULATED EMPLOYEES

Notwithstanding any other provision of this Policy, the Individual Employer may require its Employees who are covered by the DOT drug and alcohol testing regulations to submit to testing as required by those regulations. Such testing will be conducted in strict accordance with the Regulations. The Individual Employer may discipline an Employee who tests positive as defined by the Regulations subject to Section XI, REHABILITATION/DISCIPLINE, of the Policy. ARP shall be the Substance Abuse Professional for all Employees.

93

ARP, to the maximum extent possible, shall provide the mandated training to all Employees. Employees who are subject to DOT regulations who have a positive "pre-employment" test (as defined by the DOT regulations) will be paid show-up time only if the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations pending the test result. Employees who are tested under the DOT Regulations who are not allowed by those Regulations to continue to perform safety sensitive functions, as defined by the Regulations, shall be paid for hours worked.

F.    OWNER/AWARDING AGENCY REQUIREMENTS

Whenever owner or awarding agency specifications require the Individual Employer to provide a drug-free workplace, the Union and the Employer or the Individual Employer shall incorporate such additional requirements herein. This Policy shall apply to all such testing.

G.    QUICK TESTS

The parties agree to allow the Employers to use, on an individual basis, an oral or urine quick test approved by the bargaining parties as an effective low-cost tool for substance abuse screening for pre-hire, time of dispatch screening only. Testing procedures for the oral test (including the oral screen – OSR device) and the urine test shall be conducted in a manner consistent with the product manufacturer's specifications; in an effort to produce the most consistent and accurate results possible. Dispatched members who fail this saliva or urine test will be sent for standard urine testing. When the Individual Employer conducts the oral screen, a negative result may be accepted and the applicant may be put to work with no further testing required. A non-negative (inconclusive) result will subject the applicant to the Standard Procedures in this Agreement.

VIII. EMPLOYER REFERRALS

A decline in an Employee's job performance is often the first sign of a personal problem which may include substance abuse or chemical dependency. Supervisory personnel will be trained to identify signs of substance abuse, chemical dependency, and declining job performance. The Individual Employer may formally refer an Employee to ARP based upon documented declining job performance or other observations prior to testing under Section VII and/or disciplining the Employee.

IX. EMPLOYEE VOLUNTARY SELF-HELP PROGRAM

An Employee who has a chemical dependency and/or abuses drugs and/or alcohol is encouraged to participate in an Employee Voluntary Self-Help Program. Any such Employee shall be referred to ARP. Employees who seek voluntary assistance for alcohol and/or substance abuse may not be disciplined for seeking such assistance. Request by Employees for such assistance shall remain confidential and shall not be revealed to other Employees or management personnel without the Employee's consent. ARP shall not disclose information on drug/alcohol use received from an Employee for any purpose or under any circumstances, unless specifically authorized in writing by the Employee.

The Individual Employer shall offer an Employee affected by alcohol or drug dependence an unpaid medical Leave of Absence for the purpose of enrolling and participating in a drug or alcohol rehabilitation program.

X. PROHIBITEDACTIVITIES/DISCIPLINE

An Employee shall not possess, use, provide, dispense, receive, sell, offer to sell, or manufacture alcohol and/or any controlled substances as defined by law or have any measurable amount of any such substance or by-product thereof as defined in Section VI while on the Individual Employer's property or jobsite and/or while working for the Individual Employer unless the Employee has the Individual Employer's express permission to do so. An Employee shall not work while impaired, intoxicated or under the influence of alcohol and/or any controlled substance. An Employee who uses medication prescribed by a physician will not violate these rules by using such medication as prescribed if the Employee's physician has released the Employee to work. An Employee who uses over-the-counter

94

medication in accordance with the manufacturer's and/or doctor's recommendation shall not violate the rules by using such medication. Impairment caused by prescribed medication and/or over-the-counter medication does not constitute a violation. The Individual Employer may prohibit an Employee who is impaired as a result of proper use of prescription or over-the-counter medication from working while the Employee is impaired but may not discipline such an Employee. An Employee who is impaired by misuse of prescription or over-the-counter medication violates the Policy and is subject to discipline as provided herein.

## XI. REHABILITATION/DISCIPLINE

The Individual Employer may discipline an Employee who violates any provision of Section X. Such Employee is subject to disciplinary action up to and including termination. Among the factors to be considered in determining the appropriate disciplinary response are the nature and requirements of the Employee's work, length of employment, current job performance, the specific results of the test, and the history of past discipline.

The Individual Employer is not required to refer to ARP any Employee who violates any provision of Section X which prohibits the sale of, attempted sale of or manufacture of prohibited substances before it disciplines the Employee. The Individual Employer may not discipline any Employee who violates any other provisions of Section X until such Employee has been offered an opportunity to receive treatment and/or counseling.

Any Employee who fails to come forward to receive treatment and/or counseling prior to an accident, drug screen, for cause or random test shall not be eligible for the reemployment provisions of this Section XI.

Any Employee who comes forward to receive treatment and/or counseling prior to an accident, drug screen, for cause or random test shall be subject to reemployment as follows. The Employee will not be discharged if he/she agrees in writing to undergo the counseling/treatment ARP prescribes. The Individual Employer shall re-employ the Employee when ARP releases him/her to return to work if it has work available. It will not be required to lay-off any current Employee in order to re-employ the Employee. If it does not have any work available when ARP releases the Employee, it shall re-employ the Employee as soon as it has work available. The Employee will be subject to a return-to-work agreement. The Individual Employer, the Union and the Employee will enter into a return-to-work agreement. The return-to-work agreement will require the Employee to comply with and complete all treatment ARP, or the treatment provider, as the case may be, determines is appropriate. It will also provide a monitoring of the Employee's compliance with the treatment plan ARP, or the treatment provider, develops and will allow the Individual Employer to require the Employee to submit to unannounced testing. The Individual Employer may discipline the Employee for not complying with the return-to-work agreement. A positive test on an unannounced test will be considered a violation of the return-to-work agreement. Any unannounced testing shall be performed in accordance with this Policy. The Union and the Individual Employer will attempt to meet with any Employee who violates the return-to-work agreement and attempt to persuade the Employee to comply with the return-to-work agreement. This procedure shall be followed on a consistent basis. Employees who are working under a return-to-work agreement shall be subject to all of the Individual Employer's rules to the same extent as all other Employees are required to comply with them.

The parties agree to establish a Substance Abuse Testing Procedures Committee who shall be empowered to periodically review and update testing procedures. Either party may request a meeting under this section and such meeting shall be convened within thirty (30) days.

The Substance Abuse Procedures Committee composed of Jim Murray, Steve Clark, Jack Estill, Tim Conway, Mark Breslin, Russ Burns, Mark Reynosa and Byron Loney.

## XII. NON-DISCRIMINATION

The Individual Employer shall not discriminate against any Employee who is receiving treatment for substance abuse and/or chemical dependency. All Employees who participate in ARP and/or are undergoing or have undergone treatment and rehabilitation pursuant to this Policy shall be subject to the same rules, working conditions, and

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

discipline procedures in effect for all Employees. Employees cannot escape discipline for future infractions by participating in ARP and/or undergoing treatment and rehabilitation.

## XIII. COST OF PROGRAM

Evaluation and treatment for substance abuse and chemical addiction are provided for through the Health and Welfare Plan. An Individual Employer who adopts this Policy will not incur any additional cost for assessment, referral and treatment beyond that which is incorporated into its Health and Welfare contribution rate. ARP is funded through the Health and Welfare Trust to provide its current level of service which includes performing assessments of Employees and their covered dependents, referral of Employees and covered dependents who are undergoing rehabilitation and providing limited education and training programs to Individual Employer. The Individual Employer will pay all costs for testing.

## XIV. GRIEVANCE PROCEDURE

All disputes concerning the interpretation or application of this Policy shall be subject to the grievance and arbitration procedures of the Master Labor Agreement.

## XV. SAVINGS CLAUSE

The establishment or operation of this Policy shall not curtail any right of any Employee found in any law, rule or regulation. Should any part of this Policy be determined contrary to law, such invalidation of that part or portion of this Policy shall not invalidate the remaining portions. In the event of such determination, the collective bargaining parties will immediately bargain in good faith in an attempt to agree upon a provision in place of the invalidated portion.

May 23, 2016-sac
Master Construction Agreement
**Exhibit B**

## FORM "A"
## EMPLOYEE CONSENT AND RELEASE FORM

I, _____, have been directed by my employer, _____, to submit to a drug/alcohol screen (urine or blood for drugs other than alcohol or urine, blood or breath for alcohol) at a collection facility designated under the terms of the Substance Abuse Policy ("Policy") which is part of the collective bargaining agreement between my employer and Operating Engineers Local Union No. 3 (the "Local 3 Agreement") which governs my employment with my employer. The specimen shall be tested to detect the presence of Amphetamines, Cocaine, Cannabinoids (THC), Opiates, Phencyclidine, Barbiturates, Methaqualone and Alcohol. I consent to the following:

1. The facility which collects a specimen from me may do so;

2. The laboratory which performs the test may submit the results of the test to the designated Medical Review Officer and, if negative, as defined by the Policy, to my employer; and

3. The Medical Review Officer may verify the test and report to my employer whether the test was positive or negative, as defined by the Policy.

   In addition to Time of Dispatch testing, if I am directly or indirectly involved in a work-related accident involving property damage, bodily injury that requires medical care or work-related accidents which would likely result in property damage or bodily injury, I consent to be tested in accordance with the Policy. I also consent to be tested if my employer has probable cause to do so as set forth in the Policy. I also consent to be randomly tested in accordance with the Policy. I also consent to be tested if my employment is regulated by the United States Department of Transportation Code of Federal Regulations CFR 382 and 49 and my employer is required to test me under these regulations.

My employer has advised me that:
1. I have a right to have a Union Representative present if available;
2. I must sign this form and that I may be disciplined up to and including discharge if I do not;
3. The release is limited as provided herein; and
4. I have a right to consult with a Union Representative before I sign this release.

I am signing this Consent Form because I have been directed to do so by my employer. By doing so I am not waiving any rights I may have under the Local 3 Collective Bargaining Agreement or any applicable law except as expressly provided for herein. By signing this Agreement, I am not acknowledging that my employer has probable cause to believe I have violated any provision of the substance abuse policy which is part of the Local 3 Agreement or any of my employer's policies which pertain to my employment.

        ☐   I previously have received a copy of the Policy.
        ☐   My employer has provided me with a copy of the Policy.

_____
(Employee Signature)

_____      _____
(Employee Name [Please Print])                              (Date)

*Witness:*

_____      _____      _____
(Witness Signature)                                    (Witness Name [Please Print])                         (Date)

97

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

## FORM "B"
## INCIDENT REPORT FORM

Employee Involved: _____.

Date of Incident: _____    Time of Incident: _____.

Location of Incident: _____.

Employee's Job Assignment/Position: _____

Employee Notified of His/Her Right to Union Representation:    ☐☐Yes☐ No

Date Notified: _____Time Notified: _____

Witness to Incident: _____

Witness' Observation: _____

_____

_____

_____E

mployee's Explanation: _____

_____

_____

_____

_____

Employee's Signature: _____    Date: _____

Witness' Signature: _____    Date: _____

Employer's Signature: _____    Date: _____

      Title: _____

Action Taken: _____

_____

Date/Time Action Taken: _____

May 23, 2016-sac
Master Construction Agreement
## Exhibit B

## ADDENDUM "D"
## MEMORANDUM OF AGREEMENT

### (Entry Level Operator)

**THIS AGREEMENT** is made and entered into this _____ day of _____, 2016, by and between Signatory Associations ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL CIO ("Union").

The Employer and the Union have met and agreed to add the following classification to their current Agreement and to amend their Agreement as follows:

**01.00.00    ENTRY LEVEL OPERATOR**

**01.01.00**        The Employer may employ Employees in the Entry Level Operator classification for private work only. Entry Level Operators may perform work in any classification specified in Section 01.03.00 of the Master Construction Agreement for Northern California.

**01.02.00**        *Probationary Period.* The first seven hundred fifty (750) hours worked shall be considered the probationary period for the Entry Level Operator.

**01.03.00**        No Entry Level Operator shall displace or cause the layoff or termination of employment of the Employer's Employees who are employed on the job on which the Entry Level Operator is employed, when the Employer hires an Entry Level Operator.

**02.00.00    HIRING**

**02.01.00**        The Employer may only hire Entry Level Operators when there is less than fifteen percent (15%) registered on the out-of-work list in Journeyman classifications, in the Job Placement Center servicing the job or project to which the Employee is to be dispatched.

**02.01.02**        Entry Level Operator Employees shall not earn eligible status under Section 04.10.24 ii (5 year letter) of the Job Placement Regulations until he/she has completed three thousand [3000] hours as an Entry Level Operator.

**02.02.00**        The Employer may hire Employees from any source if the Union's Job Placement Center is unable to fill the position within forty-eight [48] hours. The Employer shall refer to the Job Placement Center any Employee whom it hires from a source other than the Job Placement Center. It shall do so within forty-eight (48) hours of the day the Employee begins work. The Job Placement Center shall issue the Employee a dispatch slip.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

### 03.00.00    WAGES

**03.01.00**    For private work only, the current wage rate for the Entry Level Operator shall be based on percentage of the current Group 4 wage rate from the Northern California Master Agreement ("Master Agreement"):

**Job Classifications -Straight-time hourly**

|  |  | | 7/1/16 | 6/26/17 | 6/25/18 | 6/24/19 |
|---|---|---|---|---|---|---|
| 2687 —First 750 hours.................................60% | Area 1 | $22.97 | | | |
| | Area 2 | $24.97 | | | |
| 2688 —Second 750 hours.............................70% | Area 1 | $26.80 | | | |
| | Area 2 | $28.80 | | | |
| 2689 —Third 750 hours................................80% | Area 1 | $30.62 | | | |
| | Area 2 | $32.62 | | | |
| 2697 —Fourth 750 hours..............................90% | Area 1 | $34.45 | | | |
| | Area 2 | $36.45 | | | |

**Job Classifications -Special Single and Second Shift**

|  |  | | 7/1/16 | 6/26/17 | 6/25/18 | 6/24/19 |
|---|---|---|---|---|---|---|
| 2687 —First 750 hours.................................60% | Area 1 | $25.23 | | | |
| | Area 2 | $27.23 | | | |
| 2688 —Second 750 hours.............................70% | Area 1 | $29.44 | | | |
| | Area 2 | $31.44 | | | |
| 2689 —Third 750 hours................................80% | Area 1 | $33.64 | | | |
| | Area 2 | $35.64 | | | |
| 2697 —Fourth 750 hours..............................90% | Area 1 | $37.85 | | | |
| | Area 2 | $39.85 | | | |

* To be allocated by the Union, the allocation shall become effective forty-five (45) days after receipt of written notice by the Employer, but in no event earlier than July 1, 2016, June 26, 2017, June 25, 2018 and June 24, 2019. Untimely notification of contractual wage, fringe benefit or dues increase shall not result in a default.

**03.01.01**    For work other than private, the wage rate for Entry Level Operator shall be at least one hundred percent (100%) of the current prevailing wage rate for the work being performed.

**03.02.00**    When the Entry Level Operator has completed three thousand [3000] hours worked, he/she shall be considered a qualified Journeyman Operator.

**03.02.01**    When the Entry Level Operator has attained Journeyman Operator status, he/she shall receive one hundred percent (100%) of the applicable wage and fringe benefits for a Journeyman Operator.

**03.03.00**    *Private Work Agreement ("PWA").*  When working in a District where a Private Work Agreement ("PWA") is in effect, an Entry Level Operator shall not be paid less than the wages set forth in Section 03.01.01, unless these exceed those noted in the PWA. The wage percentages noted in Section 03.01.00 are not to be applied to any Private Work Agreement.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

**04.00.00      FRINGE BENEFITS**

**04.01.00**      *Health and Welfare.* The Employer shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

$11.24 per hour - Effective July 1, 2016

*- Effective June 26, 2017

*- Effective June 25, 2018

*- Effective June 24, 2019

* To be allocated by the Union.

**04.02.00**      *Pensioned Health and Welfare.* The Employer shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

$2.26 per hour – Effective July 1, 2016

**04.03.00**      *Pension.* The Employer shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule:

$7.91 per hour – Effective June 29, 2015

**Preferred Schedule of the Rehabilitation Plan: $.63 per hour/each year**

$7.91- per hour – Effective 7/1/16

$.* per hour -- Effective 6/26/17

$.* per hour -- Effective 6/25/18

$.* per hour -- Effective 6/24/19

The parties agree that sufficient contributions will be made available from these increases to the Pension Fund to support any Rehabilitation/Funding Improvement schedule adopted by the Pension Board of Trustees pursuant to the Pension Protection Act of 2006 and the Union will select an option (Schedule) in the Pension's Rehabilitation Plan or Funding Improvement Plan, whichever is applicable. Additional monies required for such Rehabilitation Plan/Funding Improvement Schedule shall be allocated from existing negotiated increases, wages and/or fringe benefits.

*2016, 2017, 2018 and 2019 Pending annual review by the Plan's Actuaries & Trustees

**04.03.01**      The Pension is and has been a defined benefit pension plan.

**04.04.00**      *Affirmative Action Training Fund.* The Employer shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund according to the following schedule:

$.77 per hour -- Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour -- Effective 6/25/18

$.* per hour -- Effective 6/24/19

* To be allocated by the Union.

101

May 23, 2016-sac
Master Construction Agreement

# Exhibit B

***04.05.00***    ***Vacation, Holiday and Sick Pay.*** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund according to the following schedule:

$2.81 per hour – Effective 7/1/16

$1.65 per hour [Vacation Pay] – Effective 7/1/16

$.50 cents per hour [Sick Pay] – Effective 7/1/16

$1.11 per hour [Supplemental Dues] – Effective 7/1/16

$.05 cents per hour [Vacation Trust Administrative Fee] – Effective 7/1/16

$.* per hour – Effective 6/26/17

$.* per hour – Effective 6/25/18

$.* per hour – Effective 6/24/19

* To be allocated by the Union.

Effective July 1, 2016, the Union grants Individual Employers a waiver under the Healthy Workplaces, Healthy Families Act of 2014 (AB 1522). In return for said waiver, Individual Employers shall remit to Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund a one-time additional contribution of fifty cents [$.50] per hour worked identified as the contribution for Sick Pay. No additional fringe benefits are due for any sick, vacation, or holiday pay. Employees may use these monies for paid sick leave purposes.

Any disputes concerning the validity of the waiver granted under the Healthy Families Act of 2014 are subject to Section 18.00.00 Grievance Procedure. If the California legislature amends the Healthy Workplaces, Healthy Families Act of 2014, then Union and Employer agree to meet and confer to negotiate any required conformance to the amended law.

***04.05.01*** ***Paid Sick Leave Waivers.*** The bargaining parties also expressly agree, to the fullest extent permitted by law, to waive any paid sick leave provisions of the following local paid sick leave ordinances: San Francisco (Administrative Code Section 12W), Oakland (Municipal Code Section 592 et.seq.), Emeryville (Municipal Code Title 5, Chapter 37). In addition, to the fullest extent permitted by law, this waiver shall apply to any other Federal, State, City, County or other local ordinance requiring mandatory Paid Sick Leave that may be adopted during the term of this agreement.

***04.05.02*** In addition, if any Federal, State, City, County or other local ordinance requiring mandatory compensated time off other than Paid Sick Leave is enacted during the term of this Agreement; then the Union and the Employer agree to meet and confer within thirty (30) business days.

***04.05.03*** The parties agree that the payments provided in this Section are in lieu of the Employee's actually taking a vacation, holiday or sick leave. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation or sick leave payment shall be made on the basis of a premium rate of time and one-half or double time.

***04.05.04*** ***Deduction of Taxes.*** All taxes due from each Employee including taxes due by reason of payments for Vacation, Holiday and Sick Pay shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable for Vacation, Holiday and Sick Pay shall be separately noted on the Employee's paycheck.

# Exhibit B

**04.05.05**      The Administration Fee per hour shall be paid by each Individual Employer. It shall not be taxable to the Employee.

**04.06.00**      *Supplemental Dues*. Effective for all work performed on and after July 1, 2016, it is agreed that upon written authorization, provided by the Union or Union's designee, as required by law, the amount designated by the Union shall be deducted from the Vacation, Holiday and Sick Pay of each Employee and remitted directly to the Union.  The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly.  Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union. The Union shall pay the Operating Engineers Local union no. 3 Vacation. Holiday and Sick Pay Trust Fund an administration fee for the remittance of Supplemental Dues to the Union.

**04.06.01**      The Union shall exonerate, reimburse and hold harmless the Employer, each Individual Employer, and their respective officers, directors, agents, and employees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the payment, receipt or a distribution of the amounts designated by the Union.

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

## OFFICES OF LOCAL UNION NO. 3

**LOCAL 3 HEADQUARTERS**
1620 South Loop Road, Alameda, CA94502 ................................................................ 510/748-7400

**SAN FRANCISCO/SAN MATEO**
828 Mahler Road, Suite B, Burlingame, CA94010......................................................... 650/652-7969

**FAIRFIELD**
2540 N. Watney Way, Fairfield, CA94533.................................................................... 707/429-5008

**ROHNERT PARK**
6225 State Farm Dr., #100, Rohnert Park 94928 ........................................................ 707/585-2487

**OAKLAND**
1620 South Loop Road, Alameda, CA94502 ................................................................ 510/748-7446

**STOCKTON**
1916 North Broadway, Stockton, CA95205 ................................................................. 209/943-2332

**EUREKA**
1213 Fifth Street Eureka, CA 95501 .......................................................................... 707/443-7328

**FRESNO**
4856 N. Cedar, Fresno, CA 93726 ............................................................................. 559/229-4083

**YUBA CITY**
468 Century Park Drive, Yuba City, CA95991............................................................. 530/743-7321

**REDDING**
20308 Engineers Lane, Redding, CA96002................................................................. 530/222-6093

**SACRAMENTO**
3920 Lennane Drive, Sacramento, CA 95834............................................................. 916/993-2055

**SAN JOSE**
325 Digital Drive, Morgan Hill, CA95037 .................................................................. 408/465-8260

**RENO**
1290 Corporate Blvd., Reno, Nevada 89502.............................................................. 775/857-4440

**ELKO**
1094 Lamoille Hwy., Elko, Nevada  89801 ................................................................ 775/753-8761

**SALTLAKECITY**
1958 W.N.Temple, Salt Lake City, Utah84116 ........................................................... 801/596-2677

**HONOLULU**
1075 Opakapaka Street, Kapolei, HI 96707 .............................................................. 808/845-7871

**HILO**
50 Waianuenue, Hilo, HI96720................................................................................. 808/935-8709

**MAUI**
95 Lono Avenue, Ste. #104, Kahului, HI96732.......................................................... 808/871-1193

May 23, 2016-sac
Master Construction Agreement
# Exhibit B

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

# MASTER AGREEMENT

## For NORTHERN CALIFORNIA
Between

## OPERATING ENGINEERS LOCAL UNION NO. 3
of the International Union of Operating Engineers, AFL-CIO

And

## UNITED CONTRACTORS
## ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.
## ASSOCIATION OF CONSTRUCTION EMPLOYERS
## INDUSTRIAL CONTRACTORS, UMIC, INC.
## NORTHERN ALLIANCE OF ENGINEERING CONTRACTORS

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

2020-2023
MASTER AGREEMENT
FOR
NORTHERN CALIFORNIA
Between
SIGNATORY ASSOCIATIONS
And
LOCAL UNION NO. 3
of the International Union
of Operating Engineers, AFL-CIO

**THIS AGREEMENT,** made and entered into this 1$^{st}$day of July, 2020, by and between the SIGNATORY ASSOCIATIONS ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union").

**01.00.00    *EMPLOYEES, CLASSIFICATIONS, MANNING, AND WAGE RATES***

**01.01.00**    On all work covered by this Agreement (Section 02.05.00) when performed, and in all instances in which equipment used in the performance of work covered by this Agreement is operated, regardless of when the work was bid or let, such work shall be performed and such equipment shall be operated by Employees obtained in accordance with Section 04.00.00 and the Job Placement Regulations of this Agreement and they and each of them shall be employed in the classifications and at the wage scales as follows, including such additions as may be made in accordance with Section 20.00.00.

**01.01.01**    Notwithstanding any provisions of this Section 01.00.00 relating to manning, any piece of equipment involved in excavation for which no Employee is setting line or grade, or performing work which historically has been performed by Assistant to Engineers, an Assistant Engineer shall not be required. If assistance is necessary, such assistance shall be performed by an Assistant to Engineer. In the event a violation is alleged, and a dispute exists which cannot be resolved between the Employer and the Union, any Individual Employer found to be in violation of this Section 01.01.01 by a Board of Adjustment shall forfeit the application of this Section on all said Individual Employer's jobs or projects for the period of time and in the manner prescribed hereunder:

(1)    *First (1st) Violation:* Said Section shall not apply for a period of three (3) consecutive months from the date said Individual Employer is found in violation by said Board of Adjustment and manning all Individual Employer's jobs or projects shall be in accordance with the requirements of Section 01.03.00 Classifications, Manning and Rates;

(2)    *Second (2nd) Violation:* Same application as in (1) above for a period of six (6) consecutive months;

(3)    *Third (3rd) Violation:* Same application as in (1) and (2) above for the duration of the Agreement.

*NOTE:* This Section shall not apply to any traditional crane work and any manning requirements on crane work shall be in accordance with Section 01.03.01.

**01.02.00**    *Area Definitions.* Section 24.00.00 provides a description of Areas 1 and 2 based upon Township and Range Lines. The Area 2 wage, as set forth in Section 01.03.00, shall be paid in all areas of Northern California not included in Area 1.

**01.02.01**    If all compensable time is spent by any Employee in Area 1, he/she shall be paid the Area 1 rate.

**01.02.02**    If two (2) or more hours of compensable time (straight or overtime) on any shift are spent by an Employee in Area 2, he/she shall be paid the Area 2 rate for the entire day.

1


EXHIBIT C

**01.02.03**    The Employees employed by an Individual Employer in a permanent yard or shop or plant and Employees employed by an Individual Employer on residential construction projects (not camps), subdivisions, buildings of three (3) stories or less including utilities and site work related to these buildings, streets, roadways and utilities which are a part of a residential construction project located within Area 2 shall be paid the Area 1 wage rate.

**01.02.04**    If all Employees on a job or project are transported by the Employer from a permanent plant, yard or shop located in Area 1 to work in Area 2 and transported back to the same permanent yard or shop in Area 1, all on the same day, on the Employer's time, said Employees shall be paid the Area 1 wage rate.

**01.03.00    *Classifications, Manning and Rates.***

*NOTE:* The manning of Compressors, Generators, Welding Machines, Pumps or any combination thereof shall be in accordance with Section 07.05.00 of this Agreement.

***CLASSIFICATIONS:***

CURRENT STRAIGHT-TIME HOURLY
WAGE RATES —EFFECTIVE DATES

*Asterisk denotes that the Union may allocate the increases in 2020, 2021, and 2022   to wages and/or fringe benefits. See Section 01.05.01.

**GROUP 1 (4 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| **Area 1** | $49.02  | $51.42   |          |          |
| **Area 2** | $51.02  | $53.42   |          |          |

2414   1. Drill Equipment, weight over 200,000 pounds (Assistant to Engineer or Mechanic/Welder required)
3491   2. Operator of Helicopter (when used in erection work)
3685   3. Hydraulic Excavator 7 cu. yds. and over (Assistant to Engineer required)
5951   **4**. Power Shovels, over 7 cu. yds. (Assistant to Engineer required)

**GROUP 2 (7 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| **Area 1** | $47.49  | $49.89   |          |          |
| **Area 2** | $49.49  | $51.89   |          |          |

1131   1.   Certified Chief of Party (when requested by Individual Employer)
3551   2.   Highline Cableway
3695   3.   Hydraulic Excavator 3-1/2 cu. yds. up to 7 cu. yds. (Assistant to Engineer required)
0672   4.   Licensed Construction Work Boat Operator, On Site**
4780   5.   Microtunneling Machine
5801   6.   Power Blade Operator (finish)
5921   7.   Power Shovels, over 1 cu. yd. and up to and including 7 cu. yds. m.r.c. (Assistant to Engineer required)

**Provided:  If the Individual Employer has an existing collective bargaining relationship with another union, or employs a subcontractor who has a collective bargaining relationship with another union, the provisions of this Agreement shall not apply. However, the loading, unloading and related on-site construction work of barges, dredges, trucks or other motorized water equipment shall be performed by employees covered by this Agreement.

2



# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 3 (19 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $46.01  | $48.41   |          |          |
| Area 2 | $48.01  | $50.41   |          |          |

0201 1. Asphalt Milling Machine
0371 2. Cable Backhoe (Assistant to Engineer required)
1301 3. Chief of Party
1381 4. Combination Backhoe and Loader over 3/4 cu. yds.
1861 5. Continuous Flight Tie Back Machine (Assistant to Engineer or Mechanic/Welder required)
1905 6. Crane Mounted Continuous Flight Tie Back Machine, Tonnage to apply (Assistant to Engineer or Mechanic/Welder required)
1915 7. Crane Mounted Drill Attachments, Tonnage to apply (Assistant to Engineer or Mechanic/Welder required)
2145 8. Dozer, Slope Board
2427 9. Drill Equipment weight over 100,000 pounds up to and including 200,000 pounds (Assistant to Engineer or Mechanic/Welder required)
3171 10. Gradall (Assistant to Engineer required)
3705 11. Hydraulic Excavator up to 3-1/2 cu. yds. (Assistant to Engineer required)
4211 12. Loader 4 cu. yds. and over
4384 13.  Long Reach Excavator
5061 14. Multiple Engine Scrapers (when used as push pull)
5891 15. Power Shovels, up to and including 1 cu. yd. (Assistant to Engineer required)
6011 16. Pre-Stress Wire Wrapping machine
7081 17. Side Boom Cat, 572 or larger
7925 18. Track Loader 4 cu. yds. and over
8961 19. Wheel Excavator (up to and including 750 cu. yds. per hour) (Assistant to Engineer required)

**GROUP 4 (35 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $44.63  | $47.03   |          |          |
| Area 2 | $46.63  | $49.03   |          |          |

0191 1. Asphalt Plant Engineer/Boxman
1241 2. Chicago Boom
1341 3. Combination Backhoe and Loader up to and including 3/4 cu. yds.
1601 4. Concrete Batch Plants (wet or dry)
2361 5. Dozer and/or Push Cat
2428 6. Drill Equipment, weight over 50,000 pounds up to and including 100,000 pounds (Assistant to Engineer or Mechanic/Welder required)
2751 7. Pull-Type Elevating Loader
3221 8. Gradesetter, Grade Checker (GPS, mechanical or otherwise)
3261 9. Grooving and Grinding Machine

3

EXHIBIT C

**GROUP 4 (continued)**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $44.63 | $47.03 | | |
| Area 2 | $46.63 | $49.03 | | |

3301 10. Heading Shield Operator
3305 11. Heavy Duty Drilling Equipment, Hughes, LDH, Watson 3000 or similar (Assistant to Engineer or Mechanic/Welder required)
3401 12. Heavy Duty Repairman and/or Welder
4041 13. Lime Spreader
4151 14. Loader under 4 cu. yds.
4391 15. Lubrication and Service Engineer (mobile and grease rack)
4691 16. Mechanical Finishers or Spreader Machine (asphalt, Barber-Greene, Material Transfer Vehicle and similar) (Screedman required)
4771 17. Miller Formless M-9000 Slope Paver or similar (Gradesetter required) (any additional assistance required on this equipment shall be performed by an Assistant to Engineer)
5703 18. Plant Repairman
5771 19. Portable Crushing and Screening plants (Assistant to Engineer required)
5821 20. Power Blade Support
6381 21. Roller Operator, Asphalt
6471 22. Rubber-Tired Scraper, self-loading (paddlewheels, etc.)
6481 23. Rubber-Tired Earthmoving Equipment (Scrapers)
7211 24. Slip Form Paver (concrete) (one [1] Operator and two [2] Screedmen required)
7435 25. Small Tractor with Drag
7461 26. Soil Stabilizer (P&H or equal)
7506 27. Spider Plow and Spider Puller (properly manned by two [2] operators)
7841 28. Timber Skidder
8538 29. Tubex Pile Rig (any assistance required shall be an Operating Engineer)
7915 30. Track Loader up to 4 yards
7931 31. Tractor Drawn Scraper
8121 32. Tractor, Compressor Drill Combination (Assistant to Engineer required)
0674 33. Unlicensed Construction Work Boat Operator, On Site**
8881 34. Welder
9051 35. Woods-Mixer (and other similar Pugmill equipment)

**Provided:  If the Individual Employer has an existing collective bargaining relationship with another union, or employs a subcontractor who has a collective bargaining relationship with another union, the provisions of this Agreement shall not apply. However, the loading, unloading and related on-site construction work of barges, dredges, trucks or other motorized water equipment shall be performed by employees covered by this Agreement.

