Tino X. Do, Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: tdo@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PIPE-NET, INC., a California Corporation; and ALBERT GONZALES, an individual,<br><br>    Defendants. | Case No. 4:23-cv-06267-LB<br><br>**DECLARATION OF TINO X. DO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Date:        June 6, 2024<br>Time:        9:30 a.m.<br>Location:    Courtroom B – 15th Floor<br>             450 Golden Gate Ave.<br>             San Francisco, CA 94102<br>Judge:       Hon. Magistrate Judge<br>             Laurel Beeler |

I , Tino X. Do, declare as follows:

1.    I am an attorney at law licensed to practice in the State of California, and a shareholder of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2.    Plaintiffs are employee benefit plans and their respective trustees (collectively "Trust Funds," "Plaintiffs," or "ERISA Plaintiffs"). Plaintiff Trust Funds are funds organized under and pursuant to the provisions of Section 302(c)(5), 302(c)(6) and 302(c)(9) of the Labor Management Relations Act of 1947, as amended. [29 U.S.C. 186(c)(5), 186(c)(6) and 186(c)(9)]. The principal offices of the Trust Funds are in the City and County of Alameda, State of California.

3.    Defendant Pipe-Net, Inc. ("Pipe-Net") is an employer within the meaning of ERISA Section 3(5) of (29 U.S.C. Section 1002(5)) and National Labor Relations Act Section 2(2) (29 U.S.C. Section 152(2)).

4.       On or about June 29, 2023, Pipe-Net was referred to my office by the Trust Funds' Collections Office based on Pipe-Net's failure to report and submit payment for their March through May 2023 contributions.

5.       On or about June 30, 2023, my office searched the Contractors State License Board ("CSLB") website (https://www2.cslb.ca.gov/onlineservices/CheckLicenseII/checklicense.aspx) for License No. 768366. According to the Contractors State License Board website, License number 368366 is associated with "Pipe-Net, Inc.." [Attached hereto as **Exhibit A** is a true and correct copy of the printout from the Contractors State License Board website relative to License No. "768366".]

6.       On or about June 30, 2023 my office searched the California Secretary of State's Business Search website (https://businesssearch.sos.ca.gov) for "Pipe-Net, Inc." The search found an entity matching that name that is active, and is located in Gilroy, CA.  According to the Registration filed with the Secretary of State, the name of the company was filed as "Pipe-Net, Inc." [Attached hereto as **Exhibit B** is a true and correct copy of: the printout from the California Secretary of State's Business Search website.]

7.       On June 30, 2023, my office sent a demand letter to Pipe-Net with attention to Albert R. Gonzales requesting that Pipe-Net submit their March through May 2023 contribution reports and payments. [Attached hereto as **Exhibit C** is a true and correct copy of the June 30, 2023 letter.]

8.       As Pipe-Net and Albert R. Gonzales failed to fully comply to my office's demand letter, my office sent a follow up demand letter on July 7, 2023, requesting submission of payment for their reported March through May 2023 contributions as well as payment for liquidated damages and interest on its March through May 2023 contributions. [Attached hereto as **Exhibit D** is a true and correct copy of the July 7, 2023 letter.]

9.       On September 8, 2023, my office sent a further follow up demand letter to Pipe-Net with attention to Albert R. Gonzales requesting that Pipe-Net submit their payment for their reported June 2023 contributions as well as liquidated damages and interest incurred on their late-paid March through June 2023 contribution reports. [Attached hereto as **Exhibit E** is a true and correct copy of the September 8, 2023 letter.]

**DECLARATION OF TINO X. DO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

10.     As Pipe-Net and Albert R. Gonzales failed to comply to my office's prior demand letters, my office sent a final demand letter on November 1, 2023 requesting submission of their September 2023 contribution report and payment as well as payment for liquidated damages and interest that had accrued on the late paid March through August 2023 contributions as well as attorneys' fees incurred by the Trust Funds to date. [Attached hereto as *Exhibit F* is a true and correct copy of the November 1, 2023 letter.]

11.     As Pipe-Net and Albert R. Gonzales failed to cure their delinquencies with the Trust Funds, my office filed this action on December 4, 2024 to compel Pipe-Net and Albert R. Gonzales to submit payment for all amounts due. (Dkt. No. 1).

12.     Pursuant to the terms of the Trust Agreements for the Plaintiff Trust Funds, when fringe benefit contributions are outstanding and a lawsuit has been filed to collect delinquent contributions, liquidated damages are assessed at 20%. [Attached hereto as *Exhibit G*, is a true and correct copy of of the relevant sections of the Pension Trust Fund for Operating Engineers Trust Agreement (other Trust Agreements contain similar provisions); *See also* Declaration of Sonya Brown, ¶ 13, *Exhibit D*, filed concurrently herewith.]

13.     Defendant Albert Gonzales was served on January 7, 2024 by substituted service, with service effectuated 10 days later on January 17, 2024 and a Proof of Service of Summons was filed with this Court on January 29, 2024. (Dkt. No. 8). Defendant Pipe-Net was served on January 24, 2024 by substituted service and a Proof of Service of Summons was filed with this Court on January 29, 2024. (Dkt. No. 8). Defendant's deadline to respond to Plaintiffs' Complaint was February 7, 2024 and February 14, 2024 respectively. Defendants have not made an appearance in this matter.

14.     Default was entered as to Pipe-Net, Inc. and Albert Gonzales on February 23, 2024.  On February 28, 2024, Defendants were served with the Clerk's Notice of Entry of Default.  (Dkt. No. 13.)

15.     As of the date of the filing of this motion, Defendants have failed to plead or otherwise respond to the lawsuit. Plaintiffs are required to file this Motion for Default Judgment against Defendants.

16.     Defendants are well aware of the action against it. Defendants were properly served with

a copy of the Clerk's Notice of Entry of Default and every other pleading in this action, and did not request that the Default be set aside or otherwise appear or try to resolve this matter.

17.     Pipe-Net is a California corporation and is therefore not an infant or incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003. Similarly, Albert R. Gonzales is a California resident, and is not an infant or incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

18.     Saltzman & Johnson has specialized in the representation of multiemployer, collectively bargained employee benefit plans for over 40 years in both the private and public sectors. Over 90% of its work involves the representation of employee benefit plans.  All of the attorneys have extensive experience resolving legal issues pertaining to multiemployer collectively bargained benefit plans which are jointly managed by representatives of labor and management.  There is a dedicated Collections Department that handles all collection litigation for the various Taft-Hartley funds represented by the firm.

19.     As a shareholder, I manage certain matters in this firm's Collections Department. In addition to myself, the Collections Department has other shareholders and associates. The standard procedure in the Collections Department is to have one shareholder, one associate attorney, and one paralegal assigned to each file. Depending on the complexity of the case, the shareholder may either be extensively involved with the matter or handle it in a more supervisory capacity. Further, additional attorneys or paralegals may be lightly utilized depending upon the need in the matter.  This file is assigned to paralegal Nargis Shaghasi, and myself as the shareholder/attorney.  Shareholder Matthew P. Minser assisted in this matter.

20.     The qualifications of all attorneys and paralegals who worked on this matter are as follows:

          a.     <u>Tino X. Do</u>: I graduated from the University of Southern California in 1993 with a Bachelor of Science (B.S.) in Business Administration.  I received my Juris Doctor (J.D.) from the University of California School of Law, San Francisco (formerly known as U.C. Hastings) in 2002. I

**DECLARATION OF TINO X. DO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

1  joined Saltzman and Johnson in February 2018, and have represented joint union-management employee

2  benefit trust clients in ERISA litigation matters since that time.  Before joining Saltzman and Johnson, I

3  represented large institutional clients with complex commercial litigation. The work I performed was

4  billed at the rate of $305/hour.

5        b.  Matthew P. Minser: Mr. Minser graduated from San Jose State University in 2008 with a

6  Bachelor of Arts (B.A.) degree in Political Science and a minor in Psychology. He received his Juris

7  Doctor (J.D.) from Golden Gate University School of Law in 2013. Mr. Minser has over 15 years of

8  experience working on collection matters for collectively bargained employee benefit plans, and has

9  argued before the Ninth Circuit Court of Appeals on behalf of multiemployer employee benefit plan

10  clients. He joined Saltzman & Johnson in February 2016, where he specializes in the representation of

11  joint union-management employee benefit trust clients in ERISA litigation matters. The work he

12  performed was billed at the rate of $305/hour.

13        c.  Nargis Shaghasi: Ms. Shaghasi received a Bachelor of Arts (B.A.) degree in Politics

14  from the University of San Francisco in 2012. She received a Master's Degree in Public Affairs from the

15  University of San Francisco in 2013. Ms. Shaghasi joined Saltzman and Johnson as an administrative

16  assistant in October 2017. Ms. Shaghasi qualified for, and was promoted to, the position of paralegal in

17  October 2018. Ms. Shaghasi only performed billable work on this matter after her promotion to the

18  position of paralegal. The work performed by Ms. Shaghasi was billed at the rate of $175/hour.

19        21.    Our billing records indicate that I spent 22.2 hours on this matter during the period from

20  June 30, 2023 through March 31, 2024, incurring $7,029.00 in attorneys' fees. The work that I

21  performed is detailed in the billing records attached hereto as ***Exhibit H.***

22        22.    Our billing records indicate that attorney Matthew P. Minser spent 0.4 hours on this

23  matter during the period from June 30, 2023 through March 31, 2024, incurring $122.00 in attorneys'

24  fees. The work that Mr. Minser performed is detailed in the billing records attached hereto as ***Exhibit H.***

25        23.    Our billing records indicate that paralegal Nargis Shaghasi spent 33.7 hours on this

26  matter during the period from June 30, 2023 through March 31, 2024, incurring $6,088.50 in fees. The

27  work performed by Ms. Shaghasi is detailed in the billing records attached hereto as ***Exhibit H.***

28

5

**DECLARATION OF TINO X. DO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**

24.     Plaintiffs' Counsel spent a total of 56.3 hours on this matter, consisting of 22.6 attorney hours and 33.7 paralegal hours.

| | |
|---|---|
| Attorneys hours billed | 22.6 |
| Paralegals hours billed | 33.7 |
| **Total hours** | **56.3** |

25.     Plaintiffs are also requesting costs incurred in this matter in the amount of **$996.23** This amount is comprised of the service of process fees for service of the Summons and Complaint on Defendants and filing fee (*See Exhibit H*).

26.     Plaintiffs therefore request attorneys' fees and costs incurred, as follows:

| | |
|---|---|
| Attorneys' Fees (6/30/23 through 3/31/24): | $13,239.50 |
| Costs (9/1/23 through 3/31/24): | $996.23 |
| **Total Attorneys' Fees and Costs:** | **$14,235.73** |

27.     As of today's date, none of the above amounts have been paid to the Trust Funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true of my own knowledge and if called upon I could and would testify competently thereto.

Executed this 23rd day of April 2024, at Oakland, California.

_____ /s/
        Tino X. Do

**DECLARATION OF TINO X. DO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**Case No. 4:23-cv-06267-LB**



Home

# Contractor's License Detail for License # 768366

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

▸ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click here for a definition of disclosable actions.

▸ Only construction related civil judgments reported to CSLB are disclosed (B&P 7071.17).

▸ Arbitrations are not listed unless the contractor fails to comply with the terms.

