Tino X. Do, Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: tdo@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>PIPE-NET, INC., a California Corporation; and ALBERT GONZALES, an individual, | Case No. 4:23-cv-06267-LB<br><br>**[PROPOSED] JUDGMENT** |
|---|---|

Defendants PIPE-NET, INC., a California Corporation and ALBERT GONZALEZ, an individual (collectively referred to as "Defendants"), having failed to plead or otherwise defend this action, and their default having been entered:

It is hereby ORDERED, ADJUDGED AND DECREED that Defendants shall promptly pay to Plaintiffs all sums for contributions, liquidated damages and interest, plus attorneys' fees and costs, under the terms of Defendants' Bargaining Agreements and the Plaintiff Trust Agreements, as follows:

| Work Month | Late Paid Contributions | Contribution Balance | 20% Liquidated Damages | 10% Interest (through date of payment or 4/22/24) | Subtotals |
|---|---|---|---|---|---|
| Sep-2023 | $9,977.86 | $0.00 | $1,995.57 | $154.62 | $2,150.19 |
| Oct-2023 | $8,281.93 | $0.00 | $1,656.39 | $70.38 | $1,726.77 |
| Nov-2023 | $2,272.10 | $5,367.73 | $1,527.97 | $149.16 | $7,044.86 |
| Dec-2023 | $0.00 | $4,643.20 | $928.64 | $86.51 | $5,658.35 |

1

**[PROPOSED] JUDGMENT**
**Case No. 4:23-cv-06267-LB**

| | | | | | |
|---|---|---|---|---|---|
| Jan-2024 | $0.00 | $3,424.72 | $684.94 | $34.71 | $4,144.37 |
| Feb-2024 | $0.00 | $2,897.84 | $579.57 | $6.35 | $3,483.76 |
| | **Subtotals:** | $16,333.49 | $7,378.08 | $501.73 | $24,208.30 |
| **Subtotal (Contributions, LDs and Interest on Late Paid and Current Contribution Balances Post Litigation:** | | | | | **$24,208.30** |
| 10% Liquidated Damages on Prior Late-Paid Contributions (3/23 – 8/23): | | | | | $5,843.87 |
| 10% Interest on Prior Late-Paid Contributions (8/23): | | | | | $25.21 |
| **Subtotal (LDs and Interest on Paid Late Contributions Prior to Litigation):** | | | | | **$5,869.08** |
| Attorneys' Fees (6/30/23 – 3/31/24): | | | | | $13,239.50 |
| Costs (9/1/23 – 3/31/24): | | | | | $996.23 |
| **Total (Attorneys' Fees and Costs):** | | | | | **$14,235.73** |
| **GRAND TOTAL DUE:** | | | | | **$44,313.11** |

IT IS SO ORDERED, that Judgment shall be issued against Defendant and in favor of Plaintiffs in the amount of $41,481.57, the grand total of the amounts listed herein above.

It is further ORDERED that interest shall continue to accrue at a rate of 10% per annum on unpaid contributions $16,333.49 from April 23, 2024, until paid, and at post judgment interest rates on the balance of the judgment.

It is further ORDERED that Plaintiffs be awarded, according to proof, additional attorneys' fees and costs they incur relating to this Action, and that Plaintiffs may submit additional declarations to the Court in support of such additional amounts claimed due.

Dated: _____    _____
                                  UNITED STATES MAGISTRATE JUDGE