**GROUP 5 (21 classifications)**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $43.36 | $45.76 | | |
| Area 2 | $45.36 | $47.76 | | |

1121 1. Cast-in-Place Pipe Laying Machine
1451 2. Combination Slusher and Motor Operator
1611 3. Concrete Conveyor or Concrete Pump, Truck or Equipment mounted

4

EXHIBIT C

**GROUP 5 (continued)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|-------|--------|--------|--------|
| **Area 1** | $43.36 | $45.76 | | |
| **Area 2** | $45.36 | $47.76 | | |

1621 4. Concrete Conveyor, Building site
1781 5. Concrete Pump or Pumpcrete Guns
2362 6. Doms Stoneslinger (material conveyor attached to truck)
2405 7. Drilling Equipment, Watson 2000, Texoma 700 or similar (Assistant to Engineer or Mechanic/Welder required)
2431 8. Drilling and Boring Machinery, Horizontal (not to apply to waterliners, wagon drills or jackhammers) (Assistant to Engineer or Mechanic/Welder required)
2471 9. Concrete Mixers/all
3761 10. Instrumentman
4571 11. Man and/or Material Hoist
4631 12. Mechanical Finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types)
4641 13. Mechanical Burm, Curb and/or Curb and Gutter Machine, Concrete or Asphalt
4751 14. Mine or Shaft Hoist
5741 15. Portable Crushers
5861 16. Power Jumbo Operator (setting slip-forms, etc., in tunnels)
6811 17. Screedman (automatic or manual)
7011 18. Self Propelled Compactor with Dozer
8055 19. Tractor with boom, D6 or smaller
8391 20. Trenching Machine, maximum digging capacity over 5 ft. depth (Assistant to Engineer required)
8831 21. Vermeer T-600B Rock Cutter or similar

**GROUP 6 (31 classifications)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|-------|--------|--------|--------|
| **Area 1** | $42.04 | $44.44 | | |
| **Area 2** | $44.04 | $46.44 | | |

0161 1. Armor-Coater (or similar)
0391 2. Ballast Jack Tamper
0791 3. Boom-Type Backfilling Machine
0881 4. Asst. Plant Engineer
0941 5. Bridge and/or Gantry Crane
1181 6. Chemical Grouting Machine, truck mounted
1321 7. Chip Spreading Machine Operator
4970 8. Concrete Barrier Moving Machine (properly manned by two [2] operators)
1841 9. Concrete Saws (self propelled unit on streets, highways, airports, and canals)
2111 10. Deck Engineer
2415 11. Drilling Equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c. Any assistance required will be performed by an Employee covered by this Agreement
2461 12. Drill Doctor

5

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 6 (continued)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|---------|----------|----------|----------|
| Area 1 | $42.04  | $44.44   |          |          |
| Area 2 | $44.04  | $46.44   |          |          |

| 2429 | 13. | Drill Equipment, weight 25,000 pounds and up to and including 50,000 pounds (Any assistant needed shall be performed by an Employee covered by this Agreement) |
| 3089 | 14. | Geothermal Drills |
| 3511 | 15. | Helicopter Radioman |
| 3711 | 16. | Hydro-Hammer or similar |
| 4061 | 17. | Line Master |
| 4073 | 18. | Skidsteer Loader, Bobcat larger than 743 series or similar (with attachments) |
| 4271 | 19. | Locomotive (Assistant to Engineer when required) |
| 4431 | 20. | Rotating Extendable Forklift, Lull Hi-Lift or similar |
| 5195 | 21. | Assistant to Engineer, Truck Mounted Equipment (Class I Driver's License Required) |
| 5531 | 22. | Pavement Breaker, Truck Mounted, with compressor combination (Assistant to Engineer Driver when required) |
| 5571 | 23. | Paving Fabric Installation and/or Laying Machine |
| 5621 | 24. | Pipe Bending Machine (pipelines only) |
| 5681 | 25. | Pipe Wrapping Machine (Tractor propelled and supported) |
| 5736 | 26. | Shoulder Backing Machine or similar [with attachments] |
| 6791 | 27. | Screedman, (except asphaltic concrete paving) |
| 6844 | 28. | Self Loading Chipper |
| 7001 | 29. | Self Propelled Pipeline Wrapping Machine |
| 7501 | 30. | Soils & Materials Tester |
| 7941 | 31. | Tractor |

**GROUP 7 (29 classifications)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|---------|----------|----------|----------|
| Area 1 | $40.09  | $43.30   |          |          |
| Area 2 | $42.09  | $45.30   |          |          |

| 0401 | 1.  | Ballast Regulator |
| 1091 | 2.  | Cary Lift or similar |
| 1421 | 3.  | Combination Slurry Mixer and/or Cleaner |
| 1422 | 4.  | Coolant/Slurry Tanker Operator (when hooked to Grooving/Grinding Machine) (Class "A" Tanker endorsement required) |
| 2430 | 5.  | Drill Equipment, weight from 1,000 pounds to 25,000 pounds (Any assistant needed shall be performed by an Employee covered by this Agreement) |
| 2435 | 6.  | Drilling Equipment, 20 ft. and under m.r.c. |
| 2893 | 7.  | Fireman Hot Plant |
| 3241 | 8.  | Grouting Machine Operator |
| 3611 | 9.  | Highline Cableway Signalman |
| 3941 | 10. | Stationary Belt Loader (Kolman or similar) |
| 4031 | 11. | Lift Slab Machine (Vagtborg and similar types) |
| 4451 | 12. | Maginnes Internal Full Slab Vibrator |

6

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 7 (continued)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|--------|--------|--------|--------|
| **Area 1** | $40.90 | $43.30 |        |        |
| **Area 2** | $42.90 | $45.30 |        |        |

4541 13.   Material Hoist (1 Drum)
4721 14.   Mechanical Trench Shield
5383 15.   Partsman (heavy duty repair shop parts room)
5501 16.   Pavement Breaker with or without Compressor Combination
5651 17.   Pipe Cleaning Machine (tractor propelled and supported)
5781 18.   Post Driver
6311 19.   Rodman Chainman
6341 20.   Roller (except Asphalt), Chip Seal
6851 21.   Self Propelled Automatically Applied Concrete Curing Machine (on streets, highways, airports and canals)
6911 22.   Self Propelled Compactor (without dozer)
7123 23.   Signalman

7241 24.   Slip-Form Pumps (lifting device for concrete forms)
7821 25.   Tie Spacer
8371 26.   Trenching Machine (maximum digging capacity up to and including 5 ft. depth)
8511 27.   Truck Type Loader
8771 28.   Water Well Driller
8868 29.   Super Sucker Vacuum Truck qualified operator runs all (except on National Pipeline work, they will be paid Group 1 rate)

**GROUP 8 (32 classifications)**

|        | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|--------|--------|--------|--------|--------|
| **Area 1** | $39.76 | $42.16 |        |        |
| **Area 2** | $41.76 | $44.16 |        |        |

0621 1.   Bit Sharpener
0681 2.   Assistant to Engineer Boiler Tender
0853 3.   Box Operator**
0913 4.   Brakeman**
1391 5.   Combination Mixer and Compressor (shotcrete/gunite)
1481 6.   Compressor Operator
2153 7.   Deckhand**
2863 8.   Fireman**
2991 9.   Mast Type Forklift
3131 10.   Generators
3243 11.   Gunite/Shotcrete Equipment Operator
3373 12.   Heavy Duty Repairman Helper**
3701 13.   Hydraulic Monitor
3821 14.   Ken Seal Machine (or similar)
4901 15.   Mixermobile
5161 16.   Operating Engineer in lieu of an Assistant to Engineer
5173 17.   Assistant to Engineer**

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 8 (continued)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $39.76 | $42.16 | | |
| Area 2 | $41.76 | $44.16 | | |

6041 18. Pump Operator
6131 19. Refrigeration Plant
6241 20. Reservoir-Debris Tug (Self Propelled Floating)
6401 21. Ross Carrier (Construction site)
6451 22. Rotomist Operator
6831 23. Self Propelled Tape Machine
7031 24. Shuttlecar
7041 25. Self Propelled Power Sweeper Operator (includes Vacuum Sweeper)
7271 26. Slusher Operator
7611 27. Surface Heater
7673 28. Switchman**
7763 29. Tar Pot Fireman**
8541 30. Tugger Hoist, Single Drum
8841 31. Vacuum Cooling Plant
8921 32. Welding Machine (powered other than by electricity)

**Assistant to Engineer classifications

**GROUP 8A (5 classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $37.55 | $39.95 | | |
| Area 2 | $39.55 | $41.95 | | |

0160 1. Articulated Dump Trucks/Off Road Haul Trucks  (except when work is assigned to the Teamsters)
2581 2. Elevator Operator
4071 3. Skidsteer Loader, Bobcat 743 series or smaller and similar (without attachments)
4795 4. Mini Excavator under 25 H.P. (Backhoe-Trencher)
8513 5. Tub Grinder Wood Chipper

***Special Single Shift and Second Shift Wage Rates***
(Refer to Sections 06.04.03 and 06.05.00)

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Group 1** | | | | |
| **Area 1** | $53.35 | $56.75 | | |
| **Area 2** | $55.35 | $58.75 | | |
| **Group 2** | | | | |
| **Area 1** | $51.62 | $55.02 | | |
| **Area 2** | $53.62` | $57.02 | | |
| **Group 3** | | | | |
| **Area 1** | $49.96 | $53.36 | | |
| **Area 2** | $51.96 | $55.36 | | |

8

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

|  | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group 4** | | | | |
| **Area 1** | $48.40 | $51.80 | | |
| **Area 2** | $50.40 | $53.80 | | |
| **Group 5** | | | | |
| **Area 1** | $46.98 | $50.38 | | |
| **Area 2** | $48.98 | $52.38 | | |
| **Group 6** | | | | |
| **Area 1** | $45.48 | $48.88 | | |
| **Area 2** | $47.48 | $50.88 | | |
| **Group 7** | | | | |
| **Area 1** | $44.20 | $47.60 | | |
| **Area 2** | $46.20 | $49.60 | | |
| **Group 8** | | | | |
| **Area 1** | $42.93 | $46.33 | | |
| **Area 2** | $44.93 | $48.33 | | |
| **Group 8A** | | | | |
| **Area 1** | $40.42 | $43.82 | | |
| **Area 2** | $42.42 | $45.82 | | |

*01.03.01    All Cranes and Attachments.* The straight-time hourly wage rate of Employees on cranes or equipment and attachments (including jib and/or leads) shall be as follows:

**Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

**GROUP 1 (3 classifications ±*)**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $50.65 | $53.05 | | |
| **Area 2** | $52.65 | $55.05 | | |

2000   1.  Cranes over 350 tons [Assistant to Engineer required]
2108   2.  Derrick over 250 tons
6916   3.  Self Propelled Boom Type Lifting Devices over 250 tons
±*The above classifications are all paid seventy-five ($.75) cents per hour above Group 1-A

**GROUP 1-A (6 classifications)**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $49.90 | $52.30 | | |
| **Area 2** | $51.90 | $54.30 | | |

1335   1.  Clamshells and Draglines over 7 cu. yds.

9

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 1-A (continued)**

|  | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
|  | $2.35 | $2.90 | $2.80 | $2.80 |
| **Area 1** | $49.90 | $52.30 |  |  |
| **Area 2** | $51.90 | $54.30 |  |  |

| 1951 | 2. | Cranes over 100 tons |
| 2105 | 3. | Derrick, over 100 tons |
| 2115 | 4. | Derrick Barge Pedestal mounted over 100 tons |
| 6915 | 5. | Self Propelled Boom Type Lifting Device over 100 tons |
| 8721 | 6. | Tower Cranes |

**GROUP 2-A (5classifications)**

|  | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
|  | $2.35 | $2.90 | $2.80 | $2.80 |
| **Area 1** | $48.14 | $50.54 |  |  |
| **Area 2** | $50.14 | $52.54 |  |  |

| 1325 | 1. | Clamshells and Draglines over 1 cu. yd. up to and including 7 cu. yds. |
| 1981 | 2. | Cranes over 45 tons up to and including 100 tons |
| 2125 | 3. | Derrick Barge 100 tons and under |
| 4918 | 4. | Mobile Self-Erecting Tower Crane (Potain) over three (3) stories |
| 6901 | 5. | Self Propelled Boom Type Lifting Device over 45 tons |

**GROUP 3-A (6 classifications)**

|  | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
|  | $2.35 | $2.90 | $2.80 | $2.80 |
| **Area 1** | $46.40 | $48.80 |  |  |
| **Area 2** | $48.40 | $50.80 |  |  |

| 0157 | 1. | Articulating Boom Crane (Truck Mounted or otherwise) |
| 0339 | 2. | Bundle Extractor |
| 1315 | 3. | Clamshells and Draglines up to and including 1cu. yd. |
| 1961 | 4. | Cranes 45 tons and under |
| 4919 | 5. | Mobile Self-Erecting Tower Crane (Potain) three (3) stories and under |
| 6881 | 6. | Self Propelled Boom Type Lifting Device 45 tons and under |

**GROUP 4-A (3 Classifications)**

|  | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
|  | $2.35 | $2.90 | $2.80 | $2.80 |
| **Area 1** | $43.36 | $45.76 |  |  |
| **Area 2** | $45.36 | $47.76 |  |  |

| 0775 | 1. | Boom Truck or dual-purpose A-Frame Truck, Non-Rotating, Over 15 tons |
| 0776 | 2. | Truck-Mounted Rotating Telescopic Boom Type Lifting Device, Manitex or similar (Boom Truck), under 15 tons. |
| 7817 | 3. | Truck-Mounted Rotating Telescopic Boom Type Lifting Device, Manitex or Similar (Boom Truck), over 15 tons. |

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 5-A (3 Classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $52.87 | $55.27 | | |
| **Area 2** | $54.87 | $57.27 | | |

2921    1. Foreman and Shifters, (non-working) 7 Employees and over**

| **Area 1** | $51.87 | $54.27 | | |
|---|---|---|---|---|
| **Area 2** | $53.87 | $56.27 | | |

2931    2. Foreman (working) under 7 Employees**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $52.87 | $55.27 | | |
| **Area 2** | $54.87 | $57.27 | | |

3341    3. Master Mechanic, over 5 Employees**

**At the discretion of the Employer

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

*5183** - Truck Crane Assistant to Engineer*

| Group 1 | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $43.68 | $46.08 | | |
| **Area 2** | $45.68 | $48.08 | | |

| Group 1-A | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $42.93 | $45.33 | | |
| **Area 2** | $44.93 | $47.33 | | |

*5183** - Truck Crane Assistant to Engineer*

| Group 2-A | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $42.67 | $45.07 | | |
| **Area 2** | $44.67 | $47.07 | | |

| Group 3-A | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $42.43 | $44.83 | | |
| **Area 2** | $44.43 | $46.83 | | |

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**5183\*\*- Hydraulic**

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$2.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $42.04 | $44.44 | | |
| Area 2 | $44.04 | $46.44 | | |

**5173\*\* - Assistant to Engineer**

| Group 1 | 6/24/19<br>$2.35 | 6/29/20\*<br>$2.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $41.39 | $43.79 | | |
| Area 2 | $43.39 | $45.79 | | |

| GROUP 1-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$2.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $40.64 | $43.04 | | |
| Area 2 | $42.64 | $45.04 | | |

| GROUP 2-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$2.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $40.43 | $42.83 | | |
| Area 2 | $42.43 | $44.83 | | |

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$2.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $40.15 | $42.55 | | |
| Area 2 | $42.15 | $44.55 | | |

**All Cranes and Attachments, Special Single Shift and Second Shift Wage Rates**

| GROUP 1 | 6/24/19<br>$2.35 | 6/29/20\*<br>$3.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $55.08 | $58.48 | | |
| Area 2 | $57.08 | $60.48 | | |

±\*The above classifications are all paid seventy-five ($.75) cents per hour above Group 1-A

| GROUP 1-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$3.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $54.33 | $57.73 | | |
| Area 2 | $56.33 | $59.73 | | |

| GROUP 2-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$3.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $52.34 | $55.74 | | |
| Area 2 | $54.34 | $57.74 | | |

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20\*<br>$3.90 | 6/28/21\*<br>$2.80 | 6/27/22\*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $50.38 | $53.78 | | |
| Area 2 | $52.38 | $55.78 | | |

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

| GROUP 4-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $46.98 | $50.38 | | |
| Area 2 | $48.98 | $52.38 | | |

| GROUP 5-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|

2921    Foreman and Shifters, (non-working) 7 Employees and over**

| | | | |
|---|---|---|---|
| Area 1 | $57.42 | $60.82 | |
| Area 2 | $59.42 | $62.82 | |

2931    Foreman (working), under 7 Employees**

| | | | |
|---|---|---|---|
| Area 1 | $56.42 | $59.82 | |
| Area 2 | $58.42 | $61.82 | |

3341    Master Mechanic, over 5 Employees**

| | | | |
|---|---|---|---|
| Area 1 | $57.42 | $60.82 | |
| Area 2 | $59.42 | $62.82 | |

**At the discretion of the Employer

*5183**- Truck Crane Assistant to Engineer*

| GROUP 1 | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $47.25 | $50.65 | | |
| Area 2 | $49.25 | $52.65 | | |

| GROUP 1-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $46.50 | $49.90 | | |
| Area 2 | $48.50 | $51.90 | | |

| GROUP 2-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $46.21 | $49.61 | | |
| Area 2 | $48.21 | $51.61 | | |

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $45.94 | $49.34 | | |
| Area 2 | $47.94 | $51.34 | | |

*5183**- Hydraulic*

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $45.48 | $48.88 | | |
| Area 2 | $47.48 | $50.88 | | |

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**5173\*\*-  Assistant to Engineer**

| GROUP 1 | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $44.66 | $48.06 | | |
| Area 2 | $46.66 | $50.06 | | |

| GROUP 1-A | | | | |
|---|---|---|---|---|
| | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
| Area 1 | $43.91 | $47.31 | | |
| Area 2 | $45.91 | $49.31 | | |

| GROUP 2-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $43.68 | $47.08 | | |
| Area 2 | $45.68 | $49.08 | | |

| GROUP 3-A | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| Area 1 | $43.37 | $46.77 | | |
| Area 2 | $45.37 | $48.77 | | |

**01.03.02    Classifications and Rates for Steel Erectors and Fabricators**

*NOTE:* The manning of Compressors, Generators, Welding Machines, Pumps or any combination thereof shall be in accordance with Section 07.05.00 of this Agreement.

\*\*Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

**GROUP A-1 (3 classifications) ±**

| | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| | $51.62 | $54.02 | | |

| 2000 | 1. | Cranes over 350 tons [Assistant to Engineer required] |
|---|---|---|
| 2108 | 2. | Derrick over 250 tons |
| 6916 | 3. | Self Propelled Boom Type Lifting Devices over 250 tons |

±\* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**GROUP 1 (3 classifications)**

| | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| | $50.87 | $53.27 | | |

| 1951 | 1. | Cranes over 100 tons (Assistant to Engineer required) |
|---|---|---|
| 2105 | 2. | Derrick over 100 tons |
| 6915 | 3. | Self Propelled Boom Type Lifting Devices over 100 tons |

14

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 2 (4 classifications)**

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| | $49.10 | $51.50 | | |

| 1981 | 1. | Cranes over 45 tons up to and including 100 tons |
| 2261 | 2. | Derrick, 100 tons and under |
| 6901 | 3. | Self Propelled Boom Type Lifting Device, over 45 tons |
| 8721 | 4. | Tower Crane |

**GROUP 3 (4 classifications)**

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| | $47.62 | $50.02 | | |

| 0157 | 1. | Articulating Boom Crane (Truck mounted or otherwise) |
| 0339 | 2. | Bundle Extractor |
| 1961 | 3. | Cranes, 45 tons and under (Assistant to Engineer required) |
| 6881 | 4. | Self Propelled Boom Type Lifting Device, 45 tons and under |

**GROUP 4 (3 classifications)**

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| | $45.60 | $48.00 | | |

| 1241 | 1. | Chicago Boom |
| 2941 | 2. | Forklift, 10 tons and over |
| 3401 | 3. | Heavy Duty Repairman/Welder |

**GROUP 5 (1 classification)**

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| | $44.30 | $46.70 | | |

| 0701 | 1. | Boom Cat |

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

***5183**- Truck Crane Assistant to Engineer***

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| **GROUP A-1** | $44.30 | $46.70 | | |
| **GROUP 1** | $43.55 | $45.95 | | |
| **GROUP 2** | $43.33 | $45.73 | | |
| **GROUP 3** | $43.06 | $45.46 | | |

***5183**- Hydraulic***

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| **GROUP 3** | $42.67 | $45.07 | | |

April 2, 2020 nt/sac-FINAL
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**5173\*\* - Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20\* $2.90 | 6/28/21\* $2.80 | 6/27/22\* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $42.07 | $44.47 | | |
| GROUP 1 | $41.32 | $43.72 | | |
| GROUP 2 | $41.05 | $43.45 | | |
| GROUP 3 | $40.83 | $43.23 | | |

**Steel Erectors and Fabricators, Special Single Shift and Second Shift Wage Rates**

|  | 6/24/19 $2.35 | 6/29/20\* $3.90 | 6/28/21\* $2.80 | 6/27/22\* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $56.17 | $59.57 | | |
| GROUP 1 | $55.42 | $58.82 | | |
| GROUP 2 | $53.44 | $56.84 | | |
| GROUP 3 | $51.76 | $55.16 | | |
| GROUP 4 | $49.50 | $52.90 | | |
| GROUP 5 | $48.03 | $51.43 | | |

±\* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**5183\*\*- Truck Crane Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20\* $3.90 | 6/28/21\* $2.80 | 6/27/22\* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $47.94 | $51.34 | | |
| GROUP 1 | $47.19 | $50.59 | | |
| GROUP 2 | $46.94 | $50.34 | | |
| GROUP 3 | $46.64 | $50.04 | | |

**5183\*\* - Hydraulic**

|  | 6/24/19 $2.35 | 6/29/20\* $3.90 | 6/28/21\* $2.80 | 6/27/22\* $2.80 |
|---|---|---|---|---|
| GROUP 3 | $46.21 | $49.61 | | |

**5173\*\*- Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20\* $3.90 | 6/28/21\* $2.80 | 6/27/22\* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $45.42 | $48.82 | | |
| GROUP 1 | $44.67 | $48.07 | | |
| GROUP 2 | $44.39 | $47.79 | | |
| GROUP 3 | $44.13 | $47.53 | | |

**01.03.03    Classifications and Rates for Piledrivers**

\*\*Truck Crane Assistant to Engineer or Assistant to Engineer (as appropriate), are required on all the cranes listed below, except Tower Cranes, Self Propelled Boom Type Hydraulic Lifting Devices and self-contained job-ready Hydraulic Truck Cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of the hydraulic crane, on which, if any assistance is required, it shall be by an Employee covered by this Agreement.

16

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP A-1 (3 classifications) ±***

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $50.99  | $53.39   |          |          |

| 2000 | 1. | Cranes over 350 tons [Assistant to Engineer required] |
| 2108 | 2. | Derrick over 250 tons |
| 6916 | 3. | Self Propelled Boom Type Lifting Devices over 250 tons |

±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**Group 1 (4 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $50.24  | $52.64   |          |          |

| 2115 | 1. | Derrick Barge Pedestal mounted over 100 tons (or Assistant Operator in lieu of Assistant to Engineer required) |
| 5951 | 2. | Clamshells over 7 cu. yds. |
| 6915 | 3. | Self Propelled Boom Type Lifting Device over 100 tons |
| 8425 | 4. | Truck Crane or Crawler, land or barge mounted over 100 tons (or Assistant Operator in lieu of Assistant to Engineer required) |

**Group 2 (5 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $48.42  | $50.82   |          |          |

| 2155 | 1. | Derrick Barge Pedestal mounted 45 tons up to and including 100 tons (or Assistant Operator in lieu of Assistant to Engineer required) |
| 3103 | 2. | Fundex F-12 Hydraulic Pile Rig (and similar) |
| 5921 | 3. | Clamshells up to and including 7 cu. yds. |
| 6901 | 4. | Self Propelled Boom Type Lifting Device over 45 tons |
| 8455 | 5. | Truck Crane or Crawler, land or barge mounted, over 45 tons up to and including 100 tons (or Assistant Operator in lieu of Assistant to Engineer required) |

**Group 3 (6 classifications)**

|        | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|--------|---------|----------|----------|----------|
|        | $2.35   | $2.90    | $2.80    | $2.80    |
| Area 1 | $46.74  | $49.14   |          |          |

| 0157 | 1. | Articulating Boom Crane (Truck Mounted or otherwise) |
| 0339 | 2. | Bundle Extractor |
| 2135 | 3. | Derrick Barge Pedestal mounted under 45 tons (or Assistant Operator in lieu of Assistant to Engineer required) |
| 6881 | 4. | Self Propelled Boom Type Lifting Device 45 tons and under |
| 7171 | 5. | Skid/Scow Piledriver, any tonnage (Any assistance required shall be by an Employee covered by this Agreement) |
| 8445 | 6. | Truck Crane or Crawler, land or barge mounted 45 tons and under (or Assistant Operator in lieu of Assistant to Engineer required) |

17

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**Group 4 (3 classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $44.97 | $47.37 |  |  |

| 0221 | 1. | Assistant Operator in lieu of |
| 2941 | 2. | Forklift, 10 tons and over |
| 3401 | 3. | Heavy Duty Repairman/Welder |

**Group 5 (0 classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $43.67 | $46.07 |  |  |

No current classification (subject to Section 20.00.00)

**Group 6 (1 classification)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $42.33 | $44.73 |  |  |

| 2111 | 1. | Deck Engineer |

**Group 7 (0 classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $41.24 | $43.64 |  |  |

No current classification (subject to Section 20.00.00)

**Group 8 (2 classifications)**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $40.10 | $42.50 |  |  |

| 2153 | 1. | Deckhand |
| 2863 | 2. | Fireman |

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

*5183** - Truck Crane Assistant to Engineer*

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **GROUP A-1** | $44.01 | $46.41 |  |  |
| **GROUP 1** | $43.26 | $45.66 |  |  |
| **GROUP 2** | $43.01 | $45.41 |  |  |
| **GROUP 3** | $42.72 | $45.12 |  |  |

18

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**5173\*\* - Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $41.73 | $44.13 | | |
| GROUP 1 | $40.98 | $43.38 | | |
| GROUP 2 | $40.71 | $43.11 | | |
| GROUP 3 | $40.49 | $42.89 | | |

**01.03.04**    On Crawler Crane or Derrick Barge Piledriving operations when an Assistant Operator is used in lieu of an Assistant to Engineer, the second Operator can operate Forklifts or Deck Engines in conjunction with Piledriving operations.

**01.03.05**    When a stationary Truck or stationary Crawler Crane is working in conjunction with another Truck or Crawler Crane driving pile, only one or Assistant Operator is required.

**Piledrivers, Special Single Shift and Second Shift Wage Rates**

|  | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $55.46 | $58.86 | | |
| GROUP 1 | $54.71 | $58.11 | | |
| GROUP 2 | $52.66 | $56.06 | | |
| GROUP 3 | $50.78 | $54.18 | | |
| GROUP 4 | $48.78 | $52.18 | | |
| GROUP 5 | $47.32 | $50.72 | | |
| GROUP 6 | $45.81 | $49.21 | | |
| GROUP 7 | $44.58 | $47.98 | | |
| GROUP 8 | $43.31 | $46.71 | | |

±* The above classifications are all paid seventy-five ($.75) cents per hour above Group 1

**5183\*\*- Truck Crane Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $47.61 | $51.01 | | |
| GROUP 1 | $46.86 | $50.26 | | |
| GROUP 2 | $46.59 | $49.99 | | |
| GROUP 3 | $46.26 | $49.66 | | |

**5173\*\* - Assistant to Engineer**

|  | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| GROUP A-1 | $45.04 | $48.44 | | |
| GROUP 1 | $44.29 | $47.69 | | |
| GROUP 2 | $43.99 | $47.39 | | |
| GROUP 3 | $43.75 | $47.15 | | |

**01.03.06 Tunnel/Underground Classifications and Wage Rates.** The straight-time hourly wage rate of Employees working underground and/or within shafts, stopes and raises shall be as follows:

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 1-A (1 classification) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $47.49 | $49.89 | | |
| Area 2 | $49.49 | $51.89 | | |

8603   1. Tunnel Bore Machine Operator - 20′ diameter or more.

**GROUP 1 (7 classifications) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $45.02 | $47.42 | | |
| Area 2 | $47.02 | $49.42 | | |

3301   1. Heading Shield Operator
3401   2. Heavy Duty Repairman/Welder
5111   3. Mucking Machine (rubber tired, rail or track type)
6125   4. Raised Bore Operator** (tunnels)
6210   5. Road Header Operator on Tunnels 10 feet diameter or larger
8601   6. Tunnel Mole Bore Operator**
8602   7. Tunnel Boring Machine Operator 10 feet up to 20 feet

**GROUP 2 (3 classifications) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $43.76 | $46.16 | | |
| Area 2 | $45.76 | $48.16 | | |

1451   1. Combination Slusher and Motor Operator
1781   2. Concrete Pump or Pumpcrete Guns
5861   3. Power Jumbo Operator

**GROUP 3 (2 classifications) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $42.43 | $44.83 | | |
| Area 2 | $45.43 | $46.83 | | |

2461   1. Drill Doctor
4751   2. Mine or Shaft Hoist

**GROUP 4 (3 classifications) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $41.29 | $43.69 | | |
| Area 2 | $43.29 | $45.69 | | |

1421   1. Combination Slurry Mixer Cleaner
3241   2. Grouting Machine Operator
4931   3. Motorman

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 5 (7 classifications) – Underground Rate**

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $40.15 | $42.55 |  |  |
| **Area 2** | $42.15 | $44.55 |  |  |

| 0621 | 1. | Bit Sharpener |
|---|---|---|
| 0913 | 2. | Brakeman |
| 1391 | 3. | Combination Mixer and Compressor (Gunite) |
| 1481 | 4. | Compressor Operator |
| 5173 | 5. | Assistant to Engineer** |
| 6041 | 6. | Pump Operator |
| 7271 | 7. | Slusher Operator |

** Classification

**GROUP 1 –A (1 classification) – *Shafts, Stopes and Raises***

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $47.59 | $49.99 |  |  |
| **Area 2** | $49.59 | $51.99 |  |  |

| 8603 | 1. | Tunnel Bore Machine Operator - 20´ diameter or more. |
|---|---|---|

**GROUP 1 (7 classifications) – *Shafts, Stopes and Raises***

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $45.12 | $47.52 |  |  |
| **Area 2** | $47.12 | $49.52 |  |  |

| 3301 | 1. | Heading Shield Operator |
|---|---|---|
| 3401 | 2. | Heavy Duty Repairman/Welder |
| 5111 | 3. | Mucking Machine (rubber tired, rail or track type) |
| 6125 | 4. | Raised Bore Operator** (tunnels) |
| 6210 | 5. | Road Header Operator on Tunnels 10 feet diameter or larger |
| 8601 | 6. | Tunnel Mole Bore Operator** |
| 8602 | 7. | Tunnel Boring Machine Operator 10 feet up to 20 feet |

**Any assistance in the operation, if needed, shall be by an Employee covered by this Agreement.

**GROUP 2 (3 classifications) - *Shafts, Stopes and Raises***

|  | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Area 1** | $43.86 | $46.26 |  |  |
| **Area 2** | $45.86 | $48.26 |  |  |

| 1451 | 1. | Combination Slusher and Motor Operator |
|---|---|---|
| 1781 | 2. | Concrete Pump or Pumpcrete Guns |
| 5861 | 3. | Power Jumbo Operator |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C



DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 3 (2 classifications) -Shafts, Stopes and Raises**

|         | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---------|---------|---------|---------|---------|
| Area 1  | $42.53  | $44.93  |         |         |
| Area 2  | $44.53  | $46.93  |         |         |

2461  1.  Drill Doctor
4751  2.  Mine or Shaft Hoist

**GROUP 4 (3 classifications) -Shafts, Stopes and Raises**

|         | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---------|---------|---------|---------|---------|
| Area 1  | $41.39  | $43.79  |         |         |
| Area 2  | $43.39  | $45.79  |         |         |

1421  1.  Combination Slurry Mixer Cleaner
3241  2.  Grouting Machine Operator
4931  3.  Motorman

**GROUP 5 (7 classifications) -Shafts, Stopes and Raise**

|         | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---------|---------|---------|---------|---------|
| Area 1  | $40.25  | $42.65  |         |         |
| Area 2  | $42.25  | $44.65  |         |         |

0621  1.  Bit Sharpener
0913  2.  Brakeman
1391  3.  Combination Mixer and Compressor (Gunite)
1481  4.  Compressor Operator
5173  5.  Assistant to Engineer**
6041  6.  Pump Operator
7271  7.  Slusher Operator

** Classification

**Underground, Special Single Shift and Second Shift Wage Rates**

**GROUP 1-A (1 classification) – Underground Rate**

|         | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---------|---------|---------|---------|---------|
| Area 1  | $51.62  | $55.02  |         |         |
| Area 2  | $53.62  | $57.02  |         |         |

**GROUP 1 (7 classifications) – Underground Rate**

|         | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---------|---------|---------|---------|---------|
| Area 1  | $48.83  | $52.23  |         |         |
| Area 2  | $50.83  | $54.23  |         |         |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 2 (3 classifications) – Underground Rate**

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $47.42  | $50.82   |          |          |
| Area 2   | $49.42  | $52.82   |          |          |

**GROUP 3 (2 classifications) – Underground Rate**

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $39.59  | $49.34   |          |          |
| Area 2   | $41.59  | $51.34   |          |          |

**GROUP 4 (3 classifications) – Underground Rate**

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $44.64  | $48.04   |          |          |
| Area 2   | $46.64  | $50.04   |          |          |

**GROUP 5 (7 classifications) – Underground Rate**

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $43.37  | $46.77   |          |          |
| Area 2   | $45.37  | $48.77   |          |          |

**Tunnel, Special Single Shift and Second Shift Wage Rates**

**GROUP 1-A (1 classification) – *Shafts, Stopes and Raises***

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $51.73  | $55.13   |          |          |
| Area 2   | $53.73  | $57.13   |          |          |

**GROUP 1 (7 classifications) – *Shafts, Stopes and Raises***

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $48.94  | $52.34   |          |          |
| Area 2   | $50.94  | $54.34   |          |          |

**GROUP 2 (3 classifications) - *Shafts, Stopes and Raises***

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $47.53  | $50.93   |          |          |
| Area 2   | $49.53  | $52.93   |          |          |

**GROUP 3 (2 classifications) – *Shafts, Stopes and Raises***

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|---------|----------|----------|----------|
| Area 1   | $46.05  | $49.45   |          |          |
| Area 2   | $48.05  | $51.45   |          |          |

23

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**GROUP 4 (3 classifications) -Shafts, Stopes and Raises**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $44.75 | $48.15 | | |
| **Area 2** | $46.75 | $50.15 | | |

**GROUP 5 (7 classifications) – Shafts, Stopes and Raises**

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $43.48 | $46.88 | | |
| **Area 2** | $45.48 | $48.88 | | |

** Classification

*01.03.07*   *Toxic Waste (HAZMAT).* A subcommittee shall be formed to discuss requirements applicable to Employees working on HAZMAT projects and to negotiate working rules and wage rates which recognize the special conditions and problems which exist when working with toxic waste.

*01.04.00*   *FOREMEN — Wage Rates.*

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $49.02 | $51.42 | | |
| **Area 2** | $51.02 | $53.42 | | |
| 2921 | Foreman and Shifters, over 7 Employees | | | |

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $47.49 | $49.89 | | |
| **Area 2** | $49.49 | $51.89 | | |
| 2931 | Foreman (Working), under 7 Employees | | | |

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$2.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $49.02 | $51.42 | | |
| **Area 2** | $51.02 | $53.42 | | |
| 3341 | Master Mechanic, over 5 Employees | | | |

***Foreman, Special Single Shift and Second Shift Wage Rates***

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $53.35 | $56.75 | | |
| **Area 2** | $55.35 | $58.75 | | |
| 2921 | Foreman and Shifters, over 7 Employees | | | |

|  | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|---|---|---|---|---|
| **Area 1** | $51.62 | $55.02 | | |
| **Area 2** | $53.62 | $57.02 | | |
| 2931 | Foreman (Working), under 7 Employees | | | |

24

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

|          | 6/24/19<br>$2.35 | 6/29/20*<br>$3.90 | 6/28/21*<br>$2.80 | 6/27/22*<br>$2.80 |
|----------|-------------------|--------------------|-------------------|--------------------|
| Area 1   | $53.35            | $56.75             |                   |                    |
| Area 2   | $55.15            | $58.75             |                   |                    |

3341   Master Mechanic, over 5 Employees

***01.05.00   Working Suspended.*** The straight-time hourly wage rate of Employees required to work suspended by ropes or cables or performing work on a Yo-Yo Cat shall be according to the following schedule, and added to the straight-time hourly wage rates set out in 01.00.00, and such increase in the straight-time hourly wage rate shall apply for the full shift and all overtime work.

PER HOUR
$.60

***01.05.01*** *To be allocated by the Union; the allocation shall become effective forty-five (45) days after receipt of written notice by the Employer, but in no event earlier than June 29, 2020, June 28, 2021 and June 27, 2022.

*Note: Notwithstanding the above increases, increases to other fringe benefits shall also be applicable during the term of this Agreement as defined in Section 12.05.00.

***01.06.00*** If the Individual Employer maintains, rents, leases or otherwise contracts out or arranges for a camp in Area 2, the Individual Employer agrees that the charge to the Employees for suitable room and board, shall not exceed the differential between the Area 1 and Area 2 wage rates for eight (8) straight-time hours, five (5) days a week, Monday through Friday. When Employees work Saturdays and/or Sundays the same provisions which apply Monday through Friday, shall apply to Saturdays and/or Sundays.

***01.06.01*** If an Individual Employer provides trailer space for a job or project, an appropriate charge for such space shall be negotiated between the Union and the Individual Employer prior to the commencement of said job or project.

***01.07.00*** Whenever the bid specifications of an Owner awarding the work or an Awarding Agency require the Individual Employer to provide a drug-free workplace, such requirements shall apply to that job or project.

***01.08.00   Market/Geographic Area Committee. (Private Work - Not to Exceed $1,000,000.)*** The parties to this Agreement recognize the constantly changing nature of the industry with respect to certain private market and/or geographic areas and the necessity of Individual Employers maintaining competitive positions in those markets or geographic areas to protect and assure the continued work opportunities of the affected Employees covered by this Agreement. Therefore, and notwithstanding Section 25.03.00, the parties hereby establish a Market/Geographic Area Committee composed of three (3) representatives of the Employer, three (3) representatives of the Union, and three (3) Employee representatives performing work in an affected geographic area. In any particular geographic area, a defined market area committee of three (3) Employees may be established by the Union. The Committee comprising three (3) Union representatives and three (3) Employer representatives in conjunction with the local Employee market committee shall evaluate either market or geographic requests for changes or modifications believed necessary to meet market or geographic area competition and determine if adequate economic justification is present to support such a change or modification. The Employees serving on the Committees shall be selected by the Employees (members) in the market or geographic area on a rotating basis depending on the particular market or geographic area where evaluation of the area, changes and/or modification may be necessary. In the event a market area extends beyond the boundaries of more than one of the Union's Districts, there shall be at least one (1) Employee from each District where the market area exists serving on the Committee with the Employer representatives and Union representatives. The Committees shall review requests for changes in any of the terms and conditions of the Master Agreement which cover an area limited to particular private, market or geographic areas and believed necessary to preserve and protect work opportunities for affected Employees and Individual Employers covered by the Agreement. The Committee, upon an affirmative unit vote, is authorized to approve such changes (including the monetary size of the project to which they may apply) as it determines to be in the best interest of the affected Employees and the parties to this Agreement and

25

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

may modify the Agreement accordingly; provided, however, if in any particular market area, a determination is made by the Committee that a market area has been substantially lost or rapidly being lost to non-union employers, an addendum, not to exceed $1,000,000 (unless the Committee agrees otherwise) shall be placed in effect covering that market which shall apply for the duration of the Agreement; it is further provided that in the month of January of each contract year, the Committee shall meet and review each market addendum, and if the Individual Employers have recovered sixty percent (60%) or more of the market, the Committee shall determine if the applicable addendum shall continue to apply, be terminated or otherwise modified. Provided further, any job or project covered by an addendum shall remain covered until job/project completion. The Committee may also consider requests for multi-craft project agreements regardless of dollar amount initiated through the National Heavy and Highway Committee and/or the National Building and Construction Trades Department.

### 02.00.00   *GENERAL PROVISIONS ——DEFINITIONS*

**02.01.00   *Employer.*** The term "Employer" as used herein shall mean the Signatory Associations, (UCON, AGC, NAEC, UMIC, INC., ACE), and all other Signatory Employers.

**02.02.00   *Individual Employer*.** The term "Individual Employer" shall mean only those persons or entities who have authorized the Signatory Associations (Employer) to represent said Individual Employer with respect to collective bargaining with the Union. A list of said Individual Employers has been furnished to the Union at the commencement of negotiations, and the Employer shall furnish the Union with monthly reports of any additions or deletions to the list including contact information  of Individual Employers represented by the Employer. In the event the Individual Employer shall terminate association representation, the Signatory Employer Association shall provide the Union notice within thirty [30] days and also inform the Individual Employer, in writing with a copy to the Union, of their ongoing signatory obligation.

**02.02.01   *Additional Individual Employer.*** Provided that a person or entity is not then engaged in a currently existing labor dispute with the Union arising out of a failure to comply with the wages, hours, rates of pay or other conditions of employment required by the Union in the territorial jurisdiction of the Union where the dispute exists, such person or entity may become an Individual Employer covered by this Agreement upon authorizing the Employer to represent said person or entity with respect to collective bargaining and labor relations with the Union.

**02.02.02**   In the event an Individual Employer desires to be represented by another and different Association, he shall give the Union fifteen (15) days' notice in writing of the name of the employer association under a collective bargaining agreement with the Union that will represent the notifying Individual Employer; provided, however, that once an employer association represents an Individual Employer under Section 18.00.00 for a particular grievance, no other Employer association shall represent that Individual Employer for that grievance. Once signatory through any association Master Labor Agreement, an Individual Employer will remain bound to a Master Labor Agreement through the term of the agreement as outlined in Section 25.03.00.

**02.02.03**   The Employer shall be the sole judge of the qualifications for membership of any person or entity applying for membership therein.

**02.03.00   *Union.*** The term "Union" as used herein shall mean OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO.