▸ Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 6/30/2023 9:09:10 AM

## Business Information

PIPE - NET INC
7821 MILLER AVENUE
GILROY, CA 95020
Business Phone Number:(408) 847-8470

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 09/08/1999 |
| **Expire Date** | **09/30/2023** |

## License Status

**License is under suspension for the following reasons:**

▸ License is under Contractors Bond Suspension. A contractor's bond may have been received by the Board but not yet processed. Once the bond is processed the suspension will be lifted retroactively to the effective date of the bond. Ask the contractor for proof of a contractor's bond and contact the bonding company to verify bond status.

## Classifications

A - GENERAL ENGINEERING

## Bonding Information

**Contractor's Bond**

This license filed a Contractor's Bond with HUDSON INSURANCE COMPANY.
**Bond Number:** 30024051
**Bond Amount:** $25,000
**Effective Date:** 01/01/2023
**Cancellation Date:** 06/17/2023
Contractor's Bond History

**Bond of Qualifying Individual**

The qualifying individual ALBERT RAMIREZ GONZALES certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 09/08/1999

## Workers' Compensation

This license has workers compensation insurance with the STATE COMPENSATION INSURANCE FUND
**Policy Number:**9112735
**Effective Date:** 09/22/2014
**Cancellation Date:** 07/07/2023
Workers' Compensation History

Copyright © 2023 State of California



EXHIBIT A

California
*Secretary of State*

Business       UCC

Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited

PIPE-NET INC. (2161719)



Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/14/1999 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 7821 MILLER AVENUE GILROY, CA 95020 |
| *Mailing Address* | 7821 MILLER AVENUE GILROY,CA95020 |
| ⓘ *Statement of Info Due Date* | 04/30/2022 |
| *Agent* | Individual MANUEL RAY RODRIQUEZ 6620 THAMES GILROY, CA  95020 |



View History



Request Access

[Skip to main content](#) State

EXHIBIT B

California
*Secretary of State*

Business        UCC

Home

Search

Forms

Help

Unincorporated Common
Interest Developments, and
Out of State Associations).
The basic search performs a
contains ?keyword? search.
The Advanced search allows
for a ?starts with? filter. To
search entities that have a
status other than active or to
refine search criteria, use the
**Advanced** search feature.

### Advanced Search

An Advanced search is
required when searching for
publicly traded disclosure
information or a status other
than active.

An Advanced search allows
for searching by specific
entity types (e.g., Nonprofit
Mutual Benefit Corporation)
or by entity groups (e.g., All
Corporations) as well as
searching by ?begins with?
specific search criteria.

**Disclaimer:** Search results are
limited to the 500 entities closest
matching the entered search
criteria. If your desired search
result is not found within the 500
entities provided, please refine
the search criteria using the
Advanced search function for
additional results/entities. The
California Business Search is
updated as documents are
approved. The data provided is
not a complete or certified
record.

Although every attempt has been
made to ensure that the
information contained in the
database is accurate, the
Secretary of State's office is not
responsible for any loss,
consequence, or damage
resulting directly or indirectly
from reliance on the accuracy,
reliability, or timeliness of the
information that is provided. All

[Skip to main content](#)   State

## PIPE-NET INC. (2161719)



Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/14/1999 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 7821 MILLER AVENUE GILROY, CA 95020 |
| *Mailing Address* | 7821 MILLER AVENUE GILROY,CA95020 |
| ⚠ *Statement of Info Due Date* | 04/30/2022 |
| *Agent* | Individual MANUEL RAY RODRIQUEZ 6620 THAMES GILROY, CA  95020 |



View History



Request Access

# EXHIBIT B

**California**
*Secretary of State*

Home

Search

Forms

Help

Business    UCC

*Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

Pipe-Net, Inc    🔍

Advanced ⌄

Results: 1

| Entity Information | Initial Filing Date | St |
|---|---|---|
| PIPE-NET INC. (2161719) > | 04/14/1999 | Ac |

## PIPE-NET INC. (2161719)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/14/1999 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 7821 MILLER AVENUE GILROY, CA 95020 |
| *Mailing Address* | 7821 MILLER AVENUE GILROY,CA95020 |
| ⓘ *Statement of Info Due Date* | 04/30/2022 |
| *Agent* | Individual MANUEL RAY RODRIQUEZ 6620 THAMES GILROY, CA  95020 |



View History



Request Access

© 2023 CA Secretary of State

# EXHIBIT B



(510) 906-4710
www.sjlawcorp.com

June 30, 2023

**VIA EMAIL (argonzales@pipenetinc.com)**
**AND FIRST-CLASS MAIL**
Albert R. Gonzales
Pipe-Net, Inc.
7821 Miller Ave.
Gilroy, CA 95020

**Re:    Operating Engineers Local Union No. 3 Trust Funds**

Dear Mr. Gonzales:

This office represents the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds").  I am writing to you regarding Pipe-Net, Inc.'s ("Pipe-Net" or "you" / "your") obligations to these Trust Funds.

I am advised by the Trust Fund Administrator that you have failed to submit your contribution reports and payments for hours worked during the months of **March through May 2023**.  In addition, I am advised that covered hours worked by one of your employers, Cindy Seminatore, may not have been fully reported.

Contribution reports and payments are due by the 15th day of the month following the month in which the hours were worked, and are delinquent when not reported and paid by the 25th day of that month. For example, your March 2023 contributions were due on April 15, 2023, and became delinquent when not reported and paid by April 25, 2023. ***Even if you had no employees, you are required to submit monthly reports stating, "No Employees."*** Your employees will not receive Trust Fund credit for their hours worked unless and until your contribution reports are received. This will affect their benefits and could subject you to independent liability.

Under the terms of your Project Labor Agreement and the Trust Agreements establishing the Trust Funds, as well as the Employee Retirement Income Security Act of 1974 (ERISA), you are required to timely pay all required contributions, plus all liquidated damages and interest owing for delinquent contributions, and the costs of the audit which revealed the underpayments.

**Demand is hereby made for immediate submission to** <u>**this office**</u> **of (1) your March through May 2023 contribution reports and payment(s).** If you believe you have already made the payment(s), please send a copy of your cancelled check(s) (both front and back) to this office. Upon receipt of your missing reports and payments, you will be advised as to any amounts due for liquidated damages and interest. Please also supplement any prior reports to ensure that all covered hours for Ms. Seminatore are reported.

//

//

//

//

EXHIBIT C

Albert R. Gonzales
Pipe-Net, Inc.
June 30, 2023
Page 2

**If you fail to respond to this request within ten (10) days from the date of this letter, I am authorized to proceed with legal action against you without further notice.** Such legal action will require payment to the Trust Funds of costs, attorneys' fees and all other sums allowed by law. I hope that will not be necessary and urge you to give this matter your immediate attention.

Thank you for your anticipated cooperation.

Sincerely,

Tino X. Do
tdo@sjlawcorp.com

TXD/ns

EXHIBIT C



(510) 906-4710
www.sjlawcorp.com

## FINAL DEMAND: IMMEDIATE ATTENTION REQUIRED

July 7, 2023

**VIA EMAIL (argonzales@pipenetinc.com)**
**AND FIRST-CLASS MAIL**
Albert R. Gonzales
Pipe-Net, Inc.
7821 Miller Ave.
Gilroy, CA 95020

Re:     **Operating Engineers Local Union No. 3 Trust Funds**

Dear Mr. Gonzales:

As you know, this office represents the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds"). I am writing to you regarding Pipe-Net, Inc.'s ("Pipe-Net" or "you" / "your") obligations to these Trust Funds.

Thank you for submitting your outstanding March through May 2023 contribution reports. However, I am informed by the Trust Fund Administrator that you have failed to submit payments for hours worked during the months of **March through May 2023**. I am further advised by the Trust Fund Administrator's office that contribution balances are due for said months **in the total amount of $23,614.72. Liquidated damages in the amount of $2,361.47** were therefore assessed and **10% interest in the amount of $218.84** has accrued to date on your March through May 2023 contribution balances. Interest continues to accrue until the delinquent contributions have been paid in full.

Under the terms of your Project Labor Agreement and the Trust Agreements establishing the Trust Funds, as well as the Employee Retirement Income Security Act of 1974 (ERISA), you are required to timely pay all required contributions, plus all liquidated damages and interest owing for delinquent contributions, and the costs of the audit which revealed the underpayments.

**Demand is hereby made for immediate submission to this office of payment in the amount of $26,195.03 for the contribution balances, liquidated damages and interest described above, plus 10% interest on the delinquent contributions ($6.47 per day from July 8, 2023 through the date of payment).** Payment should be made payable to *Operating Engineers Local Union No. 3 Trust Funds* and should be sent directly to the Trust Funds at the following address: P.O. Box 3157 Hayward, CA 94540-3157. If you believe you have already made the payment(s), please send a copy of your cancelled check(s) (both front and back) to this office.

//

//

//

//

**EXHIBIT D**

Albert R. Gonzales
Pipe-Net, Inc.
July 7, 2023
Page 2

**If you fail to respond to this request within ten (10) days from the date of this letter, I am authorized to proceed with legal action against you without further notice.** Such legal action will require payment to the Trust Funds of costs, attorneys' fees and all other sums allowed by law. I hope that will not be necessary and urge you to give this matter your immediate attention.

Thank you for your anticipated cooperation.

Sincerely,

Tino X. Do
tdo@sjlawcorp.com

TXD/ns

EXHIBIT D



(510) 906-4710
www.sjlawcorp.com

September 8, 2023

**VIA EMAIL (argonzales@pipenetinc.com)**
**AND FIRST-CLASS MAIL**
Albert R. Gonzales
Pipe-Net, Inc.
7821 Miller Ave.
Gilroy, CA 95020

      Re:    **Operating Engineers Local Union No. 3 Trust Funds**

Dear Mr. Gonzales:

As you know, this office represents the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds"). I am writing to you regarding Pipe-Net, Inc.'s ("Pipe-Net" or "you" / "your") obligations to these Trust Funds.

I am advised by the Trust Funds' Administrator that you have failed to submit payment for your **July 2023 contribution payment in the reported amount of $9,236.90. Liquidated damages in the amount of $923.69** were therefore assessed and **5% interest in the amount of $32.89** has accrued on your July 2023 contributions, through September 7, 2023. Interest continues to accrue until your delinquent contributions have been paid in full.

Additionally, I am informed by the Trust Funds' Administrator that **liquidated damages have been assessed in the amount of $3,606.26** and **5% interest has accrued in the amount of $553.57** on your late-paid contributions for the months of **March through June 2023.**

Under the terms of your Project Labor Agreement and the Trust Agreements establishing the Trust Funds, as well as the Employee Retirement Income Security Act of 1974 (ERISA), you are required to timely pay all required contributions, plus all liquidated damages and interest owing for delinquent contributions, and the costs of the audit which revealed the underpayments.

As you failed to fully comply with my office's prior letter, you are now responsible for the Trust Fund Attorneys' fees incurred in this matter in the amount **$1,729.50.** Attorney's fees will continue to increase until this matter is resolved.