**02.04.00   *Employee.*** The term "Employee" as used herein shall mean any person, without regard to race, color, religion, sex, age, national origin, handicap or disability (as provided for in the Americans With Disabilities Act of 1990), and shall include those persons covered by the Vietnam Era Veterans Readjustment Assistance Act of 1972:

(a)   whose work for an Individual Employer in the area covered by this Agreement falls within the recognized jurisdiction of the Union, or

(b)   who operates, monitors and controls, maintains, repairs, modifies, assembles, erects, services each or all of them, power-operated equipment of the type or kind of power-operated equipment used in the performance of work

26

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

referred to in (a) above, regardless of whether such power-operated equipment is mechanically, electrically or electronically, hydraulically, automatically or remotely controlled, and

(c)   who assists or helps in the operation, maintenance, repairing or assembling, erecting or servicing of such power-operated equipment of the type or kind of equipment used in the performance of work referred to in (a) above, and who qualifies to register in a Job Placement Center, provided that the foregoing shall not apply to superintendents, assistant superintendents, general foremen, foremen, timekeepers, messengers, guards, confidential employees, office help, inspectors, and persons specifically excluded elsewhere in this Agreement.

**02.05.00    *Unit Work.*** This Agreement shall cover and apply to all activities of the Individual Employer in the area covered by this Agreement falling within the recognized jurisdiction of the Union, including, but not limited by inference or otherwise, to building construction, demolition, site clearing, geothermal drilling, pipelines, oil or gas refineries (excluding the falling and removal of merchantable timber by the purchaser of merchantable timber), work covered by Section 13.00.00, Steel Fabricators and Erectors, which work and equipment shall be covered by Section 13.00.00, Steel Fabricators and Erectors, and work covered by Section 14.00.00, Piledriving, which work and equipment shall be covered by Section 14.00.00, Piledriving. It shall also apply to all maintenance, modification and repair work and facilities, on-site or off-site, of an Individual Employer in the area covered by this Agreement, except an off-site repair or maintenance facility with respect to which the Individual Employer is in a bona fide collective bargaining relationship with a labor organization covering such Individual Employer's off-site maintenance and repair facility at the time the Individual Employer becomes a party to, or covered by, this Agreement. This Agreement shall also apply to the operation, modification, maintenance, and repair of equipment covered by this Agreement (including the additions under provision for Additional Work or Classifications, Section 20.00.00) established for the production of borrow, rip-rap, rock, sand, gravel, aggregates of all kinds, concrete (excluding cement), asphalt or macadam or other road-surfacing materials (excluding oil) by an Individual Employer or his subcontractor which is to be incorporated into a specific job(s) or project(s) of the Individual Employer so long as such material is actually being produced or delivered to such job or project; such work will be considered on-site.

**02.06.00**    This Agreement shall cover and apply to all Employees.

**02.07.00    *Coverage*.** This Agreement shall cover and apply to Northern California, which term means that portion of the State of California above the northerly boundary of Kern County, the northerly boundary of San Luis Obispo County and the westerly boundaries of Inyo and Mono Counties.

**02.08.00    *Bargaining Representatives.***

**02.08.01**    The Union hereby recognizes and acknowledges that Employer is the collective bargaining representative of the Individual Employers authorizing the Employer to represent said person or entity with respect to collective bargaining and labor relations with the Union.

**02.08.02**    This Agreement shall bind each and every Individual Employer as set forth in Section 02.02.00 who has authorized the Employer to represent it with the same force and effect as if the Agreement were entered into by each such Individual Employer. Except as provided in Section 02.02.02, each such Individual Employer shall be and continue to remain bound to this Agreement for and during the term of this Agreement irrespective of whether such Individual Employer shall withdraw its authorization, resign, or be expelled from the Employer prior to the expiration date of this Agreement. However, any Individual Employer who is no longer a member of the Employer shall not be represented by the Employer and shall not be covered by the provisions of Section 18.00.00 (Settlement of Disputes).

**02.08.03**    The Employer and each Individual Employer covered hereby recognizes and acknowledges OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO, as the exclusive collective bargaining representative of all Employees covered by this Agreement. The Employer, on its own behalf and on each Individual Employer's behalf, acknowledges that it and they have collective bargaining relationships with the Union within the meaning of Section 9 of the National Labor Relations Act.


EXHIBIT C

**02.08.04** **Project Labor Agreements**. The Union will notify the Employer before it or its agents engage in negotiations for a project labor agreement with an employer, construction manager, public agency or private owner.

**02.08.05** **Uniform Notification Provisions**. The "NOTICE" requirements of this Agreement shall be satisfied if the following requirements are met:

   a)   delivery by Certified Mail, E-mail or FAX to the Employer and/or to the Union;

   b)   sent within the specified time limits; and

   c)   Proof of Service is provided, when required.

**03.00.00** **ADMINISTRATIVE PROVISIONS**

**03.01.00** **Pre-Job Conferences**. The Individual Employer or an Employer shall notify the Union at least one (1) week prior to the commencement of work by an Employee or Employees covered by this Agreement on all jobs or projects where the estimated or agreed price to be paid to the Individual Employer is $3,000,000 or more. If the Individual Employer conducts a Pre-Job Conference with any other basic craft for a job or project of less than $3,000,000, it will notify the Union and the Union may participate in the Pre-Job Conference.

**03.01.01**   Upon request of the Union or Employer, a Pre-Job Conference shall be held. The location shall be at the jobsite or a location mutually agreed upon by the Parties.  In the event a Pre-Job Conference is not held within two (2) weeks after a written request to the Individual Employer from the Union, Section 18.03.00 shall not be in effect until such Pre-Job Conference is held.

**03.01.02**   All understandings reached at such Pre-Job Conference shall be reduced to writing in a Pre-Job Conference Report and signed by the Individual Employer or Employer and the Union. Such understandings shall be within the scope and terms of this Agreement. For Keymen, refer to 04.08.02 of the Job Placement Regulations.

**03.02.00** **Records and Requests**. Each Individual Employer shall provide a proper means for registering time, working time and quitting time of its Employees and Owner-Operators. In the event of a specific dispute regarding time, wages or fringe benefit payments of its Employees, or over any matter pertaining to an Owner-Operator, upon written request by the Union, delivered to the Employer and the Individual Employer, the Individual Employer's records relating to said dispute regarding time, wages and fringe benefit payments of its Employees, regardless of classification, or a dispute regarding Owner-Operators, and the Individual Employer's records relating to said dispute shall promptly be accessible to a Business Representative, auditor or other official of the Union during working hours.

**03.02.01**   In the event the Employer disputes the relevance of the records regarding a specific dispute referred to in 03.02.00 above, said dispute shall be subject to the provisions of Section 18.00.00.

**03.02.02**   In the event an Individual Employer fails or refuses to confirm an audit appointment within fourteen (14) days following demand or fails or refuses to submit to an audit within thirty (30) days upon demand, the Union shall not be bound by the provisions of Section 18.00.00 and shall be free to withdraw any or all of the Employees of such Individual Employer and such withdrawal shall not be a violation of this Agreement. Provided, however, the Union shall not withdraw Employees for forty-eight (48) hours after written notification to the Employer of the failure to confirm an audit appointment or the failure to submit to an audit whichever the case may be, and the Individual Employer shall bear the expenses incurred by the auditor for such forty-eight (48) hour delay.

**03.02.03**   Upon written request of the Union, the Individual Employer shall notify the Union of his intent to perform work on Saturday, Sunday, or a holiday, of the location of job and the number of Employees he intends to employ.

**03.03.00** **Employee Termination**. The Individual Employer shall notify the Job Placement Center on a form supplied by the Job Placement Center of the names of all Employees who have quit or who have been terminated during the week. (Termination shall mean severance of employment and not temporary layoff.) Such form is to be mailed to the Job Placement Center servicing the job or project not later than Monday of the week following the week of such severance of employment. The Union shall notify the Employer in writing each time any Individual Employer fails to

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

make such report. Any Individual Employer failing to make such report three (3) times in one (1) calendar year shall for such failure to report pay one hundred dollars ($100) into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund and one hundred dollars ($100) for each additional failure. In the event an Employee is terminated, the Individual Employer shall indicate on the discharge slip the reasons for discharge, i.e., reduction in force, not qualified, termination of job, etc.

**03.03.01    *Employee Transfer.*** No Employee may be transferred from an Individual Employer's payroll to another Individual Employer's payroll, except in accordance with the Job Placement Regulations.

**03.04.00    *Conflicting Contracts*.** Any oral or written agreements between any Employer, any Signatory Association, or any Individual Employer, and an Employee which conflicts, or is inconsistent with this Agreement or any supplemental Agreement hereto, or which disestablishes, or tends to disestablish the relationship of Employer, Individual Employer, and Employee, or which reestablishes an employment relationship other than that of Employee, shall forthwith terminate.

**03.04.01** No oral or written agreement which conflicts or is inconsistent with this Agreement, or any supplemental Agreements hereto, shall hereafter be entered into by an Individual Employer.

**03.04.02** No Employee shall be asked to sign any form relating to his medical history unless required by law or Governmental regulation. This Section shall continue to be applicable until such time as the parties to this Agreement mutually develop and agree to implement an acceptable program.

**03.05.00    *General Savings Clause*.** It is not the intent of either party hereto to violate any laws, rulings, or regulations of any Governmental authority or agency. The parties hereto agree that in the event that any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings, or regulations, nevertheless the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement. The parties agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter, within thirty (30) days of written notice by either party, into lawful negotiations concerning the substance thereof.

**03.06.00    *Favorable Legislation.*** In the event legislation covering hours of labor, overtime or other conditions of employment applicable to any work covered by this Agreement is enacted, then and in that event, effective on the effective date of such legislation, such more favorable provisions shall be added to this Agreement and this Agreement modified to conform herewith, applicable to all work covered by this Agreement bid or let on or after the date such provision is added to this Agreement.

**03.06.01    *Federal Emergency Energy Conservation Plan*.** In the event that a compressed workweek measure under the Federal Emergency Energy Conservation Plan or under any other Federal successor plan is adopted during the term of the Agreement which requires a deviation in terms of starting time or length of the regular shift, the parties agree to negotiate a modification of this Agreement.

**03.06.02    *Favored Nations Clause.*** The wage rates, working conditions, and hours of employment and other conditions of employment herein provided have been negotiated by the Union with the Employer. The Union will give the Employer a copy of all Agreements it enters into with any Employer which covers on-site work covered by this Agreement which has terms and conditions which are different from this Agreement. An Individual Employer engaging in on-site work of the same type as that covered by such Agreement may, upon written notice to the Union, become a party to such Agreement.

**03.06. 03    *Other Agreements or Conditions More Favorable:*** Effective July 1, 2010, in the event that the Union, which is signatory hereto, enters into any other Master Construction Labor Agreement covering the forty-six (46) Northern California counties for on-site work covered by this Agreement with other Individual Employers or Employer Associations, which shall have terms or conditions more favorable to such Individual Employers or Employer Associations and the Members thereof than this Agreement, then such more favorable provision(s) shall immediately become part of and apply to this Agreement while the remainder of the Agreement shall remain in full force and effect.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**03.06. 04**    This Section shall only be applicable to the Northern California Master Construction Agreement between the Union and the Employer (Association) and/or Individual Employers. This shall not apply to Project Labor Agreements.

**03.07.00    *Liability of the Parties*.** It is mutually understood that neither the Employer, any Individual Employer, nor the Union shall be liable for damages caused by the acts or conduct of any individual or groups of individuals who are acting or conducting themselves in violation of the terms of this Agreement without authority of the respective party, provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer or the Union, as the case may be.

**03.07.01**    In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, the Employer, or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

**03.07.02**    In the event the Union, or the Employer, the Individual Employer, or either of them, as the case may be, after notice of such violation, do not promptly take such affirmative action as is within their power to correct and to terminate such violation, then 03.07.00 shall be of no force and effect.

**04.00.00    *EMPLOYMENT***

**04.01.00    *Hiring*.** All hiring shall be subject to and in accordance with the Job Placement Regulations of this Agreement, which are contained in a separate Addendum ("Addendum E"). Any changes to the Job Placement Regulations must be approved and ratified by the bargaining parties.

**04.01.01**    It shall be the responsibility of the Individual Employer, when ordering Employees or applicants, to give the Union all the pertinent information regarding each Employee's or applicant's employment, which shall include the classification of work and classification number when available under which the Employee or applicant for employment will be dispatched. Any applicant for employment so dispatched who does not possess the qualifications to perform the work for which he is dispatched shall not be eligible for show-up pay.

**04.02.00    *Union Security*.** All Employees covered by this Agreement employed at the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within eight (8) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

**04.02.01**    All Employees covered by this Agreement not employed on the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within thirty-one (31) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

**04.02.02**    The Union recognizes its obligations and therefore assumes full responsibility to every Employee discharged for failing to comply with the provisions of 04.02.00 and 04.02.01 last above set out, as a result of a written request from the Union to the Individual Employer of the Employee.

**04.02.03**    Any Employee discharged for failing to comply with the provisions of 04.02.00 and 04.02.01 above, as the case may be, while actively employed shall, before registering in a Job Placement Center for dispatch under this Master Agreement, tender to the Union his initiation or reinstatement fee and current quarterly dues in the form and manner regularly required by the Union, and the Union shall issue a receipt therefore. Upon presentation of such receipt to the Job Placement Center as evidence of such tender, the Employee shall be permitted to register as if he had never been discharged for such non-payment.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**04.03.00    *Discharge of Employee.*** No Employee shall be discharged or discriminated against for activity in or representation of the Union. The Union shall be the sole judge of the qualifications of its members.

**04.03.01**    The Individual Employer shall be the judge of the qualifications of all of his Employees and may on such grounds discharge any of them.

**04.03.02**    No Employee shall be discharged without "just cause". In the event of discharge without "just cause", the Employee may be reinstated with payment of wages and fringe benefits for time lost. Disputes concerning the existence of "just cause" shall be determined under the grievance procedures provided for in Section 18.00.00. Employees discharged for "just cause" shall be paid only for actual time worked. An Employee who is terminated by an Individual Employer for discrimination based on race, sex or other basis prohibited by employment discrimination laws, including race or sexual harassment, may not register with the Job Placement Center for fifteen (15) days following the date the Employee is terminated for a first offense and may not register with the Job Placement Center for thirty (30) days following the date the Employee is terminated for any subsequent offense. If the Union files a grievance on such an Employee's behalf, the parties shall expedite the grievance/arbitration procedure. The Board of Adjustment shall issue a bench decision in all such discharge cases. If the Union files a grievance, the fifteen (15) day and thirty (30) day restrictions will not begin until the date the grievance procedure is exhausted as provided herein.

The parties may initiate mediation for any dispute concerning the "No Discrimination/No Harassment" provisions of this Agreement. If they do, the grievance procedure will be held in abeyance during the mediation.

**04.03.03**    No Employee covered hereby may be discharged for refusing to cross a lawful primary picket line established by a Local Union of an International Union affiliated with the Local Building Trades Council that covers the geographical area of the picket line, Building and Construction Trades Department of the AFL-CIO or a Local Union thereof or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America or a Local Union thereof; provided, however, if the picketing or picket line is disapproved by the Unions affiliated with the Heavy and Highway Committee including the District Council of Ironworkers, International Association of Bridge, Structural and Ornamental Iron Workers and Piledrivers, Bridge Wharf and Dock Builders, the Union shall not recognize it. The Heavy and Highway Committee shall approve or disapprove the picket or picketing within twenty-four (24) hours of notification by the Individual Employer, during which period of the time, the Employees covered by this Agreement shall continue to work. This provision shall not apply to a jurisdictional picket line. However, an Employee of an Individual Employer who refuses to report to the job or project of an Individual Employer and perform his/her work for the Individual Employer when directed to do so by the Union under the provisions of 03.07.01 may be discharged by his Individual Employer. Such discharged Employee may register in any Job Placement Center, but he/she shall be ineligible for dispatch until the sixtieth (60th) day after the date of his/her discharge.

**04.04.00    *Owner-Operator.*** Whenever "Owner-Operator" is used in this Section, it means Operating Engineer Equipment Operator-Employee only and does not apply to a Heavy Duty Repairman/Welder or a Lubrication and Service Engineer or equipment (generators, welding machines, fixed drills, lathes, pickup trucks, grease trucks, lube trucks or trucks and trailers) used by them or either of them and necessary or advisable for the performance of any work of a Heavy Duty Repairman/Welder or Lubrication and Service Engineer. With respect to the classifications and equipment above excluded from this Owner-Operator clause, no such equipment shall be used on any job or project if such equipment is owned, rented, or leased by the Employee using such equipment or by a member of his immediate family.

**04.04.01**    This Section shall only apply to an Owner-Operator who has legal or equitable title to his or her equipment and who personally operates that equipment in the performance of his or her work.

**04.04.02**    This Section shall not apply to any other form of business entity, partnerships, limited partnerships, corporations, joint ventures, etc.

**04.04.03**    Any other business entity shall be subject to Section 05.00.00 *APPLICATION TO SUBCONTRACTORS.*

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***04.04.04*** Any Owner-Operator who is a member of the Union in good standing and who possesses a valid contractor's license shall have the option of electing, in writing, not to be placed on the Individual Employer's payroll. If the Owner-Operator elects not to go on the payroll, the Individual Employer shall pay into the Pensioned Health and Welfare and Affirmative Action Trust Funds at the required contribution rates. The Individual Employer shall notify the Union of the option selected. Each of the Funds agrees to defend the legality of this Subsection in any action to which it is a party. Each of the parties to this Agreement specifically agrees to join in the defense of any action brought by any person or entity claiming that this Subsection is unlawful.

***04.04.05*** Any Owner-Operator who is not a member in good standing of the Union shall be on the payroll of the Individual Employer with full fringes being paid from the first (1st) day of employment.

***04.04.06*** The Individual Employer may not circumvent the provisions of this Section by utilizing Section 05.00.00, *APPLICATION TO SUBCONTRACTORS,* to subcontract to operators of individually-owned and manned pieces of equipment. In the event that occurs, the Individual Employer shall be liable for full fringes plus twenty-five percent (25%).

***04.04.07*** Owner-Operators shall not be subject to the provisions of Sections 04.06.00 through 04.12.00 or be considered an Employee for the purposes of 04.10.24[ii] of the Job Placement Regulations of this Agreement, provided the Job Placement Center servicing the job or project shall be notified of the name, address and Social Security Number of the Owner-Operator within twenty-four (24) hours after the Owner-Operator reports for work regardless of how long he works.

***04.04.08*** In the event an Individual Employer has failed to notify the Job Placement Center servicing the job or project of the name, address and Social Security Number of the Owner-Operator within twenty-four (24) hours after the Owner-Operator has reported for work to said Individual Employer, and said Individual Employer is subsequently found by audit or otherwise to have violated any of the Owner-Operator provisions of Section 04.00.00 resulting in the failure to pay wages and/or fringes under this Agreement, such Individual Employer's liability under Section 18.04.00 shall be for the payment of an amount equal to the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%). Such liability shall be for not more than the sixty (60)-day period prior to written notification by the Union to the Individual Employer and Employer notwithstanding any other provision of said Section 18.04.00. Provided, however, if said Individual Employer can establish from records maintained in the normal course of business that the Job Placement Center has received the required twenty-four (24)-hour notice and is subsequently found to be in violation, the Individual Employer's liability for payment under Section 18.04.00 shall be limited to fringe benefits only for not more than the sixty (60)-day period prior to written notification by the Union to the Individual Employer and the Employer. Of the liquidated damages provided for in this Section, an amount equal to the amount of the fringe benefits, if any, that should have been paid but were not, shall be credited to the Owner-Operator; the balance shall be paid into the Operating Engineers' Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund.

***04.04.09*** The Individual Employer who utilizes an Owner-Operator shall provide, upon the request of any authorized agent of the Union, copies or original records made reflecting the hours worked, equipment used, and payments made by the Individual Employer to the Owner-Operator and on the Owner-Operator's behalf.

***04.04.10*** The Individual Employer expressly reserves the right to control the details of the manner, time and means by which the Owner-Operator performs his/her services, as well as the ends to be accomplished, and shall be the sole judge of the capability of the Owner-Operator's equipment to perform the work required to be performed, and may, if the Individual Employer determined that the Owner-Operator's equipment is not capable of performing the work required to be performed, terminate such Owner-Operator's services. Failure to work the day or half-day out as directed shall terminate the Owner-Operator's employment, and he shall be paid only for actual time worked prior to such failure. The Individual Employer shall not pay for time spent by the Owner-Operator in repairing, servicing or maintaining his equipment after termination of employment, or before or after his shift, as the case may be.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

*04.04.11*    Any Owner-Operator who employs Operating Engineers under a subcontract with an Individual Employer signatory to a collective bargaining agreement with the Union shall comply with the terms of Section 05.00.00.

*04.04.12*    If an Owner-Operator who meets the criteria set forth in 04.04.04 above elects not to go on the payroll of the Individual Employer, the parties agree that the Owner-Operator shall be compensated in an amount equal to the total hourly compensation rate that would have been paid an Employee of the Individual Employer performing similar work plus a reasonable rate for rental of the Owner-Operator's equipment. For the purpose of this provision, the total hourly compensation rate referenced above shall include the applicable wage rate plus the amount that would have been contributed on an Employee's behalf to the Pension Trust Fund, Health and Welfare Trust Fund and Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund.

*04.04.13*    Any Owner-Operator who has elected to go on the payroll of the Individual Employer shall be governed by the terms of this Agreement as written, and each such Owner-Operator must specifically waive any claim of exemption from any provision of said Agreement based upon an assertion of independent contractor status. Any Owner-Operator member who elects to not go on the payroll must waive any claim of Employee status and rights under 29 United States Code 157.

*04.04.14*    Compensation for the equipment shall be by check for the full amount due, less any agreed advances. A statement of any charges by the Individual Employer shall be issued at the same time.

*04.04.15*    The Owner-Operator shall provide and have sole responsibility for fuel, oil, grease, tires, tubes, repairs, and any other items necessary to operate his equipment. He/she shall have complete freedom to purchase any such items at any place where efficient service and satisfactory products can be obtained at the most favorable prices.

*04.04.16*    There shall be no interest or handling charge on earned money advanced prior to the regular payday.

*04.04.17*    The provisions of this Section have been negotiated and agreed upon by and between the parties for the objects and purposes expressed in 04.04.19. The parties have not undertaken to negotiate for the Owner-Operator-Employees any profit whatsoever for the leasing and rental of the equipment they operate. On the contrary, compensation for the equipment shall be set by agreement between the Individual Employer and the Owner-Operator at a level which will not circumvent or defeat the payment of wages and fringe benefit payments and conditions of any Employee covered by this Agreement.

*04.04.18*    There shall be no reductions by reason of the signing of this Agreement where the present basis of payment is more favorable to the Owner-Operator than the basis provided for herein.

*04.04.19*    It is further mutually understood and agreed that the intent of this Section is to assure the payment of wages, subsistence and fringe benefit payments and the observance of the conditions provided in this Agreement, and to prohibit the making and carrying out of any plan, scheme or device to circumvent or defeat the payment of wages, subsistence and fringe benefit payments and the observance of the conditions provided in this Master Agreement.

*04.04.20*    It is further agreed that the Individual Employer will not devise or put into operation any scheme, whether herein enumerated or not, to defeat the terms of this Section of this Agreement, nor shall any Owner-Operator's arrangement with an Individual Employer be entered into for the purpose of depriving any other Employee of employment. In the event that the Individual Employer has available equipment on the job during the period of the repair of the Owner-Operator's equipment, and for a period not to exceed two (2) shifts and so long as no other Employee is laid off to provide work for such equipment, an Owner-Operator may be assigned to operate equipment not furnished by him, but except under such circumstances the Owner-Operator shall be exclusively assigned to the equipment furnished by him.

*04.04.21*    Reckoning of time on an Owner-Operator's last day of employment shall be as follows: All time worked during the first (1st) four (4) hours shall be reckoned by the half-shift. All time worked beyond the first four (4) consecutive hours shall be reckoned by the hour.


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***04.04.22***     Notwithstanding any other provision of this Agreement, an Owner-Operator who has worked as an employee (or as an Employee) shall be subject to 04.02.00 after seven (7) days' employment by the Employer and/or one (1) or more Individual Employers. No Owner-Operator shall have any right to enforce this Agreement by grievance, arbitration or otherwise until he has been placed on the payroll of an Individual Employer as an Employee.

***05.00.00***     ***APPLICATION TO SUBCONTRACTORS***

***05.01.00***     The purpose and intent of this Section is to preserve and protect employment opportunities and terms and conditions of employment of all Employees covered by this Agreement to the maximum extent permitted by law.

***05.02.00***     No on-site work covered by this Agreement which historically has been performed by the Individual Employer, or by the industry if the Individual Employer has no such history, on the site of a job or project shall be performed off the site of a job or project.

***05.03.00***     ***Definition of Subcontractor.*** A Subcontractor is defined as any person (other than an Employee covered by this Agreement or an individual Owner-Operator [unless Owner-Operator is employing Employees]), firm or corporation who agrees orally or in writing, to perform, or who in fact performs for, or on behalf of, an Individual Employer, any part or portion of the work covered by this Agreement as defined in Section 02.05.00.

***05.04.00***     ***On-Site Work.*** With respect to on-site work covered by this Agreement, that is, work done or to be done at the site of the construction, alteration, painting or repair of a building, structure or other work:

***05.04.01***     The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any Subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any on-site work covered by this Agreement, and said Subcontractor with respect to such on-site work shall be considered the same as an Individual Employer covered hereby.

***05.04.02***     That if an Individual Employer shall subcontract on-site work as herein defined in Section 02.05.00, such Subcontractor shall state in writing that such Subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement in the performance of his/her subcontract and agrees to execute a subcontracting terms and conditions Agreement as provided in Attachment "A" of this Agreement.

***05.04.03***     Subsections 05.04.01 and 05.04.02 shall not apply to Subcontractors who perform landscape work, wood fencing, wood retaining walls, slurry seal, striping, hydro seeders, straw blowing, silt fencing and/or hay baling if the Non-Signatory Subcontractor who performs such work submits a bid which is more than twenty percent (20%) lower than a signatory Subcontractor's bid or no Signatory Subcontractor submits a bid. This provision is applicable only if the Individual Employer solicits bids from Signatory Subcontractors.

***05.05.00***     Regardless of anything in this Agreement to the contrary, no on-site work covered by this Agreement of a Heavy Duty Repairman or a Lubrication or Service Engineer or an Employee who operates or maintains the following equipment ––– generators or welding machines or uses in the performance of his work fixed drills, lathes, pickup trucks, grease trucks, lube trucks and trailers or any or all of them —— will be subcontracted to any person or Individual if such person or individual performs any such work.

***05.06.00***     The Individual Employer shall provide a list of Subcontractors who will perform unit work under this Agreement as set forth in Section 02.05.00 where the subcontract amount is over $25,000. Notice at a pre-job conference will satisfy the requirements of this Section. Furthermore, the Individual Employer shall provide written notice prior to the commencement of work by the Subcontractor of any such subcontract entered into subsequent to a pre-job conference with a Subcontractor who will perform unit work under this Agreement as set forth in Section 02.05.00. Any Individual Employer who has given such notice and requires the subcontractor to agree to comply with and observe the provisions of Subsection 05.04.00 hereof with respect to the jobsite work shall not be liable for any delinquency by such Subcontractor in the payment of any wages, fringe benefits or contributions provided herein except as hereinafter provided.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

**05.06.01**     In the event the Union questions compliance by a Subcontractor with the provisions of this Section, the Union shall so notify the Employer, the Individual Employer and Subcontractor in writing, and the Subcontractor shall furnish to the Union within fifteen (15) days, a written itemized record of all pertinent information. Additionally, where itemized payroll records are required for submission to public contractor agencies on behalf of Subcontractors, the Subcontractors shall furnish copies of such submission to the Union upon written request. If the Subcontractor refuses, the Individual Employer shall cause the Subcontractor to supply the information. The provisions of this Section shall not be applicable if the Subcontractor is an Individual Employer signatory to this Agreement.

**05.06.02**     If any Subcontractor shall become delinquent in the payment or meeting of the obligations set forth in 05.00.00, the Union shall promptly give written notice thereof to the Individual Employer and Subcontractor specifying the nature and amount of such delinquency as nearly as can be ascertained. If such notice is given, the Individual Employer shall withhold the amount claimed to be delinquent out of any sums due and owing by the Individual Employer to such Subcontractor and shall pay and satisfy therefrom the amount of such delinquency by such subcontractor. Any dispute as to the existence or amount of such delinquency shall be settled as provided in Section 18.00.00 hereof and if the Subcontractor is found in violation, the Individual Employer shall be obligated to pay the amount determined to be due, including liquidated damages as described above, out of the money so withheld from the Subcontractor, into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

**05.06.03**     The Individual Employer shall not be liable for any such delinquency when in compliance with Section 05.04.02.

**05.07.00**     Unless a Subcontractor is an Individual Employer signatory to this Agreement, the subcontracting Terms and Conditions Agreement required by 05.04.02 shall not cover any other jobs or projects of the Subcontractor, and the application of the subcontracting Terms and Conditions Agreement to the Subcontractor pursuant to these provisions shall terminate contemporaneously with the termination of such subcontract with the Individual Employer.

**05.08.00**     In the event bid specifications contain MBE/DBE/WBE/DVBE requirements, upon request, the Union will meet with the Individual Employer with the primary intent of assisting the Individual Employer in fulfilling the legal requirements of said bid specifications.

**06.00.00     WORKING RULES**

**06.01.00**     Five consecutive days of eight (8) consecutive hours (exclusive of meal period) for single or first shift Employees, and seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for second shift Employees, and seven (7) consecutive hours (exclusive of meal period) for third shift Employees, Monday through Friday inclusive, shall constitute a week's work.

**06.01.01     Four (4) by Ten (10) Workweek.** To the extent permitted by law, an Individual Employer, may establish a four (4) by ten (10) hour workweek, Monday through Friday, provided all other crafts employed by the Individual Employer on the job are performing work on the same basis. It is further provided, however, that the normal workweek under this provision shall be Monday through Thursday, unless bid specifications require otherwise, and any modification of said Monday through Thursday workweek is established prior to starting the job or project. In the event that work cannot be performed Monday through Friday because of inclement weather shut down, a holiday or major mechanical breakdown or shortage of materials beyond the control of the Individual Employer, Friday or Saturday may be scheduled as a workday and Employees paid at the applicable straight-time rate. Overtime shall be paid as provided in this Agreement except that overtime shall be paid for all work performed over ten (10) hours or before a shift begins. The overtime provisions of this Agreement applicable to Saturdays, Sundays and holidays shall apply to this Section. On shift work, i.e.; a two (2)-shift operation, the provisions of this Agreement applicable to shift work shall apply consistent with the ten (10)-hour day.

**Plants and Shops.** To the extent permitted by law, a four (4) by ten (10) hour workweek may apply to plants or shops, Monday through Friday upon mutual agreement of a majority of Employees at each plant or shop, the Individual Employer and the Union.

35


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

The workweek may commence on Monday and Tuesday unless otherwise agreed to by the Employees, the Individual Employer and the Union. Any four (4) by ten (10) hour workweek established shall be four (4) consecutive days.

**06.01.02   *Monday through Saturday.*** To the extent permitted by law, Saturday work may be performed at straight-time rates in the event of time lost during the workweek due to one or more of the following conditions: inclement weather, major mechanical breakdown or shortage of materials beyond the control of the Individual Employer, provided the total straight-time hours worked by any Employee in any one (1) week including Saturday make-up work, shall not exceed forty (40) hours. Saturday make-up work shall be performed on a voluntary basis only, and no Employee shall be discharged or otherwise disciplined for his/her refusal to perform such work.

**06.01.03**   The above Section shall not apply when working in conjunction with and/or in support of another craft employed by the Individual Employer and receiving overtime for Saturday work. Where such other craft is receiving overtime, the Employees covered by this Agreement shall be compensated on the same basis.

**06.02.00**   Not less than one-half (1/2) of a shift or a full shift from May1st through October 31st and not less than one-half (1/2) of a shift, three-quarters (3/4) of a shift or a full shift from November 1st through April 30th at the applicable rate shall be paid for the work performed on any one (1) shift subject to Section 06.22.00 of this Section. However, on the first (1st) day of employment; on jobs of less than one (1) day's duration; on the last day of the job; and on any day that the work on a job or project is suspended on account of weather conditions, by written order of the Contracting Authority, or by any Governmental agency having the authority to suspend the work, by the unavailability of fuel, power or water, and on days on which there is a major mechanical breakdown (i.e., Employees directly affected by such break-down), not less than four (4) hours at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

**06.03.00   *Reckoning of Time.*** Straight-time hours of employment shall be reckoned by the half (1/2) shift and the full shift from May 1st through October 31st and by the half (1/2) shift, three-quarters (3/4) shift and the full shift from November 1st through April 30th except as otherwise provided in Section 06.02.00 above. Overtime hours of employment before and after a shift shall be reckoned by the hour and half-hour at the applicable overtime rate. Overtime on Saturdays, Sundays or holidays shall be reckoned as provided in Section 06.22.00. If an Employee quits work on his/her own, he/she shall be paid only for actual time worked.

**06.03.01**   Provided, however, in cases of emergency, Employees called out to work "the second half of the shift" during the normal straight-time hours shall receive not less than four (4) hours at the applicable overtime rate.

**06.03.02**   Employees who work on a chip seal job shall be paid not less than four (4) hours at the applicable rate. Work performed in excess of four (4) hours up to a full shift shall be reckoned by the hour.

**06.04.00**   On a single shift, eight (8) consecutive hours or ten (10) consecutive hours (exclusive of meal period) shall constitute a shift's work; the regular starting times of the single shift shall be between 5:00 a.m. and 10:00 a.m. An earlier or later starting time may be established by agreement between the Union and the Individual Employer. The Individual Employer may, by mutual agreement with the Union, stagger individual crews starting times at the Employee's regular rate of pay within the regular established starting times of this Section. There shall be no more than two (2) staggered start times on any Project and no more than one (1) hour between the staggered start times. The Individual Employer shall not engage in any scheme, device or subterfuge to circumvent Sections 06.04.01 and/or 06.14.01, including, but not limited to changing Employees from one piece of equipment to another, or from one assignment to another, moving equipment and/or Employees from one work site to another, or using a different piece of equipment to perform the work.

**06.04.01**   The Heavy Duty Repairman and/or Welder performing a particular heavy duty repair assignment shall be given the first choice to perform the assignment before or after the shift.

**06.04.02   *Paving, Soil Stabilization or Pipelaying Crews only.*** The regular starting times of the single shift shall be between 5:00 a.m. and 10:00 a.m.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**06.04.03     *Special Single Shift*.** When the Individual Employer produces evidence in writing to the Union of a bona fide job requirement for a public agency or a public utility which certifies that some or all of the work can only be done other than during the normal shift hours, and notifies the Union during the pre-job conference or by FAX, E-MAIL, or certified mail at least three (3) days before the start of such special shift (except in the case of emergency), the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift) (exclusive of meal period), Monday through Friday. Effective June 29, 2020, the current Special Single and Second Shift Rates shall each increase by one dollar ($1.00).

Such shift shall be in accordance with the provisions of Section 06.02.00.

1.   Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that working conditions would be unsafe for Employees, or counter-productive to the performance of work, the special single shift may commence on Sunday with double (2) time to be paid from 8:00 p.m. Saturday up to and including 8:00 p.m. Sunday and the applicable straight-time rate paid from 8:00 p.m. Sunday until completion of the eight(8)-hour special single shift. If Sunday is the first day of the workweek as provided herein, all hours worked between 8:00 p.m. Friday and 8:00 p.m. Saturday shall be paid at time and one-half (1-1/2).

2.   Flexible starting times shall be permitted for crews on a special single shift whenever an Operating Engineer Foreman is employed on the special single shift.

**06.04.04**     Employee's straight-time rate shall be the applicable wage rate set forth in 01.03.00, 01.03.01, 01.03.02, 01.03.03, 01.03.06 and 01.04.00 for Special Single Shift work.

**06.04.05**     For the purposes of this Section Saturday shall begin at the close of the regularly established shift on Friday.

**06.04.06     *Special Service and Maintenance Shift.*** Upon written notice to the Union, an Individual Employer may initiate a special service and maintenance shift (not to include heavy duty repair) other than during the normal shift hours. The Employees' straight-time wage rate for all work on such special service and maintenance shift shall be the applicable wage rate set forth in Group 4 of this Agreement. For the purpose of this Section, changing filters and belts and making minor adjustments are not considered to be heavy duty repair.

Once an Individual Employer has established a starting time for a special service and maintenance shift, it shall not be changed except by mutual consent of the Union and the Individual Employer.

**06.05.00**     When two (2) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the first shift, for which eight (8) hours shall be paid; and eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the second (2) shift, for which eight (8) hours shall be paid, at the Second Shift Wage Rates set forth in Section 01.03.00. Such shifts shall run consecutively. The straight-time hours for the second shift shall commence not later than three (3) hours after the end of work (either straight time or regularly scheduled overtime) on the first shift. On two-shift operations, the first shift shall have regular starting time not earlier than 6:00 a.m., and not later than 8:00 a.m. Once such two-shift operation and starting time have been established, they shall not be terminated other than on a Friday (except upon completion of the job), provided that the starting times may be changed by mutual consent. Shift hours and the applicable straight-time or overtime rate shall be paid whenever shifts are worked under the above conditions including Saturdays, Sundays and holidays.

*NOTE:* A wage rate by Group is established for second (2nd) shift. Second Shift Wage Rates for Groups 1–8A, Steel Erection and Piledriving are set forth in Sections 01.03.00, 01.03.01, 01.03.02, 01.03.06 and 01.04.00 and will be paid on the basis of eight (8) hours' work for eight (8) hours' pay.

**06.06.00**     When three (3) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), the first shift of the day shall work eight (8) consecutive hours (exclusive of meal period), for which eight (8) hours shall be paid. The second shift shall work seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid, and the third shift shall work seven (7) consecutive hours (exclusive of

37



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

meal period) for which eight (8) hours shall be paid. Such shifts shall run consecutively. The straight-time hours for the third shift shall commence not earlier than the end of work and not later than one (1) hour after the end of work (either straight time or regularly scheduled overtime) on the second shift. On three-shift operations, the first shift of the day and of the workweek shall start at 8:00 a.m. Monday, and such workweek shall end with the closing of the third or graveyard shift Friday or at 8:00 a.m. Saturday, whichever is earlier, and 8:00 a.m. Monday shall be compensated for at the applicable overtime rate.