**Demand is hereby made for immediate submission to this office of payment in the amount of $16,082.81 for the contribution balances, liquidated damages and interest described above, plus 10% interest on the delinquent contributions ($2.53 per day from September 8, 2023 through the date of payment).** Payment should be made payable to *Operating Engineers Local Union No. 3 Trust Funds* and should be sent directly to the Trust Funds at the following address: P.O. Box 3157 Hayward, CA 94540-3157. If you believe you have already made the payment(s), please send a copy of your cancelled check(s) (both front and back) to this office.

    //

    //

EXHIBIT E

Albert R. Gonzales
Pipe-Net, Inc.
September 8, 2023
Page 2

   **If you fail to respond to this request within ten (10) days from the date of this letter, I am authorized to proceed with legal action against you without further notice.** Such legal action will require payment to the Trust Funds of costs, attorneys' fees and all other sums allowed by law.  I hope that will not be necessary and urge you to give this matter your immediate attention.

   Thank you for your anticipated cooperation.


                        Sincerely,


                        Tino X. Do
                        tdo@sjlawcorp.com

TXD/ns
Cc via email only: Denise Trottier (denise@pipenetinc.com)
                Jacob (jacob@pipenetinc.com)
                Penny (penny@pipenetinc.com)

# EXHIBIT E



(510) 906-4710
www.sjlawcorp.com

## FINAL DEMAND: IMMEDIATE ATTENTION REQUIRED

November 1, 2023

**VIA EMAIL (argonzales@pipenetinc.com;
denise@pipenetinc.com) and FIRST-CLASS MAIL**
Albert R. Gonzales
Denise Trottier
Pipe-Net, Inc.
7821 Miller Ave.
Gilroy, CA 95020

Re:     **Operating Engineers Local Union No. 3 Trust Funds**

Dear Mr. Gonzales and Ms. Trottier:

As you know, this office represents the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds"). I am writing to you regarding Pipe-Net, Inc.'s ("Pipe-Net" or "you" / "your") obligations to these Trust Funds.

I am informed by the Trust Fund Administrator that you have failed to submit your report and payment for hours worked during the month of **September 2023**. I am further advised by the Trust Fund Administrator's office that liquidated damages in the amount totaling **$5,843.87** and interest in the amount of **$25.21** remains outstanding for your late-paid contributions for the months of **March through August 2023**.

As you failed to fully comply with my office's prior letter, you are now responsible for the Trust Fund Attorneys' fees incurred in this matter in the amount **$2,952.00.** Attorney's fees will continue to increase until this matter is resolved.

Under the terms of your Project Labor Agreement and the Trust Agreements establishing the Trust Funds, as well as the Employee Retirement Income Security Act of 1974 (ERISA), you are required to timely report and pay all required contributions, plus all liquidated damages and interest owing for delinquent contributions, and the costs of the audit which revealed the underpayments.

As we previously discussed, you can submit a written request for waiver of liquidated damages for consideration by the Trustees. However, pursuant to the Trust Funds' procedures, the Trustees are unable to consider any waiver request until all outstanding matter are resolved, which means you have to submit your September 2023 report and payment, as well as payment for the outstanding amounts for interest and attorneys' fees.

**Demand is hereby made for immediate submission to <u>this office</u> of your contribution report and payment for the month of September 2023, along with payment in the amount of $8,821.08 for the liquidated damages, interest and attorneys' fees described above.** Payment should be made payable to *Operating Engineers Local Union No. 3 Trust Funds* and should be sent directly to the Trust Funds at the following address: P.O. Box 3157 Hayward, CA 94540-3157. If you believe you have already made the payment(s), please send a copy of your cancelled check(s) (both front and back) of this office.

EXHIBIT F

Albert R. Gonzales
Denise Trottier
Pipe-Net, Inc.
November 1, 2023
Page 2

      **If you fail to respond to this request within ten (10) days from the date of this letter, I am authorized to proceed with legal action against you without further notice.** Such legal action will require payment to the Trust Funds of costs, attorneys' fees and all other sums allowed by law.  I hope that will not be necessary and urge you to give this matter your immediate attention.

      Thank you for your anticipated cooperation.


        Sincerely,


        Tino X. Do
        tdo@sjlawcorp.com

TXD/ns

EXHIBIT F

(Revised 1975)

# Pension Trust Fund for Operating Engineers

# TRUST AGREEMENT

**Exhibit G**

 73

# ARTICLE IV
## FUNCTIONS AND POWERS
## OF
## BOARD OF TRUSTEES

**Section 1.** The Board of Trustees acting jointly shall have the power to control and manage the assets, operation and administration of the Fund and the Pension Plan as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may (a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund, (b) enter into an agreement allocating among Trustees such specific responsibilities, obligations, or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the consultant actuary, the investment counselor or investment manager and the qualified public accountant engaged by the Fund, may be properly so allocated, (c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than trustee responsibilities) under this Trust Agreement or the Plan, (d) employ one or more persons to render advice with regard to any responsibility the Board has under this Trust Agreement or Pension Plan or (e) do any one or more of the foregoing. Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and the Pension Plan.

*(As Amended December 31, 1975)*

**Exhibit G**

14

**Section 4.** The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.

*(As Amended July 1, 1975)*

**Section 5.** All checks, drafts, vouchers, or other withdrawals of money from this Fund shall be signed by a person or persons authorized so to do by the Board of Trustees.

**Section 6.** The Board of Trustees shall maintain suitable and adequate records of and for the administration of this Fund and the Pension Plan. The Board can require the Employer, any Signatory Association, any Contributing Employer, the Union, any other Labor Organization, or any Covered Employee, Retired Employee or other beneficiary of the Plan to submit to it any information, data, report, or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, the Union or other Labor Organization cannot be required to submit a list of its members. Reasonable cause appearing therefor upon notice in writing from the Board, a Contributing Employer must permit a certified public accountant appointed by the Board to enter upon the premises of such employer during business hours, at all reasonable time or times, and to examine and copy such books, records, papers or reports of such Contributing Employer as may be necessary to determine whether such Contributing Employer is making full and prompt payment of all sums required to be paid by him or it to this Fund.

**Exhibit G**

organization or cause or result in the diversion of any portion of the Fund to any purpose other than the exclusive benefit of Covered Employees, Retired Employees or their beneficiaries under the Plan and the payment of the administrative expenses of the Fund and the Plan.

**Section 4.** In no event shall the trust established by this Trust Agreement continue for a longer period than is permitted by law.

*(Renumbered by Amendment November 14, 1967)*

Executed as of the day and year first above written.

**EMPLOYER**

NORTHERN AND CENTRAL
CALIFORNIA CHAPTER,
THE ASSOCIATED GENERAL
CONTRACTORS OF AMERICA, INC.

By _____
President

By _____
Secretary

*(Successor to Northern California Chapter, The Associated General Contractors of America, Inc. and Central California Chapter, The Associated General Contractors of America, Inc.)*

**UNION**

OPERATING ENGINEERS,
LOCAL UNION NO. 3, of the
International Union of
Operating Engineers

By _____
President

By _____
Secretary

By _____
Local Union Manager

By _____
Business Representative

The undersigned hereby accept office as Trustees appointed pursuant to the aforesaid Agreement and agree to act under and be subject to all of the terms and conditions of said Agreement. The undersigned hereby declare that they hold the Fund created by said Agreement in trust for the uses and purposes set forth in said Agreement.

Dated: December 30th, 1959.

**EMPLOYER TRUSTEES**

**EMPLOYEE TRUSTEES**

**Exhibit G**

40

## SEVENTEENTH AMENDMENT TO THE TRUST AGREEMENT
## ESTABLISHING THE PENSION TRUST FUND
## FOR OPERATING ENGINEERS
### Dated December 30, 1959

This Seventeenth Amendment to the Trust Agreement dated December 30, 1959, establishing the Pension Trust Fund for Operating Engineers is made, and entered into as of the _24th_ day of _May_, 2010, by and between the Employer and Union named in said Trust Agreement acting pursuant to Section 1 of Article X of said Trust Agreement, provides as follows:

1.      Section 10 of Article II is amended to read as follows:

Section 10.    Insofar as payments by a Contributing Employer into this Fund are concerned, time is of the essence.  The parties recognize and acknowledge that the regular and prompt payment of amounts due to the Fund by Individual Employers is essential to the efficient and fair administration of the Fund and the maintenance of plan benefits, and that the Board of Trustees of the Fund has established a reasonable, diligent, and systematic collection process including the following:

(A)    Delinquent Contributions.    If Individual Employers do not make timely payments, the Fund loses the investment return it should have received, and incurs additional administrative expense in the form of letters, telephone calls, and other collection expenses.  In addition, the Fund incurs additional management expense by reason of time necessary to oversee the collection process by the Board of Trustees, Executive Director, and others.  The Fund is also delayed or prevented from processing claims by employees for benefits under the plan.  The Fund's collection expenses, and inability to pay benefits constitute damages arising from an Individual Employer's default in making payments, and these damages cannot be allowed to deplete the contributions promptly paid by other Individual Employers.    Therefore, the following provisions shall apply with respect to delinquent contributions, except that if a collective bargaining agreement provides for higher rates of liquidated damages and/or interest, then those higher rates may be applied by the Fund in the discretion of its Board of Trustees.

(1)    When Individual Employer Considered Delinquent.  Any Individual Employer shall be considered to be delinquent if late payment or underpayment occurs, whether because it (a) fails to submit a contribution report form with the full contribution by the delinquent date, or (b) fails to submit contributions on behalf of all employees for whom contributions are required under its contribution agreement, or (c) fails to properly compute the contributions according to the applicable contribution formula, or (d) otherwise fails to meet its obligations to the Fund.

(2)    Due Date and Delinquent Date.    The due date for Individual Employer contributions is the 15th day of the month immediately following the month for which work was performed.  The delinquent date is the 26th day of the

# Exhibit G

month immediately following the month for which work was performed for unpaid contributions not received by the 25th day of the month.  The delinquent date for a withdrawal liability payment shall be the date specified in the Plan's assessment letter or other communication from the Plan.

(3)    <u>Liquidated Damages</u>.    It would be extremely difficult and impractical to fix the actual expense and damage to the Fund for each Individual Employer's default.  Therefore, the amount of liquidated damages to the Fund resulting from any Individual Employer's default, over and above attorney's fees, audit fees and interest for delinquent contributions, shall be determined as follows:

(a)    <u>Before Lawsuit Filed</u>.    If on or after January 1, 2010, contributions or withdrawal liability payments are not received by the delinquent date, before a lawsuit is filed liquidated damages shall be 10% of the unpaid contribution or withdrawal liability payment as of the delinquent date.

(b)    <u>After Lawsuit Filed</u>.    If a lawsuit to collect delinquent contributions or unpaid withdrawal liability obligations has been filed, the amount of liquidated damages on the unpaid contributions or withdrawal liability obligations shall be increased to an amount equal to the greater of,

(i)    20% of the unpaid contributions or withdrawal liability obligation, or

(ii)    interest on the amount of the unpaid contributions or withdrawal liability from the delinquent date until the dates they are paid in full at the rate referred to in paragraph (4) of this subsection (A).

(4)    <u>Interest</u>.    Unpaid contributions shall accrue late interest charges from the delinquent date until paid at the rate of 10% per year simple interest beginning March 1, 2010.  The Board of Trustees of the Fund may from time to time establish such other rates as it deems appropriate.