Once established, shift rate shall apply on all work thereafter, including Saturdays, Sundays and holidays. Once such three-shift operations have been established they shall not be terminated other than on a Friday (except upon completion of the job).

**06.07.00**    On a single- and two-shift operation, Saturday shall be the twenty-four-hour period commencing at 12:00 midnight Friday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Saturday shall run from the close of Friday's third or graveyard shift to 8:00 a.m. Sunday.

**06.07.01**    On a single- and two-shift operation, Sunday shall be the twenty-four-hour period commencing at 12:00 midnight Saturday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Sunday shall run from 8:00 a.m. Sunday to 8:00 a.m. Monday.

**06.07.02**    The straight-time starting time for Employees on each shift shall be the same for all Employees employed on that shift.

**06.08.00**    On "multiple-shift operations" (a two[2]- and/or three[3]- shift job), in addition to the two and/or three shifts, a single shift of eight (8) consecutive hours (exclusive of meal period) may be established, provided it is for five (5) or more consecutive days and has its own Operating Engineer Foreman where required, or if a Foreman is not required, is under separate supervision and further provided that on a two- or three-shift job such single shift is not related to and is not in conjunction with the work on the two- or three-shift operation. The regular starting time of such single shift shall be between 6:00 a.m. and 8:00 a.m.; provided, however, once such starting time has been established on a job or project, it shall not be changed except by mutual consent of the Union and the Individual Employer.

**06.09.00**    In the case of a multiple-shift operation, in no event shall the number of Employees on a second (2nd) or third (3rd) shift exceed the number of Employees on the first (1st) shift by more than fifty percent (50%). The foregoing may be modified by mutual agreement of the Union and an Individual Employer.

**06.10.00**    On multiple-shift operations, no shift shall work more than ten (10) hours, except in the event of an on-the-job emergency.

**06.11.00**    No single-shift Employee shall relieve a multiple-shift Employee, and no multiple-shift Employee shall relieve a single-shift Employee.

**06.12.00**    In the case of a multiple-shift operation, the Individual Employer will endeavor to fairly distribute overtime work on Saturdays, Sundays or holidays.

**06.13.00**    For the purposes of establishing shift operations, the Employees of the Individual Employer and the Employees of any Subcontractor or other Individual Employer shall be considered separately.

**06.14.00**    No Employee shall work more than one (1) shift at straight time in any consecutive twenty-four (24) hours. No arrangement of shifts shall be permitted that prevents any Employee from securing eight (8) consecutive hours of rest in any consecutive twenty-four (24) hours. Such twenty-four (24) hours shall be computed from the start of the Employee's assigned shift.

**06.14.01**    Where there is equipment to be operated on a single-shift operation before the single shift begins or after it ends, or on a Saturday, a Sunday or a holiday, the Operating Engineer who regularly operates the particular piece of equipment shall be given first choice to perform the work, for not to exceed twelve (12) hours except in an emergency, and if an Assistant to Engineer is required, the Assistant to Engineer who is regularly assigned to the particular piece of equipment shall be given first choice to perform the work.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**06.15.00**    Where in any locality existing traffic conditions, weather conditions or power availability render it desirable to start the day shift at an earlier or later hour, such starting time may be set by mutual written agreement of the Individual Employer and the Union. Such different starting time may not be terminated except on a Friday or upon completion of the job.

**06.16.00**    If a breakdown occurs on equipment operated by Employees covered by this Agreement, it shall be in the discretion of the Individual Employer whether the Operator and his Assistant to Engineer or other Employees shall make the repairs including routine maintenance.

**06.17.00**    The recognized established practice regarding the starting and warming up of equipment by Employees under this Agreement shall not be changed.

**06.18.00**    No Employee shall be required to work alone during the hours of darkness when performing maintenance work on equipment. This provision shall not apply to Employees servicing and/or starting equipment one (1) hour prior to the start of a shift.

**06.19.00**    *Meal Period.* There shall be a regularly scheduled meal period. The meal period shall be one-half (1/2) hour and shall be scheduled to begin not more than one-half (1/2) hour before and completed not later than one (1) hour after the mid-point of the regularly scheduled hours of work for each Employee's shift. The meal period for Mechanics, Service and Lubricating Engineers, may be scheduled to permit work at the applicable straight-time rate during the regularly scheduled meal period

**06.19.01**    If the Individual Employer requires the Employee to perform any work included in Section 02.04.00 of this Agreement through his/her scheduled meal period, the Employee shall be paid at the applicable overtime rate for such meal period and shall be afforded an opportunity to eat on the Individual Employer's time.

**06.19.02**    *Second (2nd) Meal Period.* No Employee shall be required to work continuously for more than ten (10) hours per workday without the Individual Employer providing the Employee with an uninterrupted second (2nd) thirty (30) minute meal period.

**06.19.03**    However, if an Employee works over ten (10) hours, the Individual Employer and Employee may mutually agree to waive the Employee's entitled second (2nd) meal period so long as the first meal period was taken and the Employee works not more than a total of twelve (12) hours.

**06.19.04**    Should any provision of California State Labor Code Section 512 be amended during the term of this Agreement, the parties agree to meet to address those changes in accordance with Section 03.05.00 (General Savings Clause) of this Agreement.

**06.19.05**    All disputes concerning meals and/or rest periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

**06.20.00**    *Foremen and Shifters.* No foremen or shifters shall be allowed to perform any work covered by this Agreement or operate any equipment covered by this Agreement, except as provided in the Special Provisions Concerning Foremen Other Than General Foremen, Section 21.00.00.

**06.21.00**    *Show-Up Time.* When an Employee reports on his/her shift, or when dispatched and he/she reports at the agreed time and designated place and there is no work covered by Section 02.04.00 provided for him/her by the Individual Employer, he/she shall be paid two (2) hours at the rate applicable to his/her classification at the straight-time hourly or overtime rate applicable on that day as show-up time; if the Employee is requested to stand by, and does so, and is given no work, he/she shall be paid four (4) hours' pay at the rate applying to the job or unless such Employee or applicant reported in a condition unfit to perform his/her work or unless such applicant was rejected by the Individual Employer in accordance with the provisions of the Job Placement Regulations of this Agreement, Section 04.10.39. Provided, however, if his work is suspended on account of weather conditions, the Employee shall be entitled to show-

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

up time only if he/she remains on the jobsite for two (2) hours pending abatement of such weather, unless sent home earlier by the Individual Employer. If his/her work is started, in lieu of show-up time, the Employee shall be compensated as provided in 06.02.00 and 06.03.00 of this Section. If an Employee's work is to be suspended for any reason, the Employee shall be notified at least two (2) hours before being required to report on his shift. The Employee shall keep the Individual Employer advised at all times of his/her correct address and telephone number. When the Employee has no telephone, or when the Employee cannot be reached at the number furnished to the Individual Employer, he/she shall not be entitled to show-up time in the event he/she reports on a day of inclement weather unless he has previously called the Individual Employer at the time and place designated in a notice posted on the job. The provisions of this Section shall apply also when the Employee is working under Section 13.00.00 and 14.00.00 of this Agreement. The Individual Employer and the Union may mutually agree to other and additional means of notification of Employees.

**06.22.00**    Whenever an Employee is called out to work or employed on a Saturday, Sunday or a holiday, he/she shall be paid at least four (4) hours at the applicable overtime rate unless the overtime work immediately precedes his/her regular shift and he works or is paid for the first half of his regular shift, in which case he shall be paid for the overtime actually worked by the hour and half-hour. All time worked beyond the first four (4) consecutive hours on Saturday, Sunday and holidays shall be reckoned by the hour at the applicable overtime rate. On a two-shift or three-shift job if Employees are called out to work or employed on the first shift on a Saturday, Sunday or holiday, the above shall apply but if any Employees are called out or employed to work on a second or third shift on Saturday, Sunday or holiday all shift work Employees called out or employed shall be compensated in accordance with either Section 06.05.00 or 06.06.00, as the case may be.

**06.23.00**    In the event an Employee has completed his/her regular shift and returned to his residence, and is called back to perform his/her  overtime work, such Employee shall be paid at least two (2) hours at the applicable overtime rate. In the event an Employee has not worked his/her  scheduled shift and is called out to perform overtime work, such Employee shall be paid at least four (4) hours at the applicable overtime rate.

**06.24.00**    The holidays referred to in this Agreement are as follows: New Year's Day (January 1), President's Day (3rd Monday in February), Memorial Day (last Monday in May), Independence Day (July 4), Labor Day (1st Monday in September), Thanksgiving Day (4th Thursday in November), the day after Thanksgiving Day (4th Friday in November), and Christmas Day (December 25). Holidays falling on Sunday shall be observed on the following Monday. Martin Luther King Day shall become a recognized holiday when and if the five basic crafts adopt it as a holiday.

**06.25.00**    *Overtime on All Work Covered By This Agreement in Areas 1 and 2*. The applicable overtime rates shall apply for the shift, work covered by 02.04.00, equipment, area, location and classification on Saturdays, Sundays and holidays and all time before a shift begins and after it ends.

**06.25.01**    *Overtime Areas 1 and 2 (all forty-six [46] Counties).* One and one-half (1-1/2) times the applicable straight-time hourly rate shall be paid for all work performed before a shift begins and after it ends and for all work performed on Saturdays. Double (2) the straight-time hourly rate shall be paid for all work on Sundays and holidays.

**06.25.02**    Assistants to Engineers shall be paid at the applicable overtime rate when required to "grease" or "fire up" prior to the start of the shift or after the shift has ended.

**06.25.03**    *Tide Work.* Except as provided for in Section 14.02.06, an Individual Employer who is performing tide work shall establish a starting time for the project between 5:00 a.m. and 10:00 a.m. which corresponds to the tide on the first day of the project.  All hours worked before or after the shift as established herein shall be paid at the special single shift rates set forth in 01.03.00, 01.03.01, 01.03.02, 01.03.03, 01.03.04 and 01.04.00.When an Employee is called out to work tide work, the minimum pay for such work shall be eight (8) hours at straight time as provided herein including fringe benefits. Each hour worked on Saturday shall be paid at time and one half (1-1/2) and each hour worked on Sundays and holidays shall be paid at double time. When an Employee is called out to work on Saturdays, Sundays or holidays, the applicable overtime rate shall be paid for each hour worked, and the minimum pay shall be six (6) hours at the overtime rate.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**06.26.00     *No Restrictions on Production*.** Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs or practices shall be permitted that limit production or increase the time required to do any work.

**06.27.00     *Rest Periods.*** As provided by the State of California Industrial Welfare Commission Order No. 16-2001 covering Construction operations, Employees are authorized and shall be permitted to take a total of ten (10) minutes during each four (4) hour segment of their assigned work shift for a rest period.

**06.27.01**     There shall be no formal organized rest periods during working hours and as far as practicable the break will be taken as near to the middle of each four (4) hour work segment as possible.  Rest periods shall be scheduled in a manner so as not to interfere with workflow or continuous operations and Employees shall coordinate the timing of each ten (10) minute rest break with their supervisors and fellow employees to assure the continuity of work.  Employees shall be required to remain in their respective work area, or to take their rest period in a specific area designated by the Individual Employer.

**06.27.02**     It is understood that the Employee will take his appropriate rest period unless the Individual Employer specifically directs the Employee not to take this rest break due to operational requirements.  Employees are required to notify their supervisor whenever they are unable to take their state-mandated rest periods.

**06.27.03**     If an Individual Employer fails to authorize and permit an Employee to take daily rest periods as provided herein, the Employee shall be paid a penalty wage payment equal to one (1) hour at his/her applicable hourly wage rate excluding fringe benefits for missed rest periods that day regardless of the number of missed rest periods.

**06.27.04**     All disputes concerning meals and/or rest periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

**06.28.00     *HEAT ILLNESS COOL-DOWN RECOVERY PERIOD***

**06.28.01**     A heat illness preventative cool-down recovery period shall be made available for employees working in high heat conditions in order to prevent heat illness in accordance with CAL OSHA requirements and Individual Employer standards.

**06.28.02**     If the Employee is not provided a cool-down recovery period by the Individual Employer, Employee must report it immediately to the Individual Employers onsite Supervisor and in no event no later than the end of the shift.

**06.28.03**     If an Individual Employer fails to provide an Employee a recovery period in accordance with state requirements, the Employee shall be paid a penalty wage payment equal to one (1) hour at his/her applicable hourly wage rate excluding fringe benefits for missed recovery period that day regardless of the number of missed periods.

**06.28.04**     All disputes concerning recovery periods are subject to the Grievance Procedures provided for in Section 18.00.00 and must be brought to the attention of the Employer, in writing, by the Union or Employee within fifteen (15) business days of the alleged violation. Decisions resolving disputes arising out of the Grievance Procedures shall be final and binding upon both parties.

**07.00.00     *MANNING***

**07.01.00**     The manning of equipment shall be in accordance with the provisions of Section 01.00.00 and this Section 07.00.00. In addition to the manning provisions therein contained, when an Engineer requires assistance in addition to any that must be provided for, he/she shall be assisted by an Employee covered by this Agreement (Assistant to Engineer, Deckhand or Registered Apprentice). (Refer to Section 07.10.00.)

**07.01.01**     Only an Employee covered by this Agreement shall start and warm up equipment and the recognized established practice regarding the classification of Employee used in the starting and warming up of equipment shall not be changed.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**07.01.02** Assistant to Engineer when assigned to equipment shall be under the direct supervision of the Operator at all times.

**07.02.00** *Asphalt Plant Crew.* It is agreed that the Asphalt Plant Crew shall consist of a Plant Engineer and two (2) additional Employees. The Plant Engineer shall be in charge of the entire plant. In the case of an automatic asphalt plant, the asphalt plant minimum crew shall consist of a Plant Engineer and Boxman. It is further provided that if any additional assistance is required in the asphalt plant crew, such assistance shall be performed by an Employee covered by this Agreement.

**07.03.00** *Change Rule.* An Employee may be changed between classifications and pieces of equipment provided any piece of equipment the Employee leaves is not operated except by an Employee covered by this Agreement. However, an Employee who is transferred to another piece of equipment and who is not qualified to operate that piece of equipment, shall not be discharged or laid off, but shall be returned to the equipment to which he/she was originally dispatched.

**07.03.01** The Individual Employer shall not assign an Assistant to Engineer to perform the work of an Operating Engineer. The Individual Employer may assign an Operating Engineer to perform the work of an Assistant to Engineer; provided, not currently on the payroll of the Individual Employer shall be laid off or terminated as a result of such an assignment. The foregoing shall not preclude transfers for brief emergency or relief periods, provided a replacement has been requested from the Job Placement Center serving the job or project.

**07.03.02** On building jobs, the Assistant to Engineer may for four (4) hours or less, operate the following equipment: (1) Forklift, (2) Small Rubber-Tired Tractor, (3) Bobcat. Should any assistance be required, it shall be an Employee covered by this Agreement.

**07.04.00** *Signals.* The necessity for the use of an Employee to give signals to Employees covered by this Agreement shall be determined by the Individual Employer. When used, he shall be an Assistant to Engineer, or a Registered Apprentice. (Refer to Section 07.10.00.)

**07.05.00** Whenever a person starts, stops or operates pumps over 750 GPM (except automatic electric pumps), compressors over 210 CFM (except automatic electric compressors), welding machines, or generators over 150 KW, he shall be an Employee covered by this Agreement. Any servicing and maintenance of the above equipment regardless of size, including automatic electric pumps and automatic electric compressors, shall be performed by an Employee covered by this Agreement.

**07.05.01** *Generators.* Generator/Welder House: one (1) Engineer required.

**07.05.02** *Compressors.* On compressor houses, manifold compressors or large single unit compressors (750 CFM or more) in the same location: one (1) Engineer required.

**07.06.00** On any job or project where an Employee is utilized to operate a Forklift (Group 8), or an Individual Employer employs a Heavy Duty Repairman, such Employee(s) may be utilized in lieu of one of the Employees otherwise required by Sections 07.05.00, 07.05.01 Generators and 07.05.02 Compressors. This Section 07.06.00 shall not apply to the required manning on Compressor Houses.

**07.07.00** *Field Survey Work.* The classifications herein referred to shall apply only to Employees covered hereby, regularly employed in field survey work, excluding Individual Employer, executive, administrative or supervisory personnel, professional or office engineer personnel, draftsmen, estimators, timekeepers, messengers, guards, clerical help or field office help, and excluding the use of survey instruments normally used by any other employees in the performance of their duties.

**07.07.01** Field survey work shall be that work performed by such Employees in connection with the establishment of control points governing construction operations when performed by the Individual Employer on any type of home, office or commercial building construction. "Control points governing construction operations" shall be defined as such vertical and horizontal controls as must be established in connection with site preparation work before actual construction can get underway.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

On commercial, office, or multi-storied buildings, site preparation work in connection with the establishment of control points governing construction operations on locations and elevations of fills, excavations, piles, caisson, and utilities shall be considered to be field survey work.

**07.07.02**    On all types of heavy, highway and engineering construction, when the Individual Employer is required by Contracting Authority to furnish his own field survey service or when the Individual Employer at his/her own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications set forth in Section 01.00.00.

**07.07.03**    For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

**07.07.04**    The Union will cooperate with the Individual Employer in the placing of student engineering trainees, so long as it does not materially affect the normal employment of regular Employees.

**07.07.05**    When an Instrument Man is required by the Individual Employer to work from drawings, plans or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.

**07.07.06**    A party consisting of three (3) or more Employees shall include a Chief of Party.

**07.07.07**    On a large project using several small parties and having a Chief of Party on the jobsite and in charge of the small parties, each small party shall have an Instrument Man or Chief of Party as one of the members of the small party.

**07.08.00**    *Warranty*. The maintenance and repair of equipment done at the site of construction, alteration, painting, repair or demolition of a building, structure or other work shall be performed exclusively by an Employee, or by employees covered by a collective bargaining agreement with the Union; provided, however, that if the Individual Employer has a written contract of warranty covering the equipment, work covered by such warranty may be performed at the jobsite for not more than six (6) months from purchase in the case of new equipment, or not more than thirty (30) days from purchase in the case of used equipment by persons not covered by this Agreement who are eligible to register as Class A Operating Engineers, or Class A Assistant to Engineer, under the Job Placement Regulations of this Agreement, and further provided that for non-warranty work or for work performed after the aforementioned six (6) months and thirty-day time periods all maintenance and repair work will be performed under the terms and conditions of this Agreement, except that in the event of a factory modification to be performed on the jobsite, one factory representative shall be excluded from the foregoing.

**07.08.01**    When an Individual Employer, at his/her discretion, wishes to utilize Employees covered by this Agreement to perform Soils and Materials Testing, such Employee shall be employed in accordance with the applicable classification set forth in Section 01.03.00.

**07.09.00**    *Journeyman Training*. Employees who have been, while unemployed under this Agreement, continuously registered in a California Job Placement Center or other approved Job Placement Center during the previous calendar year (registration during the calendar week following termination shall not break continuous registration) and have not refused three (3) or more dispatches during the previous calendar year and are at the time of application for training registered in a California Job Placement Center:

Training shall take place at an approved training center and such training shall be under the direction of the Operating Engineers Joint Apprenticeship Committee.

Room and board Monday through Friday, except on designated holidays as determined by the Joint Apprenticeship Committee while at the training center and the cost of training shall be paid by the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

**07.09.01**    Training shall terminate:

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

(1)  On Friday following the Employee's attaining two hundred forty (240) hours of training, except that the Employee may be allowed to train eighty (80) additional hours on the approval of the Joint Apprenticeship Committee.

(2)  A shutdown of all or part of the operations of the training center affecting the Employee's training.

(3)  Dispatch by a Job Placement Center to employment under a Collective Bargaining Agreement with the Union.

(4)  In the case of a termination under 2 or 3 above, the Employee shall be eligible for further training subject to 1 above.

**07.09.02**     This training program shall be open at such time as the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees so determine.

**07.09.03**     Employees applying for training shall be eligible for training on a first come-first trained basis to the extent of the funds made available by the Affirmative Action Trust and that the training facilities are available.

**07.09.04**     Employees requesting training must be current on dues, have worked a minimum of three hundred and fifty [350] hours for a contributing Employer during the current or previous year, pass a substance abuse test, cannot be on the good standing fund and shall request training through the Operating Engineers Local 3 JATC.

**07.09.05**     The Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees are specifically authorized to modify 07.09.00 through 07.09.04.

**07.10.00     Registered Apprentices.** The wages, rates of pay, hours of labor and the other conditions of employment of Registered Apprentices shall be and are governed entirely by the terms and conditions of this Agreement except as modified in 07.10.01 through and including 07.10.13.

**07.10.01**     The education, training and disciplining of Registered Apprentices shall be governed by the appropriate Joint Apprenticeship Committee and Standards:

(1)  Operating Engineers Apprenticeship Committee for the 46 Counties of Northern California;

(2)  Northern California Surveyors Joint Apprenticeship Committee.

**07.10.02     Apprentice Wage Rates.** The straight-time hourly rate of Operating Engineers Registered Apprentices in the Operating Engineers Apprenticeship Program shall receive the following percentage of the Group 4 rate set forth in Section 01.03.00:

$$1^{st} \text{ Period Apprentice} - 55\%$$
$$2^{nd} \text{ Period Apprentice} - 60\%$$
$$3^{rd} \text{ Period Apprentice} - 65\%$$
$$4^{th} \text{ Period Apprentice} - 70\%$$
$$5^{th} \text{ Period Apprentice} - 85\%$$

The Apprentice wage rate to be calculated at 55% of the Group 4 wage rate shall apply to the eight hundred eighty [880] hours of on-the-job training described below (1st Period).

**1st Period.** The 1st Period for the Construction Branches shall consist of twelve hundred (1,200) hours. Three hundred twenty [320] hours   of orientation training at a designated training center in the following: Apprenticeship orientation, safety, grade setting, lubrication, general maintenance, and introduction to the following categories: track-type equipment, rubber tire-type equipment, hoisting-type equipment and stationary-type equipment.

Eight hundred eighty (880) hours of the 1st Period will be on-the-job training, employed by a participating or contributing Employer.

**1st Period Surveyors.** One thousand (1,000) hours of the 1st Period will be on-the-job training, employed by a participating or contributing Employer.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

The straight-time hourly rate of Surveyors Apprentices shall be:

1st Period—— 60% of Chainman-Rodman
2nd Period —— 70% of Chainman-Rodman
3rd Period—— 80% of Chainman-Rodman
4th Period—— 90% of Chainman-Rodman
5th Period—— 100% of the wage rate applicable to the classification covering the type of work being performed.
6th Period—— 100% of the wage rate applicable to the classification covering the type of work being performed.
7th Period—— 100% of the wage rate applicable to the classification covering the type of work being performed.
8th Period—— 100% of the wage rate applicable to the classification covering the type of work being performed.

***07.10.03***        Applicants selected for Apprenticeship by the Joint Apprenticeship Committee may request evaluation by the appropriate Joint Apprenticeship Committee to receive credit which may be applicable for past experience.

The Joint Apprenticeship Committee may determine through evaluation whether the Apprentice shall be a First through Fifth Period Apprentice and shall be paid the appropriate percentage as set forth in Section 07.10.12."

Surveyor Apprentices shall be evaluated and receive the wage scale of the proper wage schedule as determined by the application of the proper percentage of the appropriate classification for the period of training and the work performed, all as determined by the NCS-JAC.

***07.10.04***        Apprentice manning shall be in conformance with the schedule as set forth in this Agreement.

**A.**       ***PRIVATE WORK***: A qualified Individual  Employer shall employ one (1) Apprentice when at least nine (9) Journeymen are regularly employed. Individual Employers may utilize a one to one (1:1) Apprentice to Journeyman ratio up to a maximum of four [4] Apprentices. After nine [9] Journeymen, Individual Employer may employ one [1] Apprentice for each additional two [2] Journeymen Employees hired.  The following exempt Employees will not be considered Journeyman Operating Engineers in determining the number of Journeyman Operating Engineers employed for the purposes of this paragraph.

Exempt Employees include:

1.    Foremen not operating equipment or working with the tools of the trade and/or Superintendent
2.    Assistant Engineers
3.    Preferred List Journeymen
4.    Journeymen working outside the 46 Counties
5.    Employees not Journeymen Operating Engineers (i.e. office employees)
6.    Apprentices
7.    Journeymen not performing covered work (i.e. training, supplemental related training, Estimators, Exempt Code 7)
8.    Owner-Operators

Notwithstanding the other provisions of this paragraph, the Individual Employer shall comply with the California Labor Code when performing publicly-funded work.

**B.**       ***PUBLIC WORKS***: On public works projects, the Individual Employer agrees to comply with the State law for apprenticeship manning requirements as provided by the Division of Apprenticeship Standards.

***Ratio 1:1 Public Works***: A qualified Individual Employer may employ one (1) Apprentice when at least one   (1) Journeyman is regularly employed. When four (4) Journeyman Operators are employed on a Project for a particular Individual Employer, the next Employee hired to perform Operators work, must be an Apprentice and this ratio will be continued for every four (4) additional Operators being employed on the Project. If the Union is unable to fill the Apprentice dispatch request and the Individual Employer has made a written dispatch request for an Apprentice on a Project, the Individual Employer shall be relieved of this ratio obligation, until an Apprentice becomes available for dispatch.

45



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**C.**     The Joint Apprenticeship Committee established by the parties to this Agreement shall have the responsibility for establishing a referral procedure for Apprentices in conformance with the training standards. The Union shall dispatch all Apprentices in accordance with the procedure established by the Joint Apprenticeship Committee. The cost of dispatching Apprentices shall be borne entirely by the Joint Apprenticeship Trust.

**07.10.05     *Apprentice Manning Non-Compliance.***  In the event a Union Representative or Apprentice Coordinator of the Union determines that an Individual Employer currently has no Registered Apprentice(s) employed or less than the number required, the Union Representative or Apprentice Coordinator shall notify the Employer and the Individual Employer in writing of the non-compliance and indicate that the Union has apprentices available for dispatch. The Individual Employer will have ten (10) working days to comply after receipt of notice if the Union has apprentices available for dispatch.  The Union Representative or Apprentice Coordinator shall meet with the Individual Employer during the ten (10) working day period.  Failure to comply within ten (10) working days shall subject the Individual Employer to a penalty of four hundred dollars ($400) per work day (from the date written notice was received) for each day of non-compliance, up to a maximum of ten (10) days. Penalties shall be paid to the Operating Engineers' Affirmative Action Trust Fund.

**07.10.06     *Apprentice Manning Oversight Panel*.**  The parties recognize that some Individual Employers may not be able to provide safe, meaningful training for Apprentices. Further, there may be violations or disputes under these provisions that will require review and action. Therefore, an Apprentice Manning Oversight Panel is established for the purpose of considering the following:

| | | |
|---|---|---|
| | 1) | If safe apprentice training is not available |
| | 2) | If meaningful apprentice training is not available |
| | 3) | Deviations from these apprentice manning provisions |
| | 4) | Interpretations of these apprentice provisions |
| | 5) | Individual Employer compliance |
| | 6) | Individual Employer extensions |
| | 7) | Categorical work-style exemptions (i.e. sweepers, grinders, pumpers, etc.) |

The Apprentice Manning Oversight Panel shall consist of two (2) representatives of the Union and two (2) representatives of the Employer. A minimum of one (1) Employer representative shall serve on any issue relating to one of its Individual Employers. The Apprentice Manning Oversight Panel shall be empowered with the same powers of resolution provided to a panel convened for grievances with a specific and exclusive focus on apprenticeship manning and dispatch. No employment related matters for individual Employees may be presented to the Oversight Panel. If the Oversight Panel is unable to resolve questions of interpretation or issues other than safe meaningful training, said matters shall be subject to Section 18.00.00 "Grievance Procedure." The provisions of this paragraph shall apply to all Employers. All decisions of the Apprentice Manning Oversight Panel shall be in writing and distributed to all Individual Employers.

**07.10.07**     When such Registered Apprentice completes the total apprenticeship training, such Registered Apprentice may return as a Journeyman to any Individual Employer for whom he/she has previously worked if the Individual Employer so requests him/her and if no Journeyman is laid off or replaced by the employment of such Employee. The employment of the Journeyman as outlined above shall be in compliance with the Job Placement Regulations.

**07.10.08**     A Registered Apprentice may be assigned (subject to the control of the Joint Apprenticeship Committee) to operate equipment or perform work covered by this Agreement, provided that the Registered Apprentice is under the supervision of a Journeyman. The utilization of Registered Apprentices to operate equipment or perform work shall be in accordance with approved Apprenticeship Standards.

**07.10.09**     In the event there are no Assistant to Engineers or Preferred Classification Employees registered or available for work in an Assistant to Engineer classification, a Registered Apprentice shall be dispatched in lieu thereof. However, when so employed, the Registered Apprentice shall receive the applicable Registered Apprentice rate or the applicable  Assistant to Engineer rate, whichever is greater; provided, however, a Registered Apprentice being utilized as an Assistant to Engineer is subject to the provisions set forth in Section 04.10.06(b) of the Job Placement Regulations.

46

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**07.10.10**      *Selection Procedures.* All Apprentice applicants entering the Apprenticeship Program shall be subject to the Selection Procedures in the Apprenticeship Standards of the Joint Apprenticeship Committee for Operating Engineers for the 46 Northern Counties in California.

**07.10.11**      *Orientation Training*. All Apprentices entering the Apprenticeship program shall receive orientation training at a designated training center pursuant to a curriculum developed by the Joint Apprenticeship Committee. Such participation in the Orientation Training shall be at the discretion of the Joint Apprenticeship Committee.

**07.10.12**      The Apprentice manning requirements set forth in 07.10.04 are not mandatory when they apply to permanent plants producing rock, sand and aggregates of all kinds, concrete (excluding cement), asphalt and macadam where such plants are in competition with like plants not covered by the Master Agreement.

**07.10.13.**  1.      An Individual Employer, who has employed an apprentice for at least six months during the apprentice's fourth period, shall receive apprentice manning credit for all of the Employee's work for the Individual Employer as a journeyperson during the twelve (12) months immediately following the date the Employee obtains journeyperson status.

2.      An Individual Employer shall receive apprentice manning credit for each hour of an apprentice's Supplemental Related Training ("SRT") increment if the Individual Employer employs the apprentice during three (3) of the six (6) months immediately following the apprentice's SRT increment.

3.      All work of an Advanced Apprentice will count as apprentice manning credit for the Individual Employer's apprentice manning obligations under the applicable provisions of this Agreement.

**08.00.00**      *SUPPLEMENTARY WORKING CONDITIONS*

**08.01.00**      *Tools.* The Individual Employer shall provide on each jobsite a secure place where his Heavy Duty Repairman may keep his tools. If all or any part of a Heavy Duty Repairman's kit of working tools is lost by reason of the failure of the Individual Employer to provide such a secure place, or by fire, flood, or theft involving forcible entry while in the secure place designated by the Individual Employer, the Individual Employer shall reimburse such Heavy Duty Repairman for any such loss from a minimum of one hundred dollars ($100.00) to a maximum of twenty-five thousand dollars ($25,000.00). In order to obtain the benefits of this paragraph, a Heavy Duty Repairman must provide the Individual Employer with an inventory of his/her tools at the time he commences work and updated inventory whenever the Heavy Duty Repairman acquires additional tools.

**08.01.01**      Heavy Duty Repairmen shall furnish their own hand tools, but special tools shall be furnished by the Individual Employer as needed, such as: pin presses, spanner wrenches, air or electric wrenches, testing and measuring devices other than a hand rule, gear and bearing pullers, electric drills, reamers, taps and dies, oxy-acetylene hoses, gauges, torches and tips, torque wrenches, twenty-four-inch (24") pipe wrenches or socket wrenches, and sockets requiring over three-quarter-inch (3/4") drive, box-end wrenches over 1" and open-end wrenches over 1". Heavy Duty Repairmen and/or the Registered Apprentices shall be entitled to a tool pick-up time before the end of each shift, which shall not be less than five (5) minutes or more than fifteen (15) minutes.

**08.02.00**      *Transportation.* No Employee covered by this Agreement shall, as a condition of employment, furnish transportation within the jobsite or between jobsites, or from yard to jobsite for transportation of Employees or tools or equipment or for any other purpose.

**08.02.01**      When the Individual Employer transports Employees from yard to jobsite, or within jobsite, or to power lines or pipelines, he/she shall provide safe and suitable transportation.

**08.02.02**      When the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, or no parking facilities are provided within a five-minute walk from where the Employees' work is being performed, the Individual Employer shall transport the Employees to and from where the Employees' work is to be performed, and such transport shall be one-half on the Individual Employer's time and one-half on the Employees' time.


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**08.02.03**     Where free parking is not available, parking places or parking facilities will be provided by the Individual Employer for the Employees at no cost to the Employees. If the Employee must pay for parking the Individual Employer shall reimburse the Employee for each parking expenditure; provided, however, the Individual Employer may require the submission of dated and signed receipts. Such receipts may be turned in weekly or on termination of employment whichever is sooner.

**08.02.04**     The transportation, by means of its own power, of equipment and the loading and unloading of equipment of the type or kind operated by Employees covered by this Agreement shall be performed by Employees covered by this Agreement.

**08.03.00**     *Facilities.* The Individual Employer agrees to furnish suitable shelter and protection to protect the Employees from falling material and from the elements (including, but not limited to, dust, heat, rain and cold).

**08.03.01**     On all jobs, clean drinking facilities and cool water shall be provided the Employees by the Individual Employer.

**08.03.02**     Suitable, adequate and sanitary toilet facilities shall be provided on all jobs.

**08.04.00**     *Employee Bonds.* No Employee shall be required by Employer or any Individual Employer to deposit a cash bond with the Employer or the Individual Employer or any other person. In the event that a surety bond is so required, the Employer or the Individual Employer shall pay the premium upon said bond.

**09.00.00**     *SERVICING OTHER CRAFTS*

**09.01.00**     Employees on a particular project and assigned to work with a craft or crafts temporarily shall not be entitled to any of the conditions of the craft or crafts. "Temporarily" shall be interpreted as meaning any work performed in a single day of four (4) hours or less.

**09.02.00**     When Employees covered by this Agreement are employed on a job or project where another craft or crafts work a shorter day or shorter week, such Employees affected shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

**09.03.00**     When Employees perform work covered by this Agreement in support of another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

**09.04.00**     Combination mixer and compressor operator on gunite work shall be classed as servicing a Specialty craft or crafts.

**10.00.00**     *ADDITIONAL RESPONSIBILITY*

**10.01.00**     *Working Leadman.* When an Individual Employer employs more than one (1) Heavy Duty Repairman and less than five (5) Heavy Duty Repairmen on any shift, and if a Heavy Duty Master Mechanic or Heavy Duty Repairman Foreman is not employed on such shift, then in lieu of such supervision one (1) Heavy Duty Repairman shall be a working Leadman and his straight-time hourly wage rate shall be that of Group 4, set out in Section 01.03.00 plus fifty cents ($.50) per hour.

**10.02.00**     *Payment of Wages.* Each Employee shall be paid his/her wages in full each week promptly after the close of his shift on payday and on the jobsite. The wages of Employees, who are terminated, shall be due and payable in full at the time of termination. Employees quitting or resigning shall be paid in accordance with the laws of the State of California. Accompanying each payment of wages shall be a separate statement identifying the Individual Employer, and showing the total earnings, the amount of each deduction, the purpose thereof and net earnings. An Individual Employer may pay Employees utilizing direct deposit, as provided under California law. Payment by direct deposit shall be at the Employee's option and not as a condition of employment. Final compensation shall be paid by check.

**10.02.01**     Habitual violations of this Section will subject the Individual Employer to penalties as may be determined by the Board of Adjustment.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**10.03.00**     ***Work at More Than One Rate.*** If more than one (1) straight-time hourly rate is applicable to the work performed by an Employee during his/her regular shift or on overtime, his pay shall be computed at the highest straight-time hourly rate, or overtime as the case may be, applicable to the work, equipment, area, location and classification for the full shift and for all the overtime due in any workday, Saturday, Sunday or holiday, provided, however, that the Employee works a minimum of two (2) hours at the higher straight-time hourly rate of pay.

**10.03.01**     No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another employer association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of the execution of this Agreement.

**10.03.02**     No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another Employer Association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of such Association becoming an Employer or his/her Employer becoming an Individual Employer and the Employee becoming an Employee hereunder.

**11.00.00**     ***SUBSISTENCE AND TRAVEL, RENTED EQUIPMENT***

**11.01.00**     On any job, location or project located more than thirty-five (35) miles from the permanent yard of the Individual Employer, Operating Engineers employed by an Individual Employer who is regularly engaged in the business of renting hoisting equipment (except cranes), gradalls, truck-mounted pavement breakers, or truck-mounted earth augers, on a fully operated basis, shall receive in addition to their regular and overtime wages a daily subsistence as follows:

Effective June 16, 1998— $20.00

**11.01.01**     Any mobile crane rental work to be performed on a fully operated basis shall be performed under the wage rates, fringe benefit rates and all other terms and conditions of the existing Master Agreement for Equipment Rental. The inclusion of the word "mobile" to 11.01.00 shall apply until July 1, 2021. Should either party to this Agreement desire to continue to limit Section 11.01.01 to "mobile" crane rental work beyond July 1, 2021, the parties agree to meet and negotiate upon request and place any agreed upon language in a Side Letter.

**11.01.02**     Within thirty (30) days of the execution of this Agreement, any such Individual Employer having more than one (1) yard shall notify the Union, in writing, of the location of his permanent yard, or permanent yards. Such locations can be changed once each year by giving written notice to the Union. Such payments for subsistence shall be excluded from the wages of the Employee for the purpose of the Fair Labor Standards Act.

**11.01.03**     No subsistence shall be paid on any job when the Employee's time starts and ends at the Individual Employer's permanent yard without any break in compensable hours except for meal periods.