(5)    <u>Special Rules for Repeated Delinquencies</u>.    The Fund may, in the event of repeated delinquencies by the same Individual Employer, make special rules applicable to the due date of said Individual Employer's contributions and may require the Individual Employer to post a bond or other security against further delinquencies; or to increase an existing bond or security for that purpose, up to as much as may be permissible in any applicable collective bargaining agreement.

(6)    <u>Settlements.</u>    Liquidated damages and late interest charges on unpaid contributions may be waived or compromised under appropriate circumstances pursuant to the delinquency collection procedures established for the Fund.

# Exhibit G

(B)    <u>Withdrawal Liability.</u>

(1)    <u>After Lawsuit Filed</u>.  If a lawsuit is filed to collect withdrawal liability, the failure of any Individual Employer to make any withdrawal liability payment within the time prescribed shall be treated in the same manner as a delinquent contribution under ERISA §502(g), including application of the liquidated damage and interest provisions of paragraph (A).

(2)    <u>Interest Before Lawsuit Filed</u>.    Before a lawsuit is filed to collect withdrawal liability, the rates of interest for overdue and defaulted withdrawal liability payments shall be determined in accordance with ERISA §4219(c), PBGC regulations thereunder, and any rules adopted by the Board of Trustees relating to overdue and defaulted withdrawal liability payments.

(3)    <u>Settlements</u>.  Liquidated damages and late interest charges on unpaid withdrawal liability obligation may be waived or compromised under appropriate circumstances by the Board of Trustees.

(C)    <u>Prior Rates</u>

(1)    <u>Liquidated Damages</u>.    For delinquent contributions and delinquent withdrawal liability assessments incurred before January 1, 2010, liquidated damages were and remain the greater of (a) 15% of the unpaid amount, or (b) $35.00.

(2)    <u>Interest</u>.  Interest on delinquent contributions and delinquent withdrawal liability assessments incurred before March 1, 2010, was and remains 12% through February 28, 2010.

Effective as of the day and year first above written.

**For the Employers:**

ASSOCIATED GENERAL
CONTRACTORS OF CALIFORNIA, INC.

By: _____
        Thomas Holsman

**For the Union:**

OPERATING ENGINEERS LOCAL
UNION NO.3

By: _____
        Fred Herschbach, President

By: _____
        Dan Reding, Secretary

By: _____
        Russell E. Burns, Business Manager

Page 3 of 3

# Exhibit G

Pipe-Net, Inc.

| | EXPENSE | STATUS | DATE | PRICE | TOTAL | QTY | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Uncategorized** <br> Service of Process of Summons and Complaint and supporting documents to Pipe-Net, Inc., Gilroy, CA. | BILLED I-1830 | 1/22/2024 | $192.57 | $192.57 | 1 | BJ | |
| | **Uncategorized** <br> Lexis - legal research. | BILLED I-1830 | 1/11/2024 | $13.52 | $13.52 | 1 | BJ | |
| | **Uncategorized** <br> Service of Process of Summons and Complaint and supporting documents to Albert Gonzales, Gilroy, CA. | BILLED I-1830 | 1/4/2024 | $192.57 | $192.57 | 1 | BJ | |
| | **Uncategorized** <br> Service of Process of Summons and Complaint and supporting documents to Pipe-Net, Inc., Gilroy, CA. | BILLED I-1830 | 1/4/2024 | $192.57 | $192.57 | 1 | BJ | |
| | **Uncategorized** <br> Complaint filing fee. | PAID I-1683 | 12/4/2023 | $405.00 | $405.00 | 1 | BJ | |

$996.23 USD

**EXHIBIT H**

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Conduct research on current corporate and licensing status of employer by searching California Secretary of State and California Contractor's State licensing board websites, along with search of employer's website; Request copy of employer's collective bargaining agreements with union; Review referral; Research ISSI; download and save current data onto file; Prepare demand letter to employer; review edits; finalize and issue same to employer; calendar response deadline associated with same | PAID I-797 | 6/30/2023 | 1 | $175.00 | $175.00 | NS |
| **Time**<br>Review collective bargaining agreement received; update file re same | PAID I-937 | 7/6/2023 | 0.1 | $175.00 | $17.50 | NS |
| **Time**<br>Analysis of file re receipt of payment; calculate amounts due to date; prepare final demand letter for Do's review; finalize and issue same to employer; calendar response deadline associated with same | PAID I-937 | 7/7/2023 | 0.8 | $175.00 | $140.00 | NS |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | ☐ Time<br>Work with Nargis Shaghasi to finalize follow up demand letter to employer for outstanding delinquent contributions, liquidated damages and interest | PAID I-937 | 7/7/2023 | 0.2 | $305.00 | $61.00 | TD | |
| | ☐ Time<br>Work with Nargis Shaghasi to prepare complaint given employer's failure to respond to demands | PAID I-937 | 7/25/2023 | 0.2 | $305.00 | $61.00 | TD | |
| | ☐ Time<br>Analysis of file re employer's delinquency to date; review ISSI; email communications with T. Do re next steps | PAID I-937 | 7/25/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | ☐ Time<br>Review and respond to e-mail from S. Brown re current status and further action. | PAID I-937 | 7/26/2023 | 0.1 | $305.00 | $30.50 | MPM | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** <br> Emails with Sonya Brown regarding employer's failure to submit June 2023 contribution report; telephone call and emails with Al Gonzalez, owner, regarding need to employer to submit June 2023 contribution report and employer's request for payment plan; work with Nargis Shaghasi to prepare judgment pursuant to stipulation with payment plan terms needed for employer to pay outstanding delinquent contributions | PAID I-937 | 7/26/2023 | 0.8 | $305.00 | $244.00 | TD | |
| **Time** <br> Review Do's response re further handling of matter; review CBA; prepare complaint and ancillary documents for review; | PAID I-937 | 7/26/2023 | 1 | $175.00 | $175.00 | NS | |
| **Time** <br> Work with Nargis Shaghasi on communication to employer to propose 12 month payment plan for outstanding amounts owed to Trust Funds | PAID I-1080 | 8/8/2023 | 0.3 | $305.00 | $91.50 | TD | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Run fees reports; review ISSI; Calculate amounts due to date; prepare chart to reflect same; prepare draft email to employer re payment plan for Do's review; | PAID I-1080 | 8/10/2023 | 0.8 | $175.00 | $140.00 | NS | |
| **Time** Review edit; finalize and issue email re payment plan to employer; calendar follow up accordingly; review email communications re issuance of payment; email communications with employer to confirm check numbers and amounts; review Fremont Bank records | PAID I-1080 | 8/11/2023 | 0.3 | $175.00 | $52.50 | NS | |
| **Time** Emails with Sonya Brown regarding employer's submission of reports and payment for March through June 2023, and need for employer to submit report and payment for July 2023 | PAID I-1080 | 8/15/2023 | 0.4 | $305.00 | $122.00 | TD | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Conduct research on current corporate and licensing status of employer by searching California Secretary of State and California Contractor's State licensing board websites, along with search of employer's website; Request copy of employer's collective bargaining agreements with union; Review referral; Research ISSI; download and save current data onto file; Prepare demand letter to employer; review edits; finalize and issue same to employer; calendar response deadline associated with same | PAID I-797 | 6/30/2023 | 1 | $175.00 | $175.00 | NS |
| **Time** Review collective bargaining agreement received; update file re same | PAID I-937 | 7/6/2023 | 0.1 | $175.00 | $17.50 | NS |
| **Time** Analysis of file re receipt of payment; calculate amounts due to date; prepare final demand letter for Do's review; finalize and issue same to employer; calendar response deadline associated with same | PAID I-937 | 7/7/2023 | 0.8 | $175.00 | $140.00 | NS |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| ⬚ Time<br>Work with Nargis Shaghasi to finalize follow up demand letter to employer for outstanding delinquent contributions, liquidated damages and interest | PAID I-937 | 7/7/2023 | 0.2 | $305.00 | $61.00 | TD | |
| ⬚ Time<br>Work with Nargis Shaghasi to prepare complaint given employer's failure to respond to demands | PAID I-937 | 7/25/2023 | 0.2 | $305.00 | $61.00 | TD | |
| ⬚ Time<br>Analysis of file re employer's delinquency to date; review ISSI; email communications with T. Do re next steps | PAID I-937 | 7/25/2023 | 0.2 | $175.00 | $35.00 | NS | |
| ⬚ Time<br>Review and respond to e-mail from S. Brown re current status and further action. | PAID I-937 | 7/26/2023 | 0.1 | $305.00 | $30.50 | MPM | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Emails with Sonya Brown regarding employer's failure to submit June 2023 contribution report; telephone call and emails with Al Gonzalez, owner, regarding need to employer to submit June 2023 contribution report and employer's request for payment plan; work with Nargis Shaghasi to prepare judgment pursuant to stipulation with payment plan terms needed for employer to pay outstanding delinquent contributions | PAID I-937 | 7/26/2023 | 0.8 | $305.00 | $244.00 | TD | |
| **Time** Review Do's response re further handling of matter; review CBA; prepare complaint and ancillary documents for review; | PAID I-937 | 7/26/2023 | 1 | $175.00 | $175.00 | NS | |
| **Time** Work with Nargis Shaghasi on communication to employer to propose 12 month payment plan for outstanding amounts owed to Trust Funds | PAID I-1080 | 8/8/2023 | 0.3 | $305.00 | $91.50 | TD | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Run fees reports; review ISSI; Calculate amounts due to date; prepare chart to reflect same; prepare draft email to employer re payment plan for Do's review; | PAID I-1080 | 8/10/2023 | 0.8 | $175.00 | $140.00 | NS | |
| **Time** Review edit; finalize and issue email re payment plan to employer; calendar follow up accordingly; review email communications re issuance of payment; email communications with employer to confirm check numbers and amounts; review Fremont Bank records | PAID I-1080 | 8/11/2023 | 0.3 | $175.00 | $52.50 | NS | |
| **Time** Emails with Sonya Brown regarding employer's submission of reports and payment for March through June 2023, and need for employer to submit report and payment for July 2023 | PAID I-1080 | 8/15/2023 | 0.4 | $305.00 | $122.00 | TD | |

EXHIBIT H

l Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | **Time**<br>Multiple email communications with administrator's office re receipt of payments; review response re same; review S. Brown's email communications; email communications with employer re July 2023 report; | PAID I-1080 | 8/15/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time**<br>Follow up email communications with employer re July 2023 report; calendar re same | PAID I-1080 | 8/17/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time**<br>Review employer's status letter request; email communications with employer re outstanding report; review administrator's email communications re receipt of payment; update recoveries chart accordingly'; Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1080 | 8/23/2023 | 0.9 | $175.00 | $157.50 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time** Emails with Sonya Brown on employer's need to submit its July 2023 contribution report and hours; emails with Denise Trottier regarding need for employer to submit its July 2023 contribution report and hours; work with Nargis Shaghasi on status letter for employer for March through May 2023 as payment for contributions for those months has been submitted | PAID I-1080 | 8/23/2023 | 0.4 | $305.00 | $122.00 | TD | |
| | **Time** Analysis of file re employer's delinquencies to date; review ISSI and Fremont Bank records; email communications with employer re status of payment for outstanding delinquencies; | PAID I-1080 | 8/31/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time** Review ISSI; Follow up email communications re July 2023 contribution report; calendar follow up accordingly | PAID I-1229 | 9/5/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time** Review ISSI; calculate amounts due to date; prepare demand letter for Do's review; | PAID I-1229 | 9/7/2023 | 0.6 | $175.00 | $105.00 | NS | |