**11.02.00**     On jobs on which an Employee does not receive subsistence, the understanding of the undersigned parties is as follows:

**11.02.01**     An Employee shall not receive travel time or travel expense except under 11.03.00 and 11.04.00 below.

**11.03.00**     ***Travel Expense.*** Where the Employee is transported on the Individual Employer's equipment, travel expense shall not be due.

**11.03.01**     Travel expense will be paid when moving cranes from yard to job, job to yard and job to job when crane is not returned to its original starting point at the end of the day, and when the Employee receives travel time under 11.04.00.

**11.03.02**     Travel expense, when due an Employee furnishing his own transportation shall be paid at the rate of twenty-five cents ($.25) per mile and the Individual Employer shall also pay bridge, ferry or toll fares involved; provided that no Employee shall be required to furnish the means of transportation as a condition of employment.



EXHIBIT C

**11.04.00      *Travel Time*.** On any day on which an Employee is required to report to the yard, the Employee's time will start at the yard. On any day on which the Individual Employer requires an Employee to return to the yard and when, absent a pre-arrangement to cover transportation under 11.03.01, an Employee is required to report to the yard on that date, an Employee's time will end at the yard.

**12.00.00      *FRINGE BENEFITS***

**12.01.00      *General Provisions.*** The Individual Employer will make the following payments for each hour worked or paid each Employee by an Individual Employer covered by this Agreement. Such payments shall be paid by each Individual Employer by the due date specified in Section 12.01.02.

**12.01.01      *Determination of Delinquencies.*** Any Individual Employer shall be considered delinquent if late payment or underpayment occurs whether because it (a) fails to submit a contribution report form with the full contribution by the delinquent date specified in Section 12.01.02, or (b) fails to submit contributions on behalf of all employees for whom contributions are required under its contribution agreement, or (c) fails to properly compute the contributions according to the applicable contributions formula, or (d) otherwise fails to meet its obligations to the Trust Funds.

**12.01.02      *Due Date and Delinquent Date.*** The due date for Individual Employer contributions is the 15th day of the month immediately following the month for which work was performed or paid. The delinquent date is the 26th day of the month immediately following the month for which work was performed or paid for unpaid contributions not received by the 25th day of the month.

**12.01.03      *Place and Manner of Payment*.** All Individual Employer payments shall be made in Alameda, California, or such other location as may be designated by the Trust Funds. All such payments shall be made in the manner provided by the applicable Trust Agreement creating a Trust Fund, or if not a Trust Fund, in the manner provided for in this Agreement. Each Individual Employer is bound by all the terms and conditions of each Trust Fund's Trust Agreement and any amendment thereto whether adopted before or after this Agreement, all of which documents are incorporated herein by reference.

**12.01.04      *Examination of Records*.** The Union or the Trust Funds, or their agents or accountants may require the Individual Employer to submit to them for examination, any information relevant to the administration of the Trust Funds, to confirm the Individual Employer's reporting compliance, and the Individual Employer must submit such information pursuant to the terms of the Trust Agreements incorporated herein. If more than minor underpayments are found due on audit, the Individual Employer shall reimburse the Trust Funds, upon demand of the Trust Funds, the costs of said examination in addition to any other obligations it may have hereunder. Minor underpayments shall be defined as 10% of the proper contributions for the period tested.

**12.02.00      *Health and Welfare and Sick Benefits*.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

$11.34 per hour – Effective 6/24/2019

$11.34 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

*To be allocated by the Union.

Two cents ($.02) per hour of the Health and Welfare contribution   shall be paid to Addiction Recovery Program, Inc. ("ARP"). This payment shall be in addition to money the Health and Welfare Fund currently provides ARP.


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**12.02.01**    If a National Health Act or State Health Care Act is enacted, the parties shall meet to eliminate any duplicate benefits and duplicate cost to the Individual Employer. If the Individual Employer's total benefit cost for providing Health and Welfare benefits to Employees is reduced because of a change in the law, the Union shall allocate the savings portion of the hourly Operating Engineers' Health & Welfare Fund contribution rate, as determined by the Board of Trustees, to the Operating Engineers' Pension Trust Fund for purposes of funding any liabilities.

**12.03.00    Pensioned Health and Welfare**. Each Individual Employer covered by this Agreement shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

$2.54 per hour – Effective 6/24/2019

$2.54 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

*To be allocated by the Union.

**12.04.00    Pension**. To fund the Pension Plan for the Pension Trust Fund for Operating Engineers, each Individual Employer covered by this Agreement shall pay into the Pension Trust Fund for Operating Engineers, according to the following schedule:

$10.78 per hour – Effective 6/29/2015

**Preferred Schedule of the Rehabilitation Plan: $.63 cents per hour/each year**

$10.78 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

The parties agree that sufficient contributions will be made available from these increases to the Pension Fund to support any Rehabilitation/Funding Improvement schedule adopted by the Pension Board of Trustees pursuant to the Pension Protection Act of 2006 and the Union will select an option (Schedule) in the Pension's Rehabilitation Plan or Funding Improvement Plan, whichever is applicable. Additional monies required for such Rehabilitation Plan/Funding Improvement Schedule shall be allocated from existing negotiated increases, wages and/or fringe benefits.

* 2021 and 2022 Pending annual review by the Plan's Actuaries & Trustees

**12.04.01**    Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule for Apprentices:

1st thru 5th Period

$9.18 per hour – Effective 6/29/2015

**Preferred Schedule of the Rehabilitation Plan: $.63 cents per hour/each year**

$9.18 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

* 2021 and 2022 Pending annual review by the Plan's Actuaries & Trustees

**12.04.02**    The Pension Plan is and has been a defined benefit pension plan.

**12.04.03    Pension Funding Protection**



DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

(a)  When the Pension Plan first becomes one hundred and twenty percent (120%) or more funded(as determined by the Plan's actuary using such actuarial assumptions and methods for valuation of both Plan assets and liabilities which in the aggregate represent the actuary's best estimate of the Plan's funded status,) the parties agree that non-benefit contribution amounts allocated under the Pension Plan's Funding Improvement Plan or Rehabilitation Plan (*i.e.* monies in excess of the seven dollars ($7.00) per hour Journeyman rate and the five dollars and forty cents ($5.40) per hour Apprentice rate and referred to herein as "excess monies") shall be reallocated to the Annuity Fund as of a date determined by the Board of Trustees if permitted under Federal Law in effect at that time.

(b)  In the event that the Pension Plan subsequently becomes less than one hundred twenty percent (120%) funded, the parties agree that the amount of excess monies previously allocated to the Annuity Fund will be reallocated back to the Pension Plan going forward in such amounts and as of a date as determined necessary by the actuary and approved by the Pension Plan's Board of Trustees, until such time as the Pension Plan again becomes one hundred twenty per cent (120%) or more funded, in which case the provisions of subparagraph (a) shall be applied again.

***12.05.00***    ***Affirmative Action Training Fund.*** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund according to the following schedule:

$1.07 per hour – Effective 6/24/2019

$1.07 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

*To be allocated by the Union.

In addition to the above, the Individual Employer shall pay one dollar ($1.00) per hour for each hour worked or paid each Registered Apprentice into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

***12.05.01***    ***IUOE National Training***  Each Individual Employer shall pay into the Operating Engineers' IUOE National Training Trust Fund, for all hours worked according to the following schedule:

$.05 cents per hour – Effective 6/29/2020

***12.06.00***    ***Vacation, Holiday and Sick Pay***. Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation, Holiday and Sick Pay Trust Fund according to the following schedule:

$4.61 per hour – Effective 6/24/2019

$4.77 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

*To be allocated by the Union.

***Registered Apprentices***. Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation, Holiday and Sick Pay Trust Fund for Apprentices according to the following schedule:

$4.11 per hour – Effective 6/24/2019

$4.27 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

*To be allocated by the Union.


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**12.06.01**    Effective July 1, 2020, the Union grants Individual Employers a waiver under the Healthy Workplaces, Healthy Families Act of 2014 (AB 1522).  In return for said waiver, Individual Employers shall remit to Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund a one-time additional contribution of sixty cents [$.60] per hour worked identified as the contribution for Sick Pay.  No additional fringe benefits are due for any sick, vacation, or holiday pay.  Employees may use these monies for paid sick leave purposes.

Any disputes concerning the validity of the waiver granted under the Healthy Families Act of 2014 are subject to Section 18.00.00 Grievance Procedure. If the California legislature amends the Healthy Workplaces, Healthy Families Act of 2014, then Union and Employer agree to meet and confer to negotiate any required conformance to the amended law.

**12.06.02**    *Paid Sick Leave Waivers.* The bargaining parties also expressly agree, to the fullest extent permitted by law, to waive any paid sick leave provisions of the following local paid sick leave ordinances: San Francisco (Administrative Code Section 12W), Oakland (Municipal Code Section 592 et.seq.), Emeryville (Municipal Code Title 5, Chapter 37), Berkeley (Municipal Code, Section 13.100).  In addition, to the fullest extent permitted by law, this waiver shall apply to any other Federal, State, City, County or other local ordinance requiring mandatory Paid Sick Leave that may be adopted during the term of this agreement.

**12.06.03**    In addition, if any Federal, State, City, County or other local ordinance requiring mandatory compensated time off other than Paid Sick Leave is enacted during the term of this Agreement; then the Union and the Employer agree to meet and confer within thirty (30) business days.

**12.06.04**    The parties agree that the payments provided in this Section are in lieu of the Employee's actually taking a vacation**,** holiday or sick leave. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation or sick leave payment shall be made on the basis of a premium rate of time and one-half or double time.

**12.06.05**    *Deduction of Taxes.* All taxes due from each Employee including taxes due by reason of payments for Vacation, Holiday and Sick Pay shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable for Vacation, Holiday and Sick Pay shall be separately noted on the Employee's paycheck.

**12.06.06**    *Vacation Trust Administrative Fee*. The Employer shall pay into the Vacation, Holiday and Sick Pay Trust Fund for each Individual Employee according to the following schedule:

$.05 cents per hour – Effective 7/1/ 2016

This administrative fee shall not be taxable to the Individual Employee.

**12.06.07**    **IUOE/PAC** The Employees may voluntarily authorize in writing that a portion of said payments be made to the Political Action Committees established by Operating Engineers Local 3 and/or by the International Union of Operating Engineers.

**12.07.00**    *Annuity Fund.* To fund the Operating Engineers Annuity Plan, each Individual Employer covered by this Agreement shall pay into the Pension Trust Fund for Operating Engineers, according to the following schedule:

$ .40 per hour – Effective 7/1/2016

$.60 per hour – Effective 6/29/2020

$.80 per hour – Effective 6/28/2021

$1.00 per hour – Effective 6/27/2022

*To be allocated by the Union.

**12.07.01**    The Annuity Plan is and has been a defined contribution pension plan.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***12.08.00*** ***Contract Administration Fund.*** Each Individual Employer covered by this Agreement shall pay into the Contract Administration Fund according to the following schedule:

**United Contractors (UCON)**
$.10 per hour - Effective 7/1/2013 *

**Independent Short Form Employers**
$.04 per hour - Effective 7/1/2010

**AGC**
$.11 per hour -Effective 6/29/2020

**UMIC, INC.**
$.09 per hour - Effective 6/29/2020

**ACE**
$.09 per hour - Effective 6/29/2020

**CEA**
$.10 per hour - Effective 6/29/2020

**NAEC**
$.10 per hour – Effective 6/29/2020*

*Individual Employers who are Members of the Association shall make the payments set forth in Section 12.08.00 directly to the Association through its monthly billings.

All payments required pursuant to this section shall not be deemed wages due to the Employees with respect to whose work such contributions and payments are made.

***12.08.01*** Such monies provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 18.00.00, for the industry.

***12.08.02*** ***Industry Labor Management Committee.*** The parties agree to form a Labor-Management Committee to provide a forum to discuss issues of mutual interest and concern. The Committee shall meet no less than semi-annually during the term of this Agreement. The formation of the Committee and the holding of its meetings are not intended to open the Contract for negotiations or to supplant the Grievance and Arbitration Procedures. Each party will provide the other with an agenda of the items to be discussed and no party will be required to discuss any matter that has not been the subject of advanced notice. All expenses of the Committee, where undertaken jointly, shall be borne equally.

***12.09.00*** ***Industry Stabilization Fund.*** Each Individual Employer covered by this Agreement shall pay into the Industry Stabilization Fund according to the following schedule:

$.06 per hour - Effective 6/29/1998

***12.09.01*** Such monies shall be utilized to enhance the enforcement of prevailing wage laws through The Foundation for Fair Contracting within the geographic area covered by this Agreement.

***12.10.00*** ***Job Placement Center and Market Area Committee Administration Market Preservation Fund.*** Each Individual Employer covered by this Agreement shall pay into the Job Placement Center and Market Area Committee Administration Market Preservation Fund according to the following schedule:

$.11 per hour - Effective 6/24/2002


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**12.11.00    *Business Development Funds.*** Each Individual Employer covered by this Agreement shall pay into the Business Development Trust Fund(s) according to the following schedule:

**United Contractors (UCON)**
California Alliance for Jobs –$.07 per hour Effective 7/1/2013
Construction Industry Force Account Committee - $.02 per hour Effective 6/29/2020

**AGC**
California Alliance for Jobs – $.05 per hour Effective 7/1/2013
Construction Industry Force Account Committee – $.02 per hour Effective 7/1/2010

**NAEC**
California Alliance for Jobs – $.08 per hour Effective 7/1/2013

**UMIC, INC.**
California Alliance for Jobs – $.07 per hour Effective 7/1/2013
Construction Industry Force Account Committee – $.02 per hour Effective 7/1/2010

**Independent Short Form Employers**
California Alliance for Jobs – $.10 per hour Effective 7/1/2013
Construction Industry Force Account Committee – $.02 per hour Effective 7/1/2010

**ACE**
California Alliance for Jobs – $.06 per hour Effective 7/1/2013
Construction Industry Force Account Committee – $.03 per hour Effective 6/29/2020

**CEA**
Business Development Fund - $.08 per hour Effective 6/29/2020

**12.11.01**    Such monies shall be utilized to maintain and increase signatory contractors' market share and to develop new markets.

**12.11.02    *Heavy & Highway Committee.*** Only those contributing Associations shall participate on the Heavy and Highway Committee. The Individual Employer shall contribute to the Heavy and Highway Committee according to the following schedule:

**AGC**
$.08 per hour - Effective 6/29/2020

**ACE**
$.08 per hour - Effective 6/29/2020

**CEA**
$.08 per hour - Effective 6/29/2020

**Independent Short Form Employers**
$.10 per hour - Effective 6/29/2020

**NAEC**
$.08 per hour - Effective 6/29/2020

**UCON**
$.07 per hour - Effective 6/29/2020

**UMIC, INC.**
$.08 per hour - Effective 6/29/2020

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**12.12.00**    *Supplemental Dues.* Effective for all work performed on and after June 29, 2020 it is agreed that upon written authorization, provided by the Union, or Union's designee, as required by law, the amount designated by the Union shall be deducted from the Vacation, Holiday and Sick Pay of each Employee and remitted directly to the Union. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly.  Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union. The Union shall pay into the Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund an administration fee for the remittance of Supplemental Dues to the Union.

**12.12.01**    The Union shall exonerate, reimburse and hold harmless the Employer, each Individual Employer, and their respective officers, directors, agents, and employees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the payment, receipt or a distribution of the amounts designated by the Union.

**12.12.02**    ***Operating Engineers Retiree Supplemental Benefit Plan***

**12.12.03**    It is understood and agreed to by the Employers and the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers that a new joint labor-management trust fund will be established during the term of the current Master Labor Agreement for purposes of providing eligible retirees with supplemental benefit checks only, which shall not be associated with or be a basis of funding for the Pension or Health and Welfare Plans.

**12.12.04**    It is also further understood and agreed by the parties that this Plan is an Employee welfare benefit plan and that this Plan will be funded out of the Union membership's designated wage allocation as determined by the Union. It is the intent of the parties that the maximum total funding for this plan shall not exceed fifteen cents ($.15) per year during the term of this Agreement or any future agreement, unless expressly agreed to by the parties in writing.

**12.12.05**    It is also agreed to by the parties that no monies shall be allocated to this newly established fund until such time as the pension fund reaches a ninety percent (90%) funded level, which has been verified by the Pension Fund actuary.

**12.13.00**    *Delinquencies.* Insofar as payments by Individual Employers into the Trust Funds are concerned, time is of the essence.  The parties recognize and acknowledge that the regular and prompt payment of amounts due to the Trust Funds by Individual Employers is essential to the efficient and fair administration of the Trust Funds and the maintenance of plan benefits, and that the Boards of Trustees of the Trust Funds have established a reasonable, diligent, and systematic collection process.  If Individual Employers do not make timely payments, the Trust Funds lose the investment return they should have received, and incur additional administrative expense in the form of letters, telephone calls, and other collection expenses.  In addition, the Trust Funds incur additional management expense by reason of time necessary to oversee the collection process by the Board of Trustees, Executive Director, and others.  The Trust Funds are also delayed or prevented from processing claims by employees for benefits under the plan.  The Trust Funds' collection expenses, and inability to pay benefits constitute damages arising from an Individual Employer's default in making payments, and these damages cannot be allowed to deplete the contributions promptly paid by other Individual Employers.

**12.13.01**    *Liquidated Damages*.  It would be extremely difficult and impractical to fix the actual expense and damage to the Funds for each Individual Employer's default.  Therefore, the amount of liquidated damages to the Trust Funds resulting from any Individual Employer's default, over and above attorneys' fees, audit fees and interest for delinquent contributions, shall be 10% of the unpaid contributions as of the delinquent date. However, if a lawsuit to collect delinquent contributions has been filed, the amount of liquidated damages on the unpaid contributions shall be increased to an amount equal to the greater of 20% of the unpaid contributions, or interest on the amount of the unpaid contributions from the delinquent date until the dates they are paid in full, at the rate referred to in Section 12.13.02 below.

# EXHIBIT C

**12.13.02     *Interest.*** Unpaid contributions shall accrue late interest charges from the delinquent date until paid, at the rate of 10% per year simple interest beginning on the delinquent date. The Boards of Trustees of the Trust Funds may from time to time establish such other rates as they deem appropriate, in accordance with the Trust Agreements.

**12.13.03     *Installments.*** In addition, if a delinquent Individual Employer agrees to pay its delinquency in installments and fails to make such payments in the amount and at the time and place agreed, it is agreed that the amount of damage to each Trust Fund resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust Fund, the sum of the unpaid installment due and unpaid to each such Trust Fund, for each such failure to pay in full within the time provided, which amount shall become due and payable to each such Trust Fund in Alameda, California, or at the place and time otherwise directed by the Trust Funds. The unpaid installment shall bear interest at the rate of ten percent (10%) per annum until paid.

**12.13.04     *Special Rules for Repeated Delinquencies*.** The Trust Funds may, in the event of repeated delinquencies by the same Individual Employer, make special rules applicable to the due date of said Individual Employer's contributions and may require the Individual Employer to post a bond or other security against further delinquencies; or to increase an existing bond or security for that purpose.

**12.13.05     *Settlements.*** Liquidated damages and late interest charges on unpaid contributions may be waived or compromised under appropriate circumstances pursuant to the delinquency collection procedures established for the Trust Funds.

**12.13.06     *Collection Expenses.*** If any Individual Employer defaults in the making of such payments and if either the Union, the Trust Funds or the Plan, or any of them, consults or causes to be consulted legal counsel with respect thereto, or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Employer who is in default all reasonable expenses incurred by the Union and the Trust Funds in the collection of same, including but not limited to, reasonable attorneys' fees, auditors' and accountants' fees, court costs and all other reasonable expenses incurred in connection with such suit or claim including any appellate proceedings therein.

**12.13.07     *Special Rules.*** When a contributing Individual Employer has been assessed liquidated damages and interest for a period of two (2) late months during any twelve (12) consecutive month period, upon the occurrence of the second (2nd) assessment, and subject to subsection (e) below, the Individual Employer will promptly be notified (with copies to the Local Union and the Employer) that if said Individual Employer becomes delinquent again and is assessed liquidated damages and interest during any of the succeeding twelve (12)-month period, he/she will be subject to the following rules:

(a) The Individual Employer shall be audited in order to determine compliance with the provisions of this Section 12.00.00 and/or the Trust Fund Documents.

(b) The Individual Employer shall be required to provide the Trust Funds with a cash deposit or bond equal to the sum of the three (3) highest months' contributions made in the immediate preceding twelve (12)-month period, or such lesser sum as the Delinquency Committee deems appropriate.

(c) The Individual Employer's due and delinquent date shall be the 15th day of the month.

(d) Once these special rules have been applied to an Individual Employer, they shall remain in effect for at least twelve (12) months. At the end of this period, the Individual Employer may petition the Board to terminate these special rules and release the cash deposit or bond; this may be allowed only if the Individual Employer has been current in his/her reports and contributions for each and every month during the preceding twelve (12) -month period and the Board is otherwise satisfied that there will be no further delinquencies.

(e) The foregoing rules shall not actually be applied to any Individual Employer until the Delinquency Committee has been advised at a meeting that they have become applicable (or will become applicable if another delinquency occurs). The Delinquency Committee may then, upon its own motion or upon the Individual Employer's request, waive any of the above rules, in whole or in part, for reasonable cause. If the Delinquency Committee has been so advised and has not waived these rules or any of them, the rules will be applied by the Trust Funds.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**12.13.08    *California Law.*** The parties recognize and agree:

(a) that the references to fringe benefits in Sections 7071.5 and 7071.11 of the California Business and Professions Code include payments for fringe benefits and vacation, holiday and sick pay as described in this Agreement and Trust Agreements creating each Trust;

(b) that said payments are for the benefit of the Employees of each Individual Employer covered by this Agreement, and that the failure of an Individual Employer to make said payments, in the manner and at the time prescribed, causes damage to all Employees, including the Employees of the Individual Employer in default, in the amount of the unpaid fringe benefits and vacation, holiday sick pay as well as the liquidated damages established herein, interest, and any attorneys' and accountants' fees which the Union, the Trusts, or the Plan, or any of them, may incur with respect to said default;

(c) that the Union, the Trusts or the Plan, or any of them, may bring a claim or legal action against the Individual Employer's license bond on behalf of an Employee or Employees covered by this Agreement.

**12.14.00    *Security for Payments*.** Each Individual Employer delinquent one (1) or more months in making the payments set forth in Section 12.00.00 shall be notified of such delinquency in writing by the Fund Manager of the Trust Funds. Copies of such notices shall be sent to the Employer and to the Union.

**12.14.01    *Notice.*** Each such delinquent Individual Employer shall within five (5) days of the receipt of such written notice pay the delinquent amount in full or make other suitable arrangements acceptable to the Delinquency Committee of the Trust Funds for payment. Such amounts owing are to be determined by the Fund Manager of the various Funds. The Fund Manager shall notify the Employer of any such arrangements which may be made by the Delinquency Committee with the Individual Employer.

**12.14.02    *Failure to Pay.*** If an Individual Employer fails to pay the delinquencies as determined by the Fund Manager in the time provided in 12.14.01, or fails to make other suitable arrangements for payment acceptable to the Trust Funds, it shall not be a violation of this Agreement so long as such delinquency continues, for the Union to withdraw the Employees who are subject hereto from the performance of any work for such Individual Employer and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any Employees of any Individual Employer shall be withdrawn pursuant to any similar clause in any agreement between the Individual Employer and any other labor organization, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

**12.14.03    *Withdrawn Employees.*** Any Employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

**13.00.00    *STEEL FABRICATING AND ERECTING WORK***

Manning under this Section 13.00.00 shall be as provided in Section 07.00.00, "MANNING," except tank erection work or structural steel work which shall be manned as provided in this Section 13.00.00 and 01.03.02. Employees performing work in classifications not set forth in Section 01.03.02 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the main body of this Agreement excluding this Section 13.00.00.

**13.01.00**    Only Employees manning hoisting equipment working four (4) hours or more in support of a crew or crews consisting of four (4) men/women or more of the crafts listed below shall be covered by and under this Section 13.00.00:

(1)  International Association of Bridge, Structural and Ornamental Iron Workers Union,

(2)  International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths and Helpers,



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

(3)  United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada,

(4)  International Brotherhood of Electrical Workers.

**13.01.01**        This Section 13.00.00 shall cover all work of the Individual Employer in the geographical area as described in 02.07.00 of this Agreement and the classifications set forth in this Section and any new classifications added under Section 20.00.00 of this Agreement in Northern California. If Individual Employers perform work covered by this Section 13.00.00 in the State of Hawaii, such work shall be covered by this Section.

**13.01.02**        The provisions of this Section 13.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision shall control.

**13.02.00        _Coverage._** This Section 13.00.00 shall cover and apply only to hoisting work performed and power-operated equipment customarily operated by the Union in conjunction with the crews of the International Association of Bridge, Structural and Ornamental Iron Workers Union, with the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths and Helpers; or with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, or with the International Brotherhood of Electrical Workers.

**13.03.00        _Wages and Classifications._** Employees performing work covered by this Section 13.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.02 including such additions as may be made in accordance with Section 20.00.00 of this Agreement.

**13.04.00        _Fringe Benefits._** Fringe benefits applicable to Employees working under the provisions of this Section shall be the same as those set forth in Section 12.00.00 of this Agreement.

**13.05.00        _Working Rules._** Except as provided hereunder, the Working Rules applicable to this Section 13.00.00 shall be in accordance with Section 06.00.00 of this Agreement.

**13.05.01        _Reckoning of Time._** The straight-time of an Employee shall be reckoned by the shift in the following instances:

(1)  During the Employee's first (1st) calendar week of employment.

(2)  During the week the work covered by this Agreement is completed. A break in such work of five (5) or more days excluding Saturdays, Sundays or holidays, shall be considered the same as a completion of such work.

(3)  If work is shut down by the Contracting Authority; by any Governmental agency having authority to suspend the work; by lack of fuel, power or water, or by reason of strike or if the crew they are servicing does not appear for work when work is available and such fact or facts is or are confirmed by the Contracting Authority in writing.

**13.05.02**        Employee(s) manning hoisting equipment, including Forklifts and Ross Carriers under the terms of this Section shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which forty (40) hours shall be paid, except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. This guarantee shall not apply to re-bar work or on jobs under fifty (50) tons. In any week in which an overtime holiday falls, the straight time shall be reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less excluding Saturdays, Sundays or holidays, shall not result in an Employee being returned to a first week of employment status.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***13.05.03***     The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m. at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

***13.05.04***     When there is a single welding machine on the job and no Hoisting Engineer is employed, no Engineer shall be required to maintain and service such single welding machine. When there is a single welding machine on the job and a Hoisting Engineer is employed, such Engineer shall receive one (1) hour additional at the applicable overtime rate of pay for servicing and maintaining such welding machine, provided such servicing work is performed outside the regular shift.

***13.05.05***     When the number of Operating Engineers (excluding Assistant to Engineers) employed by the Individual Employer on a job or project exceeds ten (10), an Operating Engineer Master Mechanic, who may operate equipment in emergencies, shall be employed.

***13.05.06***     On structural steel or tank erection, an Operating Engineer shall operate, maintain and service gasoline- or diesel-driven welding machines when the welding is being performed by another craft being supported by the Union.

***13.05.07***     On all types of construction, when Individual Employer is required by Contracting Authority to furnish his own field survey or when Individual Employer at his own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications herein mentioned.

***13.05.08***     When an Instrument Man is required by the Individual Employer to work from drawings, plans, or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.

***13.05.09***     For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

***13.05.10***     ***Overtime.*** Employees employed on all work performed under this Section 13.00.00 shall receive time and one-half (1-1/2) for the first two (2) hours over eight (8) up to and including ten (10) hours, Monday through Friday, and time and one-half (1-1/2) for the first eight (8) hours on Saturdays (except where the Operating Engineer is servicing a craft receiving double [2] time, then the Operating Engineer shall receive double [2] time). Double (2) time shall be paid for all hours over ten (10) Monday through Friday, and over eight (8) hours on Saturdays, Sundays and holidays shall be double (2) time.

***13.05.11***     When Employees covered by this Section are employed to service another craft or crafts that work a shorter day or shorter week, such Employees shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

***13.05.12***     When Employees perform work covered by this Section in support of another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

***13.06.00***     ***Subsistence, Travel Time, Travel Expenses.*** Employees covered by this Section 13.00.00 shall be compensated at the rate of twenty dollars ($20.00) per each workday as subsistence pay (in addition to their regular compensation) when employed on any job more than thirty-five (35) road miles by the shortest normally traveled route from the Employee's "basing point". The Employee's "basing point" shall be the Job Placement Center (i.e., which has historically been servicing the area where the job or project is located), provided that when an Employee is transferred to a job or project his "basing point" shall be the permanent yard or shop of the Individual Employer to which such Employee is regularly assigned, and provided further that when an Employee is terminated or quits from the employ of the Individual Employer and is rehired by letter in accordance with the Job Placement Regulations of this Agreement, within thirty (30) working days by the Individual Employer at another job or project, then the permanent yard or shop of the Individual Employer to which such Employee was regularly assigned when he was terminated or quit shall be considered such Employee's "basing point". Such compensation shall be paid for the duration of the job.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***13.06.01*** Within thirty (30) days of the execution of this Agreement any Individual Employer having more than one (1) yard or shop within the area covered by this Section shall notify the Union in writing of which locations are to be deemed "permanent" under the foregoing, and similarly, upon establishing his first such yard or shop. Such locations can be changed once each year by giving written notice to the Union.

***13.06.02*** It is understood that a day is a working day if the Employee is required by the Individual Employer to report to the jobsite and is prevented from working due to conditions beyond said Individual Employer's control. (Example: rainy days, or days when steel is not available, etc.)

***13.06.03*** On Saturday, Sunday and holidays, when work is not performed on these days, no such expenses will be paid, except as provided in 13.06.02.

***13.06.04*** When a job is of one (1) day's duration and the Employee is paid (or furnished) transportation and is paid his total travel time to and from the yard or shop and the job he shall not, in addition, be paid subsistence.

***13.06.05    Travel Time.*** On jobs not subject to 13.06.00, an Employee shall not receive travel time unless he is engaged in equipment transportation. On such jobs, unless transportation is made available to the Employee or the Employee is paid travel expense for the first and last day, an Employee's time shall begin and end at the yard or shop.

***13.06.06*** On jobs subject to 13.06.00, travel time, at the rate of thirty-five (35) miles per hour from the first day of employment there, and for returning from the job on the day employment there terminates, provided that all travel time, except equipment transportation, which by the direction of the Individual Employer is performed during overtime hours, shall be computed at straight time.

***13.06.07    Travel Expense.*** Where the Employee is transported to and/or from the job on equipment furnished by the Individual Employer, travel expense shall not be due.

***13.06.08*** On jobs subject to 13.06.00, Employees shall be paid travel expense from the yard or shop to job and return on the first and last days of employment there, respectively in accordance with the current IRS rate per mile, and the Individual Employer shall also pay any bridge, ferry or toll fares involved.

***13.06.09    Payment of Subsistence, Travel Time and Travel Expense.*** An Employee shall be paid (when due under 13.06.00 of this Section 13.00.00) subsistence, travel time, and transportation expense on each separate job; provided that, in the cases of Employees who are "transferred" or "terminated or quit and rehired" by letter in accordance with the Job Placement Regulations of this Agreement, within thirty (30) working days by the Individual Employer at another job or project, the distances applicable in the case of travel time and travel expense shall be those from the last job to the next (rather than between yard or shop and job).

***13.06.10*** Travel time and travel pay shall be due "going and returning" only in the case of Employees who work to the completion of the job or who are terminated by the Individual Employer. An Employee who quits the job prior to its completion shall be due neither travel time nor travel expense for "returning".

***13.06.11*** Subsistence, travel time, and travel expense (when due under 13.06.00) shall be paid by separate check, weekly, and the Employee shall be furnished with a sufficient statement thereof.

***14.00.00    PILEDRIVING***

***14.01.00*** Employees working in conjunction with a crew (a crew shall consist of four [4] workers of whom one [1] shall be a Foreman) of Piledrivers and four (4) hours or more on any shift shall be covered by and under the provisions of Section 14.00.00. In addition, if any crew in any Agreement the Employer is a party to, or becomes a party to, is reduced below four (4) workers, this Section 14.00.00 shall also apply.

***14.01.01*** The provisions of this Section 14.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**14.01.02     Work Covered.** The operation, repair and maintenance of engines and machinery and the operation of deck engines in connection with piledrivers and derrick barges engaged in the following work shall be performed by Employees working under this Agreement:

(1) The driving by steam, electric, hydraulic, drop hammer, bodine hammer, or any other device used, staying, capping, pulling and cutting off of all pre-cast concrete piles, pile jackets, composite piles, cast-in-place piles, and any and all pre-cast structural shapes and units, the setting of which is performed with power equipment or piledriving and setting equipment.

(2) The placing, framing, driving (by steam, hydraulic, electric, drop hammer, bodine hammer or any other device used), fastening, capping and pulling of piling of every kind.

(3) The construction of wharves, decks, trestles, viaducts, bridges and similar structures, up to and including the decks thereof. The construction of substructures of underpasses, subways, overhead crossings, pre-cast bulkheads, and other similar structures where piledriving or other derrick equipment or other power-operated equipment
customarily operated by the Union is used. The building of ferry slips, cofferdams, open cribs, caissons, dry docks and marine railways and in the construction and erection of towers, bunkers and other similar structures necessary for the completion of the above-mentioned projects.

(4) The moving and placing of heavy machinery, boilers, tanks, guns and similar masses when and where hoisting and portable equipment is used. This work shall be done, when necessary and expedient, in conjunction with machinery mechanics from other crafts.

(5) The wrecking and dismantling of all structures covered by (1) through (4).

**14.01.03     Wages and Classifications.** Employees performing work covered by this Section 14.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.03 including such additions as may be made in accordance with Section 20.00.00 of this Agreement. Employees performing operation, maintenance and repair of equipment not set forth by classification in Section 01.03.03 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the applicable Sections outside of this Section 14.00.00.

**14.01.04     Fringe Benefits.** Benefits applicable to Employees working under the provisions of this Section 14.00.00 shall be the same as those set forth in Section 12.00.00 of this Agreement.

**14.02.00     Working Rules.** Except as provided hereunder the Working Rules applicable to this Section 14.00.00 shall be in accordance with Section 06.00.00 of the main body of the Agreement.

**14.02.01     Minimum Hours.**

(1) The straight time of an Employee shall be reckoned by the shift in the following instances:

(a) During the Employee's first (1st) calendar week of employment

(b) During the week the job is completed

(c) If an Employee quits or is discharged for cause

(d) If work is shut down by written order of the Contracting Authority

(e) If work is shut down by lack of materials

(2) In the event there is a major mechanical breakdown (i.e., Employees directly affected by such breakdown), Employees shall be paid not less than four (4) hours at the applicable rate for work performed and any time thereafter shall be reckoned by the hour.

**14.02.02** Employees working with piledriving crews and Employees working as Heavy Duty Repairmen working on maintenance and/or repair of piledriving equipment shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

forty (40) hours shall be paid except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. In any week in which an overtime holiday falls, the straight time shall be reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less shall not result in an Employee being returned to a first week of employment status.

**14.02.03**    An Employee whose time is reckoned under this Section 14.02.00 who is late for work, or who is absent from work, shall have his straight time reduced by the hours he is late or absent.

**14.02.04**    *Report Pay.* Where an Employee during his first (1st) and last week of employment reports for work on his shift or at the time he is requested to report, and there is no work provided by the Individual Employer, he shall be paid two (2) hours' show-up time, at the rate applicable on that date; however, he shall be required to remain on the jobsite for two (2) hours pending abatement of inclement weather unless sent home earlier by the Individual Employer. In the event that work is started, time shall be reckoned as provided in 14.02.01 of this Section. If work is to be suspended for any reason the Employee shall be notified at least two (2) hours before being required to report to work. The Employee shall keep the Individual Employer advised at all times of his correct address and telephone number.

**14.02.05**    The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m., Standard Time, at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

**14.02.06**    *Tide Work.* When an Employee or Employees are called out to work tide work, the minimum pay for such work shall be eight (8) hours at regular straight- time. In computing time to be paid for under this provision, each hour worked before 8:00 a.m. or after 4:30 p.m. shall be considered as being two (2) straight-time hours and each one-half (1/2) hour shall be considered as being one (1) straight-time hour; each hour worked between 8:00 a.m. and 4:30 p.m. shall be considered as being one (1) straight-time hour. The foregoing shall not apply to time worked on Saturdays, Sundays, or holidays. In the event an Employee or Employees are called out to work tide work on Saturdays, Sundays, or holidays, the overtime rate (double straight -time) shall be paid for each hour worked, and the minimum pay shall be six (6) hours at said overtime rate.

**14.02.07**    *Overtime.* Employees employed on all work performed under this Section 14.00.00 shall receive double (2) the applicable straight-time rate for all work performed before a shift begins and after it ends, and on Saturdays, Sundays and holidays, except that time and one-half (1-1/2) shall be paid for the first two (2) hours of overtime on a regular workday, regardless of whether such overtime is worked before or after the regular work hours.

Repair, maintenance and start-up time before a shift begins and after the shift ends and on Saturdays shall be one and one-half (1-1/2) times the applicable straight-time rate. Sundays and holidays shall be double (2) the straight-time rate.

*NOTE:*  If at any time during the life of this Agreement, the overtime provisions in the Master Labor Agreement between UCON, AGC, NAEC, UMIC, INC., CEA and ACE, and all other Signatory Employers and Piledrivers Local Union No. 34 are modified with respect to this Section or Section 14.02.06 to provide for a different rate of overtime, then this Section and/or Section 14.02.06 shall be modified accordingly.

**14.02.08**    On off-shore work, all time spent in travel from shore shall be portal to portal and compensated at an amount equal to the straight-time rate.

**14.03.00**    *Subsistence, Travel Time, Travel Expenses.* Subsistence, travel time, and travel expenses shall be paid in accordance with applicable Section of the Master Labor Agreement between UCON, AGC, NAEC, UMIC, INC., CEA and ACE, and all other Signatory Employers and the Piledrivers, Divers, Carpenters, Bridge, Wharf and Dock Builders, Local No. 34. In the event the Employer is unable to reach a new agreement or is no longer bound to an agreement with Local No. 34, subsistence, travel time and travel expenses shall be paid in accordance with the agreement between the Piledriving Contractors Association and Local No. 34.