EXHIBIT H

l Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Review employer's status letter request; review ISSI re same; run fees reports; calculate amounts due to date; prepare demand letter for Do's review; finalize and issue demand letter to employer; calendar response deadline associated with same | PAID I-1229 | 9/8/2023 | 0.8 | $175.00 | $140.00 | NS |
| **Time** Work with Nargis Shaghasi to finalize further follow up demand letter for outstanding delinquencies and attorneys fees with explanation that Trust Funds cannot provide status letter when employer has delinquent contributions owed | PAID I-1229 | 9/8/2023 | 0.4 | $305.00 | $122.00 | TD |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Work with Nargis Shaghasi regarding employer's request for July 2023 status letter when they still owe liquidated damages, interest and attorneys fee, and possible referral to MSPA for handling remaining amounts to avoid incurring further legal costs; telephone call with Albert Gonzalez, owner of Pipe-Net, regarding employer's request for waiver of liquidated damages, and breakdown of outstanding amounts due and owing | PAID I-1229 | 9/12/2023 | 0.7 | $305.00 | $213.50 | TD | |
| **Time** Review employer's second status letter request; email communications with Employer re same; email communications with Do re further handling of matter; review response re same; calculate amounts due to date; provide breakdown for review; finalize and issue same to employer; calendar follow up accordingly | PAID I-1229 | 9/12/2023 | 0.8 | $175.00 | $140.00 | NS | |
| **Time** Email communications with employer re written waiver request; | PAID I-1229 | 9/18/2023 | 0.1 | $175.00 | $17.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| Time<br>Follow up email communications with employer re waiver request; review same; communications with Do re further handling of matter; review response re same; communications with administrator's office to confirm receipt of payment; review response re same; email response to administrator's office re allocation of payment received; Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1229 | 9/21/2023 | 0.8 | $175.00 | $140.00 | NS | |
| Time<br>Work with Nargis Shaghasi to prepare status letter for July 2023 | PAID I-1229 | 9/22/2023 | 0.1 | $305.00 | $30.50 | TD | |
| Time<br>Review and respond to e-mail from S. Brown re Employer status; Review previous e-mails re same; Communicate with N. Shaghasi re same. | PAID I-1229 | 9/25/2023 | 0.3 | $305.00 | $91.50 | MPM | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|------|---|--------|---|------|---|------|---|------|---|-------|---|-----------|---|

 **Time**
Emails with Sonya Brown regarding employer's August 2023 contribution report and hours; work with Nargis Shaghasi regarding communication to employer regarding its submission of its August 2023 contribution report

PAID I-1229    9/25/2023    0.2    $305.00    $61.00    TD

 **Time**
Multiple email communications with employer re status of August 2023 report and payment; review multiple email communications with S. Brown; review ISSI

PAID I-1229    9/25/2023    0.2    $175.00    $35.00    NS

 **Time**
Work with Nargis Shaghasi on how to address employer's August 2023 delinquency that is not included in stipulated judgment

PAID I-1382    10/3/2023    0.3    $305.00    $91.50    TD

 **Time**
Review employer's status letter request; email communications with Do re further handling of same; review response; prepare and issue email to employer re delinquencies to date;

PAID I-1382    10/4/2023    0.3    $175.00    $52.50    NS

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Review employer's status letter request; email communications with employer re outstanding payments; | PAID I-1382 | 10/23/2023 | 0.1 | $175.00 | $17.50 | NS |
| **Time** analysis of file re employer's delinquencies to date; review ISSI re same; email communications with Do re findings and next steps; | PAID I-1382 | 10/31/2023 | 0.2 | $175.00 | $35.00 | NS |
| **Time** Work with Nargis Shaghasi to prepare and issue follow up demand for missing September 2023 contribution report and payment and outstanding liquidated damages and interest with explanation for process for request for waiver of liquidated damages | PAID I-1382 | 10/31/2023 | 0.4 | $305.00 | $122.00 | TD |
| **Time** Finalize and issue demand letter to employer; calendar response deadline associated with same; review voicemail from employer; provide detailed response re same | PAID I-1538 | 11/1/2023 | 0.4 | $175.00 | $70.00 | NS |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Review Do's email communications re employer's delinquencies and status of payment issued; email response re status of same | PAID I-1538 | 11/2/2023 | 0.1 | $175.00 | $17.50 | NS | |
| **Time** Emails and telephone call with Denise Trottier of employer regarding employer's submission of September 2023 report but inability to make payment now due to company's poor financial condition, request for waiver of liquidated damages and proposal for joint check agreement as employer cannot get payment from general contractor; work with Nargis Shaghasi on August status letter for employer as they have submitted payment and proposal for joint check agreement and advise Denise of records and information needed | PAID I-1538 | 11/2/2023 | 0.8 | $305.00 | $244.00 | TD | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1538 | 11/3/2023 | 0.3 | $175.00 | $52.50 | NS |
| **Time** Emails with Sonya Brown of MPSA regarding communications with employer on outstanding reports and delinquencies and employer's request for joint check agreement or conditional release to assist with obtaining payment from general contractor; emails with Denise Trottier regarding need for employer to submit contribution report for September 2023; work with Nargis Shaghasi to finalize and issue status letter for August 2023 | PAID I-1538 | 11/3/2023 | 0.5 | $305.00 | $152.50 | TD |
| **Time** Review audit report; update file re same | PAID I-1538 | 11/7/2023 | 0.1 | $175.00 | $17.50 | NS |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** <br> Review voicemail from employer; communications with Do re further handling of same; review Do's email communications re further handling of matter; | PAID I-1538 | 11/9/2023 | 0.1 | $175.00 | $17.50 | NS | |
| **Time** <br> Telephone call with Albert Gonzalez, owner of employer, regarding employer's inability to pay September 2023 contributions; emails and telephone call with Denise Trottier regarding September 2023 report and contributions and information needed for joint check agreement or conditional release for September 2023 contributions; review employer's outstanding delinquencies | PAID I-1538 | 11/9/2023 | 0.5 | $305.00 | $152.50 | TD | |
| **Time** <br> Review release request; file management; evaluate Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due; email communications with employer re October 2023 contributions; | PAID I-1538 | 11/13/2023 | 0.3 | $175.00 | $52.50 | NS | |

EXHIBIT H

T-Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review auditor's calculations; prepare releases; finalize and issue same to employer | PAID I-1538 | 11/14/2023 | 0.3 | $175.00 | $52.50 | NS |
| Time<br>Work with Nargis Shaghasi to finalize and issue conditional release for employer's work on SVMHS parking garage annex project for September 2023 | PAID I-1538 | 11/14/2023 | 0.6 | $305.00 | $183.00 | TD |
| Time<br>Work with Nargis Shaghasi regarding preparation of complaint against employer for outstanding contribution, liquidated damages and interest amounts owed | PAID I-1538 | 11/21/2023 | 0.3 | $305.00 | $91.50 | TD |
| Time<br>Analysis of file re employer's current delinquencies to date; email communications with Do re further handling of matter | PAID I-1538 | 11/22/2023 | 0.1 | $175.00 | $17.50 | NS |
| Time<br>Review auditor's calculations; prepare release for Do's review; | PAID I-1538 | 11/27/2023 | 0.2 | $175.00 | $35.00 | NS |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | |
| | Review administrator's email inquirey re receipt of payment; update recoveries re same; email response to administrator's office re allocation of same | PAID I-1538 | 11/30/2023 | 0.3 | $175.00 | $52.50 | NS | |
| | Time | | | | | | | |
| | Update complaint to account for recent payment by employer for portion of September 2023 contributions; work with Nargis Shaghasi to finalize and file complaint and ancillary documents | PAID I-1538 | 11/30/2023 | 0.6 | $305.00 | $183.00 | TD | |
| | Time | | | | | | | |
| | Update complaint to account for recent payment by employer for portion of September 2023 contributions; work with Nargis Shaghasi to finalize and file complaint and ancillary documents | PAID I-1538 | 11/30/2023 | 0.6 | $305.00 | $183.00 | TD | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time**<br>Filing of Complaint and related documents; finalize Complaint, Civil Cover Sheet, Proposed Summons, and Certification of Interested Entities; file Complaint with Court including open case, remit payment for filing fee; Lodge Civil Cover Sheet and Proposed Summons; file Certification of Interested Entities | PAID I-1683 | 12/4/2023 | 0.5 | $175.00 | $87.50 | NS | |
| **Time**<br>Review case assignment; update file re same; prepare consent pleading; finalize and file same with court; Review release request; file management; evaluate Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due | PAID I-1683 | 12/5/2023 | 0.7 | $175.00 | $122.50 | NS | |

# EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|
| Time<br>Emails and telephone call with Denise Trottier regarding employer's request for conditional release for September 2023 and submission of employer's certified payroll records; review employer's certified payroll records for September 2023; work with Nargis Shaghasi regarding employer's request for conditional release for September 2023 | PAID I-1683 | 12/5/2023 | 0.9 | $305.00 | $274.50 | TD | |
| Time<br>Review auditor's calculations; prepare release; finalize and issue same to employer | PAID I-1683 | 12/6/2023 | 0.3 | $175.00 | $52.50 | NS | |
| Time<br>Work with Nargis Shaghasi on finalizing and issuance of conditional release based on employer's CPRs for September 2023 | PAID I-1683 | 12/6/2023 | 0.4 | $305.00 | $122.00 | TD | |
| Time<br>Review employer's voicemail; email communications with employer re status of payment being issued; | PAID I-1683 | 12/15/2023 | 0.1 | $175.00 | $17.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Multiple email communications with employer re payment issued; review ISSI; email communications with employer re outstanding October 2023 report; review report provided; provide same to administrator's office; calculate amounts due; provide breakdown and email to Do for review; finalize and issue same to employer; calendar response deadline associated with same; | PAID I-1683 | 12/18/2023 | 1 | $175.00 | $175.00 | NS | |
| **Time** Work with Nargis Shaghasi on communication to employer regarding filing of complaint, request for execution of waiver of service and provide outstanding amounts of delinquent contributions, liquidated damages, interest and attorneys fees and costs incurred by Trust Funds | PAID I-1683 | 12/18/2023 | 0.3 | $305.00 | $91.50 | TD | |