EXHIBIT C

**15.00.00    SPECIAL WORKING RULES AND CONDITIONS FOR WORKING UNDERGROUND**

**15.01.00**    The provisions of this Section with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.

**15.02.00    Underground Rate.** Wage rates for Underground Work shall be in accordance with Section 01.03.06.

**15.02.01**    The underground straight-time hourly wage rate shall apply for the full shift and overtime of any Employee performing work underground.

**15.02.02    Tunnel Shift Work.** Second (2nd) or Special Single Shift shall be paid in accordance with Section 01.03.06. When three (3) shifts are employed for five (5) or more consecutive days (or less by mutual written agreement), seven and one-half (7-1/2) consecutive hours, exclusive of meal period, shall constitute a shift's work for which eight (8) hours shall be paid for all shifts.

**15.03.00**    These Special Working Rules and Conditions cover all work and equipment involved in the excavation and initial lining, if applicable, below the surface of the earth except open ditches, excavations and jacking operations under highways, railroads, embankments, etc., but not limited to tunnels, shafts, tunnel shafts, adits, raises, subways, chambers and underground installations including but not limited to power houses, storage facilities, offices, control centers or surge chambers including the lining of same which fall within the jurisdiction of the Union or require the operation of equipment of the kind or type covered by this Agreement. Where open cutwork is covered over or decked, regardless of the material or materials used, and men are required to work under such cover, they shall work and be paid in accordance with the terms and conditions of this Section for all excavation work.

**15.03.01**    For the purposes of this Section 15.00.00, tunnels, raises and shafts shall be defined as follows:

*Tunnel.* An underground excavation (lined or unlined) whose length exceeds its width the inclination of the grade from the excavation shall be no greater than $20^0$ from the horizontal; should the inclination of grade from the horizontal exceed $20^0$, the excavation heretofore defined shall constitute a raise.

*Shaft.* An excavation (lined or unlined) made from the surface of the earth, generally vertical in nature, but may decline up to $75^0$ from the vertical, and whose depth is greater than 15 feet and its largest horizontal dimension. For the purposes of this Section an underground silo shall be defined the same as a shaft.

**15.03.02    Tunnel Survey Work.** Subject to the provisions of Apprentice Manning beginning at Section 07.10.00, all tunnel survey work, including the use of Laser Beams, is work covered by this Agreement.

**15.04.00    Compensation for Travel Underground.** The Individual Employer shall pay Employees covered by this Agreement working underground on a portal-to-portal basis as follows: The hours of employment of such Employees shall commence at the portal of the underground work at which he is directed by the Individual Employer to report for work on his shift and shall end at such portal, except as provided in 15.05.01.

**15.05.00    Change House.** The Individual Employer shall establish and maintain a change house within a reasonable distance of each portal of the underground work. It shall be equipped with showers, toilet facilities, lockers and heating and drying facilities in accordance with the number of men in each crew. Each change house shall be constructed to provide that all clothing will dry between shifts. The Individual Employer will reimburse Employees for clothing or personal belongings in an amount up to one hundred fifty dollars ($150.00) in the event the change house is destroyed by fire, provided a claim form is filed as required by the applicable insurance company. This shall not apply to short dry tunnels, such as under highways or railroad embankments.

**15.05.01**    If the change house is located more than one thousand two hundred fifty (1,250) walkable feet from a portal, then the time of work shall start and end for pay purposes at the change house. This shall not affect the well-established practice of Employees who are required to report before their regular starting time to fire up, grease, or maintain equipment, or are required to report early or remain after their regular shift. These Employees shall be paid at the applicable overtime rate which shall be reckoned by the hour and the half-hour.

64

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**15.06.00     *Special Clothing.*** The Individual Employer shall furnish rubber clothing, boots, safety hats, or any other special gear required at no expense to the Employees. Such equipment shall be returned to the Employer in the same condition subject to reasonable wear and tear.

**15.07.00     *Minimum Crews*.** It is understood that there are various types and sizes of moles and mining machines which may necessitate increasing or decreasing the crew size, in which event the Individual Employer and the Union shall agree at the Pre-Job Conference upon the crew size to perform the operation and repair of said equipment. If the Individual Employer and the Union are unable to agree upon the crew size, the matter shall be referred for resolution in accordance with the provisions of Section 18.00.00 of this Agreement.

**15.08.00     *Tunnel Safety.*** In the event the Individual Employer requests a variance from the Tunnel Safety Order, other than electrical and/or diesel, such requests will be mailed to the Union at the same time such written request is mailed to the Division of Industrial Safety.

**15.08.01     *Manhaul Vehicles for Underground Work*.** Manhaul vehicles used for personnel transport, but not designed for this purpose, shall be provided with safe seating and side and end protection to prevent falls. Convenient means of mounting and dismounting the vehicles shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the operator shall be installed.

**16.00.00     *SAFETY***

**16.01.00     *No Limitation of Production*.** Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs, or practices shall be permitted that limit production or increase the time required to do any work.

**16.02.00     *Cooperation.*** The Union shall cooperate with the Individual Employer in the carrying out of all such Individual Employer's safety measures and practices for accident prevention not in conflict with the provisions of this Agreement, and in carrying out and adhering to all of the applicable State and Federal safety laws. Any Employee may be discharged for knowingly failing to perform work in conformance with the Employer's Safety Code or as required by the State or Federal Safety Orders or other applicable statutes. The safety standards and rules contained herein are minimum standards and are not intended to imply that the Union objects to the establishment and imposition by the Individual Employer of additional or more stringent safety rules to protect the health and safety of the Employees. It shall be the exclusive responsibility of the Individual Employer to insure compliance with safety standards and rules.

Nothing in this Agreement is intended to make the Union liable to anyone in the event that injury or accident occurs.

**16.02.01**     Employees shall perform their duties in each operation in such a manner as to promote efficient operation of each particular duty and of any job as a whole, not in conflict with the provisions of this Agreement.

**16.02.02     *Addiction Recovery and Substance Abuse Policy*.** The Union, the Employer and Individual Employers have established a joint program which shall enable all parties to deal with drug and/or alcohol abuse problems from both a safety and productivity enhancement point of view as well as recognizing the individual rights and wellbeing of each Employee. Said policy and program is set forth in Addendum C attached hereto and made a part hereof. The implementation of this policy is not mandatory by any Individual Employer, but once implemented, the program shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

**16.03.00     *Unsafe Conditions.*** It is further agreed by both parties that too great an emphasis cannot be laid upon the need of safe working conditions. The Individual Employers will provide and Employees shall use the provided health and safety equipment. Employees shall return the equipment to the Individual Employer upon termination of its use on the project. No Employee shall be required to work on, with, or about an unsafe piece of equipment or under an unsafe condition.

**16.03.01**     No set of health or safety regulations, however, can comprehensibly cover all possible unsafe practices of working; therefore, the Union and the Individual Employer undertake to promote in every way possible the realization of the responsibility of the Employees and the Individual Employer with regard to preventing accidents to himself or to


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

his fellow Employees. No Employee shall be discharged for refusing to work on or about equipment or a condition that is unsafe. Any Employee discharged for refusal to work under the above conditions shall be made whole by the Employer for lost wages and benefits.

**16.04.00**     *Union Notification.* In the event there is a serious injury to an Employee the Union Representative or the Job Placement Center servicing the project shall be notified. The Union Representative servicing the project shall furnish the Individual Employer with his home telephone number.

**16.05.00**     *Notices.* The Individual Employer must post the name and address of its doctor and of the Workers' Compensation Insurance carrier on the jobsite.

**17.00.00**     *JOB STEWARDS*

**17.01.00**     *Number of Job Stewards.* The Union may select an Employee on each shift in operation on a job or project to serve as Job Steward. Where the size of the project makes it appropriate, the Union may appoint additional Job Stewards.

**17.02.00**     *Performance of Duties.* In addition to his regularly assigned work the Job Steward shall be permitted to perform, during working hours, the duties set forth in 17.05.00. The Union agrees that such duties shall be performed as expeditiously as possible and the Individual Employers agree to allow Job Stewards a reasonable amount of time for the performance of such duties.

**17.03.00**     *Notification of Appointment and Termination.* The Union shall notify the Individual Employer, or his representative, in writing, of the appointment of Job Steward, and the Individual Employer shall notify the Union of his termination.

**17.04.00**     *Notification Prior to Layoff.* The Individual Employer shall notify the Job Placement Center servicing the job or project at least two (2) workdays prior to an intended layoff of a Job Steward. This provision shall not apply to discharges for "just cause" which will be subject to Sections 04.03.00–04.03.02.

**17.05.00**     *Duties.* The Job Steward shall be limited to and shall not exceed the following duties and activities:

**17.05.01**     Check the dispatch of each Employee dispatched under the terms of this Agreement to his Individual Employer before such Employee commences work, or as soon thereafter as practical.

**17.05.02**     Report to his/her Business Representative all violations of this Agreement.

**17.05.03**     Report to his/her Business Representative any Employee covered by this Agreement, who during his shift, leaves the jobsite without giving the Individual Employer and the Job Steward prior notice.

**17.06.00**     *Prohibitions.* The Job Steward shall not:

**17.06.01**     Stop the Individual Employer's work, for any reason.

**17.06.02**     Tell any Employee covered by this Agreement that he cannot work on the job.

**17.07.00**     *Dismissal.* Infraction of either of the two (2) rules set forth in 17.06.00 shall be cause for immediate dismissal of the Job Steward without any prior notice.

**17.08.00**     *Reduction in Force.* In a classification in which there is a Job Steward wherein the Job Steward's abilities are equal to the other Employees', and except as otherwise provided above, the Job Steward shall be the last to be selected for a reduction in force.

**17.09.00**     *Business Representative.* A Business Representative(s) of the Union shall be permitted on all jobs, but shall not interfere with the work.

**17.09.01**     Provision shall be made by the Individual Employer for the admission of such Business Representative(s) to the jobsite of the Individual Employer at all times and places where work is being performed by the Individual Employer or by any subcontractor of any tier of the Individual Employer.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement


EXHIBIT C

**17.09.02**     The Business Representative(s) so admitted shall concern themselves only with work, equipment and Employees covered by this Agreement.

**18.00.00     *GRIEVANCE PROCEDURE***

**18.01.00**     No dispute, complaint or grievance concerning the interpretation, application, or compliance with any provision or provisions of Sections 12.00.00, 19.00.00, or 20.00.00 of this Agreement is subject to the provisions of this Section 18.00.00.

**18.02.00**     All other disputes, complaints and grievances concerning the interpretation, application, or compliance with any provision or provisions of this Agreement are subject to the following procedure:

**18.02.01**     In the event that a complaint or dispute arises on a job, it shall be first reported to the authorized Union Representative and the Individual Employer who shall then attempt to adjust said complaint or dispute at the jobsite level.

**18.02.02**     If said complaint or dispute is not satisfactorily adjusted by the authorized Union Representative and the Individual Employer or his/her representative at the jobsite level, either party may request a Board of Adjustment to be convened and the matter shall be submitted, in writing, to the Employer or the Union for the settlement of such grievance.

**18.02.03**     The written grievance notice shall specify, if known, the date(s) of the alleged violation(s), the nature of the alleged violation(s), the specific provision(s) of the Agreement applicable to the complaint or dispute, and the remedy sought by the grieving party.

**18.02.04     *Grievance Timeliness.***  No complaint, dispute, or grievance, shall be recognized unless called to the attention of the Employer by the Union, or the attention of the Union by the Employer, in writing, within fifteen (15) business days (excluding weekends and holidays) after the date the last alleged violation was committed.  This time limit may be extended by written mutual agreement of the Employer or Individual Employer and the Union.

**18.02.05**     In the event the grievance involves the issue of a subcontractor's alleged violation and where the subcontractor is signatory directly to this Agreement as an Individual Employer, the grievance shall be filed against said subcontractor and said grievance shall be processed to its final conclusion through these procedures.

**18.02.06     *Board of Adjustment.***  The Board of Adjustment shall be composed of two (2) panel members named by the Union, two (2) panel members named by the Employer, and the permanent Impartial Arbitrator, Anne Andrews Ellis.

**18.02.07**     In the event the permanent Impartial Arbitrator is unable to serve at a scheduled Board, one of the following shall serve as an alternate Impartial Arbitrator, if available: 1) Mark Joseph Divelbiss, 2) Alexander Cohn, 3) Matthew Goldberg, **4**) Luella Nelson.  These alternates shall be contacted in numbered order until one is available.

**18.02.08     *Arbitration.***  The Employer, Individual Employer, or Union may timely notify, in writing within a minimum of fourteen (14) calendar days of the Board of Adjustment hearing, the other and elect to utilize an attorney for representation for the alleged complaint, dispute or grievance, in which case the matter shall proceed directly to Arbitration (instead of a Board of Adjustment).

**18.02.09**     The Impartial Arbitrator will be selected pursuant to the provisions of Section 18.02.06 and 18.02.07.  The scheduling of the Arbitration hearing shall not exceed ninety (90) calendar days, or unless mutually agreed upon by the parties, from the date of the notice of the dispute or grievance.

**18.02.10**     The expenses of the Arbitration hearing, including the Impartial Arbitrator and the cost of a court reporter, shall be borne equally by the Employer or Individual Employer and the Union.  A copy of the court reporter transcripts shall be paid by the requesting party.

**18.02.11**     Upon mutual agreement between the Employer or Individual Employer and the Union, the parties may elect to convene a Board of Adjustment without the permanent Impartial Arbitrator.  This Board of Adjustment shall be convened within thirty (30) calendar days from the date of the grievance notice.  If the panel members at the Board of Adjustment, within twenty-four (24) hours after such meeting, cannot agree on any matter referred to it, the matter



DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

shall then proceed to Arbitration. The parties thereof within three (3) days shall choose an Impartial Arbitrator who shall have no business or financial connection with either party. In the event the parties are unable unanimously to agree upon the identity of said Impartial Arbitrator within said three-day period, the permanent Impartial Arbitrator or alternate as provided in Section 18.02.06 and 18.02.07 shall be selected as provided therein. The matter shall then proceed to arbitration with all due expedition.

**18.02.12**    Decisions of the Board of Adjustment or Impartial Arbitrator shall be within the scope and terms of this Agreement, and shall be final and binding upon all parties hereto. The Board of Adjustment or Impartial Arbitrator shall only have jurisdiction and authority to determine the meaning, application of, or compliance with the provisions of this Agreement and shall not have jurisdiction or authority to add to or detract from, amend, modify or alter in any way the provisions of this Agreement or its intent.

**18.02.13**    Arbitrability or preliminary matters relative to the complaint, dispute, or grievance and/or proceedings shall be subject to the decision of the Board of Adjustment or Impartial Arbitrator, which shall be final and binding on the matter.

**18.02.14**    The Employer, the Individual Employer and the Union shall be subject to the written *Joint Rules of Procedure for Northern California* for the Board of Adjustment and Arbitration adopted by the Employer and the Union, incorporated by reference herein, and which may be amended at any time by mutual agreement between the Employer and the Union.

**18.03.00    No Cessation of Work.**

**18.03.01**    With respect to any dispute, complaint or grievance arising under the terms and conditions of this Agreement, which is subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations 04.10.43, of this Agreement, the Employer and Individual Employer agree that they and each of them will not authorize any lockout, slowdown or stoppage of work and the Union will not authorize any strike, slowdown or stoppage of work.

**18.03.02**    The foregoing no-strike, no-lockout provision of 18.03.01 shall apply and shall only be of force and effect with respect to or concerning a dispute, complaint or grievance subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations 04.10.43 of this Agreement. With respect to any disputes, complaints or grievances not subject to arbitration under the provisions of 18.00.00, 19.00.00 and Job Placement Regulations 04.10.43 of this Agreement, the Union is hereby specifically authorized to withdraw any or all of the Employees of such Individual Employer subject to this Agreement from work covered by this Agreement for such Individual Employer and such withdrawal shall not, so long as such dispute shall continue, be a violation of this Agreement or any clause, sentence, paragraph or section of this Agreement.

**18.03.03**    Any Employees withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work, provided, however, nothing in 18.03.00 shall in any way modify or affect the Union's obligation or the provisions of any Trust Agreement or amendment thereof referred to in 12.00.00 of this Agreement.

**18.03.04**    If and when the Union has any dispute, complaint or grievance with an Individual Employer concerning any manning provision of Section 07.00.00 or any hiring provision of Section 04.00.00, including the Job Placement Regulations, the Union shall not exercise its rights to withdraw Employees under Section 18.03.03 for seventy-two (72) hours after receipt by the Employer of written notice by the Union of the dispute, complaint or grievance.

**18.03.05**    If the Union has exercised its right to withdraw Employees because of a dispute, complaint or grievance with an Individual Employer concerning a manning violation then the Individual Employer shall have a right to follow the procedures set out in 18.02.00. In the event the Individual Employer mans the equipment as requested by the Union or decides to leave the equipment down, and the Board of Adjustment determines there was no manning violation by the Individual Employer, the Union shall not be liable for costs or loss incurred by manning the equipment or leaving it down.


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**18.03.06**     The decision of the Board of Adjustment with respect to the manning of any classification shall control the manning of that classification thereafter and the Union shall not withdraw Employees unless an Individual Employer fails to man the classification in accordance with the decision of the Board of Adjustment. After fifteen (15) days subsequent to such decision of the Board of Adjustment, if an Individual Employer does not man a classification in accordance with the decision of the Board of Adjustment, the Union shall not be bound by Section 18.03.04 with respect to such classification and Individual Employer.

**18.03.07**     Regardless of any provision of Section 18.00.00 to the contrary, the right of withdrawal will not be exercised only to harass an Individual Employer.

**18.04.00     Manning and Hiring Violations.** An Individual Employer who has violated any of the manning provisions of Section 07.00.00 or the hiring provisions of Section 04.00.00 of this Agreement shall pay into the Operating Engineers Pensioned Health and Welfare Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages for the damages suffered by the Union. Such payments shall be for not more than ten (10) days of said violation prior to the notification of the Employer, as provided in Section 18.03.04.

**18.04.01**     In the event there is a dispute between the Employer and the Union over the amount due, said dispute will be settled in accordance with the provisions set forth in 18.02.00 and work shall continue in accordance with the provisions of Section 18.03.01.

**18.04.02**     If the Individual Employer fails to make any payments determined to be owing pursuant to this Section, the Union shall have the right to withdraw Employees in accordance with 18.03.02 and 18.03.03 until such payment is made.

**18.05.00**     It is the intent of the parties that this grievance procedure provides a mechanism for resolving the individual claims covered herein which balances expedited and complete relief to Employees for violations with avoidance of unnecessary costs and disproportionate remedies associated with class and representative actions.

Any dispute, complaint or grievance alleging a violation of the Master Labor Agreement shall be processed through the Grievance Procedure in Section 18, and the Union shall retain sole and exclusive ability to bring such a grievance to arbitration pursuant to such Section. In addition, any dispute, complaint or grievance concerning a violation of, or arising under, Industrial Welfare Commission Wage Order 16 ("Wage Order 16") which is subject to the Grievance Procedure in Section 18 by operation of Wage Order 16 and exemptions contained therein for Employees covered by collective bargaining agreements shall remain subject only to this Section 18. Disputes, complaints or grievances within the scope of this paragraph shall be referred to as "Contractual Disputes."

In addition to Contractual Disputes that may be brought by the Union as described above, all employee disputes concerning violations of, or arising under Wage Order 16 (except as noted in the immediately preceding paragraph), the California Labor Code Sections identified in California Labor Code Section 2699.5 as amended, the California Private Attorneys General Act (Labor Code Section 2698, et. seq.), and federal, state and local law concerning wage-hour requirements, wage payment and meal or rest periods, including claims arising under the Fair Labor Standards Act (hereinafter "Statutory Dispute" or "Statutory Disputes") shall be subject to and must be processed by the employee pursuant to the procedures set forth in  Section 18.06.00 as the sole and exclusive remedy. To ensure disputes are subject to this grievance procedure in accordance with the intended scope of coverage set forth herein, Statutory Disputes also include any contract, tort or common law claim concerning the matters addressed in the foregoing laws (other than a claim of violation of the Master Labor Agreement which are deemed Contractual Disputes). This Section 18.05.00 and the procedures set forth in Section 18.06.00 shall not apply to claims before the National Labor Relations Board, the Employee Equal Opportunity Commission, the Department of Fair Employment and Housing, and the California Division of Workers' Compensation.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***18.06.00*** No Statutory Dispute will be subject to the Grievance Procedure unless the issue presented by the Statutory Dispute is expressly addressed by a provision of this Agreement. Statutory Disputes not expressly addressed by a provision of this Agreement shall be submitted to private arbitration before an Arbitrator selected by the mutual agreement of the individual employee and the Individual Employer or Employer. If the parties are unable to mutually agree on an Arbitrator within five (5) business days, either party may request a panel of arbitrators from the Federal Mediation & Conciliation Service. The parties then agree that an arbitrator shall be selected from the FMCS panel using a priority ranking method. The Individual Employer shall pay all costs of the Arbitrator.

Grievances and arbitrations of all Statutory Disputes shall be brought by the individual employee in an individual capacity only and not as a grievant or class member in any purported class or representative grievance or arbitration proceeding. The Arbitrator shall have the authority to consolidate individual grievances for hearing, but shall not have the authority to fashion a proceeding as a class or collective action or to award relief to a group or class of employees in one (1) grievance or arbitration proceeding.

Each party shall pay for its own costs, expenses, and attorneys' fees, if any. However, if any party prevails on a statutory claim which affords the prevailing party costs or attorneys' fees, or if there is a written Agreement providing for an award of costs or attorneys' fees, the Arbitrator may award costs and reasonable attorneys' fees to the prevailing party. Any issue regarding the payment of fees or costs, and any disputes about the manner of proceeding shall be decided by the Arbitrator.

The Arbitrator shall have full authority to fashion such remedies and award relief consistent with limitations under federal and state law, and precedent established thereunder, whether by way of damages or the award of attorneys' fees and other costs, orders to cease and desist, or any and all other reasonable remedies designed to correct any violation which the Arbitrator may have found to have existed, including such remedies as provided under applicable state or federal law or regulation. The decision of the Arbitrator is final and binding upon the parties and is enforceable in a court of competent jurisdiction.

The Arbitrator shall not have any authority to award relief that would require amendment of the Master Labor Agreement or other agreement(s) between the Union and the Individual Employer or Employer, or which conflicts with any provision of any collective bargaining agreement or such other agreement(s). Any Arbitration outcome shall have no precedential value with respect to the interpretation of the Master Labor Agreement or other agreement(s) between the Union and the Individual Employer or the Employer.

***19.00.00    JURISDICTIONAL DISPUTES***

***19.01.00*** There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other union affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes will be settled by the Unions themselves, and if not settled then it shall be submitted to the International Presidents of the Unions involved in the dispute for determination and if not settled, the parties hereto agree that the dispute shall be submitted to the Arbitration Panel set forth in the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry or its successor acceptable to the Building and Construction Trades Department of the AFL-CIO and the International Union of Operating Engineers. The Employer, the Individual Employer and the Union shall be and are bound by the Arbitration Panel's determination, decision and/or award and the misassignment if any is found shall be promptly corrected by the Individual Employer unless the other union shall refuse to abide by the determination and decision in which case the Union shall be and is authorized to proceed to enforce the decision by any lawful means in which case the work shall proceed as originally assigned by the Individual Employer until such decision is made. In the event an Individual Employer shall misassign the work after notice of the decision, he shall be subject to such penalty as shall be determined by the Board of Adjustment.

*NOTE:* If the International Presidents cannot resolve the dispute, it is submitted to arbitration through the aforesaid Plan, provided such Plan for the Settlement of Jurisdictional Disputes is subscribed to by the disputing parties. Such arbitrator's decision is final and enforceable in court.



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**20.00.00    ADDITIONAL WORK OR CLASSIFICATIONS**

**20.01.00    *New Equipment.*** This Agreement contemplates that as and when equipment and other means and methods of operating equipment not presently in use in the area covered by this Agreement is or are about to be introduced on a jobsite, the Employer and the Union shall upon written request by either party meet within ten (10) working days to negotiate an appropriate rate, classification and working rule for the equipment's operation and for the other means or methods of operating equipment not presently in use.

**20.02.00    *Committee.*** Such rate, classification and working rule shall be established at a job conference ten (10) days prior to the time the equipment or means or methods of operating equipment not presently in use are introduced on a jobsite, and if it is not settled at such a conference, the matter may be referred to a standing committee consisting of three (3) representatives each of the Union and the Employer established by the Union and the Employer to conduct such negotiations.

**20.02.01**    Such committee will meet within ten (10) days after written request of the Individual Employer intending to operate such equipment or use such means or methods of operating equipment not presently in use accompanied by photograph and pertinent catalog or other data on the equipment or means or methods of operating equipment not presently in use and agree to a straight-time hourly wage rate for each classification required and working rule within fifteen (15) days from the date of notice unless the parties mutually agree to extend the time, which rate and classification and working rule shall be added to and become a part of Section 01.00.00, as of the date of the initial introduction of the equipment or such means or methods of operating equipment not presently in use on a jobsite.

**20.02.02**    Until such rate or rates, classification or classifications and working rule is established, the Individual Employer may operate the equipment or use such means or methods of operating equipment not presently in use at a temporary rate or rates, classification or classifications and working rule for thirty (30) calendar days only from the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite, provided that such thirty (30) calendar-day period may be extended by mutual agreement of the committee provided in 20.02.00. The permanent rate, classification and working rule, when established, will be paid retroactively to the date of the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite.

**20.02.03**    The foregoing shall also apply when work under air pressure is undertaken or when nuclear devices, Laser Beams or other devices for field surveying or to move earth not specifically covered in Section 01.00.00 are used, or to be used.

**21.00.00    SPECIAL PROVISIONS CONCERNING FOREMEN OTHER THAN GENERAL FOREMEN**

**21.01.00    *General Provisions.*** The provisions of this Section 21.00.00, to the extent they differ from any specific provision of other Sections of this Agreement, shall supersede such provision and this Section 21.00.00, as to such provision, shall control.

**21.02.00    *Classified as Supervisors.*** Foremen shall not be subject to the Job Placement Regulations of this Agreement except where such Foremen are employed to operate equipment (other than in an on-the-job emergency).

**21.03.00    *Foremen and Shifters.*** The Individual Employer shall have the right to determine the number of Foremen and Shifters, with the following exceptions:

**21.03.01**    When the Individual Employer employs nine (9) or more Journeymen/Apprentice Operating Engineers on a spread to operate individually-manned pieces of earthmoving equipment, or individually-manned pieces of equipment directly supplemental thereto, or any combination thereof on any shift, he/she shall designate a Foreman or Shifter to supervise them.

**21.03.02**    When five (5) or more Journeymen/Apprentice Operators are employed by an Individual Employer to operate individually manned pieces of earthmoving equipment, or individually manned pieces of equipment directly supplemental thereto or any combination thereof on overtime, the Foreman or Shifter who is in charge of supervising

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

the operation of the equipment during the straight-time hours shall be afforded the opportunity to work overtime including Saturdays, Sundays, and holidays.

**21.03.03**    When individually manned units of earthmoving equipment, which are being operated under this Agreement, are being supervised, the immediate supervision shall be done by a Foreman or Shifter pursuant to this Agreement.

**21.03.04**    When an Individual Employer employs ten (10) or more Journeyman/Apprentice Operating Engineers for work performed under a National Maintenance or a Refinery Project he shall designate a Foreman or Shifter covered by this Agreement to supervise them.

**21.04.00**    *Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty).* The Individual Employer shall have the right to determine the number of Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty), with the following exceptions:

**21.04.01**    When the Individual Employer is employing five (5) or more Heavy Duty Repairmen, he/she shall employ a Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) to supervise them.

**21.04.02**    When five (5) or more Heavy Duty Repairmen are performing work on an overtime basis, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) who is in charge of the preceding straight-time work shall be afforded the opportunity to work overtime including Saturdays, Sundays and holidays.

**21.04.03**    No Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) shall work with the tools, except when required in the supervision of his work, and except in an on-the-job emergency, provided, however, in the event a regular Heavy Duty Repairman is absent, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) may work with the tools, provided in such case that prior to such work the appropriate Job Placement Center of the Union has been requested to dispatch a replacement.

**21.05.00**    *Fringe Benefits.* The Individual Employer shall abide by Section 12.00.00 with respect to Foremen, Shifters, Heavy Duty Repairman Foremen, and Master Mechanics (Heavy Duty) in the same manner as applied to all Employees covered by this Agreement.

**21.06.00**    *Union Security.* When the Individual Employer uses Foremen and Master Mechanics (Heavy Duty), they shall be required to be members of the Union.

**22.00.00**    **SPECIAL PROVISIONS COVERING SUPERVISORY PERSONNEL ABOVE THE RANK OF FOREMAN**

**22.01.00**    *Fringe Benefits.* The Individual Employers may cover their supervisory personnel above the rank of Foremen in the Operating Engineers' Health and Welfare Trust Fund for Northern California, Pensioned Operating Engineers' Health and Welfare Fund and Pension Trust Fund for Operating Engineers by paying into the above Trusts set forth in the Master Agreement monthly on the basis of 168 hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such Employee in a month; provided, however, once the Individual Employer makes one (1) payment on behalf of such Employee, it shall continue to make such payment so long as the Employee is in its employ during the life of the Agreement, above the rank of Foreman. The Employee must be a member of the Union in good standing and must maintain membership in the Union in good standing for the life of this Agreement.  An Individual Employer may elect not to make payments to the Health and Welfare Trust on behalf of such supervisory personnel if the Individual Employer provides the Employees with health care benefits through another source.  If an Individual Employer does not make payments to the Health and Welfare Trust Fund on such an Employee's behalf, it may not do so for the duration of this Agreement.

**23.00.00**    **MAP DESCRIPTION FOR AREAS 1 AND 2**

**23.01.00**    The following is a description based upon township and range lines of Areas 1 and 2.

**23.02.00**    Area 1 is all of Northern California within the following lines:

1.    Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S, of the Mount Diablo Base and Meridian,

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

2.    Thence Easterly along the Southerly line of Township 19S, to the Northwest corner of Township 20S, Range 6E,
3.    Thence Southerly to the Southwest corner of Township 20S, Range 6E,
4.    Thence Easterly to the Northwest corner of Township 21S, Range 7E,
5.    Thence Southerly to the Southwest corner of Township 21S, Range 7E,
6.    Thence Easterly to the Northwest corner of Township 22S, Range 9E,
7.    Thence Southerly to the Southwest corner of Township 22S, Range 9E,
8.    Thence Easterly to the Northwest corner of Township 23S, Range 10E,
9.    Thence Southerly to the Southwest corner of Township 24S, Range 10E,
10.   Thence Easterly to the Southwest corner of Township 24S, Range 31E,
11.   Thence Northerly to the Northeast corner of Township 20S, Range 31E,
12.   Thence Westerly to the Southeast corner of Township 19S, Range 29E,
13.   Thence Northerly to the Northeast corner of Township 17S, Range 29E,
14.   Thence Westerly to the Southeast corner of Township 16S, Range 28E,
15.   Thence Northerly to the Northeast corner of Township 13S, Range 28E,
16.   Thence Westerly to the Southeast corner of Township 12S, Range 27E,
17.   Thence Northerly to the Northeast corner of Township 12S, Range 27E,
18.   Thence Westerly to the Southeast corner of Township 11S, Range 26E,
19.   Thence Northerly to the Northeast corner of Township 11S, Range 26E,
20.   Thence Westerly to the Southeast corner of Township 10S, Range 25E,
21.   Thence Northerly to the Northeast corner of Township 9S, Range 25E,
22.   Thence Westerly to the Southeast corner of Township 8S, Range 24E,
23.   Thence Northerly to the Northeast corner of Township 8S, Range 24E,
24.   Thence Westerly to the Southeast corner of Township 7S, Range 23E,
25.   Thence Northerly to the Northeast corner of Township 6S, Range 23E,
26.   Thence Westerly to the Southeast corner of Township 5S, Range 20E,
27.   Thence Northerly to the Northeast corner of Township 5S, Range 20E,
28.   Thence Westerly to the Southeast corner of Township 4S, Range 19E,
29.   Thence Northerly to the Northeast corner of Township 1S, Range 19E,
30.   Thence Westerly to the Southeast corner of Township 1N, Range 18E,
31.   Thence Northerly to the Northeast corner of Township 3N, Range 18E,
32.   Thence Westerly to the Southeast corner of Township 4N, Range 17E,
33.   Thence Northerly to the Northeast corner of Township 4N, Range 17E,
34.   Thence Westerly to the Southeast corner of Township 5N, Range 15E,
35.   Thence Northerly to the Northeast corner of Township 5N, Range 15E,
36.   Thence Westerly to the Southeast corner of Township 6N, Range 14E,
37.   Thence Northerly to the Northeast corner of Township 10N, Range 14E,
38.   Thence Easterly along the Southern line of Township 11N, to the California/Nevada State Border,
39.   Thence Northerly along the California/Nevada State Border to the Northerly line of Township 17N,
40.   Thence Westerly to the Southeast corner of Township 18N, Range 10E,
41.   Thence Northerly to the Northeast corner of Township 20N, Range 10E,
42.   Thence Westerly to the Southeast corner of Township 21N, Range 9E,
43.   Thence Northerly to the Northeast corner of Township 21N, Range 9E,
44.   Thence Westerly to the Southeast corner of Township 22N, Range 8E,
45.   Thence Northerly to the Northeast corner of Township 22N, Range 8E,
46.   Thence Westerly to the Northwest corner of Township 22N, Range 8E,
47.   Thence Northerly to the Southwest corner of Township 27N, Range 8E,
48.   Thence Easterly to the Southeast corner of Township 27N, Range 8E,
49.   Thence Northerly to the Northeast corner of Township 28N, Range 8E,
50.   Thence Westerly to the Southeast corner of Township 29N, Range 6E,

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

51.     Thence Northerly to the Northeast corner of Township 32N, Range 6E,
52.     Thence Westerly to the Northwest corner of Township 32N, Range 6E,
53.     Thence Northerly to the Northeast corner of Township 35N, Range 5E,
54.     Thence Westerly to the Southeast corner of Township 36N, Range 3E,
55.     Thence Northerly to the Northeast corner of Township 36N, Range 3E,
56.     Thence Westerly to the Southeast corner of Township 37N, Range 1W,
57.     Thence Northerly to the Northeast corner of Township 38N, Range 1W,
58.     Thence Westerly to the Southeast corner of Township 39N, Range 2W,
59.     Thence Northerly to the Northeast corner of Township 40N, Range 2W,
60.     Thence Westerly to the Southeast corner of Township 41N, Range 4W,
61.     Thence Northerly to the Northeast corner of Township 42N, Range 4W,
62.     Thence Westerly to the Southeast corner of Township 43N, Range 5W,
63.     Thence Northerly to the California/Oregon State Border,
64.     Thence Westerly along the California/Oregon State Border to the Westerly Boundary of Township Range 8W,
65.     Thence Southerly to the Southwest corner of Township 43N, Range 8W,
66.     Thence Easterly to the Southeast corner of Township 43N, Range 8W,
67.     Thence Southerly to the Southwest corner of Township 42N, Range 7W,
68.     Thence Easterly to the Southeast corner of Township 42N, Range 7W,
69.     Thence Southerly to the Southwest corner of Township 41N, Range 6W,
70.     Thence Easterly to the Northwest corner of Township 40N, Range 5W,
71.     Thence Southerly to the Southwest corner of Township 38N, Range 5W,
72.     Thence Westerly to the Northwest corner of Township 37N, Range 6W,
73.     Thence Southerly to the Southwest corner of Township 35N, Range 6W,
74.     Thence Westerly to the Northwest corner of Township 34N, Range 10W,
75.     Thence Southerly to the Southwest corner of Township 31N, Range 10W,
76.     Thence Easterly to the Northwest corner of Township 30N, Range 9W,
77.     Thence Southerly to the Southwest corner of Township 30N, Range 9W,
78.     Thence Easterly to the Northwest corner of Township 29N, Range 8W,
79.     Thence Southerly to the Southwest corner of Township 23N, Range 8W,
80.     Thence Easterly to the Northwest corner of Township 22N, Range 6W,
81.     Thence Southerly to the Southwest corner of Township 16N, Range 6W,
82.     Thence Westerly to the Southeast corner of Township 16N, Range 9W,
83.     Thence Northerly to the Northeast corner of Township 16N, Range 9W,
84.     Thence Westerly to the Southeast corner of Township 17N, Range 12W,
85.     Thence Northerly to the Northeast corner of Township 18N, Range 12W,
86.     Thence Westerly to the Northwest corner of Township 18N, Range 15W,
87.     Thence Southerly to the Southwest corner of Township 14N, Range 15W,
88.     Thence Easterly to the Northwest corner of Township 13N, Range 14W,
89.     Thence Southerly to the Southwest corner of Township 13N, Range 14W,
90.     Thence Easterly to the Northwest corner of Township 12N, Range 13W,
91.     Thence Southerly to the Southwest corner of Township 12N, Range 13W,
92.     Thence Easterly to the Northwest corner to Township 11N, Range 12W,
93.     Thence Southerly into the Pacific Ocean, and,
94.     Commencing in the Pacific Ocean on the extension of the Humboldt Base Line,
95.     Thence Easterly to the Northwest corner of Township 1S, Range 2E,
96.     Thence Southerly to the Southwest corner of Township 2S, Range 2E,
97.     Thence Easterly to the Northwest corner of Township 3S, Range 3E,
98.     Thence Southerly to the Southwest corner of Township 5S, Range 3E,
99.     Thence Easterly to the Southeast corner of Township 5S, Range 4E,

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

100.  Thence Northerly to the Northeast corner of Township 4S, Range 4E,
101.  Thence Westerly to the Southeast corner of Township 3S, Range 3E,
102.  Thence Northerly to the Northeast corner of Township 5N, Range 3E,
103.  Thence Easterly to the Southeast corner of Township 6N, Range 5E,
104.  Thence Northerly to the Northeast corner of Township 7N, Range 5E,
105.  Thence Westerly to the Southeast corner to Township 8N, Range 3E,
106.  Thence Northerly to the Northeast corner of Township 9N, Range 3E,
107.  Thence Westerly to the Southeast corner of Township 10N, Range 1E,
108.  Thence Northerly to the Northeast corner of Township 13N, Range 1E,
109.  Thence Westerly into the Pacific Ocean,excluding that portion of Northern California contained within the following lines:
110.  Commencing at the Southwest corner of Township 12N, Range 11E, of the Mount Diablo Base and Meridian,
111.  Thence Easterly to the Southeast corner of Township 12N, Range 16E,
112.  Thence Northerly to the Northeast corner of Township 12N, Range 16E,
113.  Thence Westerly to the Southeast corner of Township 13N, Range 15E,
114.  Thence Northerly to the Northeast corner of Township 13N, Range 15E,
115.  Thence Westerly to the Southeast corner of Township 14N, Range 14E,
116.  Thence Northerly to the Northeast corner of Township 16N, Range 14E,
117.  Thence Westerly to the Northwest corner of Township 16N, Range 12E,
118.  Thence Southerly to the Southwest corner of Township 16N, Range 12E,
119.  Thence Westerly to the Northwest corner of Township 15N, Range 11E,
120.  Thence Southerly to the point of beginning at the Southwest corner of Township 12N, Range 11E.