EXHIBIT H

i Pipe-Net, inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time** Review court order scheduling initial case management conference for March 7; evaluate outstanding amounts owed by employer and legal strategy moving forward | PAID I-1830 | 1/3/2024 | 0.3 | $325.00 | $97.50 | TD | |
| | **Time** Review summons issued; prepare levy packet; issue same via First Legal for service; | PAID I-1830 | 1/4/2024 | 0.5 | $185.00 | $92.50 | NS | |
| | **Time** Work with Nargis Shaghasi on service of summons and complaint on employer; evaluate legal strategy for resolving outstanding amounts owed by employer in event employer does not agree to payment plan or other payment options | PAID I-1830 | 1/4/2024 | 0.5 | $325.00 | $162.50 | TD | |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Review proof of service; email communications with First Legal re same; Review multiple release requests; file management; evaluate multiple Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due for each specific job | PAID I-1830 | 1/8/2024 | 0.5 | $185.00 | $92.50 | NS |
| **Time** Emails with Marc Young of First Legal regarding attempts to personally serve defendants to date; work with Nargis Shaghasi regarding employer's submission of certified payroll records and request for joint checks and conditional releases for specific projects | PAID I-1830 | 1/8/2024 | 0.5 | $325.00 | $162.50 | TD |
| **Time** Review auditor's calculations; prepare releases; finalize and issue same to employer | PAID I-1830 | 1/9/2024 | 0.6 | $185.00 | $111.00 | NS |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| Time<br>Work with Nargis Shaghasi on employer's request for conditional release for Mt. Pleasant Pedestrian project from October 2023 through November 2023 | PAID I-1830 | 1/9/2024 | 0.4 | $325.00 | $130.00 | TD | |
| Time<br>Emails with Denise Trottier regarding employer's continuing requests for conditional releases | PAID I-1830 | 1/10/2024 | 0.2 | $325.00 | $65.00 | TD | |
| Time<br>Review service attempt; update file re same | PAID I-1830 | 1/11/2024 | 0.1 | $185.00 | $18.50 | NS | |
| Time<br>Review release request; file management; evaluate Certified Payroll for accuracy; prepare release for review; finalize and issue same to employer | PAID I-1830 | 1/16/2024 | 0.4 | $185.00 | $74.00 | NS | |
| Time<br>Work with Nargis Shaghasi on finalizing conditional release for Livermore Village Parking project for November and December 2023 | PAID I-1830 | 1/16/2024 | 0.4 | $325.00 | $130.00 | TD | |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review First Legal's email communications re service attempts; research employer; email communications with Do re further handling of matter; | PAID I-1830 | 1/18/2024 | 0.2 | $185.00 | $37.00 | NS |
| **Time**<br>Work with Nargis Shaghasi on service of summons and complaint on employer as information on agent for service on California Secretary of State website is incorrect or outdated | PAID I-1830 | 1/18/2024 | 0.3 | $325.00 | $97.50 | TD |
| **Time**<br>Work with Nargis Shaghasi to serve Albert Gonzalez as officer of employer | PAID I-1830 | 1/22/2024 | 0.2 | $325.00 | $65.00 | TD |
| **Time**<br>Review Do's email communications re contact information for individual and Lexis search; conduct lexis search; update file re same; email communications with Do re findings; email communications with First Legal re service; | PAID I-1830 | 1/22/2024 | 0.5 | $185.00 | $92.50 | NS |

EXHIBIT H

i Pipe-Net, inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | Time<br>Work with Nargis Shaghasi on service on Albert Gonzalez and filing of proof of service | PAID I-1830 | 1/25/2024 | 0.2 | $325.00 | $65.00 | TD | |
| | Time<br>Review service notification; email communications with Do re filing of same; review response; review email communications from employer re credit and allocation of same; review ISSI; email communications with administrator's office to confirm same; calculate amounts due to date; prepare chart and draft email to employer re amounts due and payment plan; | PAID I-1830 | 1/25/2024 | 1.5 | $185.00 | $277.50 | NS | |
| | Time<br>Review administrator's response re credit; confirm allocation; update recoveries chart accordingly | PAID I-1830 | 1/26/2024 | 0.2 | $185.00 | $37.00 | NS | |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time**<br>Work with Nargis Shaghasi on outstanding amounts still owed by employer and demand to employer for amounts owed including fees and costs; evaluate legal options for moving forward against employer including entry of default and obtaining default judgment | PAID I-1830 | 1/29/2024 | 0.9 | $325.00 | $292.50 | TD | |
| **Time**<br>Prepare summons returned executed pleading; finalize and file same with court; | PAID I-1830 | 1/29/2024 | 0.3 | $185.00 | $55.50 | NS | |
| **Time**<br>Work with Nargis Shaghasi on communications with employer regarding outstanding amounts due and owing | PAID I-1830 | 1/30/2024 | 0.2 | $325.00 | $65.00 | TD | |
| **Time**<br>Review Do's email communications re allocation; review ISSI; revise; calculations and draft email for review; finalize and issue same to employer; calendar follow up accordingly | PAID I-1830 | 1/30/2024 | 1 | $185.00 | $185.00 | NS | |

EXHIBIT H

i-Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|--|
| **Time**<br>Review scheudling order and service deadline; case management; create new matter in compulaw; set up correct jurisdiction and inclusions accordingly; update matter details; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same | PAID I-1830 | 1/31/2024 | 0.4 | $185.00 | $74.00 | NS | |
| **Time**<br>Review summons returned executed ; case management; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same; | PAID I-1830 | 1/31/2024 | 0.3 | $185.00 | $55.50 | NS | |
| **Time**<br>Review administrator's office email communications re receipt of payment; provide calculations re same; update recoveries accordingly; prepare entry of default for review; | PAID I-1975 | 2/6/2024 | 0.8 | $185.00 | $148.00 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | ☐ Time<br>Review administrator's email communications re allocation; review ISSI; email response re allocation of same; update recoveries chart re same | PAID I-1975 | 2/12/2024 | 0.3 | $185.00 | $55.50 | NS | |
| | ☐ Time<br>Evaluate employer's current delinquencies via ISSI records; work with Nargis Shaghasi on filing of request for entry of default | PAID I-1975 | 2/14/2024 | 0.4 | $325.00 | $130.00 | TD | |
| | ☐ Time<br>Review upcoming court deadlines; email communications with Do re filing of entry of default; | PAID I-1975 | 2/14/2024 | 0.1 | $185.00 | $18.50 | NS | |
| | ☐ Time<br>Review Do's response re entry of default; finalize and file entry of default with court; | PAID I-1975 | 2/15/2024 | 0.3 | $185.00 | $55.50 | NS | |
| | ☐ Time<br>Review parties' ADR certification required under Northern District's local rules; revise plaintiffs' request to continue case management conference and proposed order | PAID I-1975 | 2/21/2024 | 0.7 | $325.00 | $227.50 | TD | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|--|
| **Time**<br>Review release request; file management; evaluate Certified Payroll for accuracy; prepare release for Do's review; review upcoming court deadlines; prepare adr certificate and request to continue for Do's review; | PAID I-1975 | 2/21/2024 | 11 | $185.00 | $203.50 | NS | |
| **Time**<br>Finalize and file adr certificate and request to continue; issue word version to Judge's proposed order unit accordingly; | PAID I-1975 | 2/22/2024 | 0.4 | $185.00 | $74.00 | NS | |
| **Time**<br>Work with Nargis Shaghasi to finalize release for Mt. Pleasant Pedestrian project | PAID I-1975 | 2/28/2024 | 0.2 | $325.00 | $65.00 | TD | |
| **Time**<br>Prepare proof of service re Entry of Default; finalize and issue same; update proof of service; finalize and file same with court; | PAID I-1975 | 2/28/2024 | 0.3 | $185.00 | $55.50 | NS | |

EXHIBIT H

l Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time**<br>Review ORDER re Request to Continue; case management; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same; | PAID I-1975 | 2/28/2024 | 0.3 | $185.00 | $55.50 | NS | |
| **Time**<br>Finalize and issue release to employer | PAID I-1975 | 2/29/2024 | 0.1 | $185.00 | $18.50 | NS | |
| **Time**<br>Review outstanding amounts owed by employer per ISSI records; work with Nargis Shaghasi to prepare Trust Funds' motion for default judgment | BILLED I-2126 | 3/7/2024 | 0 | $325.00 | $0.00 | TD | |
| **Time**<br>Calculate amounts due to date; review ISSI; run fees report; prepare chart of amounts due; draft S. Brown declaration in support; obtain exhibits related to same | BILLED I-2126 | 3/11/2024 | 4 | $185.00 | $740.00 | NS | |

EXHIBIT H

i Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | Time | | | | | | | |
| | Review and revise declaration of Sonya Brown in support of motion for default judgment to correct current amounts owed as reflected in Administrator's records; work with Nargis Shaghasi to clarify whether employer has submitted January and February 2024 contribution reports | BILLED I-2126 | 3/14/2024 | 0.8 | $325.00 | $260.00 | TD | |
| | Time | | | | | | | |
| | Calculate amounts due to date; review collective bargaining agreement; draft S. Brown's declaration for review; | BILLED I-2126 | 3/14/2024 | 2 | $185.00 | $370.00 | NS | |
| | Time | | | | | | | |
| | Review and revise declaration of Tino X. Do in support of motion for default judgment for current amounts owed by employer | BILLED I-2126 | 3/15/2024 | 0.8 | $325.00 | $260.00 | TD | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
|  Time<br>Run Fees reports; draft Do's declaration in support; obtain exhibits accordingly; review ISSI; multiple email communications with administrator's office re amounts due to date; re-calculate amounts due to date; update Brown's declaration for review; | BILLED I-2126 | 3/15/2024 | 2.8 | $185.00 | $518.00 | NS | |
|  Time<br>Review ISSI records for employer's current delinquencies; update declaration of Sonya Brown to address employer's recent payments and new delinquencies for January and February 2024; redact attorneys fees and costs billing records for submission as exhibit to motion for default judgment; revise declaration of Tino Do to address work performed on case and attorneys fees and costs incurred to date | BILLED I-2126 | 3/18/2024 | 2.4 | $325.00 | $780.00 | TD | |
|  Time<br>Email communications with administrator's office requesting confirmation of payment on due date | BILLED I-2126 | 3/18/2024 | 0.1 | $185.00 | $18.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | **Time**<br>Update and revise declaration of Tino Do to address actions taken in collection effort and attorneys fees and costs incurred by Trust Funds; prepare motion for default judgment; work with Nargis Shaghasi on preparation of motion for default judgment | BILLED I-2126 | 3/19/2024 | 1.9 | $325.00 | $617.50 | TD | |
| | **Time**<br>Prepare declaration of Sonya Brown to update amounts due by employer per ISSI records; prepare Trust Funds' motion for default judgment | BILLED I-2126 | 3/25/2024 | 1.4 | $325.00 | $455.00 | TD | |
| | **Time**<br>Work with Jamila Colbert on finalization of release requested by employer for week of October 1 through October 7, 2023 | BILLED I-2126 | 3/28/2024 | 0.2 | $325.00 | $65.00 | TD | |
| | | | | 56.30 | | $13,239.50 USD | | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | |
| | Multiple email communications with administrator's office re receipt of payments; review response re same; review S. Brown's email communications; email communications with employer re July 2023 report; | PAID I-1080 | 8/15/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | Time | | | | | | | |
| | Follow up email communications with employer re July 2023 report; calendar re same | PAID I-1080 | 8/17/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | Time | | | | | | | |
| | Review employer's status letter request; email communications with employer re outstanding report; review administrator's email communications re receipt of payment; update recoveries chart accordingly'; Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1080 | 8/23/2023 | 0.9 | $175.00 | $157.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time** Emails with Sonya Brown on employer's need to submit its July 2023 contribution report and hours; emails with Denise Trottier regarding need for employer to submit its July 2023 contribution report and hours; work with Nargis Shaghasi on status letter for employer for March through May 2023 as payment for contributions for those months has been submitted | PAID I-1080 | 8/23/2023 | 0.4 | $305.00 | $122.00 | TD | |
| | **Time** Analysis of file re employer's delinquencies to date; review ISSI and Fremont Bank records; email communications with employer re status of payment for outstanding delinquencies; | PAID I-1080 | 8/31/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time** Review ISSI; Follow up email communications re July 2023 contribution report; calendar follow up accordingly | PAID I-1229 | 9/5/2023 | 0.2 | $175.00 | $35.00 | NS | |
| | **Time** Review ISSI; calculate amounts due to date; prepare demand letter for Do's review; | PAID I-1229 | 9/7/2023 | 0.6 | $175.00 | $105.00 | NS | |