**23.03.00**  Area 2 shall be all areas not part of Area 1 described above.

**24.00.00  CHANGES**

**24.01.00**  It is hereby understood and agreed that no settlement of any dispute as to the interpretation of this Agreement or the interpretation of any word, phrase, clause, sentence, paragraph or section thereof other than as may be determined through Section 18.00.00, Grievance Procedure, shall be of any force or effect unless and until it is (a) reduced to writing; (b) signed by the Business Manager of the Union; and (c) the Secretary of the Employer representing the Individual Employer.

**25.00.00  TERM OF AGREEMENT**

**25.01.00  *Employer's Membership*.** This Agreement is made for and on behalf of and shall be binding upon the Employer, any Association of Employers signatory hereto, and the Individual Employers as defined in 02.02.00.

**25.01.01**  The Employer and each Association of Employers signatory hereto represents that upon the date of the execution of this Agreement the Employer or Association of Employers signatory hereto, as the case may be, represents its members, Individual Employers as defined in 02.02.00, and that said Individual Employers have duly authorized it to make this contract for and on their behalf as parties hereto.

**25.02.00  *Agreement Binding Upon Parties*.** This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.

**25.03.00  *Effective and Termination Dates*.** This Agreement shall be effective July 1, 2020, and shall remain in effect through June 30, 2023, and if the written notice provided by Section 8(d) of the National Labor Relations Act as Amended is not given by either the Union or the Employer to the other, it shall continue indefinitely; provided however, this Agreement may be terminated at any time after June 30, 2023, by either the Union or the Employer giving to the other the written notice provided by Section 8(d) of the Act in which event this Agreement shall terminate at the end of the sixtieth (60th) calendar day after receipt of such notice. Regardless of when terminated, the Union and Employer will negotiate exclusively with each other during the last sixty (60) days of the Agreement.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

*IN WITNESS WHEREOF*, the parties hereto have hereunto executed this Agreement as of the date hereof by their respective representatives duly authorized to do so this _____ day of _____, 2020.

**FOR THE EMPLOYER:**

**UNITED CONTRACTORS ("UCON")**

_____
Steve Clark, UCON Craft Committee

5/5/2020

_____
**Date**

_____
Rich Gates, UCON Craft Committee

5/4/2020

_____
**Date**

_____
Victor Sella, Director of Labor Relations

**5/4/2020**

_____
**Date**

**FOR THE UNION:**

**OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO**

_____
**Steve Ingersoll**
**President**

_____
**James K. Sullivan**
**Recording-Corresponding Secretary**

_____
**Dan Reding**
**Business Manager**

_____
**Justin Diston**
**Vice President**

_____
**Dave Harrison**
**Financial Secretary**

_____
**Nate Tucker**
**Treasurer**

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

**EXHIBIT C**

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**ATTACHMENT "A"**
**SUBCONTRACTING TERMS AND CONDITIONS AGREEMENT**

**THIS AGREEMENT**, made and entered into this _____day of _____ 20___, by and between _____ ("Subcontractor") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union"), covering subcontracted work for _____ ("SIGNATORYEMPLOYER") on the _____ (Project) located at _____ (Project Address).

For this Project only, the Subcontractor hereby agrees to be bound by the wage rates, fringe benefit rates, hours and all other terms and conditions of employment contained in the current Master Construction Agreement for Northern California between the OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO and THE SIGNATORY ASSOCIATIONS, and any successor agreements thereto which may be in effect during the Project, except for those modifications as outlined below. All references in the Master Agreement to either "Employer" or "Individual Employer" shall, include to mean the Subcontractor.

Upon submission of this Agreement, a trust fund account shall be established for the duration of this Project and the Subcontractor shall be notified of the account number by the Trust Fund office.

This Agreement shall terminate upon notice to the Union of the completion of the Subcontractors' work at the above-mentioned Project. Upon completion of the Project, the Subcontractor shall notify the Union of the completion date.

The undersigned representative has been authorized to bind the Subcontractor to this Agreement, this day _____ of _____ 20___.

**AUTHORIZED BY:**

Signature: _____  Print Name: _____

Print Title: _____  CA License #:_____

Subcontractor Name: _____

Address: _____  City/Zip: _____

Phone: _____  Fax: _____  Email: _____

**FOR OFFICIAL USE ONLY:**
Billing Account#_____  Commence Billing: _____

| | | | |
|---|---|---|---|
| **Original:** | **Operating Engineers Local Union 3**<br>**1620 South Loop Road** | **Copy:** | **Signatory Employer**<br>**Subcontractor** |

77

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

Alameda, CA 94502

## ADDENDUM "A"

## RESIDENTIAL CONSTRUCTION
## AND
## BUILDING CONSTRUCTION

**SECTION 1**      *Coverage*

**Section 1.1**    This Addendum shall apply to Residential Construction and Building Construction work as defined below which is performed in the Counties listed below.

**Section 1.2**    All terms and conditions of the Master Agreement shall apply to such work except for those provisions which are specifically modified or superseded by this Addendum.  The Master Agreement will apply in its entirety to all work not covered by this Addendum.

**SECTION 2**      *Definition of Type of Work*

**SECTION 3**      *Wages and Fringe Benefits*

**Section 2.1**    *Residential Construction:*  Town or row houses; apartment buildings (4 stories or less); single family houses; mobile home developments; multi-family houses; and student housing.

**Section 2.2**    *Building Construction:* Alterations and additions to non-residential buildings; apartment buildings (5 stories and above); arenas (enclosed); auditoriums; automobile parking garages; banks and financial buildings; barracks; churches; hospitals; hotels; industrial buildings; institutional buildings; libraries; mausoleums; motels; museums; nursing and convalescent facilities; office buildings; out-patient clinics; passenger and freight terminal buildings; police stations; post offices; city halls; civic centers; commercial buildings; court houses; detention facilities; dormitories; farm buildings; fire stations; power plants; prefabricated buildings; remodeling buildings; renovating buildings; repairing buildings; restaurants; schools; service stations; shopping centers; stores; subway stations; theaters; and warehouses.  Buildings which are part of a water treatment or sewage treatment plant are not covered by this Addendum, they are "Heavy" work.

| | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group 1 (4 classifications)** | | | | |
| Area 1 | $47.60 | $50.00 | | |
| Area 2 | $49.60 | $52.00 | | |
| **Group 2 (7 classifications)** | | | | |
| Area 1 | $46.15 | $48.55 | | |
| Area 2 | $48.15 | $50.55 | | |
| **Group 3 (19 classifications** | | | | |
| Area 1 | $44.75 | $47.15 | | |
| Area 2 | $46.75 | $49.15 | | |
| **Group 4 (35 classifications)** | | | | |
| Area 1 | $43.42 | $45.82 | | |
| Area 2 | $45.42 | $47.82 | | |
| **Group 5 (21 classifications** | | | | |
| Area 1 | $42.21 | $44.61 | | |
| Area 2 | $44.21 | $46.61 | | |

78

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

| Group 6 (30 classifications) | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $40.94 | $43.34 | | |
| Area 2 | $42.94 | $45.34 | | |
| **Group 7 (28 classifications)** | | | | |
| Area 1 | $39.85 | $42.25 | | |
| Area 2 | $41.85 | $44.25 | | |
| **Group 8 (32 classifications)** | | | | |
| Area 1 | $38.77 | $41.17 | | |
| Area 2 | $40.77 | $43.17 | | |
| **Group 8A (5 classifications)** | | | | |
| Area 1 | $36.65 | $39.05 | | |
| Area 2 | $38.65 | $41.05 | | |
| **Foreman and Shifters, Over 7 Employees** | | | | |
| Area 1 | $47.60 | $50.00 | | |
| Area 2 | $49.60 | $52.00 | | |
| **Foreman (Working), Under 7 Employees** | | | | |
| Area 1 | $46.15 | $48.55 | | |
| Area 2 | $48.15 | $50.55 | | |
| **Master Mechanic, Over 5 Employees** | | | | |
| Area 1 | $47.60 | $50.00 | | |
| Area 2 | $49.60 | $52.00 | | |

**Special Single Shift and Second Shift Wage Rates**

| | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group 1** | | | | |
| Area 1 | $51.75 | $55.15 | | |
| Area 2 | $53.75 | $57.15 | | |
| **Group 2** | | | | |
| Area 1 | $50.11 | $53.51 | | |
| Area 2 | $52.11 | $55.51 | | |
| **Group 3** | | | | |
| Area 1 | $48.55 | $51.95 | | |
| Area 2 | $50.55 | $53.95 | | |
| **Group 4** | | | | |
| Area 1 | $47.03 | $50.43 | | |
| Area 2 | $49.03 | $52.43 | | |
| **Group 5** | | | | |
| Area 1 | $45.68 | $49.08 | | |

79

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

| | | |
|---|---|---|
| Area 2 | $47.68 | $51.08 |

| | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group 6** | | | | |
| Area 1 | $44.24 | $47.64 | | |
| Area 2 | $46.24 | $49.64 | | |
| **Group 7** | | | | |
| Area 1 | $43.03 | $46.43 | | |
| Area 2 | $45.03 | $48.43 | | |
| **Group 8** | | | | |
| Area 1 | $41.82 | $45.22 | | |
| Area 2 | $43.82 | $47.22 | | |
| **Group 8A** | | | | |
| Area 1 | $39.43 | $42.83 | | |
| Area 2 | $41.43 | $44.83 | | |
| **Foreman and Shifters, Over 7 Employees** | | | | |
| Area 1 | $51.75 | $55.15 | | |
| Area 2 | $53.75 | $57.15 | | |
| **Foreman (Working), Under 7 Employees** | | | | |
| Area 1 | $50.11 | $53.51 | | |
| Area 2 | $52.11 | $55.51 | | |
| **Master Mechanic, Over 5 Employees** | | | | |
| Area 1 | $51.75 | $55.15 | | |
| Area 2 | $53.75 | $57.15 | | |

**All Cranes and Attachments (Same Manning as Master Agreement)**

| Group 1 (4 classifications) | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| Area 1 | $49.20 | $51.60 | | |
| Area 2 | $51.20 | $53.60 | | |
| **Group 1-A (6 classifications)** | | | | |
| Area 1 | $48.45 | $50.85 | | |
| Area 2 | $50.45 | $52.85 | | |
| **Group 2-A (4 classifications)** | | | | |
| Area 1 | $46.76 | $49.16 | | |
| Area 2 | $48.76 | $51.16 | | |
| **Group 3-A (6 classifications)** | | | | |
| Area 1 | $45.12 | $47.52 | | |
| Area 2 | $47.12 | $49.52 | | |
| **Group 4-A (3 classifications)** | | | | |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

|  |  |  |  |  |
|---|---|---|---|---|
| Area 1 | $42.21 | $44.61 |  |  |
| Area 2 | $44.21 | $46.61 |  |  |

**All Cranes & Attachments (continued)**

| Group 5-A (3 Classifications) | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
|  | $2.35 | $2.90 | $2.80 | $2.80 |

2921　　　Foreman and Shifters, (non-working) 7 Employees and over**

| Area 1 | $51.39 | $53.79 |
|---|---|---|
| Area 2 | $53.39 | $55.79 |

2931　　　Foreman (working), under 7 Employees **

| Area 1 | $50.39 | $52.79 |
|---|---|---|
| Area 2 | $52.39 | $54.79 |

3341　Master Mechanic, over 5 Employees**

| Area 1 | $51.39 | $53.79 |
|---|---|---|
| Area 2 | $53.39 | $55.79 |

**At the discretion of the Employer

***5183** Truck Crane Assistant to Engineer***

**Group 1**

| Area 1 | $42.54 | $44.94 |
|---|---|---|
| Area 2 | $44.54 | $46.94 |

**Group 1-A**

| Area 1 | $41.79 | $44.19 |
|---|---|---|
| Area 2 | $43.79 | $46.19 |

**Group 2-A**

| Area 1 | $41.55 | $43.95 |
|---|---|---|
| Area 2 | $43.55 | $45.95 |

**Group 3-A**

| Area 1 | $41.31 | $43.71 |
|---|---|---|
| Area 2 | $43.31 | $45.71 |

***5183** Hydraulic***

**Group 3-A**

| Area 1 | $40.94 | $43.34 |
|---|---|---|
| Area 2 | $42.94 | $45.34 |

***5173**　Assistant to Engineer***

**Group 1**

| Area 1 | $40.37 | $42.77 |
|---|---|---|
| Area 2 | $42.37 | $44.77 |

**Group 1-A**

| Area 1 | $39.62 | $42.02 |
|---|---|---|
| Area 2 | $41.62 | $44.02 |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

**Group 2-A**

| | | |
|---|---|---|
| Area 1 | $39.40 | $41.80 |
| Area 2 | $41.40 | $43.80 |

**Group 3-A**

| | | |
|---|---|---|
| Area 1 | $39.15 | $41.55 |
| Area 2 | $41.15 | $43.55 |

**All Cranes and Attachments, Special Single Shift and Second Shift Wage Rates**

| | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group 1** | | | | |
| Area 1 | $53.46 | $56.86 | | |
| Area 2 | $55.46 | $58.86 | | |
| **Group 1-A** | | | | |
| Area 1 | $52.71 | $56.11 | | |
| Area 2 | $54.71 | $58.11 | | |
| **Group 2-A** | | | | |
| Area 1 | $50.80 | $54.20 | | |
| Area 2 | $52.80 | $56.20 | | |
| **Group 3-A** | | | | |
| Area 1 | $48.94 | $52.34 | | |
| Area 2 | $50.94 | $54.34 | | |
| **Group 4-A** | | | | |
| Area 1 | $45.68 | $49.08 | | |
| Area 2 | $47.68 | $51.08 | | |

**Group 5-A Foreman**

2921    Foreman and Shifters, (non-working) 7 Employees and over**

| | | |
|---|---|---|
| Area 1 | $53.76 | $57.16 |
| Area 2 | $55.76 | $59.16 |

2931    Foreman (working), under 7 Employees**

| | | |
|---|---|---|
| Area 1 | $52.76 | $56.16 |
| Area 2 | $54.76 | $58.16 |

3341    Master Mechanic, over 5 Employees**

| | | |
|---|---|---|
| Area 1 | $53.76 | $57.16 |
| Area 2 | $55.76 | $59.16 |

**At the discretion of the Employer

*5183** Truck Crane Assistant to Engineer*

**Group 1**

| | | |
|---|---|---|
| Area 1 | $45.97 | $49.37 |
| Area 2 | $47.97 | $51.37 |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**Group 1-A**

| | | |
|---|---|---|
| Area 1 | $45.22 | $48.62 |
| Area 2 | $47.22 | $50.62 |

| 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|
| $2.35 | $3.90 | $2.80 | $2.80 |

**Group 2-A**

| | | |
|---|---|---|
| Area 1 | $44.95 | $48.35 |
| Area 2 | $46.95 | $50.35 |

**Group 3-A**

| | | |
|---|---|---|
| Area 1 | $44.68 | $48.08 |
| Area 2 | $46.68 | $50.08 |

***5183** Hydraulic*
**Group 3-A**

| | | |
|---|---|---|
| Area 1 | $44.24 | $47.64 |
| Area 2 | $46.24 | $49.64 |

***5173** Assistant to Engineer*

**Group 1**

| | | |
|---|---|---|
| **Area 1** | $43.51 | $46.91 |
| **Area 2** | $45.51 | $48.91 |

**Group 1-A**

| | | |
|---|---|---|
| Area 1 | $42.76 | $46.16 |
| Area 2 | $44.76 | $48.16 |

**Group 2-A**

| | | |
|---|---|---|
| Area 1 | $42.52 | $45.92 |
| Area 2 | $44.52 | $47.92 |

**Group 3-A**

| | | |
|---|---|---|
| Area 1 | $42.24 | $45.64 |
| Area 2 | $44.24 | $47.64 |

**Classifications and Rates for Steel Erectors and Fabricators**

**(Same Manning as Master Agreement)**

| | 6/24/19 | 6/29/20* | 6/28/21* | 6/27/22* |
|---|---|---|---|---|
| | $2.35 | $2.90 | $2.80 | $2.80 |
| **Group A-1 (3 classifications)** | $50.14 | $52.54 | | |
| **Group 1 (3 classifications)** | $49.39 | $51.79 | | |
| **Group 2 (4 classifications)** | $47.68 | $50.08 | | |
| **Group 3 (2 classifications)** | $46.29 | $48.69 | | |
| **Group 4 (3 classifications)** | $44.36 | $46.76 | | |
| **Group 5 (1 classification)** | $43.11 | $45.51 | | |

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

***5183** Truck Crane Assistant to Engineer*

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement



# EXHIBIT C

| | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group A-1** | $43.15 | $45.55 | | |
| **Group 1** | $42.40 | $44.80 | | |
| **Group 2** | $42.18 | $44.58 | | |
| **Group 3** | $41.93 | $44.33 | | |

*5183** Hydraulic*

| | | | | |
|---|---|---|---|---|
| **Group 3** | $41.55 | $43.95 | | |

*5173** Assistant to Engineer*

| | | | | |
|---|---|---|---|---|
| **Group A-1** | $41.01 | $43.41 | | |
| **Group 1** | $40.26 | $42.66 | | |
| **Group 2** | $40.01 | $42.41 | | |
| **Group 3** | $39.78 | $42.18 | | |

**Steel Erectors and Fabricators, Special Single Shift and Second Shift Wage Rates**

| | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group A-1** | $54.51 | $57.91 | | |
| **Group 1** | $53.76 | $57.16 | | |
| **Group 2** | $51.84 | $55.24 | | |
| **Group 3** | $50.26 | $53.66 | | |
| **Group 4** | $48.11 | $51.51 | | |
| **Group 5** | $46.69 | $50.09 | | |

*5183** Truck Crane Assistant to Engineer*

| | | | | |
|---|---|---|---|---|
| **Group A-1** | $46.65 | $50.05 | | |
| **Group 1** | $45.90 | $49.30 | | |
| **Group 2** | $45.64 | $49.04 | | |
| **Group 3** | $45.36 | $48.76 | | |

*5183** Hydraulic*

| | | | | |
|---|---|---|---|---|
| **Group 3** | $44.95 | $48.35 | | |

*5173** Assistant to Engineer*

| | | | | |
|---|---|---|---|---|
| **Group A-1** | $44.23 | $47.63 | | |
| **Group 1** | $43.48 | $46.88 | | |
| **Group 2** | $43.21 | $46.61 | | |
| **Group 3** | $42.93 | $46.33 | | |

**Classifications and Rates for Piledrivers** (Same Manning as Master Agreement)

| | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group A-1 (3 classifications)** | $49.51 | $51.91 | | |
| **Group 1 (4 classifications)** | $48.76 | $51.16 | | |

84

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

| | | |
|---|---|---|
| **Group 2 (5 classifications)** | $47.05 | $49.45 |
| **Group 3 (4 classifications)** | $45.44 | $47.84 |
| **Group 4 (3 classifications)** | $43.74 | $46.14 |
| **Group 5 (0 classifications)** | $42.49 | $44.89 |
| **Group 6 (1 classification)** | $41.24 | $43.64 |
| **Group 7 (0 classifications)** | $40.18 | $42.58 |
| **Group 8 (2 classifications)** | $39.10 | $41.50 |

The straight-time rates of pay for the Truck Crane Assistant to Engineer and Assistant to Engineer classifications are as follows:

***5183** Truck Crane Assistant to Engineer*

| | 6/24/19 $2.35 | 6/29/20* $2.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group A-1** | $42.86 | $45.26 | | |
| **Group 1** | $42.11 | $44.51 | | |
| **Group 2** | $41.88 | $44.28 | | |
| **Group 3** | $41.61 | $44.01 | | |
| ***5173** Assistant to Engineer* | | | | |
| **Group A-1** | $40.69 | $43.09 | | |
| **Group 1** | $39.94 | $42.34 | | |
| **Group 2** | $39.69 | $42.09 | | |
| **Group 3** | $39.46 | $41.86 | | |

**Piledrivers, Special Single Shift and Second Shift Wage Rates**

| | 6/24/19 $2.35 | 6/29/20* $3.90 | 6/28/21* $2.80 | 6/27/22* $2.80 |
|---|---|---|---|---|
| **Group A-1** | $53.80 | $57.20 | | |
| **Group 1** | $53.05 | $56.45 | | |
| **Group 2** | $51.11 | $54.51 | | |
| **Group 3** | $49.32 | $52.72 | | |
| **Group 4** | $47.39 | $50.79 | | |
| **Group 5** | $46.00 | $49.40 | | |
| **Group 6** | $44.58 | $47.98 | | |
| **Group 7** | $43.39 | $46.79 | | |
| **Group 8** | $42.19 | $45.59 | | |

***5183** Truck Crane Assistant to Engineer*

| | | |
|---|---|---|
| **Group A-1** | $46.32 | $49.72 |
| **Group 1** | $45.57 | $48.97 |
| **Group 2** | $45.32 | $48.72 |
| **Group 3** | $45.01 | $48.41 |

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

***5173\*\* Assistant to Engineer***

| | | |
|---|---|---|
| **Group A-1** | $43.88 | $47.28 |
| **Group 1** | $43.13 | $46.53 |
| **Group 2** | $42.85 | $46.25 |
| **Group 3** | $42.58 | $45.98 |

**SECTION 3        *Fringe Benefits***

*Fringe Benefit Rates.* The fringe benefit rates set forth in the Master Agreement, Sections 12.02.00 through 12.12.12,shall apply to all work covered by this Addendum.

**SECTION 4        *Addendum Counties***

**Section 4.1**       This Addendum shall apply to covered work as defined in Section 2 which is performed in the Counties listed below:

Alpine; Amador; Butte; Calaveras; Colusa; Del Norte; El Dorado; Fresno; Glenn; Humboldt; Kings; Lake; Lassen; Madera; Mariposa; Mendocino; Merced; Modoc; Monterey; Napa; Nevada; Placer; Plumas; Sacramento; San Benito; San Joaquin; Santa Cruz; Shasta; Sierra; Siskiyou; Stanislaus; Sonoma; Sutter; Tehama; Trinity; Tulare; Tuolumne; Yuba; and Yolo.

**SECTION 5        *Work Rules***

These work rules will apply to all building construction work, parking lots, and driveways covered by the Master Agreement in all counties covered by the Master Agreement on jobs on which the value of the work covered by the Master Agreement for the entire project is less than $3,000,000.00.  The Individual Employer shall not engage in or enter into any scheme, plan or device with the Contracting Authority or Developer to job split or split contracts with the intent of pricing a specific job or project under $3,000,000.00.  The Individual Employer shall provide the Union with documentation to establish that the value of a job is under $3,000,000.00.

**Section 5.1**       Straight time hours shall be reckoned by the half (1/2) shift, three quarters (3/4) of a shift and by the full shift.

**Section 5.2**       An Employee who works at more than one rate on the same day shall be paid at the highest rate for all hours worked if the Employee works at the highest rate for at least one half of the Employee's straight- time hours worked that day.  If the Employee works at the highest rate for less than one half of the Employee's straight-time hours that day, the Employee shall be paid for actual time worked at each rate.

**Section 5.3**       So long as the Individual Employer properly mans a job, it may make full utilization of Employees by assigning them work other than work defined in Section 02.05.00 of the Master Agreement.

**Section 5.4**       The regular work day shall be eight (8) consecutive hours or ten (10) consecutive hours (exclusive of a meal period) which shall constitute a regular shift's work.  The regular starting time of a single shift shall be between 5:00 a.m. and 10:00 a.m.  The parties may establish different starting times.

**Section 5.5**       Forty (40) hours of work, Monday through Friday, shall constitute the regular workweek.

**Section 5.6**       All work performed in excess of forty (40) hours in any one (1) week and all hours worked on Saturday shall be paid for at the overtime rate of time and one-half (1-1/2).  All work performed on Sunday and holidays shall be paid at double time.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## ADDENDUM "B"
## RETIREE WORK PROVISIONS

Recognizing that retired Employees may from time to time wish to return to work on a temporary basis, the Employer and the Union have agreed that said Retiree may return to work on the following basis:

(1)  Retiree is age 62 years or over.

(2)  Does not replace any Employee currently on the payroll of the Individual Employer.

(3)  Is requested to work during the months of April through November of any calendar year.

(4)  There is less than fifteen percent (15%) registered on the out-of-work list in their Job Placement Center servicing the job or project to which the Employee is to be dispatched.

(5)  Retiree is not eligible to register or work in a Preferred Classification.

(6)  A Journeyman shall not be employed as an Assistant to Engineer.

*(7)  **PENSIONED HEALTH AND WELFARE.*** Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers' Pensioned Health and Welfare Trust Fund according to the following schedule:

- Effective on June 29. 2020–The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 29, 2020, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues
- Effective on June 28, 2021–The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 28, 2021, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues
- Effective on June 27, 2022–The sum of all hourly contribution rates set forth in Section 12.00.00 which are in effect on June 27, 2022, less the amount paid to the Vacation, Holiday and Sick Pay and the Supplemental Dues

*(8)  **VACATION, HOLIDAY AND SICK PAY***. Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers Vacation, Holiday and Sick Pay according to the following schedule:

Effective June 29, 2020 – the amount provided for in Section 12.06.00

*(9)  **SUPPLEMENTAL DUES***. (See Section 12.12.00)

Effective June 29, 2020– the amount provided for in Section 12.12.00

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C



DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## ADDENDUM "C"
## JOINT LABOR MANAGEMENT
## SUBSTANCE ABUSE POLICY

### I. INTRODUCTION

The Union and the Employer establish this Policy in order to provide the Individual Employer with a comprehensive substance abuse program, to provide Employees who abuse and/or are addicted to drugs, including alcohol, a means to receive treatment for their abuse and/or addiction, and to provide for a safe workplace. An Individual Employer is not obligated by this Agreement to have a substance abuse policy. Implementation of this Policy is not mandatory by any Individual Employer, but this Policy is the only policy the Individual Employer may implement for Employees. Once implemented, the Policy shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

An Individual Employer which is regulated by the United States Department of Transportation ("DOT") Code of Federal Regulation CFR 382 and 49 may elect not to implement the testing provisions of this Policy for its Employees who are not regulated by DOT.

### II. NOTICE

A.   An Individual Employer must give written notice to the Union that it is implementing this Policy. The notice must be delivered in person, by certified mail or by FAX before it implements the Policy. A DOT regulated Individual Employer shall specifically notify the Union whether it is implementing the testing provisions of this Policy for its Employees who are not subject to DOT regulations. The notice shall be delivered to the Union at the following address:

> Operating Engineers Local Union No. 3
> 1620 South Loop Road
> Alameda, CA 94502
> (FAX: [510] 748-7401)

B.   The Individual Employer may not implement this Policy unless it subjects all management and supervisory employees to the same type of testing which is provided herein.

C.   An Individual Employer who has implemented this Policy shall advise the Union dispatchers with whom it places an order for Employees that it intends to drug test dispatched Employees. A test result shall not be set aside because an Individual Employer does not give such notice.

D.   An Individual Employer who implements this Policy shall provide written notice of this Policy to all Employees including those dispatched to it by the Union and shall provide each Employee with a copy of the Policy.

E.   Failure to give a form of notice as set forth in this section shall make any drug testing engaged in by the Individual Employer a violation of the Master Agreement and no results of any such test shall be relied upon to deny employment or pay or to discipline any Employee.

### III. PURPOSE OF POLICY

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

A.   The Individual Employer and the Union are committed to providing a safe and productive work environment for Employees. The Employer, Individual Employer and the Union recognize the valuable resource we have in our Employees and recognize that the state of an Employee's health affects attitude, effort, and job performance. The parties recognize that substance abuse is a behavioral, medical and social problem that causes decreased efficiency and increased risk of accidents and of injury.

The Individual Employer and the Union therefore adopt this Policy. The intent of the Policy is threefold:

1.   To maintain a safe, drug and alcohol free workplace;

2.   To maintain our work force at its maximum effectiveness; and

3.   To provide confidential referral to the Assistance & Recovery Program ("ARP") and to provide confidential treatment to those Employees who recognize they have a substance abuse problem and voluntarily seek treatment for it.

B.   In order to achieve these purposes, it is our primary goal to identify those Employees and refer them to professional counseling, and treatment *before* job performance has become a disciplinary problem. Employees are urged to use the services available through ARP. ARP will assist them and refer them to the appropriate treatment program.

1.   Treatment for substance abuse and chemical dependency is provided under the Health and Welfare Plan, up to the limits described in the plans.

2.   An Employee shall be granted necessary leave of absence for treatment ARP recommends contingent upon signing a return-to-work agreement as provided for in Section XI.

## IV. EDUCATION PROGRAM

The Individual Employer will implement a comprehensive drug awareness and education program which shall be in conformance with the DOT regulations. The program shall include educating Employees and management/supervisory personnel about substance abuse and chemical dependency, the adverse effect they have on Employees and the Individual Employer, and the treatment available to Employees who abuse substances and/or are chemically dependent, and the penalties that may be imposed upon Employees who violate this Policy. The Individual Employer shall consult with ARP before it implements this policy so that ARP can provide education to the Individual Employer and its Employees. ARP shall continue to provide an educational program for the Individual Employer for their Employees and shall, to the maximum extent possible, train the Employees of Individual Employer who implement this Policy**.**

## V. CONFIDENTIALITY

The Individual Employer will abide by all applicable State and Federal laws and regulations regarding confidentiality of medical records in any matter related to this Policy. The Individual Employer shall designate one of its management, supervisory or confidential employees to be its custodian of records and contact person for all matters related to this Policy. All such records shall be kept in a locked file which shall be labeled "confidential." Employee records related to this Policy shall not be kept in the Employee's personnel file.

All information from an Employee's drug and alcohol test is confidential for purposes other than determining whether this Policy has been violated. Disclosure of test results to any other person, agency, or organization is prohibited unless written authorization is obtained from the Employee. The results of a positive drug test shall not be released until the results are confirmed. Every effort will be made to insure that all Employee issues related to this Policy will be discussed in private and actions taken will not be made known to anyone other than those directly involved in taking the action, or who are required to be involved in the disciplinary procedure.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## VI. TESTING

Testing for the presence of alcohol or controlled substances and/or their by-products in one's body may only be performed under the conditions set forth herein. All testing shall be done in accordance with the standards established by the Substance Abuse and Mental Health Services Administration ("SAMHSA"), any successor agency, or any other agency of the federal government which has responsibility for establishing standards for drug testing. All such agencies shall be collectively referred to as "SAMHSA."

*Chain of Custody.* All SAMHSA standards for Chain of Custody will be adhered to. A specimen for which the SAMHSA standards are not complied with shall not be considered for any purpose under this Policy.

*Laboratories.* All laboratories which perform tests under this Policy shall be SAMHSA certified.

*Testing Procedures and Protocols.* All SAMHSA standards for testing standards and protocols shall be followed. All specimens which are determined to be positive by the SAMHSA approved screening test shall be subject to a SAMHSA certified confirmatory test (gas chromatography/mass spectrometry).

*Second Test.* The laboratory shall save a sufficient portion of each specimen in a manner approved by SAMHSA so that an Employee may have a second test performed. Immediately after the specimen is collected, it will be labeled and then initialed by the Employee and a witness. If the sample must be collected at a site other than the drug and/or alcohol testing laboratory, the specimen shall then be placed in a transportation container. The container shall be sealed in the Employee's presence and the Employee shall be asked to initial or sign the container. The container shall be sent to the designated testing laboratory on that day or the earliest business day by the fastest available method. Any Employee whose specimen is tested positive and who challenges a test result may have the second portion of the sample tested at his/her expense and at a laboratory agreed upon by the Employee and the MRO so long as that laboratory is SAMHSA certified and has been or is approved by the parties and the Employee requests the second test within seventy-two (72) hours of notice of a positive result. If the second test is negative, the Employee will be considered to have been tested negative.

*Cut-Off Levels.* SAMHSA standards for cut-off levels will be complied with when applicable. The cut-off levels for both the screening and confirmatory tests shall be per Federal standards as determined by the U. S. Department of Health and Human Services ("DHHS").Only tests which are positive pursuant to the SAMHSA standards shall be reported to the Medical Review Officer as positive. A .04 blood/alcohol level or above shall be considered to be positive.

*Medical Review Officer.* A Medical Review Officer ("MRO") shall verify all positive test results. The MRO must be a licensed physician. The MRO shall be a member of the American Society of Addictive Medicine ("ASAM") if available. If no ASAM members are available, the MRO shall be certified by the Medical Review Officers' Certification Council. The Union shall approve all MRO's. Upon verification of a positive test result, the Employer shall refer the affected Employee to ARP for assessment and referral to treatment, if appropriate.

*Consent Form.* Any Employee directed to submit to a test in accordance with this Policy will sign a consent and release form, a copy of which is attached hereto (Form "A"). The consent and release form will only authorize (1) the facility where the specimen is collected to collect the specimen, (2) the laboratory which performs the test to perform the test and to provide the results to the MRO, and, if negative, to the Individual Employer, and (3) the MRO to verify tests and report to the Individual Employer whether the test is positive or negative. The consent and release form shall notify the Employee that he/she may have a Union representative present if available.

The Employee may be disciplined if he/she refuses to sign the authorization if the Individual Employer has advised the Employee (1) he/she must sign it or he/she will be disciplined up to and including termination, (2) the release is limited as provided herein, (3) the Employee has a right to consult with a Union representative before signing the release and before submitting to the test. An Employee who believes the Individual Employer is improperly directing him/her to submit to a test may file a grievance under the Master Agreement. The test results will be disregarded if

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

the Board of Adjustment or Arbitrator determines the Individual Employer was not authorized by this Policy to direct the Employee to submit to the test.

_Substances to be Tested For._ A specimen may be tested for alcohol, marijuana (THCA), opioids, cocaine, phencyclidines (PCP) and amphetamines, or the by-products of these substances. A specimen shall not be tested for anything else. If DOT revises its list of substances for which it requires Individual Employer to test, this Section will be revised to include those substances. The laboratory will report positive test results to the MRO. The MRO will verify whether the test is positive or negative. The MRO shall report to the Individual Employer whether the Employee tested positive or negative for one of these substances. The MRO will not identify the substance(s) for which the Employee tested positive unless specifically required to do so by DOT regulations.

_Urine, Blood, or Breath Test._ The Individual Employer may direct the Employee to submit to a urine test or at the Employee's request, a blood test for alcohol and/or other drugs, or a breath test for alcohol.

An Employee who is unable to provide a urine sample will be offered up to 40 ounces of water over a three hour period. It is not a refusal to test if the employee declines. If the employee is unable to provide a sufficient amount of urine the MRO will be notified and the employee will be directed to obtain, within 5 days, an evaluation from a licensed MRO approved physician. If there is no medical explanation, it is a refusal to test.

_Notification to Employer of Test Results._ The laboratory shall report negative test results to the Individual Employer. The laboratory will report positive test results to the MRO. The MRO will verify whether the test was positive or negative and will report the final results to the Individual Employer.

**VII. TYPES OF PERMISSIVE TESTING**

A. TIME OF DISPATCH TESTING

An Individual Employer may require an Employee to be tested for the presence in the Employee's body of one of the drugs or by-products thereof set forth above at the time the Employee is dispatched (on one of the first three (3) days of employment). It must test all Employees at the time they are dispatched if it tests any Employee. The Individual Employer shall put the Employee to work or pay the Employee pending the test results unless the Employee has been dispatched to a DOT regulated assignment and the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations or if it has probable cause to believe the Employee is impaired, intoxicated, or under the influence of a drug. The standards for probable cause are set forth below in Section B. If the Individual Employer does not allow an Employee to work pending the test results because it believes it has probable cause, it shall make the Employee whole for all lost wages and benefits if the Employee tests negative. Employees who test positive will be referred to ARP. The Individual Employer shall not be obligated to employ any such Employee after ARP releases the Employee to return to work but may employ such Employee under the terms of a return-to-work agreement. An Employee who refuses to submit to a drug/alcohol test when dispatched shall not be paid show-up time.

An Individual Employer may test Employees who are recalled from layoff as provided for in the Job Placement Regulations who have not worked for thirty (30) days. If the Individual Employer tests any Employee who is recalled, it must test all such Employees. An Individual Employer may test all Employees at the time they are dispatched under this Section except for those who are recalled.

_Time of Dispatch Screening by the Job Placement Center:_ The parties shall establish a joint committee to determine whether there is a feasible means by which the Job Placement Centers can conduct the drug/alcohol screen before dispatching an Employee so that only Employees with a negative test will be referred.