EXHIBIT H

i Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time** Review employer's status letter request; review ISSI re same; run fees reports; calculate amounts due to date; prepare demand letter for Do's review; finalize and issue demand letter to employer; calendar response deadline associated with same | PAID I-1229 | 9/8/2023 | 0.8 | $175.00 | $140.00 | NS | |
| | **Time** Work with Nargis Shaghasi to finalize further follow up demand letter for outstanding delinquencies and attorneys fees with explanation that Trust Funds cannot provide status letter when employer has delinquent contributions owed | PAID I-1229 | 9/8/2023 | 0.4 | $305.00 | $122.00 | TD | |

EXHIBIT H

i Pipe-Net, inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Work with Nargis Shaghasi regarding employer's request for July 2023 status letter when they still owe liquidated damages, interest and attorneys fee, and possible referral to MSPA for handling remaining amounts to avoid incurring further legal costs; telephone call with Albert Gonzalez, owner of Pipe-Net, regarding employer's request for waiver of liquidated damages, and breakdown of outstanding amounts due and owing | PAID I-1229 | 9/12/2023 | 0.7 | $305.00 | $213.50 | TD | |
| **Time** Review employer's second status letter request; email communications with Employer re same; email communications with Do re further handling of matter; review response re same; calculate amounts due to date; provide breakdown for review; finalize and issue same to employer; calendar follow up accordingly | PAID I-1229 | 9/12/2023 | 0.8 | $175.00 | $140.00 | NS | |
| **Time** Email communications with employer re written waiver request; | PAID I-1229 | 9/18/2023 | 0.1 | $175.00 | $17.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time**<br>Follow up email communications with employer re waiver request; review same; communications with Do re further handling of matter; review response re same; communications with administrator's office to confirm receipt of payment; review response re same; email response to administrator's office re allocation of payment received; Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1229 | 9/21/2023 | 0.8 | $175.00 | $140.00 | NS | |
| **Time**<br>Work with Nargis Shaghasi to prepare status letter for July 2023 | PAID I-1229 | 9/22/2023 | 0.1 | $305.00 | $30.50 | TD | |
| **Time**<br>Review and respond to e-mail from S. Brown re Employer status; Review previous e-mails re same; Communicate with N. Shaghasi re same. | PAID I-1229 | 9/25/2023 | 0.3 | $305.00 | $91.50 | MPM | |

EXHIBIT H

I-Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| ⬜ Time<br>Emails with Sonya Brown regarding employer's August 2023 contribution report and hours; work with Nargis Shaghasi regarding communication to employer regarding its submission of its August 2023 contribution report | PAID I-1229 | 9/25/2023 | 0.2 | $305.00 | $61.00 | TD | |
| ⬜ Time<br>Multiple email communications with employer re status of August 2023 report and payment; review multiple email communications with S. Brown; review ISSI | PAID I-1229 | 9/25/2023 | 0.2 | $175.00 | $35.00 | NS | |
| ⬜ Time<br>Work with Nargis Shaghasi on how to address employer's August 2023 delinquency that is not included in stipulated judgment | PAID I-1382 | 10/3/2023 | 0.3 | $305.00 | $91.50 | TD | |
| ⬜ Time<br>Review employer's status letter request; email communications with Do re further handling of same; review response; prepare and issue email to employer re delinquencies to date; | PAID I-1382 | 10/4/2023 | 0.3 | $175.00 | $52.50 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| 🕐 Time<br>Review employer's status letter request; email communications with employer re outstanding payments; | PAID I-1382 | 10/23/2023 | 0.1 | $175.00 | $17.50 | NS |
| 🕐 Time<br>analysis of file re employer's delinquencies to date; review ISSI re same; email communications with Do re findings and next steps; | PAID I-1382 | 10/31/2023 | 0.2 | $175.00 | $35.00 | NS |
| 🕐 Time<br>Work with Nargis Shaghasi to prepare and issue follow up demand for missing September 2023 contribution report and payment and outstanding liquidated damages and interest with explanation for process for request for waiver of liquidated damages | PAID I-1382 | 10/31/2023 | 0.4 | $305.00 | $122.00 | TD |
| 🕐 Time<br>Finalize and issue demand letter to employer; calendar response deadline associated with same; review voicemail from employer; provide detailed response re same | PAID I-1538 | 11/1/2023 | 0.4 | $175.00 | $70.00 | NS |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time**<br>Review Do's email communications re employer's delinquencies and status of payment issued; email response re status of same | PAID I-1538 | 11/2/2023 | 0.1 | $175.00 | $17.50 | NS |
| **Time**<br>Emails and telephone call with Denise Trottier of employer regarding employer's submission of September 2023 report but inability to make payment now due to company's poor financial condition, request for waiver of liquidated damages and proposal for joint check agreement as employer cannot get payment from general contractor; work with Nargis Shaghasi on August status letter for employer as they have submitted payment and proposal for joint check agreement and advise Denise of records and information needed | PAID I-1538 | 11/2/2023 | 0.8 | $305.00 | $244.00 | TD |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | **Time** Review employer's status letter request, research delinquency report and bank records; update status letter form; prepare current status letter for review; finalize and issue same; | PAID I-1538 | 11/3/2023 | 0.3 | $175.00 | $52.50 | NS | |
| | **Time** Emails with Sonya Brown of MPSA regarding communications with employer on outstanding reports and delinquencies and employer's request for joint check agreement or conditional release to assist with obtaining payment from general contractor; emails with Denise Trottier regarding need for employer to submit contribution report for September 2023; work with Nargis Shaghasi to finalize and issue status letter for August 2023 | PAID I-1538 | 11/3/2023 | 0.5 | $305.00 | $152.50 | TD | |
| | **Time** Review audit report; update file re same | PAID I-1538 | 11/7/2023 | 0.1 | $175.00 | $17.50 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time**<br>Review voicemail from employer; communications with Do re further handling of same; review Do's email communications re further handling of matter; | PAID I-1538 | 11/9/2023 | 0.1 | $175.00 | $17.50 | NS | |
| | **Time**<br>Telephone call with Albert Gonzalez, owner of employer, regarding employer's inability to pay September 2023 contributions; emails and telephone call with Denise Trottier regarding September 2023 report and contributions and information needed for joint check agreement or conditional release for September 2023 contributions; review employer's outstanding delinquencies | PAID I-1538 | 11/9/2023 | 0.5 | $305.00 | $152.50 | TD | |
| | **Time**<br>Review release request; file management; evaluate Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due; email communications with employer re October 2023 contributions; | PAID I-1538 | 11/13/2023 | 0.3 | $175.00 | $52.50 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review auditor's calculations; prepare releases; finalize and issue same to employer | PAID I-1538 | 11/14/2023 | 0.3 | $175.00 | $52.50 | NS |
| Time<br>Work with Nargis Shaghasi to finalize and issue conditional release for employer's work on SVMHS parking garage annex project for September 2023 | PAID I-1538 | 11/14/2023 | 0.6 | $305.00 | $183.00 | TD |
| Time<br>Work with Nargis Shaghasi regarding preparation of complaint against employer for outstanding contribution, liquidated damages and interest amounts owed | PAID I-1538 | 11/21/2023 | 0.3 | $305.00 | $91.50 | TD |
| Time<br>Analysis of file re employer's current delinquencies to date; email communications with Do re further handling of matter | PAID I-1538 | 11/22/2023 | 0.1 | $175.00 | $17.50 | NS |
| Time<br>Review auditor's calculations; prepare release for Do's review; | PAID I-1538 | 11/27/2023 | 0.2 | $175.00 | $35.00 | NS |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review administrator's email inquirey re receipt of payment; update recoveries re same; email response to administrator's office re allocation of same | PAID I-1538 | 11/30/2023 | 0.3 | $175.00 | $52.50 | NS |
| **Time**<br>Update complaint to account for recent payment by employer for portion of September 2023 contributions; work with Nargis Shaghasi to finalize and file complaint and ancillary documents | PAID I-1538 | 11/30/2023 | 0.6 | $305.00 | $183.00 | TD |
| **Time**<br>Update complaint to account for recent payment by employer for portion of September 2023 contributions; work with Nargis Shaghasi to finalize and file complaint and ancillary documents | PAID I-1538 | 11/30/2023 | 0.6 | $305.00 | $183.00 | TD |

EXHIBIT H

l Pipe-Net, Inc.

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| |  Time<br>Filing of Complaint and related documents; finalize Complaint, Civil Cover Sheet, Proposed Summons, and Certification of Interested Entities; file Complaint with Court including open case, remint payment for filing fee; Lodge Civil Cover Sheet and Proposed Summons; file Certification of Interested Entities | | PAID I-1683 | | 12/4/2023 | | 0.5 | | $175.00 | | $87.50 | | NS | |
| |  Time<br>Review case assignment; update file re same; prepare consent pleading; finalize and file same with court; Review release request; file management; evaluate Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due | | PAID I-1683 | | 12/5/2023 | | 0.7 | | $175.00 | | $122.50 | | NS | |

# EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Emails and telephone call with Denise Trottier regarding employer's request for conditional release for September 2023 and submission of employer's certified payroll records; review employer's certified payroll records for September 2023; work with Nargis Shaghasi regarding employer's request for conditional release for September 2023 | PAID I-1683 | 12/5/2023 | 0.9 | $305.00 | $274.50 | TD | |
| **Time** Review auditor's calculations; prepare release; finalize and issue same to employer | PAID I-1683 | 12/6/2023 | 0.3 | $175.00 | $52.50 | NS | |
| **Time** Work with Nargis Shaghasi on finalizing and issuance of conditional release based on employer's CPRs for September 2023 | PAID I-1683 | 12/6/2023 | 0.4 | $305.00 | $122.00 | TD | |
| **Time** Review employer's voicemail; email communications with employer re status of payment being issued; | PAID I-1683 | 12/15/2023 | 0.1 | $175.00 | $17.50 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | **Time**<br>Multiple email communications with employer re payment issued; review ISSI; email communications with employer re outstanding October 2023 report; review report provided; provide same to administrator's office; calculate amounts due; provide breakdown and email to Do for review; finalize and issue same to employer; calendar response deadline associated with same; | PAID I-1683 | 12/18/2023 | 1 | $175.00 | $175.00 | NS | |
| | **Time**<br>Work with Nargis Shaghasi on communication to employer regarding filing of complaint, request for execution of waiver of service and provide outstanding amounts of delinquent contributions, liquidated damages, interest and attorneys fees and costs incurred by Trust Funds | PAID I-1683 | 12/18/2023 | 0.3 | $305.00 | $91.50 | TD | |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Review court order scheduling initial case management conference for March 7; evaluate outstanding amounts owed by employer and legal strategy moving forward | PAID I-1830 | 1/3/2024 | 0.3 | $325.00 | $97.50 | TD | |
| **Time** Review summons issued; prepare levy packet; issue same via First Legal for service; | PAID I-1830 | 1/4/2024 | 0.5 | $185.00 | $92.50 | NS | |
| **Time** Work with Nargis Shaghasi on service of summons and complaint on employer; evaluate legal strategy for resolving outstanding amounts owed by employer in event employer does not agree to payment plan or other payment options | PAID I-1830 | 1/4/2024 | 0.5 | $325.00 | $162.50 | TD | |

EXHIBIT H

l Pipe-Net, Inc.