B. PROBABLE CAUSE TESTING

An Individual Employer may require an Employee to submit to a drug test as provided for in this Policy if it has probable cause that the Employee is impaired, intoxicated, and/or under the influence of a drug. Probable

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

cause must be based on a trained Management Representative's (preferably not in the bargaining unit) objective observations and must be based upon abnormal coordination, appearance, behavior, absenteeism, speech or odor. The indicators shall be recognized and accepted symptoms of intoxication or impairment caused by drugs or alcohol and shall be indicators not reasonably explained as resulting from causes other than the use of such controlled substance and/or alcohol (such as, but not by way of limitation, fatigue, lack of sleep, side effects of proper use of prescription drugs, reaction to noxious fumes or smoke, etc.). Probable cause may not be established, and thus not a basis for testing, if it is based solely on the observations and reports of third parties. The trained Management Representative's observations and conclusions must be confirmed by another trained Management Representative. The grounds for probable cause must be documented by the use of an Incident Report Form (see Form "B" attached). The Management Representative shall give the Employee a completed copy of this Incident Report Form and shall give the Union Representative, if present, a copy of the Incident Report Form before the Employee is required to be tested.  After being given a copy of the Incident Report Form, the Employee shall be allowed enough time to read the entire document and to understand the reasons for the test.

The Management Representative also shall provide the Employee with an opportunity to give an explanation of his/her condition, such as reaction to a prescribed drug, fatigue, lack of sleep, exposure to noxious fumes, reaction to over-the-counter medication or illness. If available, the Union Representative shall be present during such explanation and shall be entitled to confer with the Employee before the explanation is required. If the Management Representative(s), after observing the Employee, and hearing any explanation, concludes that there is in fact probable cause to believe that the Employee is under the influence of or impaired by, drugs or alcohol, the Employee may be ordered to submit to a drug test.

The Individual Employer shall advise the Employee of his/her right to consult with a Union Representative (including a Steward) and allow the Employee to consult with a Union Representative before the Employee submits to the test, if the Union Representative is available.

Employees required to submit to a test under Section B will be paid for all time related to the test including the time the Employee is transported to and from the collection site, all time spent at the collection site, and all time involved completing the consent and release form if the test results are negative.

C.   ACCIDENT TESTING

An Individual Employer shall require Employees who are directly, or indirectly, involved in work-related accidents involving property damage or bodily injury that requires medical care or work-related accidents which would likely result in property damage or bodily injury be subject to a test as provided herein. The innocent victims of an accident will not be subject to a test unless probable cause exists. The Individual Employer shall complete an Incident Report Form (see Form B attached) whenever it tests an Employee under this Section.

D.   UNANNOUNCED RANDOM TESTING

An Individual Employer may initiate unannounced random testing, a selection process where affected Employees are selected for testing and each Employee has an equal chance of being selected for testing.  If an Individual Employer initiates such testing, all Employees shall be subjected to such testing. The Individual Employer may establish two random testing pools; one for DOT regulated Employees and one for all others. An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to Employees that Employees will be subject to random testing. The Individual Employer shall give thirty (30) days' notice to the Union and Employees prior to implementing a random drug testing program.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

E.    DOT REGULATED EMPLOYEES

Notwithstanding any other provision of this Policy, the Individual Employer may require its Employees who are covered by the DOT drug and alcohol testing regulations to submit to testing as required by those regulations. Such testing will be conducted in strict accordance with the Regulations. The Individual Employer may discipline an Employee who tests positive as defined by the Regulations subject to Section XI, REHABILITATION/DISCIPLINE, of the Policy. ARP shall be the Substance Abuse Professional for all Employees. ARP, to the maximum extent possible, shall provide the mandated training to all Employees. Employees who are subject to DOT regulations who have a positive "pre-employment" test (as defined by the DOT regulations) will be paid show-up time only if the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations pending the test result. Employees who are tested under the DOT Regulations who are not allowed by those Regulations to continue to perform safety sensitive functions, as defined by the Regulations, shall be paid for hours worked.

F.    OWNER/AWARDING AGENCY REQUIREMENTS

Whenever owner or awarding agency specifications require the Individual Employer to provide a drug-free workplace, the Union and the Employer or the Individual Employer shall incorporate such additional requirements herein. This Policy shall apply to all such testing.

G.    QUICK TESTS

The parties agree to allow the Employers to use, on an individual basis, an oral or urine quick test approved by the bargaining parties as an effective low-cost tool for substance abuse screening for pre-hire, time of dispatch screening only. Testing procedures for the oral test (including the oral screen – OSR device) and the urine test shall be conducted in a manner consistent with the product manufacturer's specifications; in an effort to produce the most consistent and accurate results possible. Dispatched members who fail this saliva or urine test will be sent for standard urine testing. When the Individual Employer conducts the oral screen, a negative result may be accepted and the applicant may be put to work with no further testing required. A non-negative (inconclusive) result will subject the applicant to the Standard Procedures in this Agreement.

**VIII. EMPLOYER REFERRALS**

A decline in an Employee's job performance is often the first sign of a personal problem which may include substance abuse or chemical dependency. Supervisory personnel will be trained to identify signs of substance abuse, chemical dependency, and declining job performance. The Individual Employer may formally refer an Employee to ARP based upon documented declining job performance or other observations prior to testing under Section VII and/or disciplining the Employee.

**IX. EMPLOYEE VOLUNTARY SELF-HELP PROGRAM**

An Employee who has a chemical dependency and/or abuses drugs and/or alcohol is encouraged to participate in an Employee Voluntary Self-Help Program. Any such Employee shall be referred to ARP. Employees who seek voluntary assistance for alcohol and/or substance abuse may not be disciplined for seeking such assistance. Request by Employees for such assistance shall remain confidential and shall not be revealed to other Employees or management personnel without the Employee's consent. ARP shall not disclose information on drug/alcohol use received from an Employee for any purpose or under any circumstances, unless specifically authorized in writing by the Employee.

The Individual Employer shall offer an Employee affected by alcohol or drug dependence an unpaid medical Leave of Absence for the purpose of enrolling and participating in a drug or alcohol rehabilitation program.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## X. PROHIBITEDACTIVITIES/DISCIPLINE

An Employee shall not possess, use, provide, dispense, receive, sell, offer to sell, or manufacture alcohol and/or any controlled substances as defined by law or have any measurable amount of any such substance or by-product thereof as defined in Section VI while on the Individual Employer's property or jobsite and/or while working for the Individual Employer unless the Employee has the Individual Employer's express permission to do so. An Employee shall not work while impaired, intoxicated or under the influence of alcohol and/or any controlled substance. An Employee who uses medication prescribed by a physician will not violate these rules by using such medication as prescribed if the Employee's physician has released the Employee to work. An Employee who uses over-the-counter medication in accordance with the manufacturer's and/or doctor's recommendation shall not violate the rules by using such medication.  Impairment caused by prescribed medication and/or over-the-counter medication does not constitute a violation. The Individual Employer may prohibit an Employee who is impaired as a result of proper use of prescription or over-the-counter medication from working while the Employee is impaired but may not discipline such an Employee. An Employee who is impaired by misuse of prescription or over-the-counter medication violates the Policy and is subject to discipline as provided herein.

## XI. REHABILITATION/DISCIPLINE

The Individual Employer may discipline an Employee who violates any provision of Section X. Such Employee is subject to disciplinary action up to and including termination. Among the factors to be considered in determining the appropriate disciplinary response are the nature and requirements of the Employee's work, length of employment, current job performance, the specific results of the test, and the history of past discipline.

The Individual Employer is not required to refer to ARP any Employee who violates any provision of Section X which prohibits the sale of, attempted sale of or manufacture of prohibited substances before it disciplines the Employee. The Individual Employer may not discipline any Employee who violates any other provisions of Section X until such Employee has been offered an opportunity to receive treatment and/or counseling.

Any Employee who fails to come forward to receive treatment and/or counseling prior to an accident, drug screen, for cause or random test shall not be eligible for the reemployment provisions of this Section XI.

Any Employee who comes forward to receive treatment and/or counseling prior to an accident, drug screen, for cause or random test shall be subject to reemployment as follows. The Employee will not be discharged if he/she agrees in writing to undergo the counseling/treatment ARP prescribes. The Individual Employer shall re-employ the Employee when ARP releases him/her to return to work if it has work available. The Individual Employer will not be required to lay-off any current Employee, in order to re-employ the Employee. If the Individual Employer does not have any work available when ARP releases the Employee, it shall re-employ the Employee as soon as it has work available. The Employee will be subject to a return-to-work agreement. The Individual Employer and the Employee will enter into a return to work agreement. The Employee may request Union representation. The return-to-work agreement will require the Employee to comply with and complete all treatment ARP or the treatment provider, as the case may be, deems appropriate. The Individual Employer will also provide a monitoring of the Employee's compliance with the treatment plan ARP, or the treatment provider, develops. The Individual Employer may discipline the Employee for not complying with the return-to-work agreement. The Individual Employer will attempt to meet with any Employee who violates the return-to-work agreement and attempt to persuade the Employee to comply with the return-to-work agreement.  This procedure shall be followed on a consistent basis. Employees who are working under a return-to-work agreement shall be subject to all of the Individual Employer's rules to the same extent as all other Employees are required to comply with them.

The ARP Board of Directors shall be empowered to periodically review and update testing procedures.

## XII. NON-DISCRIMINATION

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement



EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

The Individual Employer shall not discriminate against any Employee who is receiving treatment for substance abuse and/or chemical dependency. All Employees who participate in ARP and/or are undergoing or have undergone treatment and rehabilitation pursuant to this Policy shall be subject to the same rules, working conditions, and discipline procedures in effect for all Employees. Employees cannot escape discipline for future infractions by participating in ARP and/or undergoing treatment and rehabilitation.

## XIII. COST OF PROGRAM

Evaluation and treatment for substance abuse and chemical addiction are provided for through the Health and Welfare Plan. An Individual Employer who adopts this Policy will not incur any additional cost for assessment, referral and treatment beyond that which is incorporated into its Health and Welfare contribution rate. ARP is funded through the Health and Welfare Trust to provide its current level of service which includes performing assessments of Employees and their covered dependents, referral of Employees and covered dependents who are undergoing rehabilitation and providing limited education and training programs to Individual Employer. The Individual Employer will pay all costs for testing.

## XIV. GRIEVANCE PROCEDURE

All disputes concerning the interpretation or application of this Policy shall be subject to the grievance and arbitration procedures of the Master Labor Agreement.

## XV. SAVINGS CLAUSE

The establishment or operation of this Policy shall not curtail any right of any Employee found in any law, rule or regulation. Should any part of this Policy be determined contrary to law, such invalidation of that part or portion of this Policy shall not invalidate the remaining portions. In the event of such determination, the collective bargaining parties will immediately bargain in good faith in an attempt to agree upon a provision in place of the invalidated portion.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement


EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## FORM "A"
### EMPLOYEE CONSENT AND RELEASE FORM

I, _____, have been directed by my employer,
_____, to submit to a drug/alcohol screen (urine or blood for drugs other than alcohol or urine, blood or breath for alcohol) at a collection facility designated under the terms of the Substance Abuse Policy ("Policy") which is part of the collective bargaining agreement between my employer and Operating Engineers Local Union No. 3 (the "Local 3 Agreement") which governs my employment with my employer.  The specimen shall be tested to detect the presence of Amphetamines, Cocaine, Marijuana (THCA), Opioids, Phencyclidine, and Alcohol.  I consent to the following:

1. The facility which collects a specimen from me may do so;

2. The laboratory which performs the test may submit the results of the test to the designated Medical Review Officer and, if negative, as defined by the Policy, to my employer; and

3. The Medical Review Officer may verify the test and report to my employer whether the test was positive or negative, as defined by the Policy.

   In addition to Time of Dispatch testing, if I am directly or indirectly involved in a work-related accident involving property damage, bodily injury that requires medical care or work-related accidents which would likely result in property damage or bodily injury, I consent to be tested in accordance with the Policy.  I also consent to be tested if my employer has probable cause to do so as set forth in the Policy. I also consent to be randomly tested in accordance with the Policy. I also consent to be tested if my employment is regulated by the United States Department of Transportation Code of Federal Regulations CFR 382 and 49 and my employer is required to test me under these regulations.

My employer has advised me that:

1. I have a right to have a Union Representative present if available;

2. I must sign this form and that I may be disciplined up to and including discharge if I do not;

3. The release is limited as provided herein; and

4. I have a right to consult with a Union Representative before I sign this release.

I am signing this Consent Form because I have been directed to do so by my employer.  By doing so I am not waiving any rights I may have under the Local 3 Collective Bargaining Agreement or any applicable law except as expressly provided for herein.  By signing this Agreement, I am not acknowledging that my employer has probable cause to believe I have violated any provision of the substance abuse policy which is part of the Local 3 Agreement or any of my employer's policies which pertain to my employment.

        ☐    I previously have received a copy of the Policy.
        ☐    My employer has provided me with a copy of the Policy.

_____
(Employee Signature)

_____     _____
(Employee Name [Please Print])                                    (Date)

*Witness:*_____     _____
 (Witness Signature)                                        (Witness Name [Please Print])                    (Date)

96

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**FORM "B"**
**INCIDENT REPORT FORM**

Employee Involved: _____

Date of Incident: _____    Time of Incident: _____

Location of Incident: _____

Employee's Job Assignment/Position: _____

Employee Notified of His/Her Right to Union Representation:    ☐Yes☐ No

Date Notified: _____Time Notified: _____

Witness to Incident: _____

Witness' Observation: _____

_____

_____

_____

Employee's Explanation: _____

_____

_____

_____

_____

Employee's Signature: _____Date: _____

Witness' Signature: _____ Date: _____

Employer's Signature: _____ Date: _____

Title: _____

Action Taken: _____

_____

Date/Time

Action Taken: _____

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## ADDENDUM "D"
## MEMORANDUM OF AGREEMENT
### (Entry Level Operator)

**THIS AGREEMENT** is made and entered into this _____ day of _____, 2020, by and between Signatory Associations ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL CIO ("Union").

The Employer and the Union have met and agreed to add the following classification to their current Agreement and to amend their Agreement as follows:

### 01.00.00    ENTRY LEVEL OPERATOR

**01.01.00**    The Employer may employ Employees in the Entry Level Operator classification for private work only.  Entry Level Operators may perform work in any classification specified in Section 01.03.00 of the Master Construction Agreement for Northern California.

**01.02.00**    *Probationary Period*. The first seven hundred fifty (750) hours worked shall be considered the probationary period for the Entry Level Operator.

**01.03.00**    No Entry Level Operator shall displace or cause the layoff or termination of employment of the Employer's Employees who are employed on the job on which the Entry Level Operator is employed, when the Employer hires an Entry Level Operator.

### 02.00.00    HIRING

**02.01.00**    The Employer may only hire Entry Level Operators when there is less than fifteen percent (15%) registered on the out-of-work list in Journeyman classifications,  in the Job Placement Center servicing the job or project to which the Employee is to be dispatched.

**02.01.02**    Entry Level Operator Employees shall not earn eligible status under Section 04.10.24 ii (5 year letter) of the Job Placement Regulations until he/she has completed three thousand [3000] hours as an Entry Level Operator.

**02.02.00**    The Employer may hire Employees from any source if the Union's Job Placement Center is unable to fill the position within forty-eight [48] hours. The Employer shall refer to the Job Placement Center any Employee whom it hires from a source other than the Job Placement Center. It shall do so within forty-eight [48] hours of the day the Employee begins work. The Job Placement Center shall issue the Employee a dispatch slip.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

### 03.00.00     WAGES

**03.01.00**     For private work only, the current wage rate for the Entry Level Operator shall be based on percentage of the current Group 4 wage rate from the Northern California Master Agreement ("Master Agreement"):

**Job Classifications -Straight-time hourly**

| | | | 6/24/19 | 6/29/20 | 6/28/21* | 6/27/22* |
|---|---|---|---|---|---|---|
| 2687 —First 750 hours.................................. 60% | Area 1 | | $26.78 | $28.22 | | |
| | Area 2 | | $28.78 | $30.22 | | |
| 2688 —Second 750 hours............................. 70% | Area 1 | | $31.24 | $32.92 | | |
| | Area 2 | | $33.24 | $34.92 | | |
| 2689 —Third 750 hours ................................ 80% | Area 1 | | $35.70 | $37.62 | | |
| | Area 2 | | $37.70 | $39.62 | | |
| 2697 —Fourth 750 hours.............................. 90% | Area 1 | | $40.17 | $42.33 | | |
| | Area 2 | | $42.17 | $44.33 | | |

**Job Classifications -Special Single and Second Shift**

| | | | 6/24/19 | 6/29/20 | 6/28/21* | 6/27/22* |
|---|---|---|---|---|---|---|
| 2687 —First 750 hours.................................. 60% | Area 1 | | $29.04 | $31.08 | | |
| | Area 2 | | $31.04 | $33.08 | | |
| 2688 —Second 750 hours............................. 70% | Area 1 | | $33.88 | $36.26 | | |
| | Area 2 | | $35.88 | $38.26 | | |
| 2689 —Third 750 hours ................................ 80% | Area 1 | | $38.72 | $41.44 | | |
| | Area 2 | | $40.72 | $43.44 | | |
| 2697 —Fourth 750 hours.............................. 90% | Area 1 | | $43.56 | $46.62 | | |
| | Area 2 | | $45.56 | $48.62 | | |

* To be allocated by the Union, the allocation shall become effective forty-five (45) days after receipt of written notice by the Employer, but in no event earlier than June 29, 2020, June 28, 2021, and June 27, 2022. Untimely notification of contractual wage, fringe benefit or dues increase shall not result in a default.

**03.01.01**     For work other than private, the wage rate for Entry Level Operator shall be at least one hundred percent (100%) of the current prevailing wage rate for the work being performed.

**03.02.00**     When the Entry Level Operator has completed three thousand [3000] hours worked, he/she shall be considered a qualified Journeyman Operator.

**03.02.01**     When the Entry Level Operator has attained Journeyman Operator status, he/she shall receive one hundred percent (100%) of the applicable wage and fringe benefits for a Journeyman Operator.

**03.03.00**     *Private Work Agreement ("PWA").*  When working in a District where a Private Work Agreement ("PWA") is in effect, an Entry Level Operator shall not be paid less than the wages set forth in Section 03.01.01, unless these exceed those noted in the PWA. The wage percentages noted in Section 03.01.00 are not to be applied to any Private Work Agreement.

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**04.00.00    *FRINGE BENEFITS***

**04.01.00**    *Health and Welfare.* The Employer shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

$11.34 per hour – Effective 6/24/2019

$11.34 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

* To be allocated by the Union.

**04.02.00**    *Pensioned Health and Welfare.* The Employer shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

$2.41 per hour – Effective 6/25/2018

$2.41 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

**04.03.00**    *Pension.* The Employer shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule:

$7.91 per hour – Effective June 29, 2015

**Preferred Schedule of the Rehabilitation Plan: $.63 per hour/each year**

$7.91- per hour – Effective 7/1/2019

$7.91- per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

The parties agree that sufficient contributions will be made available from these increases to the Pension Fund to support any Rehabilitation/Funding Improvement schedule adopted by the Pension Board of Trustees pursuant to the Pension Protection Act of 2006 and the Union will select an  option (Schedule) in the Pension's Rehabilitation Plan or Funding Improvement Plan, whichever is applicable. Additional monies required for such Rehabilitation Plan/Funding Improvement Schedule shall be allocated from existing negotiated increases, wages and/or fringe benefits.

*2021 and 2022 Pending annual review by the Plan's Actuaries & Trustees

**04.03.01**    The Pension is and has been a defined benefit pension plan.

**04.04.00**    *Affirmative Action Training Fund.* The Employer shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund according to the following schedule:

$1.07 per hour – Effective 6/24/2019

$1.07 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

* To be allocated by the Union.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

**04.05.00**    *Vacation, Holiday and Sick Pay.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers Local Union No. 3Vacation, Holiday and Sick Pay Trust Fund according to the following schedule:

$2.91 per hour – Effective 6/24/2019

$3.07 per hour – Effective 6/29/2020

$.*per hour – Effective 6/28/2021

$.*per hour – Effective 6/27/2022

\* To be allocated by the Union.

Effective July 1, 2020, the Union grants Individual Employers a waiver under the Healthy Workplaces, Healthy Families Act of 2014 (AB 1522).  In return for said waiver, Individual Employers shall remit to Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund a one-time additional contribution of sixty cents ($.60) per hour worked identified as the contribution for Sick Pay.  No additional fringe benefits are due for any sick, vacation, or holiday pay.  Employees may use these monies for paid sick leave purposes.

Any disputes concerning the validity of the waiver granted under the Healthy Families Act of 2014 are subject to Section 18.00.00 Grievance Procedure.  If the California legislature amends the Healthy Workplaces, Healthy Families Act of 2014, then Union and Employer agree to meet and confer to negotiate any required conformance to the amended law.

**04.05.01    *Paid Sick Leave Waivers.*** The bargaining parties also expressly agree, to the fullest extent permitted by law, to waive any paid sick leave provisions of the following local paid sick leave ordinances: San Francisco (Administrative Code Section 12W), Oakland (Municipal Code Section 592 et.seq.), Emeryville (Municipal Code Title 5, Chapter 37), Berkeley (Municipal Code, Section 13.100).  In addition, to the fullest extent permitted by law, this waiver shall apply to any other Federal, State, County or other local ordinance requiring mandatory Paid Sick Leave that may be adopted during the term of this agreement.

**04.05.02** In addition, if any Federal, State, City, County or other local ordinance requiring mandatory compensated time off other than Paid Sick Leave is enacted during the term of this Agreement; then the Union and the Employer agree to meet and confer within thirty (30) business days.

**04.05.03**   The parties agree that the payments provided in this Section are in lieu of the Employee's actually taking a vacation, holiday or sick leave. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation or sick leave payment shall be made on the basis of a premium rate of time and one-half or double time.

**04.05.04**  *Deduction of Taxes.* All taxes due from each Employee including taxes due by reason of payments for Vacation, Holiday and Sick Pay shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable for Vacation, Holiday and Sick Pay shall be separately noted on the Employee's paycheck.

**04.05.05**    *Vacation Trust Administrative Fee.* The Administration Fee per hour shall be paid by each Individual Employer. It shall not be taxable to the Employee.

$.05 cents per hour – Effective 7/1/2016

**04.05.06**  *IUOE National Training Fund.* The Employer shall pay into the Operating Engineers' IUOE National Training Trust Fund, for all hours worked according to the following schedule:

$.05 cents per hour – Effective 6/29/2020

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

***04.06.00***     *Supplemental Dues*. Effective for all work performed on and after July 1, 2020 it is agreed that upon written authorization, provided by the Union or Union's designee, as required by law, the amount designated by the Union shall be deducted from the Vacation, Holiday and Sick Pay of each Employee and remitted directly to the Union.  The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly.  Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union. The Union shall pay the Operating Engineers Local union no. 3 Vacation, Holiday and Sick Pay Trust Fund an administration fee for the remittance of Supplemental Dues to the Union.

***04.06.01***     The Union shall exonerate, reimburse and hold harmless the Employer, each Individual Employer, and their respective officers, directors, agents, and employees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the payment, receipt or a distribution of the amounts designated by the Union.

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

EXHIBIT C

DocuSign Envelope ID: AD1B815C-C0A9-487B-B0F5-3D15FB83768C

## OFFICES OF LOCAL UNION NO. 3

**LOCAL 3 HEADQUARTERS**
1620 South Loop Road, Alameda, CA94502 .................................................510/748-7400

**SAN FRANCISCO/SAN MATEO**
828 Mahler Road, Suite B, Burlingame, CA94010 .......................................650/652-7969

**FAIRFIELD**
2540 N. Watney Way, Fairfield, CA94533 ....................................................707/429-5008

**ROHNERT PARK**
6225 State Farm Dr., #100, Rohnert Park 94928..........................................707/585-2487

**OAKLAND**
1620 South Loop Road, Alameda, CA94502 .................................................510/748-7446

**STOCKTON**
1916 North Broadway, Stockton, CA95205 .................................................209/943-2332

**EUREKA**
1213 Fifth Street Eureka, CA 95501............................................................707/443-7328

**FRESNO**
4856 N. Cedar, Fresno, CA 93726 ..............................................................559/229-4083

**YUBA CITY**
468 Century Park Drive, Yuba City, CA95991 ..............................................530/743-7321

**REDDING**
20308 Engineers Lane, Redding, CA96002 ..................................................530/222-6093

**SACRAMENTO**
3920 Lennane Drive, Sacramento, CA 95834 ..............................................916/993-2055

**SAN JOSE**
325 Digital Drive, Morgan Hill, CA95037 ....................................................408/465-8260

**RENO**
1290 Corporate Blvd., Reno, Nevada 89502................................................775/857-4440

**ELKO**
1094 Lamoille Hwy., Elko, Nevada  89801 ..................................................775/753-8761

**SALTLAKECITY**
1958 W.N.Temple, Salt Lake City, Utah84116..............................................801/596-2677

**HONOLULU**
1075 Opakapaka Street, Kapolei, HI 96707 .................................................808/845-7871

**HILO**
50 Waianuenue, Hilo, HI96720....................................................................808/935-8709

**MAUI**
95 Lono Avenue, Ste. #104, Kahului, HI96732.............................................808/871-1193

2020-2023 April 20, 2020-nt/sac
Master Construction Agreement

# EXHIBIT C

(Revised 1975)

# Pension Trust Fund for Operating Engineers

# TRUST AGREEMENT

**EXHIBIT D**

 73

## ARTICLE IV
## FUNCTIONS AND POWERS
## OF
## BOARD OF TRUSTEES

**Section 1.** The Board of Trustees acting jointly shall have the power to control and manage the assets, operation and administration of the Fund and the Pension Plan as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may (a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund, (b) enter into an agreement allocating among Trustees such specific responsibilities, obligations, or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the consultant actuary, the investment counselor or investment manager and the qualified public accountant engaged by the Fund, may be properly so allocated, (c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than trustee responsibilities) under this Trust Agreement or the Plan, (d) employ one or more persons to render advice with regard to any responsibility the Board has under this Trust Agreement or Pension Plan or (e) do any one or more of the foregoing. Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and the Pension Plan.

*(As Amended December 31, 1975)*

**EXHIBIT D**

14

**Section 4.** The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.

*(As Amended July 1, 1975)*

**Section 5.** All checks, drafts, vouchers, or other withdrawals of money from this Fund shall be signed by a person or persons authorized so to do by the Board of Trustees.

**Section 6.** The Board of Trustees shall maintain suitable and adequate records of and for the administration of this Fund and the Pension Plan. The Board can require the Employer, any Signatory Association, any Contributing Employer, the Union, any other Labor Organization, or any Covered Employee, Retired Employee or other beneficiary of the Plan to submit to it any information, data, report, or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, the Union or other Labor Organization cannot be required to submit a list of its members. Reasonable cause appearing therefor upon notice in writing from the Board, a Contributing Employer must permit a certified public accountant appointed by the Board to enter upon the premises of such employer during business hours, at all reasonable time or times, and to examine and copy such books, records, papers or reports of such Contributing Employer as may be necessary to determine whether such Contributing Employer is making full and prompt payment of all sums required to be paid by him or it to this Fund.

**EXHIBIT D**

organization or cause or result in the diversion of any portion of the Fund to any purpose other than the exclusive benefit of Covered Employees, Retired Employees or their beneficiaries under the Plan and the payment of the administrative expenses of the Fund and the Plan.

**Section 4.** In no event shall the trust established by this Trust Agreement continue for a longer period than is permitted by law.

*(Renumbered by Amendment November 14, 1967)*

Executed as of the day and year first above written.

**EMPLOYER**

NORTHERN AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.

By _____
            President

By _____
            Secretary

*(Successor to Northern California Chapter, The Associated General Contractors of America, Inc. and Central California Chapter, The Associated General Contractors of America, Inc.)*

**UNION**

OPERATING ENGINEERS, LOCAL UNION NO. 3, of the International Union of Operating Engineers

By _____
            President

By _____
            Secretary

By _____
            Local Union Manager

By _____
            Business Representative

The undersigned hereby accept office as Trustees appointed pursuant to the aforesaid Agreement and agree to act under and be subject to all of the terms and conditions of said Agreement. The undersigned hereby declare that they hold the Fund created by said Agreement in trust for the uses and purposes set forth in said Agreement.

Dated: December 30th, 1959.

**EMPLOYER TRUSTEES**

**EMPLOYEE TRUSTEES**

**EXHIBIT D**

### SEVENTEENTH AMENDMENT TO THE TRUST AGREEMENT
### ESTABLISHING THE PENSION TRUST FUND
### FOR OPERATING ENGINEERS
#### Dated December 30, 1959

This Seventeenth Amendment to the Trust Agreement dated December 30, 1959, establishing the Pension Trust Fund for Operating Engineers is made, and entered into as of the _24th_ day of _May_, 2010, by and between the Employer and Union named in said Trust Agreement acting pursuant to Section 1 of Article X of said Trust Agreement, provides as follows:

1.     Section 10 of Article II is amended to read as follows:

Section 10.    Insofar as payments by a Contributing Employer into this Fund are concerned, time is of the essence.  The parties recognize and acknowledge that the regular and prompt payment of amounts due to the Fund by Individual Employers is essential to the efficient and fair administration of the Fund and the maintenance of plan benefits, and that the Board of Trustees of the Fund has established a reasonable, diligent, and systematic collection process including the following:

(A)    Delinquent Contributions.    If Individual Employers do not make timely payments, the Fund loses the investment return it should have received, and incurs additional administrative expense in the form of letters, telephone calls, and other collection expenses.  In addition, the Fund incurs additional management expense by reason of time necessary to oversee the collection process by the Board of Trustees, Executive Director, and others.  The Fund is also delayed or prevented from processing claims by employees for benefits under the plan.  The Fund's collection expenses, and inability to pay benefits constitute damages arising from an Individual Employer's default in making payments, and these damages cannot be allowed to deplete the contributions promptly paid by other Individual Employers.  Therefore, the following provisions shall apply with respect to delinquent contributions, except that if a collective bargaining agreement provides for higher rates of liquidated damages and/or interest, then those higher rates may be applied by the Fund in the discretion of its Board of Trustees.

(1)    When Individual Employer Considered Delinquent.  Any Individual Employer shall be considered to be delinquent if late payment or underpayment occurs, whether because it (a) fails to submit a contribution report form with the full contribution by the delinquent date, or (b) fails to submit contributions on behalf of all employees for whom contributions are required under its contribution agreement, or (c) fails to properly compute the contributions according to the applicable contribution formula, or (d) otherwise fails to meet its obligations to the Fund.

(2)    Due Date and Delinquent Date.    The due date for Individual Employer contributions is the 15th day of the month immediately following the month for which work was performed.  The delinquent date is the 26th day of the

# EXHIBIT D

month immediately following the month for which work was performed for unpaid contributions not received by the 25th day of the month. The delinquent date for a withdrawal liability payment shall be the date specified in the Plan's assessment letter or other communication from the Plan.

      (3)    Liquidated Damages. It would be extremely difficult and impractical to fix the actual expense and damage to the Fund for each Individual Employer's default. Therefore, the amount of liquidated damages to the Fund resulting from any Individual Employer's default, over and above attorney's fees, audit fees and interest for delinquent contributions, shall be determined as follows:

      (a)    Before Lawsuit Filed. If on or after January 1, 2010, contributions or withdrawal liability payments are not received by the delinquent date, before a lawsuit is filed liquidated damages shall be 10% of the unpaid contribution or withdrawal liability payment as of the delinquent date.

      (b)    After Lawsuit Filed. If a lawsuit to collect delinquent contributions or unpaid withdrawal liability obligations has been filed, the amount of liquidated damages on the unpaid contributions or withdrawal liability obligations shall be increased to an amount equal to the greater of,

      (i)    20% of the unpaid contributions or withdrawal liability obligation, or

      (ii)    interest on the amount of the unpaid contributions or withdrawal liability from the delinquent date until the dates they are paid in full at the rate referred to in paragraph (4) of this subsection (A).

      (4)    Interest. Unpaid contributions shall accrue late interest charges from the delinquent date until paid at the rate of 10% per year simple interest beginning March 1, 2010. The Board of Trustees of the Fund may from time to time establish such other rates as it deems appropriate.

      (5)    Special Rules for Repeated Delinquencies. The Fund may, in the event of repeated delinquencies by the same Individual Employer, make special rules applicable to the due date of said Individual Employer's contributions and may require the Individual Employer to post a bond or other security against further delinquencies; or to increase an existing bond or security for that purpose, up to as much as may be permissible in any applicable collective bargaining agreement.

      (6)    Settlements. Liquidated damages and late interest charges on unpaid contributions may be waived or compromised under appropriate circumstances pursuant to the delinquency collection procedures established for the Fund.

**EXHIBIT D**

(B)  <u>Withdrawal Liability.</u>

    (1)  <u>After Lawsuit Filed</u>.  If a lawsuit is filed to collect withdrawal liability, the failure of any Individual Employer to make any withdrawal liability payment within the time prescribed shall be treated in the same manner as a delinquent contribution under ERISA §502(g), including application of the liquidated damage and interest provisions of paragraph (A).

    (2)  <u>Interest Before Lawsuit Filed</u>.  Before a lawsuit is filed to collect withdrawal liability, the rates of interest for overdue or defaulted withdrawal liability payments shall be determined in accordance with ERISA §4219(c), PBGC regulations thereunder, and any rules adopted by the Board of Trustees relating to overdue and defaulted withdrawal liability payments.

    (3)  <u>Settlements</u>.  Liquidated damages and late interest charges on unpaid withdrawal liability obligation may be waived or compromised under appropriate circumstances by the Board of Trustees.

(C)  <u>Prior Rates</u>

    (1)  <u>Liquidated Damages</u>.  For delinquent contributions and delinquent withdrawal liability assessments incurred before January 1, 2010, liquidated damages were and remain the greater of (a) 15% of the unpaid amount, or (b) $35.00.

    (2)  <u>Interest</u>.  Interest on delinquent contributions and delinquent withdrawal liability assessments incurred before March 1, 2010, was and remains 12% through February 28, 2010.

Effective as of the day and year first above written.


**For the Employers:**

ASSOCIATED GENERAL
CONTRACTORS OF CALIFORNIA, INC.

By: _____
    Thomas Holsman


**For the Union:**

OPERATING ENGINEERS LOCAL
UNION NO.3

By: _____
    Fred Herschbach, President

By: _____
    Dan Reding, Secretary

By: _____
    Russell E. Burns, Business Manager

P:\CLIENTS\OE3PP\1-Agreements\Seventeenth Amendment to the Trust Agreement 030210.doc

**EXHIBIT D**

# OPERATING ENGINEERS
# LOCAL UNION NO. 3 TRUST FUNDS

# *DELINQUENCY*
# *COLLECTION*
# *PROCEDURES*

*Approved and Adopted February 28, 2022*



2

EXHIBIT E                    151

# OPERATING ENGINEERS LOCAL UNION No. 3 TRUST FUNDS
# RESTATED DELINQUENCY COLLECTION PROCEDURES

## Definitions, Terminology and General Procedure

1.    **CONTRIBUTIONS**

1)    Reports sent to employer mid-month for that month of hours worked.
2)    Report and payment are due the 15th of the following month, and,
3)    Delinquent if both the report and payment are not received at bank depository by the 25th of the due month.

2.    **DELINQUENCIES**

EXHIBIT E                              **152**



## 4.    LIQUIDATED DAMAGES (LDS) AND INTEREST

- Pursuant to the CBA, LDs are assessed at 10% of contributions due that remain unpaid on the 25th of the month in which they are due. If an employer makes a partial payment of contributions, and that partial payment was received timely, LDs are only assessed on the portion of the contributions that remain due. Upon the filing of a lawsuit, LDs are assessed at 20% of contributions *reported* due, regardless of whether any partial payment was made.

- Simple interest of 10% per annum is assessed on contributions (and not on liquidated damages) received or remaining unpaid after the delinquency date.



4



**5.    ATTORNEY'S FEES AND COSTS**

- Payment of attorney's fees and costs shall be billed to the employer on referral to legal Counsel as follows:

  o   If a matter is referred to Counsel, and resolved after one contact with the employer (verbally or by written demand) and / or within ten (10) days of Counsel's initial contact, no attorneys' fees and costs will be billed to the employer.

  o   Without resolution within 10 days after the initial demand, employer shall pay all attorneys' fees incurred through resolution. Said fees and costs shall be payable on demand by Counsel.

  o   If Counsel is required to pursue the employer further, or to take any action on the employer's behalf to obtain payment or reports, including but not limited to reviewing certified payroll, contacting general contractors, providing releases, joint check agreements or status letters, or if a lawsuit is filed against the employer for unpaid contributions or reports not submitted, employer shall pay all attorney's fees and costs incurred. This shall also apply to legal fees incurred by employer's failure to comply with a requested payroll inspection of the employer's records and/or the failure to pay amounts found due on payroll inspection.



6

EXHIBIT E                              155



Jim Murray, Co-Chairman        Dan Reding, Co-Chairman

EXHIBIT E        **156**



Adopted this _____ day of February, 2022

_____
Jim Murray, Co-Chairman

_____
Dan Reding, Co-Chairman

7



EXHIBIT E                                    158



9

EXHIBIT E                                159



10

# GUIDELINES FOR ADMINISTRATION OF THE RESTATED DELINQUENCY COLLECTION PROCEDURES

## *STEPS TO BE TAKEN BY FRINGE BENEFIT COLLECTION DEPARTMENT:*

11



12



13

EXHIBIT E                    183



14

# GUIDELINES FOR ADMINISTRATION OF THE RESTATED DELINQUENCY COLLECTION PROCEDURES

## *STEPS TO BE TAKEN BY LEGAL COUNSEL:*

| EVENT / TIME | ACTION TO BE TAKEN |
| --- | --- |
| | |
| Upon receipt of referral for or including unreported months: | Demand that reports be provided. If reports are never received, for collection purposes, estimate unreported amounts due based on last report submitted, or on average of last 3 months reported, or on average of last 3 months, whichever is greater. |
| | |

15



16



EXHIBIT E                    187