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review proof of service; email communications with First Legal re same; Review multiple release requests; file management; evaluate multiple Certified Payroll for accuracy; send concise email to Fund auditors requesting calculations of amounts due for each specific job | PAID I-1830 | 1/8/2024 | 0.5 | $185.00 | $92.50 | NS |
| **Time** Emails with Marc Young of First Legal regarding attempts to personally serve defendants to date; work with Nargis Shaghasi regarding employer's submission of certified payroll records and request for joint checks and conditional releases for specific projects | PAID I-1830 | 1/8/2024 | 0.5 | $325.00 | $162.50 | TD |
| **Time** Review auditor's calculations; prepare releases; finalize and issue same to employer | PAID I-1830 | 1/9/2024 | 0.6 | $185.00 | $111.00 | NS |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | 🕐 Time<br>Work with Nargis Shaghasi on employer's request for conditional release for Mt. Pleasant Pedestrian project from October 2023 through November 2023 | PAID I-1830 | 1/9/2024 | 0.4 | $325.00 | $130.00 | TD | |
| | 🕐 Time<br>Emails with Denise Trottier regarding employer's continuing requests for conditional releases | PAID I-1830 | 1/10/2024 | 0.2 | $325.00 | $65.00 | TD | |
| | 🕐 Time<br>Review service attempt; update file re same | PAID I-1830 | 1/11/2024 | 0.1 | $185.00 | $18.50 | NS | |
| | 🕐 Time<br>Review release request; file management; evaluate Certified Payroll for accuracy; prepare release for review; finalize and issue same to employer | PAID I-1830 | 1/16/2024 | 0.4 | $185.00 | $74.00 | NS | |
| | 🕐 Time<br>Work with Nargis Shaghasi on finalizing conditional release for Livermore Village Parking project for November and December 2023 | PAID I-1830 | 1/16/2024 | 0.4 | $325.00 | $130.00 | TD | |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review First Legal's email communications re service attempts; research employer; email communications with Do re further handling of matter; | PAID I-1830 | 1/18/2024 | 0.2 | $185.00 | $37.00 | NS |
| **Time**<br>Work with Nargis Shaghasi on service of summons and complaint on employer as information on agent for service on California Secretary of State website is incorrect or outdated | PAID I-1830 | 1/18/2024 | 0.3 | $325.00 | $97.50 | TD |
| **Time**<br>Work with Nargis Shaghasi to serve Albert Gonzalez as officer of employer | PAID I-1830 | 1/22/2024 | 0.2 | $325.00 | $65.00 | TD |
| **Time**<br>Review Do's email communications re contact information for individual and Lexis search; conduct lexis search; update file re same; email communications with Do re findings; email communications with First Legal re service; | PAID I-1830 | 1/22/2024 | 0.5 | $185.00 | $92.50 | NS |

EXHIBIT H

i Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Work with Nargis Shaghasi on service on Albert Gonzalez and filing of proof of service | PAID I-1830 | 1/25/2024 | 0.2 | $325.00 | $65.00 | TD |
| Time<br>Review service notification; email communications with Do re filing of same; review response; review email communications from employer re credit and allocation of same; review ISSI; email communications with administrator's office to confirm same; calculate amounts due to date; prepare chart and draft email to employer re amounts due and payment plan; | PAID I-1830 | 1/25/2024 | 1.5 | $185.00 | $277.50 | NS |
| Time<br>Review administrator's response re credit; confirm allocation; update recoveries chart accordingly | PAID I-1830 | 1/26/2024 | 0.2 | $185.00 | $37.00 | NS |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time** Work with Nargis Shaghasi on outstanding amounts still owed by employer and demand to employer for amounts owed including fees and costs; evaluate legal options for moving forward against employer including entry of default and obtaining default judgment | PAID I-1830 | 1/29/2024 | 0.9 | $325.00 | $292.50 | TD | |
| **Time** Prepare summons returned executed pleading; finalize and file same with court; | PAID I-1830 | 1/29/2024 | 0.3 | $185.00 | $55.50 | NS | |
| **Time** Work with Nargis Shaghasi on communications with employer regarding outstanding amounts due and owing | PAID I-1830 | 1/30/2024 | 0.2 | $325.00 | $65.00 | TD | |
| **Time** Review Do's email communications re allocation; review ISSI; revise; calculations and draft email for review; finalize and issue same to employer; calendar follow up accordingly | PAID I-1830 | 1/30/2024 | 1 | $185.00 | $185.00 | NS | |

EXHIBIT H

i-Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | **Time** Review scheudling order and service deadline; case management; create new matter in compulaw; set up correct jurisdiction and inclusions accordingly; update matter details; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same | PAID I-1830 | 1/31/2024 | 0.4 | $185.00 | $74.00 | NS | |
| | **Time** Review summons returned executed ; case management; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same; | PAID I-1830 | 1/31/2024 | 0.3 | $185.00 | $55.50 | NS | |
| | **Time** Review administrator's office email communications re receipt of payment; provide calculations re same; update recoveries accordingly; prepare entry of default for review; | PAID I-1975 | 2/6/2024 | 0.8 | $185.00 | $148.00 | NS | |

EXHIBIT H

I-Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | Time<br>Review administrator's email communications re allocation; review ISSI; email response re allocation of same; update recoveries chart re same | PAID I-1975 | 2/12/2024 | 0.3 | $185.00 | $55.50 | NS | |
| | Time<br>Evaluate employer's current delinquencies via ISSI records; work with Nargis Shaghasi on filing of request for entry of default | PAID I-1975 | 2/14/2024 | 0.4 | $325.00 | $130.00 | TD | |
| | Time<br>Review upcoming court deadlines; email communications with Do re filing of entry of default; | PAID I-1975 | 2/14/2024 | 0.1 | $185.00 | $18.50 | NS | |
| | Time<br>Review Do's response re entry of default; finalize and file entry of default with court; | PAID I-1975 | 2/15/2024 | 0.3 | $185.00 | $55.50 | NS | |
| | Time<br>Review parties' ADR certification required under Northern District's local rules; revise plaintiffs' request to continue case management conference and proposed order | PAID I-1975 | 2/21/2024 | 0.7 | $325.00 | $227.50 | TD | |

EXHIBIT H

I Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | Time<br>Review release request; file management; evaluate Certified Payroll for accuracy; prepare release for Do's review; review upcoming court deadlines; prepare adr certificate and request to continue for Do's review; | PAID I-1975 | 2/21/2024 | 11 | $185.00 | $203.50 | NS | |
| | Time<br>Finalize and file adr certificate and request to continue; issue word version to Judge's proposed order unit accordingly; | PAID I-1975 | 2/22/2024 | 0.4 | $185.00 | $74.00 | NS | |
| | Time<br>Work with Nargis Shaghasi to finalize release for Mt. Pleasant Pedestrian project | PAID I-1975 | 2/28/2024 | 0.2 | $325.00 | $65.00 | TD | |
| | Time<br>Prepare proof of service re Entry of Default; finalize and issue same; update proof of service; finalize and file same with court; | PAID I-1975 | 2/28/2024 | 0.3 | $185.00 | $55.50 | NS | |

EXHIBIT H

Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|---|
| **Time**<br>Review ORDER re Request to Continue; case management; update compulaw to reflect all relevant court dates and deadlines associated with same; email assigned attorney summarizing same; | PAID I-1975 | 2/28/2024 | 0.3 | $185.00 | $55.50 | NS | |
| **Time**<br>Finalize and issue release to employer | PAID I-1975 | 2/29/2024 | 0.1 | $185.00 | $18.50 | NS | |
| **Time**<br>Review outstanding amounts owed by employer per ISSI records; work with Nargis Shaghasi to prepare Trust Funds' motion for default judgment | BILLED I-2126 | 3/7/2024 | 0 | $325.00 | $0.00 | TD | |
| **Time**<br>Calculate amounts due to date; review ISSI; run fees report; prepare chart of amounts due; draft S. Brown declaration in support; obtain exhibits related to same | BILLED I-2126 | 3/11/2024 | 4 | $185.00 | $740.00 | NS | |

EXHIBIT H

I Pipe-Net, Inc.

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|------|--------|------|------|------|-------|-----------|--|
| **Time**<br>Review and revise declaration of Sonya Brown in support of motion for default judgment to correct current amounts owed as reflected in Administrator's records; work with Nargis Shaghasi to clarify whether employer has submitted January and February 2024 contribution reports | BILLED I-2126 | 3/14/2024 | 0.8 | $325.00 | $260.00 | TD | |
| **Time**<br>Calculate amounts due to date; review collective bargaining agreement; draft S. Brown's declaration for review; | BILLED I-2126 | 3/14/2024 | 2 | $185.00 | $370.00 | NS | |
| **Time**<br>Review and revise declaration of Tino X. Do in support of motion for default judgment for current amounts owed by employer | BILLED I-2126 | 3/15/2024 | 0.8 | $325.00 | $260.00 | TD | |

EXHIBIT H

Pipe-Net, Inc.

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Time** Run Fees reports; draft Do's declaration in support; obtain exhibits accordingly; review ISSI; multiple email communications with administrator's office re amounts due to date; re-calculate amounts due to date; update Brown's declaration for review; | | BILLED I-2126 | | 3/15/2024 | | 2.8 | | $185.00 | | $518.00 | | NS | |
| | **Time** Review ISSI records for employer's current delinquencies; update declaration of Sonya Brown to address employer's recent payments and new delinquencies for January and February 2024; redact attorneys fees and costs billing records for submission as exhibit to motion for default judgment; revise declaration of Tino Do to address work performed on case and attorneys fees and costs incurred to date | | BILLED I-2126 | | 3/18/2024 | | 2.4 | | $325.00 | | $780.00 | | TD | |
| | **Time** Email communications with administrator's office requesting confirmation of payment on due date | | BILLED I-2126 | | 3/18/2024 | | 0.1 | | $185.00 | | $18.50 | | NS | |

EXHIBIT H

i Pipe-Net, Inc.

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|------|--------|------|------|------|-------|-----------|---|
| | **Time** Update and revise declaration of Tino Do to address actions taken in collection effort and attorneys fees and costs incurred by Trust Funds; prepare motion for default judgment; work with Nargis Shaghasi on preparation of motion for default judgment | BILLED I-2126 | 3/19/2024 | 1.9 | $325.00 | $617.50 | TD | |
| | **Time** Prepare declaration of Sonya Brown to update amounts due by employer per ISSI records; prepare Trust Funds' motion for default judgment | BILLED I-2126 | 3/25/2024 | 1.4 | $325.00 | $455.00 | TD | |
| | **Time** Work with Jamila Colbert on finalization of release requested by employer for week of October 1 through October 7, 2023 | BILLED I-2126 | 3/28/2024 | 0.2 | $325.00 | $65.00 | TD | |
| | | | | 56.30 | | $13,239.50 USD | | |

EXHIBIT H